UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY SYSTEMS, LLC,
    Plaintiff,

vs.                            Case No.: 3:23cv22130/MCR/ZCB

TRUDY ADAMS, et al.
    Defendants.
    _____/

## ORDER

    Discovery disputes impose a significant "burden[] on the judicial system." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367-68 (11th Cir. 1997). They often "delay resolution of disputes between other litigants, squander scarce judicial resources, and damage the integrity of the public's perception of the federal judicial system." *Id.* at 1368. To preserve these scarce judicial resources, a court must be "permitted to conduct its business in a reasonably efficient manner." *In re Stone*, 986 F.2d 898, 804 (5th Cir. 1993). District courts enjoy "broad discretion in managing pretrial discovery matters." *Rep. of Ecuador v. Hinchee*, 741 F.3d 1185, 1188 (11th Cir. 2013).

    In this case, the parties have had recurring discovery issues. And the parties are still in the middle of discovery. The parties recently

1

submitted letters informing the Court that they are currently at an impasse regarding several discovery issues. (Docs. 69, 70). In an effort to move this case forward and avoid continued protracted discovery disputes, the parties are ordered to submit a Joint Statement of Discovery Disputes. The Joint Statement shall include the following:

(1) A clear and succinct statement identifying each discovery dispute. If a dispute involves an interrogatory, request for production, deposition question, or other similar discovery request, then that request should be recited in full.

(2) After identifying the discovery dispute, each party shall briefly state (no more than 250 words) its respective position on that dispute.

(3) Exhibits should not be attached.

Counsel for both parties shall work together cooperatively in the preparation of the Joint Statement. After signed by counsel for both parties, the Joint Statement shall be filed on the docket. <u>The Joint Statement shall be filed no later than 5:00 p.m. (central) on November 14, 2024.</u> After receiving the Joint Statement, the Court will set a hearing if necessary.

**DONE AND ORDERED** this 4th day of November 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge