UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRUDY ADAMS, et al.,<br><br>    Defendants<br>-------------------------------------------------<br>TRUDY ADAMS, JOHN "CLAY" WILLIAMS,<br><br>    Defendant/Counterclaim Plaintiffs,<br><br>v.<br><br>ALLIANCE LAUNDRY SYSTEMS LLC, GREG REESE, MIKE HAND and SAMANTHA BAKER,<br><br>    Plaintiff/Counterclaim Defendants and Third-Party Defendants | Case No.: 23-cv-22130-MCR-ZCB |

## DECLARATION OF JASON K. SMATHERS IN SUPPORT OF ALLIANCE'S MOTION TO COMPEL

I, Jason K. Smathers, being first duly sworn and under oath, depose and state as follows:

HB: 4926-5723-1647.1

1.  I am an attorney at Husch Blackwell LLP. I represent Alliance Laundry Systems LLC ("**Plaintiff**") and Greg Reese, Mike Hand, and Samantha Baker (the "**Third-Party Defendants**") in this lawsuit. I make this Declaration based on personal knowledge and in support of Alliance's Opposition to Defendants' Motion to Compel.

2.  A true and accurate copy of selected portions of the transcript of the deposition of Trudy Adams, taken on January 16, 2025, is attached hereto as **Exhibit A**.

3.  A true and accurate copy of selected portions of the transcript of the deposition of Jason Fleck, taken on January 20, 2025, is attached hereto as **Exhibit B**.

4.  A true and accurate copy of the email chain between John Sabino and Jason Fleck, dated June 8, 2023, as produced by Laundrylux's counsel pursuant to the Court's February 13, 2025 Order, is attached hereto as **Exhibit C.**

5.  A true and accurate copy of the email sent from Greg Reese to Trudy Adams on Friday, May 26, 2023, including its PDF attachment, is attached hereto as **Exhibit D.**

6.  A true and accurate copy of the email chain between Jason Fleck and Trudy Adams, dated May 30, 2023, as produced by Laundrylux's counsel

pursuant to the Court's February 13, 2025 Order, is attached hereto as **Exhibit E.**

7. A true and accurate copy of the Release Agreement between Alliance and Trudy Adams, signed June 11, 2023, is attached as **Exhibit F.**

8. A true and accurate copy of the email chain between myself and Attorney David Watnick dated starting February 17, 2025 and ending February 20, 2025, is attached hereto as **Exhibit G.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated February 25, 2025.

*s/Jason K. Smathers*
Jason K. Smathers
*Admitted Pro Hac Vice*
HUSCH BLACKWELL LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
262.497.4823
jason.smathers@huschblackwell.com

*Attorney for Plaintiff and Counterclaim Defendant, Alliance Laundry Systems LLC and Third-Party Defendants, Greg Reese, Mike Hand and Samantha Baker*

HB: 4926-5723-1647.1