# Exhibit 5

Case 3:23-cv-22130-MCR-ZCB   Document 155-6   Filed 03/14/25   Page 1 of 5

*The New York Times*     https://www.nytimes.com/1995/03/03/nyregion/after-a-century-upsala-will-close-without-cash-rescue.html

# After a Century, Upsala Will Close Without Cash Rescue

By Iver Peterson

March 3, 1995



See the article in its original context from
March 3, 1995, Section B, Page 4    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

**About the Archive**
This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.

Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.

Barring a last-minute infusion of cash, Upsala College will close after 102 years of operation on May 31, bringing down the curtain on a college that began life as a school for Swedish immigrants and became an urban campus with large numbers of black and Hispanic students.

The college is $12.5 million in debt, and a series of financial close calls over the last year has cut its enrollment by two-thirds. As the decision of the trustees to close the school was announced this afternoon, students and faculty members alike said that the alumni and the state had not supported Upsala because its enrollment was so heavily minority, about 60 percent black and Hispanic.

"Is It Too Dark in Here?" a hand-lettered sign said accusingly from its perch, in the administration building's conference room, next to an oil portrait of Peter Froeberg, a Lutheran minister who headed Upsala in the 1920's, when most of its students attended because of its association with the Evangelical Lutheran Church in America. Over the last 20 years, the Upsala mission has been an experiment in urban education as it worked to recruit minority students and those who were not fully prepared for college.

A promise of several millions in aid from a Korean industrialist has not come through, blocked by what the college administration said was a Korean Government ban on the export of funds to nonprofit institutions. The benefactor, In Tae Kim, heir to a South Korean construction and retail fortune, was elected to the board of trustees and was in Korea today, seeking to have the ban lifted.

Paul V. DeLomba, the Upsala president, released a statement at 3 P.M. saying that at least 20 of the 29 trustees voted for closing the college in ballots returned by mail.

About 50 students briefly tied up traffic in a noisy demonstration against the decision to close, which was held on Springdale Avenue outside the campus entrance. They shouted, "Hell no, we won't go," at police officers who came to clear the road. The police arrested five students and a faculty member, Joseph Cataliotti, who is a psychology professor and a member of the faculty liaison committee with the administration. All were soon released.

Mr. DeLomba emphasized that the college, which began in 1893 in Brooklyn, still held out hope for a miracle. "Should Mr. In Tae Kim, the South Korean industrialist and prospective benefactor of the college, or any other possible benefactor emerge with the financial resources that would obviate the need to close the college, the trustees remain open to the consideration of such a proposal or proposals," he said in a statement. But each day that passes without a savior will make it harder to rescue the college, he said.

"I feel they haven't been straight with us," said Wendy Roano, a junior from Bridgeton, N.J. "If they had come right out and told us the problems and given us the information and the help we need to transfer, that would be one thing. But they kept everything from us until the end came."

The immediate problem facing Upsala (pronounced UP-suh-luh) is a threat from the Middle States Association of Colleges and Schools to withdraw its accreditation on May 31 because of its financial woes. Besides being $12.5 million in debt, the college has cut faculty salaries by 40 percent -- a full professor now makes less than $30,000 a year -- and it has not had the money to pay its insurance premiums.

Today, after the demonstration broke up and students huddled to consider a future, many spoke lovingly of a campus that had offered them something they could find nowhere else.

"When you've spent four years here, especially having had the opportunity to be a tutor, I feel that this place has a thing that it exclusively it's own," said Aaron Brown, a senior. "I have a friend Muyeve from Namibia, and Dennis from Russia, and Yoshido from Japan, and Andre from Indonesia, and I know for a fact that there is not another small college where you could come in contact with that range of people."

Upsala came close to the brink of closing last July, when it was first put on probation by the accreditation association, but the trustees decided at that time to keep the college open. Enrollment fell from about 1,000 then to today's level of 460 as news of the college's struggle spread, and many of those who returned in the fall were poorer and less well prepared than those who transferred elsewhere.

Many faculty members saw neglect and worse in the fate of their college, which once had 1,600 students enrolled.

"Here we have the wealthiest country in the world and we have to look for a savior from outside the country to help us," said John Kaltner, a professor of religion. "There are people in this state who know how little it would take to keep this place going, and it is hard for me not to look at that fact and see some racism or at least some class discrimination in the situation we're in."

---

A version of this article appears in print on , Section B, Page 4 of the National edition with the headline: After a Century, Upsala Will Close Without Cash Rescue