# Exhibit 6

The New York Times | https://www.nytimes.com/1995/06/04/nyregion/in-brief-the-doors-are-closed-at-upsala-college.html

IN BRIEF

# IN BRIEF;The Doors Are Closed At Upsala College

June 4, 1995

The buildings are shuttered and weeds are sprouting at Upsala College in East Orange, which drew its final breath last week. After 102 years as a well-regarded liberal arts college, Upsala has closed under the crushing burden of a $12.5 million debt. The Middle States Association of Colleges and Schools held off withdrawing the school's accreditation so about 200 Upsala seniors could graduate on May 14. But on Wednesday, the association officially stripped the college of its accreditation. The private four-year college could no longer pay debts arising from building improvements, new equipment and delinquent student payments. Only 435 students were enrolled in the spring semester, down from nearly 1,500 last year. (AP)

A version of this article appears in print on , Section NJ, Page 13 of the National edition with the headline: IN BRIEF;The Doors Are Closed At Upsala College