# Exhibit 7

EXHIBIT

2

# Upsala Transcripts

Apply Now (http://felician.edu/how-to-apply/)

Schedule a Virtual Appointment (https://felician.edu/admissions/virtual-counselor-appointments/)

Request Information (http://felician.edu/request-information/)

☰ IN THIS SECTION

The following are instructions for obtaining an Upsala College Transcript:

Send written requests to:

**UPSALA TRANSCRIPTS**

**C/O Felician University – Office of the Registrar**

**262 South Main Street**

**Lodi, NJ 07644**

Written request must include:

- Approximate dates of attendance
- Date of birth
- Full SSN
- Returned self-addressed stamped envelope
- $10 certified bank check or money order ONLY (personal checks and company checks are not accepted and any request with them will be returned back to the sender)
- Please allow 2-week processing time.

› ACADEMICS (HTTPS://FELICIAN.EDU/ACADEMICS/)

› **OFFICE OF THE REGISTRAR (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/)**

› ACADEMIC CALENDAR (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/ACADEMIC-CALENDAR/)

› COURSE OFFERINGS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/COURSE-OFFERINGS/)

› STUDENT COMPLAINT PROCEDURE (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/STUDENT-COMPLAINT-PROCEDURE/)

› PRIORITY REGISTRATION (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/PRIORITY-REGISTRATION/)

› REGISTER ONLINE (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/REGISTER-ONLINE/)

› CLEP POLICIES & PROCEDURES (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/CLEP-POLICIES-PROCEDURES/)

› REQUEST TRANSCRIPT (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/REQUEST-TRANSCRIPT/)

› CATALOGS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/OFFICE-OF-THE-REGISTRAR-CATALOGS/)

› AGREEMENTS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/AGREEMENTS/)

› ENROLLMENT / DEGREE VERIFICATIONS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/ENROLLMENT-DEGREE-VERIFICATIONS/)

› TRANSFER CREDIT POLICY ADMISSION (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/TRANSFER-CREDIT-POLICY-ADMISSION/)

› ADULT UNDERGRADUATE INFORMATION (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/ADULT-UNDERGRADUATE-INFORMATION/)

› **UPSALA TRANSCRIPTS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/UPSALA-TRANSCRIPTS/)**

› THE 61ST ANNUAL COMMENCEMENT CEREMONIES (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/COMMENCEMENT-CEREMONIES/)

› GDPR POLICY (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/GDPR/)

› ESTIMATED COST OF ATTENDANCE (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/ESTIMATED-COST-OF-ATTENDANCE/)

› ZERO TEXTBOOK COST & LOW TEXTBOOK COST (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/ZTC-LTC-COURSES/)

› PARTNERSHIPS (HTTPS://FELICIAN.EDU/ACADEMICS/OFFICE-OF-THE-REGISTRAR/PARTNERSHIPS/)

CONTACT INFORMATION

## Office of Admissions

Rutherford Campus
One Felician Way
Rutherford, NJ 07070-1612
**Phone:** 201.355.1465
**Fax:** 201.355.1443

## Office of the Registrar

Lodi Campus
262 South Main Street
Lodi, NJ 07644
**Phone:** 201.559.6043
**Fax:** 201.559.6066
**Email:** registrar@felician.edu (mailto:registrar@felician.edu)

Contact Us (https://felician.edu/contact-us/)  |  Directions & Maps (https://felician.edu/about-felician-university/directions-and-maps/)  |  Campus Emergency Information (https://felician.edu/campus-life/emergency-telephone-numbers/)  |  Request Information (https://felician.edu/request-information/)  |  Students Right to Know and Achievement (https://felician.edu/student-right-to-know-student-achievement/)  |  Privacy policy (https://felician.edu/privacy-policy/)  |  Anti-Discrimination Policy (https://felician.edu/campus-life/campus-safety/anti-discrimination-policy/)

TOP

Felician University - One Felician Way, Rutherford, New Jersey 07070

201.559.6000 / 201.355.1465



 (https://felician.edu/campus-life/clubs-and-organizations/radio-felician-university/)