# Exhibit 10

Case 3:23-cv-22130-MCR-ZCB    Document 155-11    Filed 03/14/25    Page 2 of 172

# 1987 UPSALITE 1987













# IN MY LIFE

There are places I remember
All my life.
Though some have changed.

Some forever not for better
Some have gone and some remain.

All these places have their moments
For people and things
I still can recall.

I know I'll often stop and think about them
IN MY LIFE
I love them all.

But of all these friends and lovers,
There is no one that compares with you.

And these memories lose their meaning
When I think of love,
As something new.

I know I'll never lose affection
For lovers and friends
I still can recall

I know I'll often stop and think about them
IN MY LIFE
I love you more.

Though I know I'll never lose affection
For people and friends
I still can recall

I know I'll often stop and think about them
IN MY LIFE,
I LOVE YOU MORE!!!



## PROLOGUE

It's true that Upsala isn't exactly on the list of "well known colleges," but that doesn't mean it's not up to their caliber. Yes, we are small, but that doesn't mean we skimp on quality. Life means making the best out of what you have available and that is exactly what Upsala has done. We are a quality institution and we export the world's greatest commodity.

People . . . If you ask any student why they continue to come back year after year, one of their main reasons are the people. Lasting friendships and honest ones are forged and created at Upsala. The friends you make here are the ones you will keep forever. College is a time for learning and a time to teach others. At Upsala, we have achieved an academic dream, both education wise and growth wise. These four years have been what life is all about . . .

2

Dear Seniors:

Alas another year comes to a close. But with this year ending so will your physical presence at Upsala. You will venture out into the world to enter the job market, travel and chase after your dreams.

You will be left with the memories of the friends you've made and the times you had. We will all miss your presence, but your spirit will last forever from those you've touched. From professors, staff and especially your friends.

In the following pages, I've tried to capture the events, people and places that might have made your years at Upsala special. The theme for this year's yearbook is a newspaper orientation, as all the sections are similar to those in a newspaper.

As you turn the pages and laugh and cry, keep the dreams you've made and carry the ideals, values and hopes out into the world. Help make the world a better place for all of us.

Congratulations and Good Luck!!

Cordially,
Cynthia
DeMatteis



Cynthia DeMatteis — Editor-in-Chief

## EDITORS



Cynthia DeMatteis . Editor-in-Chief
Romona Armstead . Assistant Editor
Dana Hunter . . . . . Layout Editor
Derrick Martin . . . . Activities Editor
Roy Downes . . . . . Art Editor
Willie Taylor . . . . . Sports Editor
Keila Ravinez . . . . . Sports Editor
Manny Tavarez . . . Photography Editor
Lynda Williams . . . Secretary

## STAFF

Sherry Williams
Nancy Compton
Pat Derosa
Liz Czepiel
Mark Iras
Sioux Klie
Gail Emery

The Upsalite Staff would like to extend special thanks to Dean John McIntyre, Dave Anderson and Lillie Anderson for all their support and help.

EAST ORANGE PUBLIC LIBRARY

## *TABLE OF CONTENTS*

Editorial . . . . . . . . . . . . . 5
Dedication . . . . . . . . . . . 7
President Shram . . . . . . . . 8
Dean Titus/McIntyre . . . . 10
Candids . . . . . . . . . . . . . 11
Pub Thursday . . . . . . . . . 12
Collágue . . . . . . . . . . . . . 14
Editorials . . . . . . . . . . . . 16
News . . . . . . . . . . . . . . . 17
Lifestyles . . . . . . . . . . . . . 44
Entertainment . . . . . . . . . . 52
Religion . . . . . . . . . . . . . 64
Society . . . . . . . . . . . . . 70
Theater . . . . . . . . . . . . . . 86
Comics . . . . . . . . . . . . . 94
Sports . . . . . . . . . . . . . . 104
Personals . . . . . . . . . . . . 124
Ads . . . . . . . . . . . . . . . . 160
Future of Upsala . . . . . . . 182



4



## FOREWORD

College is a time to learn and a time to change. A million words can't adequately describe what college is because to each of us, it is something personal. We hope this yearbook will enable you to gain a perspective view of your college career. Events have been singled out in hopes that each of you will be able to find in this yearbook the changing and unique memories of your college life.

# DR. RHODA FREEMAN, 1928-1986



LAST LINES

The beauty of the world hath made me sad,
This beauty that will pass;
Sometimes my heart hath shaken with great joy
To see a leaping squirrel in a tree,
Or a red lady-bird upon a stalk,
Or little rabbits in a field at evening,
Lit by a slanting sun,
Or some green hill where shadows drifted by,
Some quiet hill where mountainy man hath sown
And soon would reap, near to the gate of Heaven;
Or children with bare feet upon the sands
Of some ebbed sea, or playing on the streets
Of the little towns in Connacht,
Things young and happy.
And then my heart hath told me:
These will pass,
Will pass and change, will die and be no more,
Things bright and green, things young and happy;
And I have gone upon my way
Sorrowful.

By Padriac Pearse

# DEDICATION

It is a honor to dedicate this year's issue of the Upsalite to Dr. Rhoda Freeman, who died on September 12, 1986. The loss of Professor Freeman was felt deeply by the Upsala community and she will be greatly missed. Her spirit and the love behind her efforts were seen in everything she did. She was a person of views, opinions and judgments. Her honest commitment to the school was one which was appreciated and treasured by students and faculty alike.

Professor Freeman arrived at Upsala in 1965 after teaching at Hunter College, where she earned her B.A. in History in 1948, and Drew University. Professor Freeman earned her M.A. in 1950 from George Washington University and her Ph.D in 1966 from Columbia University. In 1977 she became the second woman in Upsala history to be named Dean of the College, a position she held until 1979.

A member of the American Civil Liberties Union, the New Jersey State Planning Committee, and numerous other educational and humanity oriented organizations, Professor Freeman was also the history and political science chairperson of Upsala.

If desired, one could list the mass accomplishments of Professor Freeman, but that would be dehumanizing a person whose kindness and love and concern made her one of the most memorable and beautiful persons one could ever have had the honor of being taught by.

Our love, our tears and our hearts are extended to Dr. Freeman's family and loved ones. Peace be with you.

Dana Hunter

# UPSALA WELCOMES NEW PRESIDENT



Dear Students:

Your relationships with fellow students and faculty members are the most important element of college education at Upsala. Those relationships have made a difference in the quality of learning that will become more and more apparent as the years go by.

This yearbook is a record of your relationships and you will value its reminder of an important time of your life. I hope your memories of Upsala will be good ones and that what you learned here will serve you well in your lives and careers. Upsala is a part of your life and your future; I hope you will be a part of Upsala's future. You are important to us.

Congratulations and Godspeed.

Sincerely,
David E. Schramm
President

# PRESIDENT DAVID SHRAM

David E. Schramm, former vice president for academic affairs at California Lutheran College in Thousand Oaks, has been elected to succeed Rodney Felder as the seventh president at Upsala. Dr. Schramm was chosen from over fifty candidates reviewed by the Board of Trustees in the past six months. Board chairman, Paul Kennedy, announced the news with pleasure and said that he feels confident about Schramm. He said that Schramm "is the right man for the task" and that the entire selection committee is "enthusiastic about his coming aboard." Schramm said he is looking forward to the opportunities and the challenges that Upsala has to offer.

As Upsala's new president, David Schramm believes that his basic function is to attempt to focus the college's goals and help shape its future; to pinpoint the needs of the college; determine what direction the college is headed and to make the necessary decisions that will ensure a promising future. Schramm stated that this will include finding a way of making the students aware of the advantages of attending a small private institution in an urban setting. He feels that such conditions are challenging and fulfilling for everybody involved with the college because it allows for a diversity that isn't as apparent in many other small colleges. He wants to make the students understand what it means to be part of an environment that requires them to know how to function as a human being in a "multi-racial, multi-cultural environment."

Dr. Schramm expressed an interest in spending time with students. In his opinion, it's not realistic to promise that his door will be open for anybody that wants to drop by and talk since he will be extremely busy; but said that he will be a visible figure on campus. For example, he plans spending some of his lunches in the resident cafeteria and commuter snack bar so he can get better acquainted with the students. He feels the best way he will be able to help the college is to only make tentative plans until he has had a chance to listen to as many people as possible so he will know what everybody wants.

Dr. Schramm is looking at the college and applying constructive criticism to some very obvious problems. He says he will continue to maintain several aspects of Upsala, especially its traditional role as a small urban college. He is, however, looking at the physical resources and is aware of the great need for repairs and improvements. He feels that the reputation of the college must be supported and upheld despite any problems it has faced in the past. He put it simply by saying that because he cannot turn back the clock he is already looking for the solutions to many of the problems Upsala faces.

Schramm, 50, a native of Klickitat, WA, graduated from Concordia College in Portland, OR where he received both a B.A. and a M.Div. He received his Ph.D. from Washington University in St. Louis, MO in 1971. Schramm was a member of the faculty at Concordia Senior College in Fort Wayne, IN from 1964 until 1978. He also served as academic dean from 1974 until 1978. In 1976-77 he was visiting professor at the College of Education, University of Illinois in Urbana-Champaign. He joined the California Lutheran College administration in 1978.

Schramm has been active in a number of professional activities as an administrative coordinator at the University of Illinois, as a participant in the Center for the Academic Professions of the Council of Independent Colleges, as a member of the Board of Directors for Christ Seminary in St. Louis, MO, and as chairman of the Curriculum Consultation Project for the Lutheran Educational Conference of North America.

He has also participated in community projects as co-chairman of the Task Force on Quality of Education in the Conejo Valley Unified School District, as vice president of the La Serena Retirement Village Board of Directors, and as a founding board member of the Consortium for Advanced and Technical Education in the Conejo Valley.

David Schramm possesses the enthusiasm that Upsala desperately needs. He isn't a miracle worker but he is prepared to make a serious commitment to find out exactly what Upsala needs and to start initiating a way of fulfilling those needs.



# Dean H. Edwin Titus



Dear Seniors:
   The achievement of a college degree is a goal reached by only the tiniest minority of the world's population. Those who have invested so heavily of their time, money and energy to join this select group are highly rewarded for their efforts, not just in terms of a better job and a higher income, but they are also rewarded with a richer and more fulfilling life and an enlarged opportunity to participate in the world around them. The possession of a college degree is a sacred trust and having entered into that trust you can never be the same again. Because of your privilege you now owe much more to the world around you. Never forget that the educated person is the hope of the world.

                         Sincerely,
                         H. Edwin Titus

# Dean John P. McIntyre



Dear Seniors:
   First of all — Congratulations! I was about to write you a typical "Dean of Students" letter, but I think we've come to know each other on a far more personal basis than that one (one of the advantages of attending a small college.) It has been a tremendous pleasure watching you progress through the years at Upsala. I know many of you have encountered what seemed at the time to be insurmountable problems and frustrations along the way — but you've made it to graduation day, and hopefully, you are better people for having "hung in there." One thing is a certainty; you have developed the necessary skills to successfully deal with the reality of "life after Upsala."
   You have probably heard this a million times before, and I don't mean to preach, but there is nothing that each one of you can't achieve if you set your mind to it. This is YOUR TIME to grasp opportunity and to make a mark for yourselves — don't let it slip through your fingers.
   Again, it has truly been a pleasure, and quite an experience, to share the past several years with you. I wish all of you the best of everything.
                         Sincerely yours,
                         John P. McIntyre
                         DEAN OF STUDENTS

## COMMERCIAL CANDIDS

"My boyfriend sent my picture in to Ivory, but I honestly never expected to be an Ivory Girl. . ."



"See! We use Pearl Drops!"

"Raise your hands, if you're SURE!!!"



"Have some COKE and a smile!"

11

# CLUB



"Any time baby"



"The three guidos strike again."



"We're the breast . . . I mean the best."



"Pssst . . . pssst, don't look now but there's a camera in the room."

# THURSDAY





"Dancing Delight."



"Who us? We're old enough to drink."

TOP TEN DRINKS

1.) Alabama "snow" Slammer
2.) Between the Sheets
3.) Nervous Breakdown
4.) Kami-kazi
5.) Orgasm
6.) Blue Hawaiian
7.) Slow Comfortable Screw
8.) Qualude
9.) Sex on the Rocks
10.) The Brain





"Now if someone could open the beer for me, I could drink it."

13





# Edito







# rials

College is a time for learning, growing and maturing. Students get knowledge from both sources — out and in a classroom. Although knowledge is vital, we should stop for a moment and thank our professors who bring their knowledge to their position and share it with us.

Day after day, semester after semester, many people help fill in the picture that becomes Upsala College, from Financial Aid, to the library; from the registrars office to the professors who devote their time in helping to shape and broaden the minds of their students. Year after year those many people fill up the gaps to keep Upsala College on its feet. There is a special feeling here — one which you can't find at a larger school. To the people here you are an individual, a person, not a social security number. People here take the time and caring to help solve a problem be it at the Registrars Office or in the classroom or anywhere on campus for that matter.

We owe these caring people a lot. They have shown us through the time and effort they devote to the students at Upsala College that they really do care about us!

17

# UPSALITE 1987
# BUSINESS/ECONOMICS/ACCOUNTING



Manijeh Zavareei, MCS



E. Yong Lee



Peter Miliotis



Dennis Kelly



Morley Nkosi



Alvin Bogart



William Olson



Roger Secca



Fred Hahn, Education

# EDITORIALS

## BIOLOGY



Ed Kubersky



Sook Choi
Chairperson

## CHEMISTRY AND PHYSICS

## POLITICAL SCIENCE



Arthur Paulson



Gary Porter



Joseph Most
Chairperson

19

# UPSALITE 1987

# ENGLISH



Don Cross
Director of Internship Program



E. Yong Lee





Dei Earisman



# FINE AR



osi

Alvin Bogart



Larry Bennett



David Milgrome
Chairperson



Hugo Lutz



Bill Deguire

20

# EDITORIALS

# FOREIGN LANGUAGES



Carolyn Thorburn



Robert Brown

# POLITICAL SCIENCE



Arthur Paulson



Ellen von Nardroff



Pichon Loh



Donald McKee

21

# UPSALITE 1987

## HISTORY





**MATH
AND
COMPUTER
SCIENCE**

David Barry
Chairperson



John Syngg



Maryanne Kaplan



C. Lincoln Brown
Chairperson

22

# EDITORIALS

# PHILOSOPHY



Warren Funk
Chairperson



James Stam



Roger Borass

# PSYCHOLOGY



Ammon Roth



James McRoy

# UPSALITE 1987

# SOCIOLOGY



Roxanne Hiltz

# SOCIAL WORK



Kendy Rudy
Chairperson



Robert Meinke



Mary Swigonski



Joyce Lopez

# EDITORIALS

# ANTHROPOLOGY



Bassam Abed



Ali Kamali



Debbie Heilburn
Director of Learning Center



Jane Jacobs

# UPSALITE 1987

## LIBRARY



David Murry
Director



Elizabeth Rumics



Moses Matai



Ruth Shoge



Cathy Winn



Phyllis Brown

26

# EDITORIALS

# BOOKSTORE



Bill King
Manager



Bob MacLean
Assist. Manager



# BOOKSTORE STAFF
Lisa, Derrick, Deannea, Nancy.

27

# UPSALITE 1987

# SECURITY



Nick Polito
Director Security



Bobby Blocker
Supervisor



Alma
Secretary, Director of Athletics

28

# EDITORIALS

# ALUMNAE



Bill Foster



Suzanne Vietengruber
Director, Alumni



Maryanne Brennen

## UPSALITE 1987

# EOF PROGRAM



Michael Brown
Director, EOF



Joanne Johnson
Secretary, EOF

# EDITORIALS

# ADMISSIONS



Jim Skinner
Admissions Director



Joan Liljegren
Assoc. Director



Amy Stern
Assist. Director



Susan Gattoni
Admissions Counselor



Guy Tiene
Admissions Counselor



Wanita Reedy
Admissions Counselor



Madeline Halpin
Secretary



Susan Akey

## UPSALITE 1987

# PROSPECT HOUSE



Henry Ng
Assist. Treasurer



Dorthey Smith
NDSL



May Woorery
Payroll



Anita Leake
Cashier



Dawn Williams
Accounts Receivable



Elizabeth Papas
Accounts Payable

# EDITORIALS

## ENGLISH IS A SECOND LANGUAGE

## PUBLICATIONS OFFICE



Jerry Monroy
Director, ESL



Lillie Anderson
Director



Ann Willis
Secretary to Dean



Audrey Rannou
Secretary to President

# UPSALITE 1987

# REGISTRAR'S OFFICE



Mary Adams
Registrar



Carol Thortan
Assist. Registrar



Diane Johston



Denise Martin

# EDITORIALS

# STUDENT SERVICES

## COUNSELING SERVICES





Terry Jaeger
Director, Counseling Services

Kati Jambor
Counselor

## PLACEMENT OFFICE







Sharon Rosengart
Director of Placement

Rose Papas
Secretary Placement

Maria Shaper
Executive Secretary, Dean of Students and
Career Counseling

35









Much happens over a year, both at Upsala and in the more complex world. Some of these events are triumphant such as winning the big game, while some are disturbing — such as the passing on of a dearly loved professor. News is all around us, in minor details to momentous events.

Upsala has had its share of news in the past year — the strike which affected us all. Upsala, a usually peaceful college community was hit with a strike by the housekeeping and maintenance staff. The strike caused a lot of concern among the faculty, staff and students of Upsala, much of which still lingers in the air. However, the strike was resolved and Upsala is working on getting itself back on its feet.

Yet just outside the boundaries of Upsala is the real world which also had its share of problems. 1986 contained many somber memories — the space shuttle disaster, the arms scandal, and a few other thorns which dug inside many Americans and many of which were out of our control.

On a lighter note, 1986 saw a lot of fun, trendy changes, and new things discovered. In '86 we saw the return of paisley and punk haircuts, and a new trend of Reeboks, Swatches and Coca-Cola clothes.

We saw Rodney go "Back to School," "The golden Girls" go crazy and Joan Rivers got her own talk show.

We saw Andy and Fergie get married, and "royal brat" number two brought forth from Charles and Diana.

We heard the "Greatest Love of All" by Whitney, Rap made a space for itself and Barbara Streisand gave a concert in how many years?

We saw Gimbles go under, we went from Bambergers to Macys and America was spelled with a "K."

In a bigger view we still had the political problems of the Middle East on our minds.

All in all, though 1986, with its share of ups and downs, was a good year. As Billy Joel says, . . . "these are the times to remember . . ."

# *UPSALITE — 1987*

## STRIKE

*By Karen Bartlett*



On November 13, 1986 the 8-month labour dispute was resolved between Upsala and District 65 of the United Auto Workers (UAW) after a tentative contract settlement was agreed upon.

According to the Star Ledger, the con — tract settlement will be signed on Nov — ember 17. Upsala's current maintenance service, Witt, Fiala, and Flannery Associ — ates, has agreed "to provide improved wage and fringe benefits for the custodial workers" here at Upsala.

James Fiala, owner of WFF confirmed the agreement and told the Star Ledger, "The dispute was between the college and the union, and we have no problem with recognizing the Union. I think every — body is happy."

The Star Ledger also spoke with Leslie Roberts, Director of District 65 New Jersey. Who said, "We feel the new administration (at Upsala) has acted with decency and courage."























38

# *LOCAL * NEWS*



## PROFESSOR DONALD McKEE'S DINNER



























*UPSALITE — 1987*

# NEWS OF OUR TIMES

The events of our times
reflect the thoughts of our
future. The decisions made today
will shape the world of tomorrow.
A seemingly ineffectual decision
like killing off mosquitos, could
change, destroy an environment.
    The headlines of newspapers, mag —
azines and the lead stories seen
on television tell us what is impor —
tant and what is trivial. The media
spoon feeds us what we should know
and how much. There are many incidents
which never reach a television
news room until it has reached a
point where someone dies or some —
one gets hurt. If this is what it
takes to get the media to notice
something of importance, than they
should question their ethics and we
should question our morals.

We are told that the media only tells
the public what they want to hear. That
through experience, they are able to tell
what interests us. If this is true, than
Americans are more concerned about the
Giants winning the Superbowl, than about
the homeless, the poor and the starving
Americans right under their noses. Truth —
fully, who wants to be depressed,
when we can celebrate the Statue of Liberty's
creationday, and cheer on our favorite
football team to the tune of millions of
dollars. Its much more fun than saving a
life, or helping a fellow American to sur —
vive.
    Its funny how we scream and yell the loudest
about human indignation in other countries.
How we're so quick to point the finger at
Russia and other communist countries,
because we know that we stand for freedom and
that we stand for what's right. And yet we cant
even help our own to stand up for themselves.

HUNTER

# *N E W S*



# *UPSALITE — 1987*

## FACULTY TEAM CHALLENGES
## STUDENTS IN BASKETBALL

**Editor's Note:**
At press time, the editor could
only confirm that there will be
a game between the faculty and
students. All other statements
in this article may or may not be
true. Read at your own risk.

**Gazette November 6,
1986**





A group of faculty members had
challenged the students to a
basketball game on thursday,
November 20, 1986 at 7:30 P.M.
The game was to be followed by
a party for the victorious faculty
team in the Pub immediately after
the game. The game is a fund rasing
activity for the Senior Dinner Dance
so tickets would cost $20.00 at the
door. The winning team (that is, the
faculty) will receive a beautiful trophy
donated by Professor Dennis Kelly.

However, there are rumors that the
stakes
of the game are much higher than a mere
trophy. The faculty has promised that if
they lose, which is impossible, final exams
will be cancelled for the students that
***attend the game*** , and that
they will all receive final grades of A for
all their courses this fall. On the other
hand,
when the student team actually loses,then
all the
students in the school will never skip
class,
turn in a late assignment, and will spend
a minimum of 45 hours a week in the
library.

The following information about some
members
of the faculty team insures that they will
easily triumph on November 20. We will
begin with Prof. Bob Brown. Some of you
may remember that dunking the
basketball
was outlawed at the college level a number
of years ago. The reason was Brown's per
—
formances in his senior year at college. In
the first game of the season in 19?? he
scored
246 consecutive,unanswered points
dunking the
ball by taking advantage of his height. Prof.
Jacobs,originally from Canada, and Prof.
Zavereei
originally from Iran, both came to the U.S.
on full
basketball scholarships. Jacobs, in addition
to her deadly accurate outside shooting
was sought after for a highly unique skill;















*N E W S*

# FACULTY CHALLENGE CONT;

she perfected a writing intensive method
of communication among players, by basically
passing written notes among the team to
call plays so opponents could not hear.
Zavareei was essentially recruited for her
rebounding ability — her vertical leap was
measured at 48 feet, not inches. She is ex —
pected to be playing high above the rim.
Going back in the record books a few years,
one finds that Prof. Kelly holds the all
time scoring record for N.J. highschool
basketball, averaging 79 points a game in
his final 3 years at Atlantic City High, and
shooting an incredible 98% from the floor.
Last week at the Upsala gym, he was seen
sinking 25 shots in a row from the 3 point
range deep in the corner, and this was accom
—



plished with a blindfold. Prof. Rollino and
Prof. Linc Brown have worked out the first
high-tech approach to shooting in the history
of the game. Rollino has provided the necessary
information about gravity, mass, and acceleration
to Brown who has utilized a computer program so
that either one of then can launch a ball
from anywhere on the court with guaranteed
success. Rollino claims to have sunk a shot
in the gym that was launched from the base —
ment of Puder Hall. Brown swears to it.
Prof. Katcher's strengths revolve around
his ability to syncronize the human re —
sources on the court and promises that
some of the plays the faculty utilizes
will be truly dazzling. In his younger
days he consulted with Red Auerbach of
the Boston Celtics' human resources.
Rounding out the faculty team will be
Prof.Olson, who is approaching his 65th
birthday, although he doesn't look a day
over 60. His strength is basically his
passing game. Few of us know that he use
to run a passing clinic for the NBA and
is attributed with developing the passing
skills of such players as Bob Cuosey, Peter
Maravich, and Magic Johnson.
An added attraction will be Prof. Earisman
who will provide the play by play and color
commentary at the announcer. In his younger
days he ran the only accredited sports announc —
ing school in the country, graduating such
people as Red Barber, Vince Scully, Phil Ruzzuto,
Howard Cosell, and Dandy Don Meridith.

















43









44



# styles

South Hall, North Hall, Bremmer, the Townhouses, where do you live?

Each one has its own personality. All busting, crazy, serious during exams, yet somehow forming a personality and family of its own.

South Hall, for the ladies, is always alive with gossip and laughter. It consists of three floors, with two wings on each floor. North Hall, for the gentlemen, is set up the same way. Both North and South Halls having a Resident Advisor for each wing.

Bremmer, located in front of Froeberg, is more quiet and co-ed. Two Resident Advisors are located there, one for the ladies and one for the men.

The Townhouses, located behind Froeberg, have a variety of personalities. Three-man or five-man townhouses are available for the students, each section having different Resident Advisors.

All of these different housing facilities have one thing in common — a great Residence Advisors Staff. Dedicated and devoted, these people are here to welcome the students on their wing, floor or townhouse. They are here to answer questions, help with problems and concerns, provide authority when needed, and be a friend.

# UPSALITE — 1987

## RESIDENCE LIFE DIRECTOR



SARAH MILLER

This school year marks the end of Sarah's first year here at Upsala. She received her B.A. from Moravian College in Bethlehem, Pennsylvania and her M.E.D from the University of delaware. Prior to coming to Upsala she was a Hall Director at the University of Delaware.

Sarah sees the residence halls as an educational environment outside the classroom. She feels the whole residence program is geared to make students grow. Since Upsala is a small community, she feels she will have more access to the students than at the University of Delaware.



Jeannette Armstrong — Residence life secretary

# *LIFESTYLES*

## *RESIDENT DIRECTORS*



KHADIJAH KALIMAH



DAVID SEALY

The resident directors work in unison with the head of Residence Life in order to provide the students living on campus with a pleasant enviroment to live in. Under the directors are the Resident Assistants who are located throughout the campus in various residential buildings, such as Froeburg Hall's north and south hall, Bremer Hall and in Town Houses. Residential Assistants provide students with programs designed for them to learn from and to enjoy.

# UPSALITE — 1987

## RESIDENTIAL ASSISTANTS



south hall — Cynthia DeMatteis



north hall — Charles Perry



Bremer Hall — Lisa Brun



south hall — Valerie Bragg



Town Houses — Manuel Tarvares

48

# *LIFESTYLES*

## *RESIDENTIAL HOUSING*



south hall laundry room



## *Froeberg lobby*



town houses



Bremer Hall



outside Froeberg



Froeberg parking lot



behind Kenbrook

49

# UPSALITE — 1987

## BUILDINGS ON CAMPUS



The Chapel



Admissions House



Prospect House



The Library



English House



Music House



Child Care Center-
temporarily out of order

Kenbrook Hall



Viking Hall gymnasium



Agnes Wahlstrom College Center

50

# *LIFESTYLES*

## *TAKING THE SCENIC ROUTE AROUND UPSALA*

























ENTER



That's Entertainment . . . That's what makes us S-M-I-L-E . . . What kind of entertainment has Upsala Got?

There's something for everyone — black, white, male, female, resident or commuter.

Various entertainers appear in the pub on "Pub Thursday" — from lip sync competitions to D.J.'s.

Throughout the year, Upsala's various sports teams compete away and on campus. From volleyball to football, tennis and wrestling, hockey and both men's and women's basketball. There's something for everyone.

The year opens up with parties in the pub to the big Halloween bash. Then there is Parents Day, which our moms and dads can eat the great food we do. Then there is the annual Homecoming weekend which is a time for one to see the alumni come back and for the alumni to see what Upsala is up to.

Then we enter Thanksgiving vacation, which everyone is glad for. Finally the month of December is filled with holiday cheer, nerves for finals and a traditional dinner of faculty and students to be together before the well-needed Christmas vacation.

We come back to a mist of friends and parties and the Greek system gets in Geer for the rushing season and Pledge Week. Finally to end out the year there is spring week which is filled with activities.

But all throughout the year the campus is buzzing with parties! What you didn't know about them? Yes, Upsala has a variety of parties going on, usually day and night.

Year round there are a variety of events and entertainment, some supplied by the CLS and Student Organizations, but much of what is enjoyed by friends getting together and making their own entertainment, which is always memorable.




# *UPSALITE — 1987*

# **BOAT R**







ANTICIPATION.This event is the highlight of the entire year. The memories experienced on the annual boatride are ones treasured and passed down from alumni to alumni. It is the freshmans very first introduction to Upsala life. After an entire summer apart many cannot wait to renew old friendships, review new tans and find new loves.

For the first time in the history of the ride around Manhattan, the boat was 'dry'. That is no alcohol was served regardless of age or status. For those who had the insight to B.Y.O.B. there wasn't much difference in the general evening, but for others it was the end of the world.

But the Circle line was only keeping up with state laws, seeing that most students were underage anyways.Surprisingly it didn't seem to make much diffence people seemed to enjoy themselves and enjoy the view, despite the lack of libations.

D.J's on the Run kept the party goin and one could not resist Jackin' their body once or twice. Overall a goodtime was had by all Many just took in the beauty of the newly reconstructed Statue of Liberty, for many students it was their first time seeing her. Compared to last years view of metal pipes, this years was a grave improvement and one didn't seem to mind if she was green.

















# *ENTERTAINMENT*

## DE 1986
















55

# UPSALITE — 1987

"S









Soviet Attempt to Gag America?? Maybe, but despite the unformiliarity of the food, SAGA is a tradition among students. It's a chance to see who's eating with whom or just plain socialize. Wheither its a liquid meal or a bowl of cereal for dinner, the main attractions are the people.

Someone once said that no matter what they serve, there's always something up there (SAGA) to eat. Be it a bowl of soup of a piece of lettuce. What an interesting philosophy, tell me where this person is and where they eat regularly. None the less, they might as well be serving Chinese food, either way you're hungry an hour later. So sit, enjoy the atmosphere, pick over your food. Admit it, your there for the conversation anyways, luckily there's a McDonalds on Dodd street.









56

# *ENTERTAINMENT*

GA"





















*UPSALITE — 1987*

# Halloween — 1986

### THE DEAD NEXT DOOR





The I.F.C sponsored its annual Halloween party and as expected it was a success. The Halloween bash is the highlight of October and it gives freshmen and upperclassmen a chance to mingle. Upsalites and friends enjoyed themselves to the beat of a live band and in the presence of the standard 'Goulish' decor. Everyone got into the 'spirit' of the occasion by dressing up and playing the part. The womans volleyball team came as football players and other students portrayed their wildest fantasies. From garbage bags to playboy bunnies, Run DMC, the mad housewife, Jasons cousin Bob, Vanity, Raggedy Ann and sister Fred Flintstone wearing a designer sheet, this party had it all, even drag.

The evening was topped off by the midnight horror flick "Phantasm".












# ENTERTAINMENT























# HOMECOMING

*By Karen Bartlett*

This year's Homecoming was under new leadership, Sue Vitengrueber. Homecoming weekend began on October 31 with a bonfire on the football field and ended on November 1st, with the soccer and football games. Other highlights of the day were the Craft Fair, tailgate parties and half-time activities at the football game.

This year's Homecoming Queen was Khadijah Kalima. Her court included, 5th runner-up, Alex Asaro, 4th runner-up Faith Foppiani, 3rd runner-up Dee Ekmekjian, 2nd runner-up Kelly Fermo, and 1st runner-up Sue Wolf.

This year there were five banners entered in the banner contest. Each banner was judged and could win a total of 40 points. The sisters of Theta Beta Gamma won the competition for the fourth year in a row. The sisters of Gamma Sigma Sigma placed second, the sisters of Tau Beta Sigma and AMMO tied for third.

Another activity that was enjoyed at halftime was the Viking Fun Run. The mini Vike run was won by Ted Bono, the Future Vike run was won by Steve Most and Jeff Stone captured first in the Men Under 35 contest.

Alumni and students enjoyed the weekends festivities.















From top to bottom; Khadijah Kalima Homecoming Queen, Sue Wolf, Kelly Fermo, Dee Ekmekjian, and Faith Foppiani.



# ENTERTAINMENT



AMMO — tied 3rd place



Theta Beta Gamma — winners — 1st place







Gamma Sigma Sigma — 2nd place



Alex Asaro, 5th runner-up

Tau Beta Sigma — tied 3rd place





# UPSALITE — 1987



## COFFEE HOUSE



The Coffee House is an Upsala tradition in the "mellow attitude." Known for its pleasant atmosphere and good vibes, the Coffee House is located under the chapel and is open every Monday night from 9 till 11.

The complete opposite of the pubs electric formula, the Coffee House offers a person an opportunity to relax and listen to some good music. The kind that won't rattle your nerves. A chance to enjoy each others company is its main feature, along with folk and comtemporary music played live.

A heaven for the course ridden mind, the Coffee House is a highly appreciated change of pace for Upsala's weary.













# *ENTERTAINMENT*

## BSU DINNER — December 1986







## CHRISTMAS DINNER — 1986






## CHRISTMAS DINNER









## BSU DINNER





















The presence of God or a God is a very important part of many peoples lives. Although religious beliefs vary from person to person; as well as religion to religion many would agree that believing in God provides both a spiritual inlet and an outlet for the person.

Whether Catholic, Jewish, Lutheran or other, religion provides an outlet for the individual by allowing them to believe in a higher being, one who is there to share joys, concerns, or uncertainties with. In times of need, especially now, faced with so many of lifes uncertainties, it is comforting to know that God offers an unconditioned love for the individual without any discriminations.

By depending on God, the individual allows God to come into their lives as a spiritual inlet. As God becomes more actively realized in the persons life the more the person learns to depend on God for support, love, understanding and more.

At Upsala College many people help to deliver God's message, Reverend George Freyberger and his wife Donna Rae, as well as Upsala's Gospel Choir and Chamber Singers.

The following pages demonstrate a deep commitment by a great number of people. Their love of God is shown in various ways throughout the year. We at Upsala are very fortunate and honored to have such special people spread God's word.

# *UPSALITE — 1987*



# PASTOR GEORGE W. FREYBERGER

Dear Friends

The prayer you will read is taken from the Lutheran Book of Worship. It expresses two very important aspects of Upsala College, our inclusiveness and our diversity.

Upsala has grown and prospered from a small group of Swedish Lutherans over ninety years ago to our present day racial and cultural variety at all levels of the college community. We celebrate this diversity at the college as a learning opportunity as well as a chance to make new friends.

While you were here at Upsala, you may have taken the time to make friends with someone of a different race than yourself. By doing so you have planted the seeds of friendship which may continue to grow in your life. Cultivate them! *This is where the peace of the world begins — in each of us.* Peace

Pastor George W. Freyberger

# *RELIGION*

O GOD , YOU CREATED ALL PEOPLE IN YOUR IMAGE. WE THANK YOU FOR THE ASTONISHING VARIETY OF RACES AND CULTURES IN THIS WORLD. ENRICH OUR LIVES BY EVER — WIDENING CIRCLES OF FELLOWSHIP, AND SHOW US YOUR PRESENCE IN THOSE WHO DIFFER MOST FROM US, UNTIL OUR KNOWLEDGE OF YOUR LOVE IS MADE PERFECT IN OUR LOVE FOR ALL YOUR CHILDREN.

*AMEN*

Secretary Mrs. Lutz



# UPSALITE — 1987

## UPSALA'S GOSPEL CHOIR



## MEMBERS:

VALERIE BRAGG*
ROBIN WILLIAMS*
ELENOR KING*
TRACEY GAMBLE*
SANDRA WILLIAMS*
SANDRA ATKINS*
CORNELIUS DUANE EADDY*
WILLIE DIGGS*
MARLENE GAUDIN*
THERESA RANDOLPH
  DIRECTOR SIS. JOHNETTA
    MELSON

DONALD COLOUN
WALTER COLLIER
JANINE INGRAM
DARRIEN GRAY
LASONYA NELSON
WILLENA WESSON
MONICA RAGLAND
MICHELLE HICKS
KAITE DORTCH
JANET REYNOLDS*

* GRADUATING SENIORS

# *RELIGION*

## *GOSPEL CHOIR 1986-1987*





The gospel choir has been a dedicated force on campus. Performing at events and concerts they were a instrimental force in this years Black History Month as well as being featured at the BSU Christmas dinner. During the Christmas break the choir went on tour and further spread the good news of the lord through song.

"WE ARE NOT ASHAMED OF THE GOSPEL OF JESUS CHRIST"









As I walk along Upsala's Campus, to where ever I am going I see evidence of its social life. A student reads a copy of "The Upsala Gazette", or the literary magazine "Foci."

Various posters advertise events going on — the weekend movies, a guest speaker, the ski club, a fraternity sponsored trip to Atlantic City, a pre-law club meeting, and much, much more.

A student rushes off to play practice, or sports practice. Posters advertise more events going on — a commuter bagel brunch, a campus worship service in the chapel, the Student-Faculty basketball game, aerobics with Cindy!! a D.J. in the Pub, and more.

Upsala is always bubbling with excitement and events. There's always something going on at Upsala. Just step out and take advantage of one of the many things going on at Upsala. And because Upsala is such a small college we've become a close-knit family. Everyone goes to everyone else's parties, the sororities and fraternities get along well, and everyone cares and helps everyone else. We come together to give blood, party or just hang out. Although Upsala may be small the loving feeling between people is mighty!!

CIETY

# DIRECTOR OF STUDENT ACTIVITIES

# DAVID ANDERSON



## ADMINISTRATIVE ASSISTANT OF STUDENT ACTIVITIES



**CHERILYN BYRNE**

# *SOCIETY*

## SENIOR CLASS OFFICERS



PRESIDENT — MIKE HARTMAN
VICE PRESIDENT — ALEX ASARO
SECRETARY — FAITH FOPPIANI
TREASURER — JAY CITRULO
SENATORS — DEE EKMEKJIAN
ANDREA SZABO

DEAR SENIORS:

WITH THE YEARS SPENT HERE COMING TO A CLOSE WE LOOK BACK AND REFLECT ON THOSE MOMENTS THAT STAND OUT IN OUR MINDS. IT MIGHT TAKE A WHILE BUT IF WE THINK HARD ENOUGH SOMETHING WILL POP UP. FOR SOME IT WILL BE THE NIGHTLY T.V. SCHEDULE WE SO RELIGIOUSLY STUCK TO: 11:30 HONEYMOONERS, 12:00 STAR TREK, THEN DAVID LETTERMAN AT 12:30. OTHERS WILL REMEMBER THE 'MORNING AFTER' THE FIRE — ALARM GOING OFF IN THE MIDDLE OF THE NIGHT, OR NO HOT WATER IN NORTH HALL.

IN ALL SERIOUSNESS THE CLASS OF 1987 CAN LOOK BACK AND REMEMBER THE FRIENDS WE MADE, OUR PROFESSORS AND THE AMOUNT OF LEARNING THEY INSTALLED INTO US, THE GREAT FOOD AND THE EVER PRESENT SIRENS HEARD EVERY DAY. ALTHOUGH WE MAY LOSE TOUCH WITH SOME PEOPLE IN THE YEARS TO COME, A QUICK GLANCE AT THIS YEARBOOK WILL HELP US REMEMBER THE YEARS SPENT HERE AT UPSALA. **BEST OF LUCK AND THANKS FOR THE MEMORIES**

SINCERELY
MIKE HARTMAN
SENIOR CLASS PRESIDENT

# UPSALITE — 1987

## CAMPUS LIFE SENATE

PRESIDENT : KELLY FERMO
VICE PRESIDENT : RICH SCHWARTZ
SECRETARY : KAREN ORTELLIO
TREASURERS : STEVE HELMKE
BOB LUCA
LIASON CHAIRPERSON : CYNTHIA DeMATTEIS
RULES AND BYLAWS : GUS XHUDO
PPC : SPENCER LESTER
DERRICK MARTIN
EPC : LIZ CZEPIEL
ELECTIONS : ROMONA ARMSTEAD
PROGRAMMING ASSTS : KIRSTEN SJOGREN
JOAN PETIYA
ADVISORS : DAVE ANDERSON
JOHN McINTYRE
CLASS PRESIDENTS : SENIOR — MIKE HARTMAN
JUNIOR — DENNIS SANDERS
SOPHOMORE — HYACINTH HALL
CLASS SENATORS

ANDREA SZABO
DEE EKMEKJIAN
SHAUN ROBINSON
MERNA RICKS

HUMANITIES DIV. SENATORS

KAREN BARTLETT
LEIGH ZONA

NATURAL SCIENCE DIV. SENATORS

DAVE SEALY
DENISE FORD
GEBRE WILDEMARIAN

SOCIAL SCIENCE DIV. SENATOR

LISA BRUN

PUBLICATION EDITORS

GAZETTE — KAREN BARTLETT
UPSALITE — CYNTHIA DeMATTEIS
FOCI — JACKIE BUSHONG

RESIDENT SENATORS

ROY DOWNES
LISA DePASQUAL

COMMUTOR SENATORS

PETE TSIKNIS
MIKE ORSULAK



PRESIDENT — KELLY FERMO

The CLS is the governmental organ — ization for the student body. Through the main legislation body and its com — mittee structure, the CLS continues to bring student concerns and opinions to all levels of the administration, inclu — ding the Board of Trustees. The organiza — tion also allocates budgets to a varitety of the clubs and organizations as well as student programming.

Membership to the senate is by election with the exception of the executive com — mittee which is appointed president. Once appointed/elected, the members of the Sen — ate sacrifice much of their free time to try and improve student life. Manyu seniors have served in years past on the Senate at both executive positions ad Senate seats. Your enthusiasm and dedication have been greatly appreciated and will be deeply missed.

# SOCIETY

## ALPHA ANGEL CLUB



PRESIDENT: WILLENA WESSON



VICE PRESIDENT: VALERIE BRAGG



ANGELA McCLOUD
ESTELLE MAYNARD
KATHY PITTMAN

KAREN PHILIPS
SARINA HOSKINS
DAWN ROSS

TAVIA FISHER
DONNETTE CRUICKSHANK
DENISE ADAMS

PAMELA HINES
CANDACE COLEMAN
JUANITA BONE

The Angels of Alpha Phi Alpha fraternity, are a group of dedicated, intelligent, respectable hardworking women of good moral character. The club was started in the spring of 1983, and its main objectives are to aid in endeavors of the brothers and to enhance the prosperity of such a prestigious fraternity.

The Angels perform various charity functions on campus and in the community as well as many social events.

# UPSALITE — 1987

## PRE-LAW CLUB

### OFFICERS

PRESIDENT : GUS XHUDO
VICE PRESIDENT : CYNTHIA DeMATTEIS
SECRETARY : DENISE CALINDA
TREASURER : ED BOGASH

### MEMBERS

VICTOR CANNING
HYACINTH HALL
SCOTT ROSEN
JACQULINE COLDOUGH
JOANN JOSEPH
STEVE WILLIS



GUS XHUDO-PRESIDENT, ART PAULSON-ADVISOR



The Pre-Law Club plans trips to different law schools throughout the year to provide future lawyers with a feeling for the types of law schools that are available, how the classes are held and the credentials they are looking for from the students.

The club also plans a trip to the state courthouse and the New York law conven — tionas well as inviting guest speakers throughout the year.

classes are held and the credentials they are looking for from the students.

The club also plans a trip to the state courthouse and the New York law conven — tionas well as inviting guest speakers throughout the year.

# *SOCIETY*

## *POLITICAL SCIENCE CLUB*



VICTOR CANNING, PRESIDENT

OFFICERS

PRESIDENT : VICTOR CANNING
VICE PRESIDENT : ED BOGOSH
SECRETARY : HYACINTH HALL
TREASURER ; PAULINE CARIDES

MEMBERS

DENISE CALINDA
GUS XHUDO
SCOTT ROSEN
JOANN JOSEPH
STEVE WILLIS
ERIC VASQUEZ
CYNTHIA DeMATTEIS
JACQULINE COLDOUGH

The purpose of the club is to get students involved with current political events at Upsala and around the world. The club sponsors trips to the United Nations, the State Assembly in Trenton and other social events.

# UPSALITE — 1987

## CULTURE TRADE ORGANIZATION



The CTO was founded April 1st 1986 and its main purpose is to bring together students from different countries and cultures. Some of the events sponsored during the year are International Dinners, trips to museums, restaurants and are galleries in New York. As a new organization we hope to succeed in our ambition to unite and familiarize students on campus with different countries and their people.

from left to right; Gun Kim, treasurer. An Huu Nguyen, president. Dniel Koh, secretary. John Kuperus, vice-president. party counsel, Mohamt Sobandy and Sin Ming Mah.

## THIRD WORLD STUDENTS ORGANIZATION



PRESIDENT : KEITH WILKINSON
VICE PRESIDENT : JOHN BONE
SECRETARY : CATHY PITTMAN
TREASURER : ESTELLE MAYNARD

The Third World Students Organization was established in order to promote unity, scholarship and cultural awareness for all people of African decent.This year we are proud to say we have accomplished these goals by helping create and become part of the BSU.
We the members of TWSO would like to thank you for your support. We would like you to always keep our motto in mind.

ONE PEOPLE,ONE NATION, ONE DESTINY

# SOCIETY

## LATIN AMERICAN UNION



The Latin American Union provides a sense of one identity both for Hispanic students and those interested in Hispanic culture at Upsala. Founded in 1976, the LAU had served as a strong force for cross-culture understanding, a device by which students could coordinate and present different aspects of the Hispanic culture to the whole Upsala community. By presenting traditionsl events like the Salsa , Disco, Dinner for Hispanic Heritage Month and many community service projects, we have created a Union devoted to cultural understanding.



PRESIDENT : ALEX ACOSTA
VICE PRESIDENT : LORENA NAVARRO
TREASURER : MARK HICKS
SECRETARY : PRESTON BELL



left to right front; Preston Bell, Lorena Navarro, Alex Acosta, Ivelyse Pillot, Mark Hicks. left to right back; John Davis, Dickens Toussaint, Tony Perez

*UPSALITE — 1987*

## *BLACK STUDENT UNION*



We the proud members of the Black Students Union, in order to establish unity, the desired achievement and fulfilment of ourselves, set down this day some goals of our organization.

"To establish a positive and respectful image with other student organizations.

To establish self and academic awareness of the members of the Black Student Union.

To establish a positive and prosperous relationship with ourselves and others on and off campus.

To always strive for improvements in the BSU and ourselves.

To establish a legacy that present and future members will be proud to uphold.

WE ARE ONE, WE ARE PROUD, WE ARE POSITIVE, WE ARE THE BLACK STUDENT UNION.

PRESIDENT BRYAN BARTLEY





Members; Kenneth Powell, Charles Perry, Kyle Adams, Estelle Maynard, Preston Bell, Gordon Astwood, Louise Downes, Khadijah Kalima, Warren Jackson, Andre Simmons, Mellisa Grant, Donnette Cruickshank, Kim Grant, Audra Grant, "Bear"

*SOCIETY*

# *RACHEL CARSON HEALTH CLUB*

The purpose of the club ,founded by Professor Carolyn Thorburn, was developed to provide students with a better knowledge of the health problems existing in society today. Centering on environmental instruction and Cancer, Professor Thorburn is active in getting the community more knowledge on health by giving lectures, appearing on radio and distributing data throughout the campus and community.



members; Tracy Ramos, Fran Ferrar, Edie Walters, Nancy Swain, Charles Perry, Steve Lawson,Maribel Fermin, Annette Arocho, John Lopez, Derrick Martin and Charles Bell



THE INFAMOUS BANANA ICE CREAM



PROFESSOR CAROLYN THORBURN, FOUNDER AND ADVISOR

# *UPSALITE — 1987*

## *F.O.C.I*



Foci, Upsala's literary magazine, provides student with four publications per year. Featuring poetry, short stories and photography it represents the artistic aspect of college life. This years staff, along with editor Jackie Bushong brought Foci back into the limelight of campus publications, with its artistic covers and sometimes controversial submissions of poetry.

EDITOR : JACKIE BUSHONG
ASST. EDITOR : MARK WILLIAMS
COMMUNICATIONS : DANA HUNTER
LAYOUT : DAVE PICARDI
ADVISOR : PROF. DEL EARISMAN

*WE MET*

*AND I SURRENDERED*

*TO HER,*

*FELL IN LOVE*

*WITH THAT WOMAN.*

*BUT WHO ARE YOU ?*

*EACH DAY*

*DISCOVER YOU AND*

*SHE ARE NOT ALIKE.*

*WERE YOU THIS BEAUTIFUL*

*OR CLEVER, OR CHARMING*

*YESTERDAY ?*

*HOW WONDERFUL*

*BLESSED*

*BY THE MIRACLE*

*OF FALLING IN*

*LOVE AGAIN*

*WITH YOU.*

*A. C*

# UPSALITE 1987

The 1987 Upsalite editors and staff worked diligently under many deadline pressures and frequent crisies to complete a successful yearbook. Piecing a yearbook together out of so many small details involves much time and effort. The staff attempts to present both a literary and pictoral history of the past year, hoping that now and in the future, this book will help to recall the exciting events and experiences of your college days.

The editor would like to extend her thanks and appreciation to Dana Hunter for her many hours spent playing with the computer.



Editor's time out off the aerobic floor



"We're missing what section?"



"I didn't know you could get in this position"

*UPSALITE — 1987*



This year, the GAZETTE has been striving to more fully become a newspaper of the entire college community, maintaining close contact with the college administration and numerous clubs and organizations on campus. Despite the size of the staff we were still able to produce a quality paper and restablish the credibility and reliability of the GAZETTE. This innovation was instituted under the editorship of Karen Bartlett and the dedication of Kathleen Murray without whom the hours devoted to layout would not be possible. With each issue and effort is made to present a diversity of interesting and informative articles to satisfy nearly every taste.

## UPSALA GAZETTE STAFF

**Editor** - **Karen Bartlett**
**Assitant Editor** - **Kathleen Murray**



**ACADEMIC/
ADMINISTRATION
BEAT**
*Leigh A. Zona*

**BUSINESS MANAGER**
*Karen Ortelio*

**CARTOONIST**
*John Bobowicz
Roy Doumes*

**DISTRIBUTION**
*Theta Epsilon*

**FOREIGN STUDENT
BEAT**
*Rose Dunado
Rose Tejero*

**GREEK BEAT**
*Elaine Charocops*

**LAYOUT**
*Karen Bartlett
Kathleen Murray*

**NEWS/FEATURE**
*Matt Franklin*

**SPORTS EDITOR**
*Bob Luca*

**ADVISORS:** Deborah Heilbrun, Steve Krinsky, James Lovell

84

# SOCIETY

## W F M U



The main purpose and objectives of Radio Station WFMU consist in its role as a public radio station. Listener supported, WFMU tries to manintain an individual image and also present itself as a respectable part of Upsala College. In addition to music programs ranging from the classics to Texas cowboys music, interesting discussions, interviews and live bands are featured regularly. With emphasis on the community and thier importance to our annual pledge marathon, WFMU is devoted to its level of excellence it is designed to maintain. Campus as well as community events are made known to the public, and students are encouraged to openly and freely express ideas.

















"To be or not to be, that is the question . . ." First you must decide what to be — an actor, stagehand, director; then along with everyone else you head on down to Upsala's own Workshop 90. Year after year, semester after semester many dedicated people put on numerous plays, ranging from short plays to full-fledged musicals — such as "Come Blow Your Horn."

Many talented people make up Workshop 90. From actor to actress, lighting crew, prop managers, stage manager, make-up artist or director everyone plays an important part and meaningful role in every production. A lot of time, effort and dedication is put into every one of Workshop 90's plays. Rehearsal after rehearsal, play after play everyone puts 100 % into "90." And although it's a tremendous amount of work, there's alot of fun involved and a great deal of satisfaction and accomplishment felt when it's over. Friendships are formed, it's like one big, happy family. Although "family members" come and go, that special closeness remains.

Workshop 90 deserves a standing ovation! Good job everyone! Keep up the good work!!

# *UPSALITE — 1987*



WORKSHOP 90 THEATRE
OF UPSALA COLLEGE
PRESENTS

THE PREMIERE PERFORMANCE OF

F O R G O T T E N

by KEITH BROWN

Directed by
ROBERT MARCAZZO

SET DECORATION
BY
PHYLLIS BROWN

LIGHTING
BY
GEORGE SILBERSTERN

# F O R G O T T E N

By Keith Brown











## CAST LIST

DAVID ROMERO ... HENRY LEYVA
MR. SLATE .......... JIM LOVELL
MR. CONNELY ... ROBERT BROWN
MR. BROWN ........... RICHARD
MORRISSEY
GUARD ............ ROY DOWNES
MRS. BARTLEY ........ DIANE M.
VOWELL
WENDY PARKER ......... JACQUE
SCHERAGO
KEVIN ........ DAVID MICHAELS
BOB ........ MICHAEL J. JANISH
AL ............... ROY DOWNES
JOE ............. JEFF TOSCANO
GREG ................ JEFF FARIS
JULIE ........... DIANA DEGNAN

Directed by ROBERT MARCAZZO







# *THEATER*

# AH, WILDERNESS

By Eugene O'Neill



## CAST OF CHARACTERS

NAT MILLER .......... THOMAS A. NACKID
ESSIE, ................... AMANDA J. MROZ
ARTHUR, ................... ROY DOWNES
RICHARD, ...........RICHARD TANKOOS
MILDRED, .............. NANCY BENWARD
SID DAVIS ................. KARL WESTON
LILY MILLER .............. NANCY HAWES
DAVID McCOMBER ..... KARL ROSENSTEIN
MURIEL McCOMBER ....... KAREN MONTI
WINT SELBY ............. MIKE HARTMAN
BELLE ............... CANDACE COLEMAN
NORA ................ ALEXANDRA ASARO
BARTENDER ...........CORNELIUS EADDY
SALESMAN ............... JOHN McGUIRE

Directed By Robert Marcazzo

MARCH, 1986
A young boys coming of age is
depicted in Eugene O'Neill's,
AH, WILDERNESS. The year is
1907
and our lead character has to deal
with his desires for higher
learning,
and his confrontations with
alcohol,
adolescence adventures and love.





AH, WILDERNESS!
BY EUGENE O'NEILL

DIRECTED BY
ROBERT MARCAZZO

LIGHTS BY GEORGE SILBERSTERN



WORKSHOP 90

MARCH 20, 21, 22, 23

UPSALA COLLEGE, EAST ORANGE, N.J.





89

# *UPSALITE — 1987*

WORKSHOP 90 THEATER
Presents



Book, Music and Lyrics by Sheldon Harnick and Jerry Bock
Additional Book Material by Jerome Coopersmith
Based on stories by Mark Twain, Frank R. Stockton and Jules Feiffer

Directed by Robert Marcazzo

Musical Direction by William Degure

Choreographer Linda McAndrews

Sets by Thomas Nackid
Lighting by George Silberstern
Costumes by Assatou Acha Ba

**APRIL, 1986**
The Apple Tree is a triology
of three seperate plays and
mini — musicals. The first
being ADAM AND EVE, is a
humorous, modern version
of the earth's first humans.
The second musical, THE LADY
AND THE TIGER, told of forbid —
den love in a semi-barbaric
kingdom. The third in the series
was the musical PASSIONELLA, a
Cinderella story with a Holly —
wood twist.



# THE APPLE TREE

Directed By Robert Marcazzo

### ACTORS AND THEIR PARTS
ADAM, CAPTAIN SANJAR
. . . . . . . . . . . . . . CORNELIUS EADDY
EVE, THE PRODUCER . . CANDACE
COLEMAN
THE SNAKE, BALLADEER, FLIP
. . . . . . . . . . . . . . . . BOB SENKEWICZ
KING ARIK, NARRATOR . . . . . JOSE
ALICEA
PRINCESS BARBARA . . . . . NANCY
HAWES
NADJIRA . . . . . ANDREA SAMPSON
ELLA AND PASSIONELLA
. . . . . . . . . . . . ALEXANDRA ASARO
MS. FALLIBLE . . . AMANDA MROZ

**Part I    "THE DIARY OF ADAM AND EVE"**

| | |
|---|---|
| "Here In Eden" | Eve |
| "Feelings" | Eve |
| "Eve" | Adam |
| "Friends" | Eve |
| "The Apple Tree" ("Forbidden Fruit") | Snake |
| "Beautiful, Beautiful World" | Adam |
| "It's A Fish" | Adam |
| "Go To Sleep Whatever You Are" | Eve |
| "What Makes Me Love Him" | Eve |







**Part III    "PASSIONELLA"**

| | |
|---|---|
| "Oh, To Be A Movie Star" | Ella |
| "Gorgeous" | Passionella |
| "(Who, Who, Who, Who) Who Is She?" | The Company |
| "Wealth" | Passionella |
| "You Are Not Real" | Flip & The Company |
| "George L." | Ella and George |

**Part II    "THE LADY OR THE TIGER"**

| | |
|---|---|
| "I'll Tell You A Truth" | Balladeer |
| "Make Way" | King Arik & Court |
| "Forbidden Love" (In Gaul) | Princess Barbara & Sanjar |
| "The Apple Tree" (Reprise) | Balladeer |
| "Is'e Got What You Want" | Princess Barbara |
| "Tiger, Tiger" | Princess Barbara |
| "Make Way" (Reprise) | King's Court |
| "Which Door?" | Entire Company |
| "I'll Tell You A Truth" (Reprise) | Balladeer |

### MUSICIANS

| | |
|---|---|
| Clarinet | Chris Resch |
| Trumpet | Eric Silverman |
| Guitar | John McGuire |
| Bass | Bill May |
| Drums | Dale Trimmer |
| Piano | Bill Deguire |
| Bells | Wayne Alexander |
| Trombone | Bill McGrath |

**PRODUCTION STAFF:**

| | |
|---|---|
| Stage Manager | Amanda J. Mroz |
| House Manager | Diane M. Vowell |
| Secretary | Amanda J. Mroz |

**PRODUCTION CREW:**

| | |
|---|---|
| Sets | Thomas Nackid |
| Sound | George Silberstern |
| Property Mistress | Diane M. Vowell |
| Spotlight Operators | Thomas Nackid, Mike Hartman |
| Lighting Crew | George Silberstern, Andrea Sampson, Drew Abbate |
| Stage Crew | Roy Downes |

**SPECIAL THANK TO:**

| | |
|---|---|
| Concessions | Circle K |
| Ushers | Gamma Sigma Sigma |

Look out for our 2nd Summer Playwrights' Workshops, which will
culminate in two performances of FORGOTTEN, an original play by
Keith Brown on Wednesday, July 9th and Saturday, July 12th at
8 PM.

"Produced by Special Arrangement with
MUSIC THEATRE INTERNATIONAL"

# *THEATER*

**Upsala College's**
**WORKSHOP 90 THEATRE**
presents
**"TWO BY CHEKHOV"**





A MARRIAGE PROPOSAL

THE BOOR

Directed by: **ROBERT MARCAZZO**
OCTOBER 9th, 10th, 11th, 15th, 17th, and 18th

PERFORMANCE AT 8:00 P.M.

## *Two By Chekhov*

Directed By Robert Marcazzo



CAST OF CHARACTERS
STEPAN TSCHUBUKOV
. . . . . . . . . . TROY HOSKINS
NATALIA STEPANOVNA
. . . . . . . . . . CHARIS ADAMI
IVAN LOMOV . . MICHAEL
JANISH

HELENA POPOV
. . . . CANDACE COLEMAN
GRIGORI SMIRNOV
. . . . . . CORNELIUS EADDY
LUKA . . . . . . AL ALMEIDA

OCTOBER, 1986
Two short plays by the Russian
playwrite are presented,THE MAR
—
RIAGE PROPOSAL and THE BOAR.
Two
comic portrayals of passionate col —
isions between volatile, enigmatic
men and women.

# BUS✱STOP

By William Inge

Directed By Deirdre Yates

CAST OF CHARACTERS
ELMA DUCKWORTH . . CHARIS
ADAMI
GRACE HOYLARD . . . . . ELANIA
LEWIS
WILL MASTERS . . . . . . . . ROLF
FIGDORE
CHERIE . . ALEXANDRA ASARO
DR. GERALD LYMAN
. . . . . . . ALEXANDER DEVANAS
CARL . . . . . . . . . . AL ALMEIDA
VIRGIL BLESSING . CORNELIUS
EADDY
BO DECKER . . . . DINO PAGANO

DECEMBER 1986
A comedy by William Inge,
BUS STOP is a humorous por —
trayal of a show girl trying
to get away from a obnoxious
cowboy. Trapped in a bus stop
overnight our heroine goes
through many changes as we're
delighted by the performances
of the other characters whose
different personalities mixing
on stage captivates us until
the end.

**UPSALA COLLEGE'S**
**WORKSHOP 90 THEATER**

*Presents*

## *BUS STOP*
By WILLIAM INGE



*DIRECTED*
*by*
*DEIRDRE YATES*

December 4, 5, 6; 11, 12, 13
8:00 P.M.













Now, wait just a second — don't let the title "Comics" fool you — the Greek life at Upsala is not meaningless happenings between people. Think of the title comics along the lines of "Doonesbury" or Gary Larson's "The Far Side," each having a funny surface appeal to them, yet each having a special, unique meaning or message.

Of course all of the Fraternities and Sororities have their comic side hell week and pre-hell week, where everyone acts crazy and comical. Yet that's only one side of the Greek life and only for a short time. The rest of the year the Greeks have a special bond shared by the members of the Sorority or Fraternity. Sure they get to go crazy once in a while, we all do. But underneath all of the laughter is a loving bond shared by all of the members. They share laughter, joy, concern, and sorrow. As a G.D.I. I was privileged to be able to sit back and enjoy watching hell week. Although I saw pranks and jokes I also got the feeling from all of the Fraternities and Sororities that they were part of a whole. These people form a tight-knight group, which is real; the core feeling of the Sororities and Fraternities is a tight-knit, loving feeling among its Sisters or Brothers, one that can't be abolished by anyone or anything.

So don't let the headline fool you. Sure the Greeks go a little crazy and have fun; yet underneath all of the laughter and comics is a serious idea — the bonding together of individuals, and friends.



93

# *UPSALITE — 1987*

## *INTERFRATERNITY COUNCIL*



OFFICERS
PRESIDENT — STEPHEN RUSNIK
VICE-PRESIDENT — STEVEN HELMKE
SECRETARY — JO-ANN MACK
TREASURER — JOHN MASCULIN
ADVISOR — GARY PORTER

I.F.C. is composed of the following fraternities: Alpha Kappa Psi, Alpha Phi Omega, Camel Drivers, Pi Delta Phi, Rho Alpha Phi and Theta Epsilon. It was founded for the purpose of regulating fraternity activities and encouraging cooperation among fraternities and the Intersorority council.

## *INTERSORORITY COUNCIL*



OFFICERS
PRESIDENT — DEE EKMEKJIAN
VICE-PRESIDENT — PATTY RAYMOND
TREASURER — ANNETTE AROCHO
SECRETARY — LIZ HOWATT

The I.S.C. is composed of four sororities: Alpha Phi Delta, Gamma Sigma Sigma, Tau Beta Sigma, and Theta Beta Gamma. The purpose of this organization is to supervise and to regulate sorority activities and to foster a feeling of mutual respect and cooperation among the sororities.

*COMICS*

# *TRI-BETA BIOLOGICAL HONOR SOCIETY*



OFFICERS

| | |
|---|---|
| PRESIDENT | JOHN SENA |
| VICE-PRESIDENT | MARY ANNE CHOI |
| TREASURER | JOHN OKUN |
| SECRETARY | MICHELLE HENDRICKS |

MEMBERS

ANNA KOLANO
LOUISE DOWNER
DEBBIE ACAMPARA
MIRLENE LINDOR
GERBRE WOLDERMERE
MARINE ANDRIEUX
GEORGINA TJIPURA
YONNETTE WARDE
JOE COFFEY
AN NGUYEN
DAVID SEALY
MOHAMMED ABDALLAH
WENDY WHEELER . . .

GURVINDRA JOHAL
JOHN GARRIGAN
MARIE M. PIERE
SHRUTI PATEL
WENDY HAMILTON
E. GORDON ASTWOOD
ELIZABETH BRNIC
MARGARET PAUL
THABO NGUBANE
LUANN BERTO
ELISSA COHEN
MONICA FELDER

# *ALPHA KAPPA PSI*



OFFICERS

| | |
|---|---|
| PRESIDENT | LISA DE PASQUALE |
| VICE PRESIDENT INTERNAL | SUZANNE SHELL |
| VICE PRESIDENT EXTERNAL | JAY CZUMBLE |
| TREASURER | STEVE RUSNAK |
| CORRESPONDING SECRETARY | PATRICIA NIXON |
| RECORDING SECRETARY | ANGIE McCLOUD |
| MASTER OF RITUAS | ALEX ASARO |
| WARDEN | DERRICK MARTIN |
| HISTORIAN | LAURA GOULD |
| IFC REPRESENTATIVE | ELIC SUAZO |

MEMBERS

VERGNA ADAMS
EDDIE BARRETT
GABE BERCOVICI
KHADIJAH KALIMA
TONY BRIGHT
STEPHANIE CLARK
JAMES C. COSBY JR.
JOSE ALICEA

FAITH FOPPIANI
CATHY FUTYMA
CHRISTINE JACISIN
VALERIE BRAGG
TONY PEREZ
JANICE SOMAI
SEAN STEVENS
ROSA TEJERO

# UPSALITE — 1987

## THETA BETA GAMMA



### OFFICERS

PRESIDENT . . . . . . . . . . . . . . . SUSAN KERN
RECORDING SECRETARY . . . . . ANNETTE AROCHO
TREASURER . . . . . . CYNTHIA DeMATTEIS
CORRESPONDING SECRETARY . DARLENE BRIGANTE

### SISTERS

| | |
|---|---|
| ANNETTE AROCHO | DARLENE BRIGANTE |
| STEPHANIE CLARK | MARIBLE CORTEZ |
| CYNTHIA DeMATTEIS | ALEXIS ENDERLIE |
| MICHELLE HENDRICKS | SUSAN KERN |
| MARINA LONGERIE | PAYAL MEHTAL |
| NANCY ROGERS | |



Theta Beta Gamma was founded in 1918 and is the oldest sorority at Upsala. A Theta is one who maintains a high scholastic rating, takes part in extra-curricular activities and holds a high standard of endeavor for her college and her sorority. During the year Thetas enjoy the sisterhood of their sorority through various activities such as the annual Theta Formal, Halloween Flower sale, Candy sale, Alumni Teas and Spring Weeks kissing booth. The sorority also presents an annual scholarship award.



ΘΒΓ

# COMICS

## THETA EPSILON — GODS



OFFICERS

PRESIDENT ......... BOB MONTUORE
ZEUS ............ CRAIG CONNELLAN
VICE PRESIDENTS ... JAMES GILLESPIE
DAVE FRISK
RECORDING SECRETARY ........ TOM
FINNERTY
CORRESPONDING SECRETARY ... JEFF
BRANDON
TREASURER ....... DAN GIOVINAZZO





MEMBERS

BRUCE ENGLEHART    FRANK FAILACE
ANTHONY JANISH     MIKE JANISH
DOUG KENT          ED KING
JOHN LOPEZ

ΘE

The oldest fraternity on the Upsala campus was founded in 1899 by a group of students led by Rev. Nelson. Upsala was then located in Kenilworth. The college consisted of one building called Old Main. The group of men who lived on the top floor of this towering structure called themselves 'GODS' and their home 'Mount Olympus'. They chose the Greek letters Theta Epsilon Omnicron Iota because these spell 'GODS'. Presently, the group participates in such activities as Intramural Sports, Homecoming, and Spring Week. Upsala also benefits from an annual scholarship maintained by the fraternity.

# UPSALITE — 1987

## ALPHA PHI DELTA



### MEMBERS

PRESIDENT . . . . . . . . . . . CHRIS JACISIN
VICE PRESIDENT . . . . . LISA STANWICH
TREASURER . . . . . . . AMANDA J. MROZ
SECRETARY . . . . . . . . . . PATTY CASEY
WENDY WHEELER  ELIZABETH PAPPAS

Alpha Phi Delta sorority was founded at Upsala by seven women in 1935. Its main purpose is to foster friendship and promote individualism among its sisters. Along with this is the traditional Alphie enthusiasm for being involved and having a good time. The sorority has been on campus for over 50 years.



$A\Phi\Delta$

# COMICS

## RHO ALPHA PHI



OFFICERS

PRESIDENT . . . . . . . . . . VICTOR AROCHO
VICE PRESIDENT . . . . . . RICHARD BERGER
TREASURER . . . . . . . . . . . . LEE EDWARDS
SECRETARY . . . . . . . . . . . . JOHN MATTOS
SOCIAL DIRECTOR . . . . . . . ANDY PASQUA
                    JERRY TORSIELLO
SEARGENT AT ARMS . . . . . . JACK ANIBOLI

MEMBERS

ED HONCHEN          PAUL BILGRAV
MIKE MISCHLER        DAVE BATHISEN
RON KOLIBAS         JOHN DiGREGORIO
BRIAN STAUFF              ED GURST
GUS XHUDO           JEFF JENNINGS
        JEFF GAGNON





The fraternity was re-
instated in 1984 and consists
of athletes of all sports. The
RHO'S have many
functions, such as the
Homecoming Formal, the
Bid Day Formal and their
Famous Wild T-Shirt Party.
The fraternity stresses
brotherhood and
successfulness. Our colors
are black and silver.

$PA\Phi$

*UPSALITE — 1987*

# GAMMA SIGMA SIGMA



Founded in 1955, Gamma Sigma Sigma, MU chapter is a National Service Sorority, dedicated to promoting service and friendship on campus as well as off campus. Their colors are maroon and white.

**OFFICERS**

PRESIDENT ...... ELISSA COHEN
VICE PRESIDENT ......... PATTY RAYMOND

**MEMBERS**

LAURA JACOBS          LARYSA KOKOLSKYJ
DONNA GREENSE              LIZ BRNIC
BARBARA BERNIERI         LIZ HOWATT
LAURA GOULD           BEVERLY GIBSON
              ARLENE DAVIS

*ΓΣΣ*

# TAU BETA SIGMA



**OFFICERS**

PRESIDENT ......... IRENE GALLEGUILLOS

**MEMBERS**

ALEXANDRA ASARO          LEIGH BURKE
ELAINE CHAROCOPOS       MARYANN CHOI
ROSE DUNADO            DEE EKMEKJIAN
KELLY FERMO            FAITH FOPPIANI
VALERIE JOVANOVIC      SANDRA MESIAS
SUZANNE OLSSON             TERI PEGO
JOAN PETIA                KELIA RAVELO
DEANNA REVIE        ILIANA RODRIQUEZ
BARBARA STOTT           ANDREA SZABO
ROSA TJERO             SUZANNE WOLF

**ADVISOR : GARY PORTER**

Tau Beta Sigma was founded in 1921 to promote friendship and good will and to lend support to activities and interests of the college. The colors are tan, brown and scarlett. The Taus are proud of their scholastic acheivements and look forward to many special activities. They sponsor candy and bake sale throughout the year and end each year with a Spring Formal which welcomes their new sisters into the sorority.

*TBΣ*

# COMICS

## DELTA SIGMA THETA — DELTA ZETA CHAPTER



PRESIDENT                    ELAINA LEWIS

MEMBERS

DENISE ADAMS                SHELINA WILLIAMS
BARBARA WILSON . . . UPSALA COLLEGE
STUDENTS

Delta Sigma Theta is an international Public Service Organization which was founded on January 13,1913 at Howard University in Washington, D.C. We have 22 founders and the key to our sisterhood is through our five point program thurst. It includes economic development, educational development , political awareness and involvement. Physical and mental health and international awareness and involvement. Delta Sigma Theta also participates in many social functions, including candy and bake sales, Delta week, Black history month and study sessions. One of our major philanthropic projects are donating to the United Negro College Fund.
**" INTELLIGENCE IS THE TORCH OF WISDOM "**



$$\Delta\Sigma\Theta$$



DELTA "G.Q" M.I.D

101

# *UPSALITE — 1987*

## *B I D  *  D A Y*











# *COMICS*

## *A P R I L  *  1  9  8  6*





















Gimme a "U," gimme a "P," gimme an "S," gimme an "A," gimme an "L," gimme another "A"! What does it spell? UPSALA!!! What does it mean? VICTORY!!!

Hurray for Upsala's own Viking's whether male or female, we've got some of the best teams at our school. Throughout the year, each and every season we are dazzled with brilliance and sportsmanship, team after team.

We begin the year with our Fall Sports. Upsala's football team, tough and mean, and looking for victory, kicks the season off. The women's tennis team, psyched up and ready to win matches, pounds competitor after competitor. And we can't forget our soccer and golf teams. Driving and kicking their way to glorious victories. And finally our fighting ladies volleyball team always hits it up to the finals.

As the season progresses and slowly changes so do the sports. In the winter we have men's and women's basketball teams. Both sinking those balls through the hoops.

Our wrestling team, having a great season last year, went down a little, but they are still fighting hard. The Hockey team took a trip down to Alabama and they are still shouting Upsala's name down under.

As the snow begins to melt, winter gives way to spring and baseball and softball becomes the center of attention as the men and women slide into home base.

But that's not all! Who could forget the people who help to cheer Upsala's football and basketball teams to victory!! The cheerleaders' of course! Dedicated, devoted, and hard working, full of sparkle and smiles, they lift the spirits of the teams.

All in all, throughout the year, Upsala's sports pride runs deep and strong. The dedication, time and effort put into a sport is great, and season after season Upsala rises to victory.

*UPSALITE — 1987*

# B A S E B A L L—1986



## 1986 UPSALA BASEBALL ROSTER

| NO. | NAME | CL. |
|---|---|---|
| 4 | ASTA,DAVE | SR |
| 28 | CARTER,SHAUN | SO |
| 7 | CONTRINI,JIM | SR |
| 2 | COOPER,LANCE | FR |
| 3 | CUNHA,JOE | SR |
| 6 | DUVEN,TIM | JR |
| 17 | GOLDSTEIN,TOM | SO |
| 30 | GRIGLIO,JOE | SO |
| 9 | HONCHEN,ED | JR |
| 15 | MATHISEN,DAVE | SR |
| 8 | PHILLIPS,DAN | JR |
| 10 | REILLY,PAUL | SO |
| 26 | SCHOFIELD,RICH | JR |
| 16 | SIVULICH,RON | FR |
| 21 | SYLVESTER,MIKE | SO |
| 12 | VILLALONGA,ORLANDO | SO |
| 20 | WALKER,MICKEY | JR |
| 14 | WALSH,JIM | SO |
| 18 | WILLIAMS,STEVE | SR |

HEAD COACH: ED LYONS

# *SPORTS*

## *COACH'S CORNER*



ED LYONS



DAN ROGERS



JACK FLETCHER



DAN PHILIPS

The **VIKINGS** finished the 1986 season with an impressive **31 — 14** win/loss record. Successfully winning the Northern Division title of M.A.C., they were additionally featured in the NCAA post-season playoffs. Florida's Wes Rinker-organized tournament was also captured by the mighty **VIKINGS** .

Of the 1986 players, six have graduated, which may be seen as detrimental to the performance of the 1987 team. Graduate Steve Williams, Upsala's all-time winning pitcher,was drafted by the Baltimore Orioles, and is seen as going on to bigger and better things.

But Williams was not the only star of the season. Tim Duven closed in on Larry Caprio's career triple mark with nine, needing one more to tie the record. Ed Honchen was 11-0 before the May schedule, Dave Asta batted over.400 for most of the season and Mickey Walker was voted the MVP at the Florida tournament. **CONGRATS!!!** to the whole team and thanks for the terrific season.

**GO VIKINGS 31-14 !!!**









107

# *UPSALITE — 1987*



UPSALA VIKING'S FOOTBALL

# *SPORTS*

## UPSALA VIKING FOOTBALL



After cruising to a 2.0 record and showing signs of being one of Upsala's best teams to date, the 1986 gridiron Vikings were hit by a wave of injuries and problems that came during one of the strongest parts of their schedule.

Behind the leadership of Quarterback Spencer Lester, the Vikings rumbled by Kean and Trenton State colleges, then the wheels fell off. Lester suffered an all but season ending shoulder separation in a loss to ALBRIGHT, and the Vikings never got back on track.

While the Vikings season was nothing to write home about, there were many individual on the team who deserve recognition. Senior Captains; running back, Mark Luisi, center, Paul Bilgrave, and def. back Walter Pomphrey all posted solid stas throughout the season, and returning All-American, Cap — tain Walter Houseman is being seriously look — ed at by many N.F.L teams.

Senior def. backs Ed Honch and All-Mac safety Vic Arocho once again anchored the Upsala secondary. The Vikings can only dream of what could have been in '86, but with a strong nucleus returning in '87, and barring any cataclysmic injuries, Upsala could mean bad news for football goes next season.

## 1986 UPSALA COLLEGE FOOTBALL VIKINGS

| NO. | NAME | NO. | NAME |
|---|---|---|---|
| 54 | ADAMS, ANDERSON | 68 | JONES,BILL |
| 34 | ANIBOLI,JACK | 59 | KUCKS,KEVIN |
| 70 | AROCHO, VICTOR | 57 | LABBE,RICH |
| 14 | BARNES, PHIL | 2 | LESTER,SPENCER |
| 94 | BERGER, RICH | 4 | LINDSEY,RICH |
| 52 | BILGRAV, PAUL * | 18 | LUISI,MARK* |
| 90 | BONANNO, MIKE | 3 | MADIGAN,PAT |
| 39 | CAPARRUVA, CARLOS | 37 | MASCULIN,JOHN |
| 13 | CERMINARO, DARRIN | 55 | McALEAVEY,MIKE |
| 33 | CHISVETTI, DOMINICK | 43 | MISCHLER,MIKE |
| 35 | CONNOLLY, WILLIAM | 60 | MULLIGAN,GERALD |
| 10 | COOK,MIKE | 63 | MULVEY,KEITH |
| 58 | DiGREGORIO,JOHN | 51 | OBERTI,RICK |
| 26 | DOERING, MIKE | 1 | OSINSKI,WALTER |
| 20 | EGAN,KEVIN | 5 | PAPADOPOULOS,ANTHONY |
| 98 | FOSTER,JEROME | 44 | PASQUA,ANDY |
| 96 | HARRIS,ERIC | 95 | PAULIKAS,JOHN |
| 53 | HARRIS,NICK | 73 | PERRONE,GREG |
| 11 | HETTRICK,BILL | 27 | POMPHREY,WALT* |
| 82 | HOLLIDAY,WALTER | 72 | SHELTON,TERRANCE |
| 85 | HOLMES,KEN | 71 | SLIKER,DOUG |
| 21 | HONCHEN,ED | 56 | STARACE,ED |
| 80 | HOUSMAN,MIKE | 45 | STESSEL,JEFF |
| 79 | HOUSMAN,WALTER* | 75 | SUPINSKI,GEORGE |
| 84 | HOWELL,TRAVIS | 42 | THORNE,TOM |
| 50 | HUDANISH,TOM | 32 | TORSIELLO,JERRY |
| 30 | HUTCHINSON,RON | 41 | WARREN,STAN |
| 24 | JACKSON,BENNIE | 88 | WILLIAMS,RON |
| 46 | JACKSON,CLAYTON | 23 | WILSON,ELTON |
| 26 | JOHNSON,TROY | 15 | SESSOMS, ROBERT |

*TEAM CAPTAINS

# UPSALITE — 1987



## 1986 SEASON FOOTBALL SCORES

| | | |
|---|---|---|
| *1* | *TRENTON STATE* | *37-34* |
| *9* | *SUSQUEHANNA* | *0-25* |
| *4* | *ALBRIGHT* | *7-14* |
| *2* | *KEAN* | *25-12* |
| *8* | *WIDENER* | *8-42* |
| *7* | *LYCOMING* | *0-42* |
| *6* | *DELAWARE VALLEY* | *0-5* |
| *5* | *LEBANON VALLEY* | *13-14* |
| *10* | *MORAVIAN* | *7-34* |
| *11* | *JUNIATA* | *15-35* |
| *3* | *WILKES* | *10-14* |

# *SPORTS*

## ON TO VICTORY WITH THE UPSALA FOOTBALL CHEERLEADERS

CHEERLEADERS

CAPTAINS; ALEXANDRA ASARO
VALERIE JOVANOVIC

LISA DePASQUAL          TRACEY RAMOS
CHRISTY MORAITES        ANGELA PAVLICK
CHERLYNN WASHINGTON     MELISSA GRANT
TRACEY GAMBLE           JANET REYNOLDS
        MONICA-MASCOT















# UPSALITE — 1987

## VIKING VOLLEYBALL '86



The Upsala womens volleyball team had all guns firing during the 1986 season. Along with post — ina a 30-3 regular season record, the girls compiled a list of out — standing accomplishments to show they were heads above the competi — tion. The ladies took first at the Rutgers and North Eastern Bible Col — lege tournaments and second at the N.J.I.T.

They also finished second in the Womens Intercollegiate Athletic Con — ference, and gained a coveter berth in the Middle Atlantic Conference Champion — ships.

Our ladies were paced, throughout the season by All-M.A.C and All-W.I.A.C stand — outs. Senior hitters Karen Hind and Dee Ekmekjian, and junior setter Keila Ravelo.

The rest of the viking squad is made up of gusty young women, all of whom played pivitol roles during the season, and who will no doubt be raised to All-Star status in very little time. Sophomore Iliana Rod — riguez was a solid performer in the defen — sive backcourt, while freshmen hitters Carol Laghina and Ines Soria provided potent offen — sive punch.

All of this added to timely help from subs, Martha Pauleus, Martha Garrido, Fran Ferrer, Wendy Riversand Elaine Charocopos equal a sea —

son that the Lady Vikings should be proud of.



## 25-2 RECORD

### 1986 WOMEN'S VOLLEYBALL ROSTER

| NO. | NAME |
| --- | --- |
| 10 | EKMEKJISN, DEE |
| 1 | FERRER,FRANCES |
| 2 | GARRIDO,MARTHA |
| 7 | HIND, KAREN |
| 12 | LAGINHA, CAROL |
| 6 | PAULEUS, MARTHA |
| 5 | RAVELO,KEILA |
| 3 | RODRIQUEZ,ILIANA |
| 8 | SORIA, INES |
| 11 | CHAROCOPOS,ELAINE |

# *SPORTS*

## *1986 UPSALA VIKING SOCCER*

TEAM ROSTER

NAME

TOM FINNERTY
ROBERT PHILLIPS
DAVID FRISK
ANDREW NUSSBAUM
DOUG HOLT
TIM RIED
DENIS LeBROCHET
JORGE MONTENEGRO
DAN GIOVINAZZO
JOHN CITROLO
DONNY DANARDOJO
SIN MING MAH
ROB KASTL
CRAIG DONNELLAN
DARIO MARTINEZ
PETE MELE
MIKE HARTMAN



COACH GARY GARRETT

by Manuel Tavarez

Coming off a winless 1985 season, Upsala's soccer team in 1986 can be seen in two lights. One, optimisticaly they did win more games than last season and the games that they did lose were a lot more competitive then ever. The other way to look at the past season is as one of transi — tion. A new coach, Gary Garret who is in his first year at Upsala and is making a few new adjustments to coaching. But any way you look at it this sea son was better than anyone expected. The win-loss column doesn't reflect the intensity and desire that marked the team's playing this year. Every game was a struggle and whether they won or loss it was a great effort and a great game. With 1-0,2-0,2-1, losses,one has to know that this could've been an entirely different season. With a

vastly improved game, concentrating on defence, the Vikings lost a 1-0 heartbreaker to the nationaly ranked powerhouse Drew. They posted victories over Bloomfield, 5-0. And beat Fairleigh Dickenson 4-0 for their homecoming win. The true highlights of the season were seen every last minute of the game. When your winning its easy to compete, but when the chips are down that's when the character of a team shows through the darkness. This was a team which played every minute with a burn — ing desire to come out on top. Congradulations are in order for Coach Garret and Co-captains Tom Finnerty and Craig Donnelan on showing fine leadership through — out the entire season.

*UPSALITE — 1987*

## WOMENS TENNIS



1986 WOMENS TENNIS ROSTER

NAME

SUE WOLF                    KELLY FERMO
ANDREA SZABO                    DONNETTE
                            CRUICHSHANK
        ANGELA NADINO

COACH:DAVE BONAGURA







# UPSALA COLLEGE



# 1986-87

# VIKING BASKETBALL

# 1986 — 1987 VIKING OUTLOOK



Head Coach: Russ Thompson

Last season the Vikings succeeded in fulfilling nearly every team goal they set. Four Vikings averaged in dou — ble figures as the entire squad contri — buted to a 20 — 6 season record, Upsala's ninth straight winning year.

This year after the graduation of such strong forces as Jerry Gallicchio and Lou Vincent, the Vikings will be heavily depend — ing on senior guard Scott Adubato. A pure shooting threat, Adubato caught fire during the February drive averaging 16.2ppg for the month and scoring double figures in nine straight games.

Playing strong throughout the entire season, Adubato proved this speculation to be true. The Prince of the 3 pointer, Adubato scored his 999th point at the first of two deciding games played earlier in March '86. Even though Upsala defeated NYU, the deciding game over that weekend failed to allow the Vikings into the playoffs.

But none the less, strong performance by the team as a whole provided fans with entertainment and solid basketball profomance on the parts of Carlos Owens, James Harris, Dave Flowers, Herb Dixon and Prentice Melton.

# *SPORTS*

## *ASSISTANT COACHS*



MIKE TIERNEY



TIM DORAN



SAM DOUGLAS

MEN'S BASKETBALL SCHEDULE '86-87

### NOVEMBER

Fri. 21
Sat. 22

Viking Tip-off Tournament
Salsbury State, SUNY-New Paltz,
Castleton State

### DECEMBER

Wed. 3
Thurs. 11
Sat. 13
Sun. 14

Eastern College
City College of New York
Hobart, Case Western Reserve
Poly Institute of New York

Mon. 29
Tues. 30

Yule Cup Classic
Montclair State, Tufts, Widner

### JANUARY

Fri. 2
Sat. 3

Washington and Jefferson Tournament
Washington and Jefferson, St. Vincent

Mon. 5
Fri. 9
Tues. 13
Fri. 16
Tues. 20
Weds. 28
Sat. 31

Case Western Reserve
Bethany College
Lock Haven
Clark University
Mount St. Mary's
Fairleigh Dickenson Univ.(Madison)
Manhattanville College
Staten Island College

### FEBRUARY

Mon. 2
Thurs. 5
Mon. 9
Fri. 13
Sat. 14
Mon. 16
Sat. 21
Weds. 25

Kean College
SUNY-Old Westbury
Ramapo College
University of Maine-Manchias
SUNY-Purchase
Catholic University
Bloomfield College
New York University

117

# UPSALITE — 1987

## VIKING MEN'S BASKETBALL PLAYERS

| No | Name | Pos | Ht | Wt | Cl | Hometown |
|----|------|-----|-----|-----|-----|----------|
| 5 | Prentice Melton | G | 6-0 | 165 | Fr. | Paterson, NJ |
| 11 | Bryan Bartley | G | 6-2 | 185 | Jr. | Elmsford, NY |
| 12 | Orlando Quinones | F | 6-4 | 180 | So. | Landisville, NJ |
| 13 | James Harris | G | 6-3 | 180 | Sr. | Philadelphia, PA |
| 21 | Charles Bridges | F | 6-3 | 190 | Jr. | Paterson, NJ |
| 22 | Dave Flowers | G-F | 6-4 | 190 | Jr. | Phillipsburg, NJ |
| 24 | Scott Adubato | G | 6-1 | 175 | Sr. | West Orange, NJ |
| 30 | Herb Dixon | F | 6-5 | 195 | So. | Boston, Mass. |
| 31 | Dave Walsh | F | 6-5 | 185 | Jr. | No. Arlington, NJ |
| 32 | Warren Davis | F | 6-4 | 200 | Jr. | Atlantic City, NJ |
| 35 | Carlos Owen | C | 6-8 | 235 | Jr. | Elkton, Md. |

HEAD COACH: Russ Thompson
ASSISTANT COACHES: Tim Doran, Sam Douglas, Mike Tierney

The Vikings are hoping to make their ninth NCAA Tournament appearance in 1986. Last season Upsala was the South Atlantic Regional runner-up with a 20-6 final record.

With four of last year's starters gone, Upsala will rely on sharpshooting guard Scott Adubato and the center tandem of Carlos Owen and Herb Dixon to give them a boost.

Juniors Bryan Bartley, Dave Flowers and Charles Bridges also fit into the Vikings' game plans.



# *SPORTS*

## *WOMAN'S BASKETBALL*















# UPSALITE — 1987



At print time the Vikings are still playing their season of hockey. So far it ahs been one plagued by injuries of which a few key players are still suff — ering from. In february the team travel — ed to Delaware where they fought their way to a 9-8 victory. Tod Pasai led the way with five goals. Early in the contest Upsala broke out to a 8-3 lead. However, their 13 man roster was put to the test late in the game as they were outscored 5-2, but it wasn't enough, as the Vikings held on for their thrid win of the season.

Days later the Vikings were on the road again, this time to face playoff bound Quinnipiac. With the Vikings behind 4-3, Quinnipiac's powerful front line took ad — vantage of a badly battered Viking unit and moved on to a 8-4 victory. There were good performances by Brian Decker and Lou Franklin. Decker had a trio of goals while Franklin turned away 60 shots.















121







































Here we are at the close of another school year. For the Seniors this means that it's time to pack up their belongings — both what they brought with them and what they acquired during their stay here at Upsala. It is time for them to venture off into the world. Whether it be stepping out into the world and on their own, or continuing school, getting a job and so forth their time has come.

Although they may be learning to fulfill their dreams and life sometimes looks overwhelming they should remember that they are now independent. They are simply ending one phase of their lives here at Upsala and beginning a new phase of their lives somewhere else.

Where will their lives go from here? Out in the big world. The real world. Although no one can say for sure where these Seniors will go once they leave Upsala, they should keep these few lines from Langston Hughes in mind.

Hold fast to dreams,
For if dreams go
life is a barren field
frozen with snow.

Hold fast to dreams
For if dreams die
Life is a broken-winged bird
That cannot fly.

# UPSALA PERSONALS



ALEXANDER ACOSTA



MARIA ADAMS

MAJOR: MCS
MINOR:ECONOMICS

FAREWELL SAYING: "Un Jour", est
finallement arrive. Merci, a jour
ceux qui m'on aide. Surtout a doi
Roger.



TONI LEA ARMSTRONG

MAJOR:BUSINESS ADMINISTRATION
MINOR:MANAGEMENT

FAREWELL SAYING:I finally made it!
Thank god for blessing me with good
health and a great mother, who sup —
ported me through all my college years.



VICTOR AROCHO

MAJOR:BUSINESS ADMINISTRATION
MINOR:COMPUTER SCIENCE

KNOWN FOR: #83
ACTIVITIES:RHO ALPHA
PHI,FOOTBALL,TRACK
FAREWELL SAYING:I would like to thank my
parents
for giving me the courage to continue my
education.
To the friends I made at Upsala, I wish you all the
luck. To Benny Rivera #13, THANKS for being
there
for me. To the brothers of Rho Alpha Phi, may the
tradition go on.

# *UPSALA PERSONALS*



### ALEXANDRA ASARO

MAJOR:MULTINATIONAL CORPORATE
STUDIES

ACTIVITIES:Cheerleading captain,Campus Life
Senate,Tau Beta Sigma, Alpha Kappa Psi,Work —
shop 90 theater, chorus,judicial board,honors
program.



### SANDRA HOPE ATKINS

MAJOR:HUMAN RESOURCE MANAGEMENT
MINOR:PSYCHOLOGY

ACTIVITIES:Upsala College Gospel Choir,
junior class treasurer.

FAREWELL SAYING:"I can do all things through
Christ which strengthened me." Philippians 4:3
I would also like to say thanks to my mother and
father.



### KAREN BARTLETT

MAJOR:ENGLISH/BROADCAST
COMMUINCATIONS

KNOWN FOR:BEING A LUSH
ACTIVITIES:Humanities division senator,Foci
assistant editor,Academic Assembly, WFMU,Gaz
—
ette editor.

FAREWELL SAYING:"I guess its time to have our
—
selves separated from the hip, its going to be
a painful operation."



### ALISON BAXTER

MAJOR:SOCIAL WORK
MINOR:PSYCHOLOGY

FAREWELL SAYING:Thanks Mom and Dad

127

# *UPSALA PERSONALS*



RICHARD BERGER

MAJOR:C.I.S.

ACTIVITIES: Varsity football 4 years,
Rho Alpha Phi, Intramurals

FAREWELL SAYING:Brothers of
PAΦ best
wishes and success in the future.
Thanks to
my family for all their support. Hey
Bea,"It
is finally over ! To all my other
friends
Lets Party!!!



RICHARD BETTS

MAJOR:M.C.S
MINOR:Computer Science,
Philosophy

ACTIVITIES:Ski Club,Intramural
Sports
FAREWELL SAYING: I like to say Hi
to mom
and dad. I love you Elizabeth Reed,
Jessica
your the best. Stay high Gregg, Berry
+ Duane
thank's god for everything.



LU ANN BERTO

MAJOR:BIOLOGY/PSYCHOLOGY

KNOWN FOR:Nails, rings, giggles
ACTIVITIES:TRI BETA

FAREWELL SAYING:Thanks for
everything
these last 4 years. I love you mom 'n
dad.
Tommy, thanks for being so special, I
love you.



PAUL BILGRAV

MAJOR:BUSINESS
ADMINISTRATION

KNOWN FOR:Being 'So Cool' on my
19th birth —
day. Being a brother of PAΦ.
ACTIVITES:Varsity football — 4
years

FAREWELL SAYING: WOW!!



MATTHEW BOONE

MAJOR:BUSINESS
ADMINISTRATION

KNOWN FOR:Always being in the
game room.
ACTIVITIES:BSU
FAREWELL SAYING: I am so very
glad that I was able to attend Upsala
and I would like to thank my mom
and dad for all the help and
encouragement the have given me
these past 4 years. Thanks mom and
dad I love you.

# *UPSALA PERSONALS*



JOHN BONE

MAJOR:BUSINESS
ADMINISTRATION
MINOR:COMPUTER SCIENCE

ACTIVITIES:BSU,Third World
Students
Organization,Intramural
soccer,computer
science club.

FAREWELL SAYING:I would like to
say, here's to the
man of the house,.Mum! Those times
I wasn't trying
to walk in your footsteps, you were
carrying me dad.
Time to make a few of my own, time
for bigger and
better challenges.



SANDRA BRADLEY

JOSEPH BOTTAZZI



VALERIE BRAGG
MAJOR:BUSINESS
ADMINISTRATION
MINOR:MANAGEMENT

KNOWN FOR:Ebony Eyes
ACTIVITIES:Alpha Kappa Psi, v.p
Alpha Angels, Gopsel Choir,Resident
Advisor,Black Student Union
FAREWELL SAYING:I'ld like to
thank god for making it all
possible.Thanks to Mom, Dad and
Jon,I love you all.To all my "Alpha
Angels" sisters, Love and Peace.
Goodbye Upsala!!

CHERLYNNE BREWER

MAJOR:BUSINESS
ADMINISTRATION

ACTIVITIES:Accounting club

FAREWELL SAYING:"I did it, I
finally did it"

# UPSALA PERSONALS



THOMAS BREZA

MAJOR:HISTORY/BUSINESS

KNOWN FOR:leaving on
thursday,tuesday's at
the pub, motorhead
ACTIVITIES:Pub comittee, history club,
AMMO club,
Ski club

FAREWELL SAYING:Now I have to get
a real job. Thanks
Mom and Dad.



PATTY CASEY

MAJOR:MCS/SPANISH

KNOWN FOR:Wicked city woman

ACTIVITIES:Intervarsity Christian
Fellowship
Alpha Phi Delta.

FAREWELL SAYING:"Be kind to one
another, tender
hearted, forgiving one another, as God
in Christ
forgave you." Ephesians 4:32



MARY ANNE CHOI

MAJOR:BIOLOGY/PRE-MED

KNOWN FOR:Always smiling and
laughing

ACTIVITIES:Phi Beta Kappa, Honors
program
Tri Beta — secretary/vice
president,Tau Beta
Sigma, sophomore class president,
Intramural
floor hockey and football

FAREWELL SAYING: I'ld like to thank
my friends and
especially my family for all their love
and support
throughoput my 4 years at Upsala. They
made the rough
times smoother and th great times
greater. I wish them
all health and happiness in the future.



SUSAN CHURCH

MAJOR:BIOLOGICAL ILLUSTRATION

KNOWN FOR:Adopting animals

FAREWELL SAYING:To all the
professors
who have helped and advised me and
made
these years better for me . . . Thanks.



VINNIA CINA

MAJOR:BUSINESS ADMINISTRATION

ACTIVITIES:AMMO

FAREWELL SAYING:Thanks Mom and
Dad for all
your love and support. To Karen, much
happiness
luck and success in your final year at
Upsala.

# *UPSALA PERSONALS*



SHARON CLONEY

MAJOR:SOCIAL WORK
MINOR:PSYCHOLOGY

ACTIVITIES:YWCA Swim Team,
ALATEEN

FAREWELL SAYING:The greatest love
of all
is happening in me. I found the greatest
love of all inside of ME!



PRIMITIVA CORREA



WILLIE J. DIGGS
MAJOR:HUMAN RESOURCE
MANAGEMENT
MINOR:PSYCHOLOGY/ART
KNOWN FOR:G.Q., Mr. Diggs,
Sayings;"Hello" "Trust Me" and I am not
concieted, just convinced. ACTIVITIES:Delta
Mid Club, BSU,Gospel Choir, Theater
Student Ambassador FAREWELL
SAYING:"Trust in the lord with all your
Heart; and lean not on your own
understandin. In all your ways Acknowledge
HIM and HE shall direct you Paths."
(Proverbs 3:5-6) I would like to say goodbye
to all my Mooka's and Mook-Mooks!
(Because This is Why !)



STEVEN DONDERSHINE

MAJOR:PSYCHOLOGY

ACTIVITIES:WFMU

# UPSALA PERSONALS



CRAIG DONNELLAN

MAJOR:BUSINESS ADMINISTRATION

ACTIVITIES:Soccer captain, president
Theta Epsilon, IFC Representative



MICHAEL DUMMETT

MAJOR:COMMUNICATIONS
MINOR:ANTHROPOLOGY

KNOWN FOR:Speaking my mind and ex —
pressing fellings that others try
to hide.
ACTIVITIES:Upsala's mens Basketball team

FAREWELL SAYING: You will never find another
man like me. Remember"Try Jah Love!!!" BLUNT
ME!!



CORNELIUS DUANE EADDY

MAJOR:THEATER

KNOWN FOR:Daily crushes

ACTIVITIES:Workshop 90, Viking mascot
Gospel Choir, Chamber Choir

FAREWELL SAYING:WOW/4YRS/GONE/Who
would believe
it/Sing
Stevie/Nix/Sweetbutt/Thanx/God/Mom/Dad/Sue



LEE EDWARDS

MAJOR:HUMAN RESOURCE MANAGEMENT
MINOR:PSYCHOLOGY,ANTHROPOLOGY,BUSINESS

KNOWN FOR:Part of the TH 21 crew (Weez and
Patty D),wiffle ball pitch master.
ACTIVITIES:Varsity Golf,Intramurals,Treasurer
and secretary Rho Alpha Phi.
FAREWELL SAYING: Thanks Mom and Dad for
putting up with me and letting me further my
education these past years. You both are the best
parents anyone could ever hope for. I'll never forget
your loving concern. Thanks Kirsten for being there
for me, showing me you care and having
confidence in me. You are the greatest, I love you.

132

# *UPSALA PERSONALS*



DEIRDRE MARI EKMEKJIAN

MAJOR:C I S

ACTIVITIES:Tau Beta Sigma, Volleyball-Captain
Basketball, Softball,ISC president,Junior class
president,CLS

FAREWELL SAYING: Thanx for everything Mom
and Dad
Lisa, Danny and Mardi. It's been real.



KELLY FERMO

MAJOR:HUMAN RESOURCE
MANAGEMENT/BUSINESS ADMINISTRATION

ACTIVITIES:CLS president,R.A.,Softball,Tennis

FAREWELL SAYING: Thanx to everyone who
made my 4 yrs
at Upsala a memorable experience,(Especially all
members of TH 36). Thank you Mom and Dad, I
Love You.



THOMAS C. FINNERTY

MAJOR:MCS/SPANISH

KNOWN FOR:ZOO KEEPER

ACTIVITIES:Soccer,honors program,I.F.C. rep.,
C.A.,ΘΕ

FAREWELL SAYING: I LOVED THE FOOD



FAITH FOPPIANI

MAJOR:MCS/SPANISH

ACTIVITIES:Tau Beta Sigma,Alpha Kappa Psi,
Campus Life Senate, Student Ambassadors,
Spanish Club

FAREWELL SAYING:To my parents and family,
thank you for making these past four years
possible. To my sorority, I love you all and
hope all your dreams come true. To the class
of 1987, The Best of Luck in All That You Do.

133

# UPSALA PERSONALS



DAVID FROMKIN



CATHERINE FUTYMMA

MAJOR:HUMAN RESOURCE
MANAGEMENT
BUSINESS ADMINISTRATION
MINOR:PSYCHOLOGY

ACTIVIITES:Alpha Kappa Psi,Student
Orientation
Counselor

FAREWELL SAYING:Good times with good
friends



TRACEY GAMBLE

MAJOR:HUMAN RESOURCE
MANAGEMENT
MINOR:PSYCHOLOGY

KNOWN FOR:Singing voice,being James girl
— friend.
ACTIVITIES:Gospel Choir,Captain of
Basketball Cheerleaders.
FAREWELL SAYING:'God grant me the
serenity to accept the things I can, the courage
to change the things I can and the wisdom to
know the dif — fernece.Goodbye Sandra
A.,Sandra W. and Marlene.



JOHN GARRIGAN

134

# *UPSALA PERSONALS*



MARLENE GAUDIN

MAJOR:BUSINESS
ADMINISTRATION/SPANISH
MINOR:FINANCE

KNOWN FOR:Shorty,Mar-Mar

ACTIVITIES:Track, Gospel Choir, Intervar —
sity Fellowship Ministry

FAREWELL SAYING:John 3:16'For god so
loved the
world that he gave his only begotten son that
whosoever believeth in him should not perish
but
have everlasting life.'



DANIEL GIOVINAZZO

MAJOR:BUSINESS ADMINISTRATION/
ECONOMICS

ACTIVITIES:Theta Epsilon Fraternity

FAREWELL SAYING:Mom and Dad, thank
you
for your support these last 4 years. To
all us graduates, may we all prosper and
lead successful lives in the future.



JAMES L. HARRIS JR.

MAJOR:HUMAN RESOURCE
MANAGEMENT
MINOR:PSYCHOLOGY

KNOWN FOR:Bright eyes and smile

ACTIVITIES:Basketball, Student govt.
BSU.

FAREWELL SAYING:I feel as though I left
my mark on Upsala College. (T.G. you made
it worth while.)



MIKE HARTMAN

MAJOR:BUSINESS ADMINISTRATION
MINOR:MARKETING

KNOWN FOR:Something but I cant
remember.
ACTIVITIES: Golf, Soccer, Pres. senior class,
Workshop 90, No'fat chicks' com — mittee
member.
FAREWELL SAYING:The food was great,
loved the neighborhood, Thanks family!

# *UPSALA PERSONALS*



ELLEN HEERWIG

MAJOR:SOCIAL WORK
MINOR:PSYCHOLOGY

KNOWN FOR: "Docotor Ruth"

FAREWELL SAYING:George, Mary,Loretta
and Oma — thanks for being there!



STEVE HELMKE



SHARI HIRSCHKIOWITZ

MAJOR:BUSINESS ADMINISTRATION

ACTIVITIES:A.M.M.O

FAREWELL SAYING:Thanks Mom and Dad for
putting me through school.I love you both
Vinnia, thanks for being a good friend and
for always being there. Good luck everyone.



EDWARD HONCHEN

MAJOR:BUSINESS MANAGEMENT

ACTIVITES:Varsity football,baseball,
and brother of Rho Alpha Phi.

FAREWELL SAYING:To my friends at this col —
lege, I wish them luck in the future.And
to Nancy who I love very much, thanks for
the last two years of college which made
it the best.

# *UPSALA PERSONALS*



LAURA JANE JACOBS



KHADIJAH KALIMAH

MAJOR:BUSINESS ADMINISTRATION
MINOR:MARKETING/MANAGEMENT

KNOWN FOR:PINK REBOKS

ACTIVITIES:Resident Director,C.A,Alpha
Kappa Psi, BSU, Phi Beta Sigma sweetheart,
CLS-EPC chairperson

FAREWELL SAYING:To my family and friends
Thanks for the support you've given me
and I love you."Happiness is the key to
success and as long as your happy, you'll
be successful."



SUSAN KERN

MAJOR: MULTI NATIONAL CORPORATION
STUDIES,
German Translation

ACTIVITIES: Theta Beta Gamma —
President



EDWARD KING

MAJOR:BUSINESS ADMINISTRATION
MINOR:ANTHROPOLOGY

ACTIVITIES:Theta Epsilon, Capt.
water polo.

FAREWELL SAYING: Next stop: The Real World

137

# UPSALA PERSONALS



**ELEANOR KING**

MAJOR:BIOCHEMISTRY

ACTIVITIES:Delta Sigma Theta, Gospel
Choir,Student Ambassador,BSU

FAREWELL SAYING:Through Christ, all
things are possible for those who
believe and I am a believer. I thank
god for those who have encouraged me
to keep the faith. Special thanks to
my parents who have been by my side
through it all.



**HARRY KNECHT**

MAJOR:ENGLISH
MINOR:PSYCHOLOGY

FAREWELL SAYING:I shall always
look back to my return to school
and delight that it was Upsala. A
school now firmly implanted in my
heart.



**LISA KOPENSKY**

MAJOR:BUSINESS ADMINISTRATION
MINOR:COMPUTER INFORMATION SYSTEMS

FAREWELL SAYING:Thanks to my family
and friends who have supported me dur —
ing my colege years. I wish all my friends
the best of luck, all the years at Upsala
have been full of memories that wil be re —
membered.



**JOSEPH LABRINCHA**

MAJOR:M.C.S
MINOR:ECONOMICS/SPANISH

ACTIVITIES:Economics club, Honors
Program.

FAREWELL SAYING:Set your sights high and
srive for them with all your will and de —
termination and nothing will impead you
path.

# *UPSALA PERSONALS*



RITA LANGLI

MAJOR:MCS
MINOR:ECONOMICS

ACTIVITIES:AMMO

FAREWELL SAYING:A special thanks to
my Mom and Dad who have always been
there when I needed their support.
Will always rem: good times w/great
friends at Upsy, Orient, Mo-mo's, Ver —
mont '83+84. Ney babe — Let's Bleep!



RICHARD LINDSEY



JOHN HENRY LOPEZ

MAJOR:BUSINESS ADMINISTRATION
MINOR:MANAGEMENT

ACTIVITIES: Theta Epsilon,Soccer
Theater, Spanish Club

FAREWELL SAYING: Success lies not
in being the best, but in doing
your best. Thank god I'm out and
thank you Mom and Dad for every —
thing.



MARK LUISI
MAJOR:MARKETING
MINOR:ANTHROPOLOGY/BUSINESS

KNOWN FOR: WEEZE
ACTIVITIES: Baseball'84,Football four years
Capt.86, Intramurals.
FAREWELL SAYING: WINNING ISN'T
EVERYTHING
BUT LOSING SUCKS. A special thanks to GOD for
guiding me through this. Mom and Dad thanks for
the never ending support and for being the greatest
football fans in the world. To my sister Sherri,
thanks for letting me know I always had a best
friend to talk to. Will always remember Football
camp,Rats,Ed's,Via's,Dana Dane, Dean
Mac,Sunbathing,Buggin'out, Old Main and #18

139

# UPSALA PERSONALS



JO-ANN MACK

MAJOR:PSYCHOLOGY

ACTIVITIES:Student Ambassadors,
Psi Chi president, I.F.C secretary



THOMAS MERTZ

MAJOR:BUSINESS ADMINISTRATION
MINOR:ECONOMICS/HISTORY

KNOWN FOR:Leaving on thursday

ACTIVITIES:Intramurals, AMMO,
History Club, Teachers Asst.
Ski Club.

FAREWELL SAYING: IT'S BEEN REAL
EXPENSIVE. Thanks Mom and Dad.



LAWRENCE MEZZACCA



AMANDA MROZ

MAJOR:THEATER
MINOR:GENERAL BUSINESS

KNOWN FOR:Gertrude

ACTIVITIES:Chamber singers,Alpha Phi Delta,
I.S.C, Diners Club, Inter — varsity Christian
Fellowship.
FAREWELL SAYING: Thank you Mon and Dad
and Janina for supporting me for the last 4 years.
"If I explore the heavens or if I search inside, it
really doesn't matter as long as I can tell myself,
I've always tried." — ABBA

# *U P S A L A   P E R S O N A L S*



RITA MUNSHI

MAJOR: M.C.S.
MINOR: MARKETING

ACTIVITIES: R.A.

FAREWELL SAYING: I'ld like to thank
my family for their support, love, and
trust. I have a long way to go and a lot
to do and with God's help I will acheive
all my dreams.



KATHLEEN MURRAY

MAJOR: ENGLISH
MINOR: COMMUNICATIONS

ACTIVITIES: Ass't Editor of Gazette,
Student Liaison Committee.



LORENA NAVARRO

MAJOR: M.C.S
MINOR: SPANISH

ACTIVITIES: L.A.U, International
Students Organization, Spanish Club

FAREWELL SAYING: Thanks to Mom and Dad
for all your love and support and also
John and Julie. Also thanks to all my
special friends who made the past four
years bearable.



CHARLES NELSON JR.

MAJOR: COMPUTER/BUSINESS
MINOR: EDUCATION

ACTIVITIES: Computer Club

FAREWELL SAYING: Completed 4 years
of college in 2 half years with a
double major and teacher certification.

# UPSALA PERSONALS



ELAINE NETHERSOLE

MAJOR:HRM/PSYCHOLOGY
MINOR:HISTORY

KNOWN FOR: Being quite and smile.

FAREWELL SAYING: The struggle is my life.
We need to continue to struggle for what is
right and just.



JOUHAUD NICOLAS

MAJOR:M.C.S
MINOR:ACCOUNTING

KNOWN FOR:Hosting the first
bilingual show on WFMU.(French/
English)

FAREWELL SAYING: My stay here has
been a most useful and wonderful
experience. I enjoyed every moment
of it.



SUSANNE OHLSSON

MAJOR:MCS/SWEDISH
MINOR:BUSINESS ADMINISTRATION

ACTIVITIES:Tau Beta Sigma, Home —
coming Committee, Intramurals.

FAREWELL SAYING: Upsala has been a
memorable experience. I'd like to
thank my family and friends that
made it possible.



NICOLASS OLIJSLAGER

MAJOR:MCS/FRENCH
MINOR:ECONOMICS

KNOWN FOR:Mister Nice Guy,
Crazy strange Dutchman

FAREWELL SAYING:"Comme La Vie Est Dur"
Tomorrow is an other day. Wat Een Ervar —
ing op Gedaan Zenbu Wakarimasu (someday)
Love to all my dear friends. I came to this
country in a daze.. and still am.

# *UPSALA PERSONALS*



TONYA O'NEAL

MAJOR:HRM/PSYCHOLOGY
MINOR:MANAGEMENT/MARKETING

FAREWELL SAYING:Thanks to Mom and Dad
for supporting me. Also thanks to my
family and special friends. Time to get
a real job and stop borrowing.



ROSE PAPPAS

MAJOR:ANTHROPOLOGY
MINOR:SOCIOLOGY/BUSINESS ADM.

ACTIVITIES:Student Ambassador,
Commuter Council,CLS,EPC,Gazette

FAREWELL SAYING:May the lord watch
between me and thee while we are
absent one from the other.



JOAN THERESA PETIYA

FAREWELL SAYING: TO THE CLASS
OF 1987 HAVE A NICE LIFE!! THANKS
MOM AND DAD.



MARGARET PRIBULA

MAJOR:BUSINESS ADMINISTATION

ACTIVITIES: Volleyball,AMMO

FAREWELL SAYING: Congrads and goodluck,
friends forever. Sue, Rita, Billy, Piete.
Hey Babe! Mo-Mo's dont look now but.. Parking
lot parties. Who's Paul? Clam Chowder, Party
town, Share '86.

# *UPSALA PERSONALS*



NANCY DENISE PROCTOR

MAJOR:COMMUNICATIONS

ACITIVITIES:BSU, Upsalite, Phi Beta
Sigma sweetheart, Pep Club Member

FAREWELL SAYING:Faith is the substance
of things hoped for, the evidence of
things unseen. To my family and friends
your support and love was deeply apprecia —
ted. Thank you all.



JANET REYNOLDS



MARTY REYNOLDS

MAJOR:ACCOUNTING

ACTIVITIES:Accounting club member
newspaper member at Wirths Campus



JUANA RIVAS

# *UPSALA PERSONALS*



STEPHEN RUSNAK

MAJOR:ACCOUNTIN,ECONOMICS,BUSINESS ADMIN.

ACTIVITIES:Alpha Kappa Psi,Alpha Phi Omega, I.F.C. president

FAREWELL SAYING: Thank you Mom and Dad, Debbie
and Susan for your loving support and patience.



TATSUTO SAKAI

MAJOR:BIOLOGY
MINOR:CHEMISTRY/MATHEMATICS

ACTIVITIES:Founder of Diners Club, meet 12 midnight and go out to eat dinner.

FAREWELL SAYING: Thank you Upsala, I truly enjoyed college student life in U.S.A



RICCI SALSANO



DEBRA SAVAGE

MAJOR:BUSINESS ADMINISTRATION

ACTIVITIES:Vice president AMMO, teaching assistant,Phonathon volunteer

FAREWELL SAYING: Iwill have many good memories of Upsala, but I'm glad I'm finished.

# UPSALA PERSONALS



### DAVID SEALY
### MAJOR:BIOLOGY
### MINOR:ANTHROPOLOGY/CHEMISRTY

KNOWN FOR:"Quote . . . Unquote"
ACTIVITIES:C.A.,R.D.,Pub manager
CLS,Natural Science Senator,Tri Beta
BSU,Student Ambassador,Honors Program
Security Committe
FAREWELL SAYING:When I first came here to
Upsala, I thought that because I was foreign born
that I wouldn't be able to accomplish anything
. . . But now four years later I've accomplished
all that I have set ou to do and more. The Key: a
positive mentality and perserverance. For a lone
Bajan boy, you've come along way.



### DONALD SEAMAN

### MAJOR:COMMUNICATIONS
### MINOR:PSYCHOLOGY

KNOWN FOR:A nice quiet person with flashes
of humour from time to time.
ACTIVITIES:WFMU
FAREWELL SAYING:My success is due to my
parents' efforts. Through their constant support
of me, I have become what I am. They taught me
respect,concern, and all things that I feel are
important to me. Thank you for my future.



### JOHN SENA

### MAJOR:BIOLOGY

KNOWN FOR:Joking around and keeping people
happy, especially in boring classes.
ACTIVITIES: CLS — PPC Chairman, Progr —
amming Assistant, Tri Beta vice president and
president 86-87,Teaching Assistant
FAREWELL SAYING:Thanks to all my
professors at Upsala, especially Dr. Choi, for all
their help throughout my 4 years here. Thanks
to all my friends, especially Mary Ann Choi and
John Garrigan, for making the 4 years my best.
Thanks especially to Mom and Dad for all their
love and support.



### SUZANNE SHELL

### MAJOR:COMMUNICATIONS
### MINOR:BUSINESS

KNOWN FOR:My Laser,'so many men, so little
time'
ACTIVITIES: Alpha Kappa Psi,Gazette, Student
Ambassador.
FAREWELL SAYING:Thank you to my parents
for sending me to school. To Tina; Thank you for
all of your help.To my friends, I'll miss you a
great deal.

# UPSALA PERSONALS



JOSEPH SISTO



ALECK SIYAKWAZI

MAJOR:COMPUTER INFORMATION
SYSTEMS

FAREWELL SAYING:It is true there is
much to be done, and perhaps you are
weak-handed, but stick to it steadily
and success will be born.



LISA STANWICH

MAJOR:SOCIAL WORK/SOCIOLOGY
MINOR:PSYCHOLOGY/ENGLISH

KNOWN FOR:Escaping from E.O.G.H.!
ACTIVITIES:Alpha Phi Delta, Inter — varsity
Christian Fellowship, Stud — ent Ambassadors,
Chamber Singers
FAREWELL SAYING:Thanks to the lord, my
sisters, Allyson'the spud'Backrubs, Cindy the
spaz, my Mayes family, the cat, and thee "home"
people who helped pull me through.



ANDREA SZABO

MAJOR:MCS/GERMAN
MINOR:ECONOMICS

KNOWN FOR:Andi's Candies
ACTIVITIES:Tau Beta Sigma,CLS Student
Ambassadors, Gazette, I.S.C Intramurals,
AIESEC, Homecoming Committee
FAREWELL SAYING:To all my friends and
family "You've made the past four years the
most won — derful and unforgettable of my
life." I love you all.

# UPSALA PERSONALS

### ROSA TEJERO

#### MAJOR:ECONOMICS/MCS

KNOWN FOR:'No problem','Mexican accent'
ACTIVITIES:Alpha Kappa Psi,Tau Beta Sigma,Gazette,tutor
FAREWELL SAYING:I thank my parents for their love and support during my years at Upsala. I finally made it Dad! Julie;Thank you for your love and caring. Go all the way O.K.! To Fida for all the wonderful moments I have with you I love you very much!! Really, I swear it is the truth!! Greta:Thank you very much for all the love and understanding. Rose, I will never forget one of the best friends I got at Upsala. Cindy and Debbie thank you and keep up with the good work!To my grand — parents for their love and support. Elaine; be patient TAUS ARE IT!! To everybody Good Luck.





### GLEN THOMAS



### SUSAN THOMPSON

#### MAJOR:SOCIAL WORK
#### MINOR:PSYCHOLOGY

KNOWN FOR:Mommy
ACTIVITIES:G.D.I
FAREWELL SAYING: My friends I wish you all lots of luch and happiness in your future! Thanks Mom and Dad!

# UPSALA PERSONALS



ROBERT THEODOOR van VOORST

MAJOR:BUSINESS ADMINISTRATION
MINOR:ECONOMICS



FUENTES ROSEMARIE VELEZ



DANIELLE VOGLER

MAJOR:ACCOUNTING
MINOR:ECONOMICS

KNOWN FOR: Constant smile, Danie
skinny legs
ACTIVITIES:
Accounting/Economics Club
president, Teachers Assistant,
Library Assistant, Accounting
Internship Assistant, Intramural
Sports.
FAREWELL SAYING: THANK GOD
I'M OUT OF HERE!!

149

# UPSALA PERSONALS



DAVID WALSH

MAJOR:HISTORY/ENGLISH

KNOWN FOR:Being the 'Stork'
ACTIVITIES:Varsity basketball,
Varsity baseball
FAREWELL SAYING: After five
years, I have had quite enough of
college.



WILLIAM WALSH

MAJOR:SOCIAL WORK
MINOR:HISTORY

KNOWN FOR:Smile, laugh
ACTIVITIES:Swim team
FAREWELL SAYING:I would like to
thank my Mom and Dad for all their
support. Hey Babe, Good timew
w/all my buddies,parking lot parties,
brewskies, bagging-peer pressure,
'miracles again?!' Dont look now..
but; hey Paul. MO-MO, Spit it out
baby, Lunch with the gang, micky
D's, Grill cheese hold, blarney stone,
Partying on my 21st with Sue and
Reet. Lets blow this popsicle stand.
Chow! Watch the margins, Bill. C.C.
Sue and Reet.



WENDY APRIL WHEELER

MAJOR:BIOLOGY

KNOWN FOR: Mrs. Beasly
ACTIVITIES:Intervarsity Christian Fellowship
Alpha Phi Delta, Honors program, Student Am
— bassadors, CLS elections chairperson
FAREWELL SAYING:He who gives heed to the
word will prosper, and happy is he who trust
the lord. Proverbs 16:20. Thanks Dad, Mom,
Rick and Dan for all your support, and for the
freedom to make my own mistakes and discover
my own sorrows and abundant joys. To you and
to Patty, Carolyn, Lisa, Jeannie, and all the
sisters of Alpha Phi Delta — I love you. The lord
has truly blessed me with all of you.

# *UPSALA PERSONALS*



SUSAN WILBERT
MAJOR:BUSINESS
ADMINISTRATION
MINOR:MARKETING
KNOWN FOR:Bagging
ACTIVITIES:AMMO
FAREWELL SAYING: Let's bag! G
T'S w/RL,PP, W.U., B.W., parking lot
parties, doorbells orien, '83,vt
'83,'84,'85,shore '86, cigy's grill
cheese, DWI'S, OH! No AML to Diete,
Let's motivate, Thank you Mom and
Dad.



SANDRA WILLIAMS

MAJOR:PUBLIC SERVICE
MINOR:POLITICAL SCIENCE

KNOWN FOR:"Not for my taste"/
Too much
for my taste.

ACTIVITIES:Political Science
Club,Pre-Law
Club, BSU, Gospel Choir.

FAREWELL SAYING: Thanks
Mother and Daddy for
allowing me to Dream!! Love Ya.



SHERRY WILLIAMS

# UPSALA PERSONALS



**STEVEN WILLIS**

**MAJOR: POLITICAL SCIENCE**



**BARBARA WILSON**



**GEBREWAHID WOLDU**

**MAJOR:BIOLOGY**

**ACTIVITIES:Tri Beta, R.A, Student
Ambassador**

152

# *U P S A L A   P E R S O N A L S*



SUZANNE WOLF

MAJOR:MCS/SWEDISH
MINOR:MARKETING

ACTIVITIES:Tau Beta
Sigma,Homecoming
Court,Women's Team Tennis '85,'86.



LEIGH ANDREW ZONA

153

# UPSALA PERSONALS

## CAMERA SHY

KAMAL DARWICH AHMAD

MAJOR:BUSINESS
FAREWELL SAYING:I LOVE YOU ALL

ROBIN RENEE BROWN

MAJOR:BUSINESS ADMINISTRATION
FAREWELL SAYING:"I'M OUTTA HERE!!!"

ELISSA COHEN

MAJOR:BIOLOGY
MINOR:BUSINESS MANAGEMENT

FAREWELL SAYING:Thank you Mom and Dad for
all your loving support. A special thanks to
all my friends who have made Upsala a memorable
and 'interesting 'experience. It would have never
been the same without you.

MARIA GIANNOBILE

MAJOR:MCS

ROBERT MARK KASTL

MAJOR:ECONOMICS
FAREWELL SAYING:THANKS MOM, DAD AND
ED

JOHN MARK KUPERUS

MAJOR:MCS
FAREWELL SAYING:THANK GOD I'M A
COUNTRY BOY.

EDGAR LOPEZ

MAJOR:MCS/BUSINESS

FAREWELL SAYING:THANK YOU UPSALA
'I LOVE YOU ALL LITTLE BABIES',
THANKS LIBRARY SERVICES, THANKS
TO ALL.

KEITH MOON

MAJOR:BUSINESS
MINOR:CHEMISTRY

FAREWELL SAYING:I HAVEN'T BEEN WELL
SINCE '78
BUT NOW I'M BACK AND I CAN SEE FOR MILES.
THANKS
TO PETE,ROGER,JOHN AND ALL THE OTHERS
IN MY GENER —
ATION.

DARRIN L. MURRAY

MAJOR:BUSINESS ADMINISTRATION

FAREWELL SAYING:PLANS TO PURSUE A
CAREER IN
ADVERTISING AND TO MOVE FAR AWAY
FROM NEW JERSEY.
THANK GOD FOR GRADUATION. LOVE YA
JEANETTE.

HARRY SHIVDAT

MAJOR:ACCOUNTING
FAREWELL SAYING:I HATE THIS SCHOOL

JOSEPH SISTO

MAJOR:BUSINESS ADMINISTRATION
FAREWELL SAYING:GOOD LUCK TO ALL MY
FRIENDS
AND CLASSMATES.

BRIAN F. STAUFF

MAJOR:BUSINESS ADMINISTRATION
ACTIVITIES:RHO ALPHA PHI
FAREWELL SAYING:THANKS FOR EVERYTHING
MOM AND
DAD. GO RHO.

# *CANDIDS*












# *CANDIDS*













# CANDIDS








# *CANDIDS*








# THE FUTURE OF UPSALA



THE FUTURE

OF
UPSALA











Although the yearbook is designed to show off the year's aspects of Upsala, we can't forget the people who have helped to make this yearbook possible through contributions.

Through their generosity and support, much of this yearbook has been made possible. In this section they not only are given the chance to brag a little bit about themselves, it gives us a chance to credit them for their support.

Without the people who have helped to support us in advertising, it would be impossible to have the depth and size of a book and it would be difficult to amplify all the events, activities and lifestyles that is felt by a student's experience at Upsala.

# Boosters

**Janice Bottazzi**
**Dom and Trudy Giovinazzo**

**Congratulations to: John E. Senq & Mary Anne Choi & John Garrigan and the Class of "87"**

**Good Luck John Love Mom & Dad & Aunt Maria**
**God bless the class of "87" Aunt Marie & Uncle Lou**

**Cal. is calling but N.Y. is waiting!**
**With love & pride Dad & Mom.**

**Congratulations Vinnia**
**Love**
**Mom and Dad**

**Robert Jortberg**
**E.V. Bantat Co. Inc.**



**Aanensen's**
**Cabinetmakers**
**Creative Designers of Kitchens & Baths**

142 Midland Avenue        Member: National Kitchen
Kearny, N.J. 07032              and Bath Association
            (201) 998-6892

Best Wishes for the Class of 1987 from Upsala Alumni,
Ted Aanensen ('66) and Gayle (Eggen) Aanensen ('67).

*Charles M. Winrow*
**Certified Public Accountant**

16-20 Park Ave.
P.O. Box 187
Rutherford, NJ

**(201) 939-0538**

# CONGRATULATIONS SENIORS!

Nicholas Cioppettini
President



SOUTH ORANGE STORAGE

219 Valley Street           (201) 762-4000
South Orange, N.J. 07079    (201) 763-5588

# Best Wishes
# and
# Good Luck
# to the
# Class of 1987

## The Rozawsky Family
John, Sr.
Gloria
John, Jr.
Robert
Kelly
Timothy

---

**CONGRATULATIONS TO THE CLASS
OF 1987**


**MR. AND MRS. ROY WALKER**

**Good Luck Shari —**

May your future be as bright as you have made all our lives and may you find as much happiness as you have given us. You have come a long way and deserve only the best.

Love, Happiness, & Joy
Mom, Dad, Amy & Dana

**Congratulations John — OE,
You've made us very happy!!**

**Love,
Mom & Dad**

*Congratulations
Seniors!*

JOE SHOOPMAN
Publishing Representative

TAYLOR PUBLISHING COMPANY

57 MAPLE COURT • HIGHLAND PARK, NJ 08904
PHONE: (201) 247-0043 (RES.)

*Your Yearbook Company*

**Congratulations to
Alexandra**

**and to the class of '87**

**Nick, Susan & Nicholas P.
Asaro**

**Congratulations to**

# DAVE WALSH

**FROM MOM/POP
Sharon and Danny**

674-9715

## SANDWICHES UNLIMITED

**244 Main St.**
**Orange, NJ**
**674-7899**

**372 Main St.**
**E. Orange, NJ**
**672-1458**

---

FULL SERVICE
## Central Chevron

*TOWING & REPAIRS*
*WHEEL BALANCING & ALIGNMENT*

Road Service

415 Central Avenue
East Orange, NJ

---

## MICHAEL K. FIELO
COUNSELLOR AT LAW

678-8400

33 Evergreen Place
East Orange, NJ

---

## J. W. PIERSON CO.

OIL-HEATING EQUIPMENT-COAL-DIESEL

673-5000

89 Dodd St.

East Orange, NJ

---

## Scientific Packaging
**676-3107**

**2-8 Central Avenue**
**East Orange, NJ**

---

*Neat Feet*

20 Aquarian Way
Secaucus, NJ

864-2057

---

748-7414

## Willie's Diner

**Liberty & State Sts.**

**Bloomfield, NJ**

---

## WILLIAM H. TAYLOR, M.D.
Diplomate Of The American Board of
Internal Medicine
*"Bodies Are My Business"*

763-5200

71 Second Street
South Orange, NJ

---

762-2900

## Maplewood Peugeot

Allan Castroll
Emanuel Schuller

2178 Millburn Ave.
Maplewood, NJ

---

Est. 1935

743-0600

## ARROW ELECTRIC MOTOR CO.
ELECTRIC APPARATUS REWOUND REPAIRED
GENERAL ELECTRIC AUTHORIZED SERVICE CENTER
EMERSON - WESTINGHOUSE - DELCO MOTORS
GATES - BELTS & DRIVERS
RED DEVIL AUTHORIZED STOCKING SERVICE CENTER

187 bloomfield Ave.

Bloomfield, NJ

---

674-9153

## ORANGE DRUGS
## and Surgical, Inc.

**674-9153**

**237 Main St.**

**Orange, NJ**

---

## C & S Porcelain Studio

761-1883

**1691 Springfield Ave.**
**Maplewood, NJ**

---

## AMERICAN**WEAR**

INDUSTRIAL UNIFORM RENTALS & SALES
Shop Towels - Entrance mats - Fender Covers

661-9200

489 Washington Ave.
Nutley, NJ

---

## BRINKER DISPLAYS

**678-1200**

**545 No. Arlington Ave.**

**East Orange, NJ**

---

## Enright, Porter, Lenney & McGrath
*ATTORNEYS AT LAW*

72 Burroughs Place
Bloomfield, NJ

743-5700

---

## ESSEX TITLE AGENCY INC.

Joseph R. Santasiere    Alfred G. Santasiere

763-8271

76 Orange Avenue
South Orange, NJ

166

## New Jersey Books

167 university Ave. at Bleeker St.    624-5383

HORNBOOKS-GILBERTS-NUTSHELLS-CASENOTES-LEGALINES
SMITH'S REVIEWS-EMANUEL OUTLINES-SUM & SUBSTANCE
BLACK LETTER SERIES-FLOELWX CHARTS-ISSUE SPOTTERS
ESSENTIAL PRINCIPLE BAR EXAM AIDS-BRIEFING PADS
SUMMARY MARGIN PAPER

Open Saturdays

**New and Used Textbooks at Low Prices
We Pay Cash For many of Your Used Textbooks.**

## JOSEPH COOPER, M.D.

### 623-2798
### 559 Broad Street
### Newark, NJ

## SENATOR
## RICHARD J. CODEY

## DR. CUOMA, M.D.
### 325-2266

92 Old Northfield Ave.        West Orange, NJ



## All the entertainment you'll ever need!

## Suburban Cablevision

43 Prospect Street, East Orange, N.J. 07017
673-6600
381 Lord Street, Avenel, N.J. 07001
750-9220
72 Main Street, South River, N.J. 08882
238-8989

**West Orange, NJ**        **331 Main Street**        **731-6770**

167

## RICCIARDI BROS.

*Paint & Wallcoverings*

1915 Springfield Avenue
Maplewood, NJ

201-748-3030                         201-762-3830

## Brithright
## of Essex County

**743-2061**

**622 Bloomfield Ave.**                         **Bloomfield, NJ**

## Calument Manufacturing Co.

675-0700                         **532 N. Grove Street
E. Orange, NJ**



*Keep on Washin'*

## Gordon & Thomas Companies

Your Campus Laundry Room Operator

## FREDERICK'S INN

Food Always Available
Lunch
Monday-Friday 11-2
Open 7 Days a Week
Private Room      Family Prices

**558 Arlington Ave.**                         **748-3440**
**East Orange, NJ**                         **748-4405**

**762-4000**

## FLEXIBLE WAREHOUSING
### South Orange Storage

**219 Valley St.**                         **South Orange, NJ**

**ROBIN HUTCHINS
GALLERY/762-4714
176 maplewood Ave.
Maplewood, NJ**

**WESSON WINES
& LIQUORS
674-2800
582 Main Street
East Orange, NJ**

**DAIL-N-DRIVE
761-6474
1649 Springfield Avenue
Maplewood, NJ**

SHULTE'S PIPE SHOP/762-5175
1628 Springfield Ave., Maplewood, NJ
SANFORD REALTY CO./674-4556
168 Sanford, East Orange, NJ
JOSEPH FREDA, C.P.A./763-4056
75 S. Orange Ave., So. Orange, NJ
VILLAGE DREEGS OF SOUTH ORANGE
65 S. Orange Ave., So. Orange, NJ

**ROLYCOMB CHEMICAL
CORP./338-3955
400 Broad Acres Drive
Bloomfield, NJ**

**PRESTON FUNERAL HOME
762-1133
153 S. Orange Avenue
South Orange, NJ**

**DR. ROBINSON
763-3242
2130 Millburn Avenue
Maplewood, NJ**

**WAYNE COFFEE CO., INC.
673-0236
22-32 Lincoln St.
East Orange, NJ**

**ALAN GRASSIANO CO.
575-4744
116 Fairfield Road
Fairfield, NJ**

JIM GRIGGS AUTO SERVICE
263 Lincoln St., E. Orange
DR. CARL ROSS, M.D./672-0231
185 Central Ave., E. Orange, NJ
PLEASANTDALE FLORIST & NURSERIES
240 Pleasant Valley Way, West Orange, NJ
MARINE FASTERNERS & SUPPLY CO
50 S. Orange Ave., So. Orange, NJ
CENTRAL AVENUE PAINTING
423 Central Ave., E. Orange, NJ
PATRICIA'S HOUSE OF BEAUTY
68 Fourth St., E. Orange, NJ
NEW MAIN SUNOCO/675-4226
51 Main St., E. Orange NJ
ROSE BROOK DELICATESSEN
42 S. Arlington Ave., E. Orange

**LaMONICA
MEMORIAL HOME
743-4434
299 Bloomfield Ave.
Bloomfield, NJ**

**WILLIAM H. YEOMAN INC.
674-8994
127 Brighton Ave.
East Orange, NJ**

**COMPLIMENTS
OF A
FRIEND**

168

# *Welcome!*

## To Our Newest Alumni,
## *Class of '87*

### Our Best Wishes For The Future
### Continuing the Traditions . . .

### Upsala College
### Alumni Association

