# Exhibit 11



JODI TAPPER

# FACES OF LIFE AT UPSALA COLLEGE

As we go through college life, we are amidst many happenings with friends and it is those times, whether good or bad, that we remember and make us grow. There are many facets of Upsala Campus and many faces we encounter each day from our professors, staff, coaches and most importantly our friends.

It is these faces that we hope to capture in this year's Upsalite centralizing on you, the Class of '88. We will take you from a variety of candid faces, to you the senior class, to faces of wisdom, faces of events, faces of worship, faces in student activities, sports and theater. This theme was picked so that we, the Upsalite staff, will be able to capture the faces of student involvement in the form of photography so that years down the line, your yearbook will truly be a "keepsake."

EAST ORANGE PUBLIC LIBRARY



NJ
378.749
U 69
1988

# *PROLOGUE*

Four short years ago we embarked upon college careers, filled with expectations and dreams of the days ahead . . . Now we are rounding the last lap of these college days with the future just ahead of us. Enriched by the studies we have pursued and the friendships we have made, we are forever indebted to all those who have contributed to making Upsala the college where our dreams of four years ago have had the opportunity to become realities. People . . . If you ask any student why they continue to come back year after year, one of their main reasons are the people. Lasting friendships and honest are forged and created at Upsala. The friends you make here are the ones you will keep forever. College is a time for learning and a time to teach others. At Upsala, we have achieved an academic dream, both education and growth wise.

Although we must now bid farewell to Upsala, we shall never forget the wealth of knowledge, friendship and happiness this college has given to each of us. It is with heartfelt sincerity and gratitude that we sing:
"Hail, hail Upsala, proudly we look to thee."



Gift
5/18/00
DA

2

i 1447056|

# TABLE OF CONTENTS

Dedication . . . . . . . . . . . . . . . . . . . . . . . . . . pg. 5
Color Candids . . . . . . . . . . . . . . . . . . . . . . . . pg. 6
Color Collague . . . . . . . . . . . . . . . . . . . . . . . pg. 14
Honor Formal Pictures . . . . . . . . . . . . . . . . . . pg. 16
Faces of Action . . . . . . . . . . . . . . . . . . . . . . . pg. 54
Faces of Worship . . . . . . . . . . . . . . . . . . . . . pg. 64
Faces of Campus Life . . . . . . . . . . . . . . . . . . pg. 70
Faces of Involvement . . . . . . . . . . . . . . . . . . pg. 80
Faces of Character . . . . . . . . . . . . . . . . . . . . pg. 99
Faces of Togetherness . . . . . . . . . . . . . . . . . . pg. 104
Faces of Determination . . . . . . . . . . . . . . . . pg. 118
Faces of Wisdom . . . . . . . . . . . . . . . . . . . . . pg. 136
Faces of Surprise . . . . . . . . . . . . . . . . . . . . . pg. 160
Faces of Business . . . . . . . . . . . . . . . . . . . . . pg. 176

*The Moments are short, but the Memories last forever.*



*It is time for us to say,*
*"Good-bye . . ."*
*Time for our lives to take*
*another path . . .*
*to discover new worlds.*

*We shared a lot of times*
*together,*
*and we've done a lot of things.*
*I like to think that what we've*
*learned from each other*
*has helped to shape us into*
*better people . . .*

*But now, it's time to say*
*"Good-bye . . ."*
*though not forever —*
*Our paths will cross again*
*another day.*

*So have no tears,*
*just think of what we had*
*and smile*
*because everything about our*
*friendship is good.*

*And until another day . . .*
*"Good-bye, my friend."*

*Ann Decker*

4

# Professor Glenn Halvorson



The Class of '88 would like to take this time to dedicate the Upsalite to Dr. Glen Halvorson, who died on July 16, 1987. He will be missed greatly by all the faculty, staff and students at Upsala. His kindness, thoughtfulness and dedication to his work at Upsala has placed him permanently in our hearts and minds.

Professor Halvorson served as the Chairman of the Foreign Language Department for eleven years. His fluency in five languages, Spanish, Portuguese, French, German and English, and extensive travel, made him a "fountain of knowledge" for all students.

To list all of his accomplishments would take up a great deal of space and could not possibly express the feelings of those who knew him. Therefore, let us remember him for who he was — a dedicated and memorable person who made a difference in the lives of all of us.

Our love, tears and hearts are extended to his family and loved ones. Peace be with you.





# FACES OF FASHION

the easy, uncomplicated look



Upsala College customers. On the feet, it's Nike, K-Sw
Docksides or Reebock.

At the bottom of the preoccupation with labels, lies insecur
according to psychologists. Students seem to feel that the r
clothes equal the right stuff.

Preston Bell, a junior, uses his clothes "as a calling card,
know — something that describes me a little and somethin
remember me by. Women notice and appreciate a w
dressed man, and being well-dressed goes beyond pres
pants and starched shirts. Being well-dressed means wea
those things that complement you and your personality
most."

The styles at Upsala range from sweats and denim jean
sweaters, skirts and dresses. Varying background of stude
brings a variety of styles in clothes.

This diversity is especially appealing to Annette Aroch
senior who feels that "you can be and dress whatever way
wish to reveal the real you."

CONTINU

*Average dress — blue jeans and a sweatshirt. Common attire for the Upsala Jock.*

*Colors, yellow, red and gr are popular fall colors year. Especially for th dancers.*



*Enjoying the club scene, senior, Cynthia DeMatteis is decked out in denim.*



6

# *the familiar and the fad-ish*

_____ ___'t that important to Carol Layton, a junior, "At this stage in my life I'm too busy to go shopping and try to keep up ____ ____-changing fashions," she said. "Preppiness is easy to fall back on and it doesn't take a lot of time. That may be why a __ __ ____ge students wear preppy clothes."

_____ _he dress-for-success attitude seems prevalent, there is a sizeable contingent of people who dress anachronistically on

___ __ _____lent at Upsala, does exist as shown in these pictu ____ ___ Our cheerleders scream loud and enthusiastically fo _____ _he team on to victory.

The clothing radicals buy their rags at vintage, or "almost new" clothes stores. The students take nostalgic trips through the 1930s, 1940s, 50s and even the 60s. Though the era of peace, love, and flower power is out of vogue politically, it has made a fashion comeback. Paisley is popping up everywhere: on shirts,

___ ___ _n all forms and the support shown at the first fo skirts, ties, sweaters and even underwear. Collarless jackets and ___ ____ and inviting. The new freshmen outnumbered the tie-dye T-shirts have also reappeared.
_____ __ screams for a Viking victory.

While the trendy try to make up their minds, most students slip

___ ___h at Homecoming as the bleachers were filled with alu into what might be considered the quintessential collegiate out- ___ ___ Upsala. Parties started early in the morning and ran int fit: any handy shirt and a pair of blue jeans. Fitting in isn't that ____ ___ some of the Greek Formals. difficult after all.

_____ _pirit and enthusiasm in all areas of student life, we are definitely making





*Black leather jackets and painted hair have become very popular for the punk rockers. Especially at a recent Halloween Party.*

*The __ck Marilyn/Madonna ___ __ also very popular for _____day attire.*

7

# FACES (
# SI



Ipsala College customers. On the feet, it's Nike, K-Sw
Docksides or Reebock.

At the bottom of the preoccupation with labels, lies insecur
according to psychologists. Students seem to feel that the ri
clothes equal the right stuff.

Preston Bell, a junior, uses his clothes "as a calling card, y
now — something that describes me a little and somethin
remember me by. Women notice and appreciate a w
dressed man, and being well-dressed goes beyond pres
pants and starched shirts. Being well-dressed means wear
those things that complement you and your personality
most."

The styles at Upsala range from sweats and denim jeans
sweaters, skirts and dresses. Varying background of stude
brings a variety of styles in clothes.

This diversity is especially appealing to Annette Aroch
senior who feels that "you can be and dress whatever way y
wish to reveal the real you."

CONTINU

*Average dress — blue jeans and a sweatshirt. Common attire for the Upsala Jock.*

*Colors, yellow, red and gr are popular fall colors year. Especially for th dancers.*



# OF UPSALA
# PIRIT



Swiss,

urity,
right

i, you
ing to
 well-
ressed
earing
ty the

ins to
dents

:ho, a
y you

UED

*green
s this
these*

not that prevalent at Upsala, does exist as shown in these pictures of students and
ball game. Our cheerleders scream loud and enthusiastically for our team, in hopes
courage the team on to victory.

t this year in all forms and the support shown at the first football game against
mely warm and inviting. The new freshmen outnumbered the upperclassmen and
beers and screams for a Viking victory.

ery high at Homecoming as the bleachers were filled with alumni and students in
am and Upsala. Parties started early in the morning and ran into late in the evening
ttended some of the Greek Formals.

use more spirit and enthusiasm in all areas of student life, we are definitely making





# FACES OF



The future O. J. Simpson

Many of us come to college to receive educations to go out into the world to become doctors, lawyers and businessmen and women. Many graduates of Upsala have done just that and have also expanded to go into fields of scientific research, teachers, journalists as well as housewives, construction workers and engineers.

As we, the Senior Class of '88 get ready to embark upon new fields of study, careers and lives we reflect back onto the four years we have spent at Upsala which have created a mold for our future.

The friendships we have made and the things we have learned have created a base and foundation for our future. A lot of things have changed since we were freshmen. We started as young eager teenagers and we grew into young adults ready to become the future leaders and molders of our country. We have lost some innocence along the way, but we have gained in experience and memories.

We've left some memories and friends behind us and we will always be remembered by those we love, teachers and comrades. We are the Class of '88 and we are damn good.



Op



The next Nobel Peace Prize winner

10

# THE FUTURE





*Future businessmen and women of America*





*Future Solicitor General of the U.S.*    *Although sisters may part, Greeks always remained bonded.*

11

# FACES OF









# ENJOYMENT



The year opens up with a variety of activities and events for students to enjoy. The year started off with the traditional boat ride around the Statue of Liberty. Then there were parties in the Pub, dances in the gym and then we arrived at Homecoming Weekend which was sparked with a pep rally and a bonfire.

There was also the Halloween dance which is featured later in the book. But the most important aspect of this is the fun and laughter the students experience with their friends, which bonds the friendships and provides for an outlet from studying and classes.

Enjoyment ranges from parties in the townhouses to parties in the pub and the gym. Students also venture into New York City for the club life as well as local places such as the Hall, Firehouse Pub and Zincs. All local bars and pubs that are popular student hangouts. So if you are looking for Upsala students, check the pubs, restaurants and clubs in the area. Of course . . . there is always the library.





13





*Faces o*





*Who can measure success? Is it equal to digits, happiness, prestige or salvation? Each person is their own measure of success. If you are content in your present position, then you are successful. Man has the tendency to measure success by what his neighbor possesses while ignoring all the riches that are at his disposal. Success, like beauty, is in the eye of the beholder.*









16

*Success*















**MOHAMMED ABDALLAH**
MAJOR: Biology
MINOR: Chemistry
Vice President — Tri Beta.
"I would like to thank the Upsala science faculty, especially Dr. Choi for all her help and support. I made many friends at Upsala College and I will miss them all. Especially the Pre-Med. students."



**MARK BARANEK**
MAJOR: Business Administration
MINOR: Management
"Thanks to my wonderful family for all their support and love, especially my sweetheart Donna. Will never forget Prof. Thornburn's Spanish classes with Kathy, Diane, Keith and Pat. I will never forget all you have done for me Mom. Thanks."



**BERNARD AJAEGBU**
MAJOR: Economics
MINOR: Finance
Studying.
"Being in Upsala is the most important th in my life. I thanked the family of Upsala the knowledge they have passed to me ar hope the family of Upsala will continue tl good work. My promise is one day you w very proud for the happiness you have gi to me. God bless you Upsala."



**FREDERICK BLECKER**
MAJOR: Business Administration/History
President — Phi Alpha Theta
"Remembers family, friends, and Rose."



**JENNIFER R. BLOCK**
MAJOR: Sociology
MINOR: General Business



**JOHN P. BOBOWICZ**
MAJOR: Computer Information Systems
MINOR: Management/Business Admin.
Asst. Editor — Upsala Gazette 1987,
Cartoonist — Upsala Gazette 1986-87, Publicity
Manager — Upsala Gazette 1986-87, Layout
Staff — Upsala Gazette 1986-87, Alcohol
Awareness Committee — 1986
"I would like to thank my family, friends, and
Upsala College for helping me complete my 5
year mission to seek out and explore new
majors; TO BOLDLY GO WHERE NO
SENIOR HAS GONE BEFORE! LOOK OUT
WORLD!"



**MATTHEW J. BOONE**
MAJOR: Business Admin.
MINOR: History
Black Student Union.
"Thanks Mom and Dad. I am glad you
believed in me. Thanks to my sister, my
girlfriend, my close friends for also having
faith in me. CONGRATULATIONS CLASS
OF 88! GOOD LUCK!"



**ANTHONY BRIGHT**
MAJOR: Computer Information Science
MINOR: Management and Marketing
Raquetball, traveling and computers. President
of 'THE FRAT.'
"YO-O FRAT BROTHERS OF ALPHA PHI
OMEGA! Yes! I am the business man and
future entrepreneur. Remember, the beer, the
steps, the N.B.D. and the FRAT dance and also
the BONE! I love you Mom and Dad and all
relatives for supporting me and having faith.
Good luck class of 1988! Special thanks to Mr.
Brown and the E.O.F. department for making
this possible."



**ELIZABETH BRNIC**
MAJOR: Biology
Gamma Sigma Sigma — Treasurer, Softball,
Tri-Beta, Honors Program.
"To the sisters of Gamma Sigma Sigma —
thanks for all your understanding and support
as well as all the fun times. Remember sister,
now and forever. To everybody else at Upsala,
it certainly has been a full four years!"



**LISA BRUN**
MAJOR: Human Resource
Management/Psychology
MINOR: Business Admin./Computer Info.
Systems
Honor Program, Student Ambassadors,
Chamber Singer, Resident Assistant, SGA
Social Science Division Senator, Student
Admission Assistant — Coordinator, Upsalite
Staff, Dean's List, Spring Week Committee.



**LEIGH ELLEN BURKE**
MAJOR: HRM/Psychology
MINOR: Business
Tau Beta Sigma Sorority, Intramural Floor
Hockey (Sluggo's Girls), and Football. Senior
Class Senate.
"I would just like to thank all of my friends,
sisters, and family. And a special note of
thanks to Irene, Kirsten, Sue, and MICHAEL,
mom and dad. Without all of you, I would
never be on this page. Literally. I love you
all!"



**DENISE I. CALINDA**
MAJOR: Business Administration
MINOR: English
Pre-Law Club, Pol. Sci. Club, EPC, Student
Mentor, Honors Program, Accounting and
Economics Club, Camel Drivers.
"I'll miss everyone, especially a certain guy,
S.L. and that faithful frat THE CAMEL
DRIVERS. I have to admit college life is great
except for all the studying. There were a lot of
special times, too many to write down but
those of you involved know who you are.
Again, I'll miss you all, it may be corny, but it
is true. Known as: Mama Mega Mounds (M3)
Favorite expressions: 'YUCKY' and 'Steve,
STOP IT'!"



**ANDREW P. CARPENTER**
MAJOR: Accounting
Workshop 90, Phi Beta Kappa, Accounting
Club, Accounting and Economics Tutor, SGA
Treasurer.
"Take advantage of the opportunities around
you. Every day we let them pass us by
because we are not alert to them. There are
three types of people in the world —
yesbutters, notnowers and whynotters.
WHYNOTTERS move the world. I'd also like
to say a warm word of thanks to all my friends
and acquaintances at Upsala. Thanks for the
memories. Lastly, thanks to my family and
especially my grandmother for her support
and encouragement."



**DIANE CHORAZY**
MAJOR: Business Administration
"I will miss everyone especially Prof.
Thornburn. Also good luck to my friends,
Keith, Cathy, Pat and my buddy Mark. One
day we will all get together in one place and
one time."



**KAREN CINA**
MAJOR: Business Administration
"Thank you MOM and DAD for all your help
and understanding. A very special thanks to
Vinnia — I could not have done it without
you! Remembers: All the good times with
close friends: Vinnia, Shari, Marybeth and
Carla."



STEPHANIE RENEE CLARK

MAJOR: Mass Communications: Broadcast
MINOR: Marketing
Theta Beta Gamma — Social Sorority, Alpha
Kappa Psi — Business Fraternity, Yearbook
Editor — 2, Junior Year Abroad in New York,
Student Government — 3, Upsalite — 4, and
FASHION as always
"A special thanks to 'Almighty God' for
making this dream come true. To my
wonderful family for their love,
understanding, encouragement, and support.
Thank you MOMMY, NANA, and POP-POP.
I LOVE YOU ALL! To my sisters of the
PRESTIGIOUS sorority ΘBr — my love and
dedication always! Look for me in the future
because this is only the first of many goals to
come! GOD BLESS!"



MICHAEL ALAN CITRON

MAJOR: Economics
MINOR: Business Administration



CANDACE L. COLEMAN

MAJOR: Business Administration
MINOR: Management
Alpha-Angel — Last of the Originals, Gospel
Choir.
"God," "friends," "family," without them I
would have been lost.

22



W. JAMES COSGROVE, JR.

MAJOR: Business Administration
Student Ambassadors, Pub Manager, CLS
Programming Asst., Workshop 90 Theatre.
"Thank you from my heart mom, dad, Lisa
and A.J. Without your constant support, I
couldn't and wouldn't have made it through
an extremely difficult transition. But guess
what DAD? I DID IT!!!"



**CYNTHIA MARY DEMATTEIS**
MAJOR: Philosophy/Spanish/Political Science
Student Body President (SGA), Upsalite Editor
— 3 years, Theta Beta Gamma Sorority —
treasurer, Vice-President Pre-Law Club,
member Political Science Club, Gazette
reporter, Resident Advisor, and member of
Publications Board.
"To Boldly go where no Woman has gone
before!!! I will miss Upsala greatly . . . these
past 4 years have been the greatest of my life.
My OBR sisters — thanks for all the great
times!! I will miss you all terribly. Remember,
Black is powerful and Gold is beautiful!!!
Sioux, cruise time is coming soon!!! My little
sis . . . I will never forget you. Judy, my buddy,
and my other little sis — keep the faith!!!
Special thanks to my DAD, without your
support and love, I never would've made it . . .
I love you. And my special Aunt, thank you
for always being there for me!!! Law School
. . . here I come!!!"



**AMY SUZANNE CRANSTON-NICKELL**
MAJOR: MCS
MINOR: Marketing
CLS, Alpha Kappa Psi and ISO.
"As I close this chapter of my life, I would like
to say thank you firstly to my mother, and
father and my twin brother — thanks for
being there and helping me through the good
times and bad. I love you. Alex — Gracias por
nuestro anos juntos — siempre te Amare. To
Niece, Jan and Elic, KIT, I love you. To the
class of 88, keep your feet on the ground and
reach for the stars."



**ESTER P. COULOUTE**
MAJOR: Business Administration
Volleyball and Accounting Club.
"Bon Voyage."

23



**ROY DOWNES**
MAJOR: Art
Honors Program, Art Editor, Foci — 1986-87,
Art Editor, Upsalite 1985-1986, Writer and
Cartoonist, Gazette 1986-1987, Resident
Senator, CLS 1986-87.
"And what sustained you? Truth that was on
our tongues, Courage that was in our hearts,
And that we promised, we did."



**LOUISE PATRICIA DOWNER**
MAJOR: Biology
MINOR: Psychology
Tri-Beta Fraternity, Black Student Union,
Yearbook Photographer.
"Thank God, I made it! Mom. I would like to
especially thank you for all your support, and
love, Derrick, we made it! I love you! Good
luck to the class of 1988, and to the future
classes."



**CHRIS DESIDERIO**
MAJOR: HRM
Body Building, Softball.
"Without my partner, these past three years at
Upsala could have been quite boring. Thanks
Weez."



**CARMEN JOSEPH DEPASQUALE**
MAJOR: Computer Information Systems
Computer Club.



## PATRICIA A. DUVA

MAJOR: Computer Science
MINOR: Business Administration
Computer Science Club — 83-84, Honors List
— 84-85.
"These past four years have been very
educational and entertaining for me. Special
thanks to Mom and Dad, as well as my friends
and family for their support encouragement
and guidance given to me in order to obtain
my goals. I will cherish the memories of
Upsala. Best of success and happiness to the
class of 1988!"



## ROSEMARIE DUNADI

MAJOR: HRM/Psychology
MINOR: Maybe Business
Tau Beta Sigma Sorority, Gazette Staff and
Intramurals.
"Thanks Sandra, for being the best friend in
the world. I couldn't have made it through
without you. Taus carry on the tradition
because We are It. A special thanks to you
mom and dad for bearing with me for four
years. Thanks for all your love and support.
See you at the reunion."



## FRANK ENGO

MAJOR: History
MINOR: Philosophy and Music
Secretary of Phi Alpha Theta.

25



**CARLOS (LOS) FARMER**
MAJOR: Business Administration
MINOR: Management
Student Government, BSU, PPC, Football,
Track, Newspaper — Gazette and Judicial
Board.
"It doesn't matter how long it takes, just as
long as you stick it out! (If you could afford it)
Ush! Carlos Farmer."



**IRENE GALLEGUILLOS**
MAJOR: Business Administration
Tau Beta Sigma Sorority, Pres. "86-87."
Intramural Hockey (Sluggo's Girls) and
Intramural Football.
"Mom, thanks for everything you have done
for me these past 4 years. To Leigh, Kirsten
and Sue you guys are the greatest. I'll never
forget you! To all the Tau's, thanks for all the
memories you have given me. I'll miss you
all!"



**EDWARD JOHN FURST**
MAJOR: Business Administration
MINOR: History
Rho Alpha Phi, Baseball, Ammo Club, History
and Political Science Club.
"The time I have spent at Upsala will always
have a special place in my heart. During these
precious years, I have only good memories of
the education, along with the great friendships
which have contributed to my future success. I
want to thank my parents for giving me the
opportunity to achieve my goal. I would like
to thank all the Brothers of Rho Alpha Phi,
who have given me countless memories in
which I will never forget."



MARY BETH HARTLEB
MAJOR: Business Administration
MINOR: Marketing
Dean's List, AMMO Business Club and Upsala
Gazette.
". . . And you learn that you really can endure

That you really are strong,
And you really do have worth,
And you learn and learn . . .
With every goodbye you learn.
V. Shoffstall
Thank you MOM and DAD."



LAURA M. GOULD
MAJOR: MCS
Student Ambassadors 1-2-3, Secretary of 2-3,
Student Admission Asst. — 4, Alpha Kappa
Psi Nat'l. Prof. Bus. Fraternity 2-3-4, Gamma
Sigma Sigma National Service Sorority 2-3-4.
"The time I have spent at Upsala College has
been a period of great personal growth for me.
I have my parents, siblings, friends, and Greek
brothers and sister to thank for shaping of my
character as well as the tremendous love and
support that they have given me. I could not
forget any one of you — you are part of me."



SCOTT HEACOCK
MAJOR: Computer Info. Science
MINOR: General Business
Golf Team.

27



**DANA HUNTER**
MAJOR: Communications
MINOR: Sociology
Editor of FOCI, Asst. Editor, Upsallite '86,'
Layout Editor '87, E.P.C. Alpha Angel Club,
Student Mentor, Communication Officer Foci
'87, THETA BETA GAMMA — Social Sister.
"READERS DIGEST VERSION OF 4 YEARS:
Icetea, shampoo, pick-a-who, the disease,
you're stuck with me, 'After the fire, the fire
still burns,' Mr. Man, Goyabeans, Dana Dane,
He's like a drug, bust that bubble, HOOO,
You're What?, M.G.A. F-up, What's them
litters!, THETA PUNCH, Donut, Oh Lord
won't you buy me an Alpha Romero
Graduate. I love you MOM. Upsala, it's been
real!"



**LAURA JANE JACOBS**
MAJOR: Art/Anthropology
Gamma Sigma Sigma National Sorority, Pres.
Art Club 86-87, Basketball — 86, Security
Committee, Intramural Champion.
"These past four years have been at times
indescribable, but all are irreplaceable! I will
cherish these memories forever!" Thanks
MOM for all of your support and patience.
Gamma Sigma Sigma, I love you all.
Sisterhood Always. Thanks to all who touched
my life here at Upsala. May the waters of the
Grand Canyon flow forever!!"



**MICHELLE E. HENDRICKS**
MAJOR: Biology
MINOR: Chemistry
Honors Program, Tri-Beta — Secretary,
Basketball 1984-1985, and THETA BETA
GAMMA!
"Thank you to all the great people who have
helped me through the hard times. To Prof.
Porter — It's been darn. Tu-in. Thanks Chris,
Shruti, Gurvindra, Anna, Debbie, MA,
Margaret and Jon."



**ELIZABETH HOWATT**
MAJOR: Social Work
Gamma Sigma Sigma National Sorority,
Gazette, ISC Pres., P.B.A., Softball.
"Goodbye to all I have met thru the years.
Thanks to Gamma Sigma Sigma — I love you
all."

28



**NANCY NADINE ANGELICA JONES**
MAJOR: Economics
"Good luck to all of those that I am leaving behind."



**ANNA KOLANO**
MAJOR: Biochemistry
Tri-Beta — President, Member of Upsala Honor Society, Member of International Society.



**ALRICK LAWRENCE**
MAJOR: Accounting
"It has been a good experience attending Upsala. And I would like to say a big thank you to all staff and faculty members for helping me thus far."



**LISA LANCASTER**
MAJOR: Social Work
MINOR: Psychology
Singing, Dancing, Rollerskating, talking, but most of all, spending time with my daughter. "A special thanks to my MOM and DAD for their love and understanding and patience. It has been a long climb up to the mountain, but, finally I made it. Upsala has been a wonderful experience. Good luck to all my fellow classmates."



**ANABELA LEITE**
MAJOR: MCS
MINOR: Economics
I.S.O.



**SPENCER LAMONT LESTER**
MAJOR: Accounting
Football, Basketball, Track, S.G.A. and Black
Student Union.
"Now that I'm graduated, I hope it will add a
few zeros to my salary. I would like to thank
those who contributed to my college
education: God, my parents, instructors,
friends, and myself. It's been fun but I've got
to run to get a shot of S and W with Warren."



**DEBRA LYNCH**
MAJOR: Business Administration
MINOR: Sociology
"I would like to thank my family for being very
supportive to my years at Upsala and most of all
my fiancee for being there for me through the
tough times and the happy times. Without them
life at Upsala wouldn't have been
accomplishment at all."



**ANGELA DENISE McCLOUD**
MAJOR: Business Administration
MINOR: Marketing
Alpha Angels — President, Alpha Kappa Psi
— Vice-President and Student Manager of
Saga Food Service.
"A special thanks to all those who have made
my dream come true, for their patience, love
and understanding. But most of all I would
like to thank my mother and my uncle A.J. for
their guidance through it all, and to God for
without Him I could not have done it."



**DAVID A. MATHISEN**
MAJOR: Business Administration
MINOR: Anthropology
Baseball — 1985-86 — Captain, Rho Alpha
Phi Fraternity, Intramurals, A.M.M.O. and
Thursday Nights.
"I'd like to thank my friends and especially
my family for their patience and support. To
the Baseball Bunkies and the Brothers of PAI
continue the tradition and stay NUMBER
ONE!"



**MICHAEL K. MATZELLE**
MAJOR: Accounting
Accounting/Economics Clubs, and Ice Hockey
Club.
"To all my friends and family 'you've made
my college career one to remember.' Thanks
for keeping the faith MON. Will always
remember good times with Kathy and hope
we have many more. To Donna — hope your
college career is shorter than mine — and
Danny, whose future is a bright one."



**DERRICK L. MARTIN**
MAJOR: Business Administration
MINOR: Communication
Alpha Kappa Psi — President, Black Student
Union, S.G.A. Executive Board P.P.C.,
Upsalite Activities Editor (2 yrs.).
"I would like to say thanks to my mother,
father, brother, and Louise for their patience
and diligence in helping me to achieve the first
of many goals to come. Congratulations to the
class of 1988. To my girlfriend Louise, we
finally achieved our goals, I love you. Mom,
thanks, 'I love you'."



**ETHEL C. MOMAH**
MAJOR: Human Resource Management
MINOR: Psychology/General Business
Swimming, Chatting, Crocheting, Sewing,
Volunteer Work and Nursing.
"It was a lot of fun learning at Upsala College
— Continuing Education Saturday School.
The professors, counselors and students were
great!"



**CARLA A. MAZZA**
MAJOR: Business Administration
MINOR: English
Honor Program, A.M.M.O., and Dean's List.



**ROBERT J. MONTUORE**
MAJOR: Accounting/Business
MINOR: Marketing
Senior Class President, Theta Epsilon
Fraternity President, Varsity Wrestling, and
Varsity Soccer.



PATRICIA ANN NIXON

MAJOR: Business Administration
MINOR: Computer Information Systems
Honors Program, Black Student Union, Alpha
Kappa Alpha Sorority, Inc., Alpha Kappa Psi
Business Fraternity, Upsala Chambers Singers,
and Upsala College Gospel Choir.
"Just a word of thanks to Prof. Dennis Kelly. I
would also like to wish the graduating class of
1988 the best of success!"



ARES P. MILIOTIS

MAJOR: Accounting



AN HUU NGUYEN

MAJOR: Chemistry
C.T.O. — President (Culture Trade
Organization), Member of Tri-Beta.
"My deepest gratitude to Upsala Staff. Best
Wishes to all the graduates of 1988."



KENNETH M. NUTTER

MAJOR: Sociology
"Congratulations to all the graduating
seniors!"



**JONATHAN OKUN**
MAJOR: Biology-Biochemistry
MINOR: Chemistry
Treasurer — Tri-Beta, Honor Society, Gospel
Choir, Chamber Singer, Karate Club, and
Democratic Club.
"My gratitude to all the marvelous people
who have helped me through the travails of
pre-med. My special thanks to Anna, Michelle,
Shruti, Gurvinda, An, Thabo, Debbie,
Mohammed, Margaret, Gary, Ed, Georgie,
Jackie, John, Joe, and Soek. You all always be
remembered and have a place in my heart.
Good luck!"



**CHARLES LEWIS PERRY II**
MAJOR: History/Pre-Law
Black Student Union — Chairperson of
BLACK AWARENESS MONTH 1986-88,
Alpha Phi Alpha Fraternity Inc. Iola Rho
Chapter — President, and member of Pre-Law
Club.
"Of all the things we want or need, of all the
things we do or don't do, of all the things that
we achieve, the flesh, blood and bone are but
the vehicles for our thoughts, for nothing else
continues. There is nothing as misunderstood
as the best, nothing as confusing as today and
nothing as longed for as tomorrow." ACCEPT
ME FOR ME, FOR TOMORROW I WILL NOT
BE.



**KAREN ORTELIO**
MAJOR: Business Administration
MINOR: Computer Information
S.G.A. Secretary — Asst. Editor, Gazette,
Business Manager — Gazette, S.O.C., Alochol
Awareness Committee, and Gamma Sigma
Sigma — Social Sister.
"It's been an experience. Thanks MOM and
FRED. Well, John, it has been fun. Thanks A
LOT."



**JOHN PALMIERI**
MAJOR: Accounting
Accounting Club, and A.M.M.O. Club.
"SEE YA."



**ELIZABETH C. PAPPAS**
MAJOR: Business Administration/Finance
Alpha Phi Delta — Social Sister, S.G.A.,
Upsalite, Homecoming Spring Queen Court,
and Student Ambassador.
"Thanks to my parents for giving me the start
I needed and to everyone who helped see me
through!!"



**KENNETH POWELL**
MAJOR: Computer Information Systems
MINOR: Business Administration
Omega Psi Phi Fraternity Inc., Black Student
Union, and Micro-Lab — Supervisor.
"PERSEVERE THROUGH LIFE AND KEEP
THE FAITH."



**CHRISTINE RAFIZADEH**
MAJOR: Business Administration
MINOR: Management
Tennis, Windsurfing, and Running.
"It has been an experience I will never forget
the rest of my life. Thanks for giving me the
opportunity . . ."



**KATIE RATLIFF**
MAJOR: Human Resource Management
MINOR: Business/Political Science
Racquetball, Exercise, Swimming, Scuba
Diving, and Reading.
"Success is the experience of a lifetime.
Sharing and caring about your fellow man.
Keep your eyes on the stars and follow your
dreams."



**ILONA RODRIGUEZ**
MAJOR: Business Administration
"Special thanks to the faculty and staff at
wirths. An educated woman tempers her
character and gorges her independence.
Education is the best provision for old age."



**REGINA M. REILLY**
MAJOR: Art
MINOR: General Business
"I have enjoyed my years at Upsala very
much. The experience has enriched my life
along with the people I've met who have
helped me. Thanks Ed!"



**CATHERINE RING**
MAJOR: Psychology, HRM, Sociology
"Congratulations to all graduates. I hope we
all find jobs."



**DENNIS SANDERS**
MAJOR: Human Resource Management
MINOR: Business Administration
Wrestling, Movies, Eating, Poetry, Jogging,
Philosophy, Politics, etc. . . .
"Let it be known I am brother of the 'Mont H.'
Freshman, Sophomore, and Junior Class
President, Alumni of Irvington High. This is
dedicated to my mother, Albetha Sanders.
Member of Alpha Phi Omega: 'Men of the
rising Sun!' I'll Miss You All!"



**DAWN M. ROSS**
MAJOR: Multinational Corporate Studies
MINOR: Management and Spanish
Black Student Union — member and Alpha
Angel Club.
"Good luck to future students! Strive for
excellence!"



**SCOTT ROSEN**
MAJOR: Political Science/History
Political Science Club and Pre-Law Club.

37



**EVELYN MARIE SEAL**
MAJOR: Business Finance
MINOR: Economics
"Thanks Tony's Deli!"



**ANDREA SAMPSON**
MAJOR: Theatre/Business
MINOR: Economics
Reading and Writing.



**FLORENCE SCHMIDT**
MAJOR: English
MINOR: Anthropology
Studying.
"Nothing worthwhile is ever accomplished
without persistent effort."



**CHARLES SHOOLIS**
MAJOR: Business/Political Science
MINOR: Finance



SHARON SLATER
MAJOR: Human Resources Management
MINOR: Psychology
Volleyball, Jogging, and Singing.
"Not enjoyment, and not sorrow,
Is our destined end or why;
But to act, that each tomorrow
Brings us further than today."
— Longfellow, A Psalm of Life.



KIRSTEN BEVERLY SJOGREN
MAJOR: Economics/Philosophy
Senior Class — Vice-President, Programming
Asst., Workshop 90 Theatre, Submissions to
FOCI, and S.G.A. Senator.
"Look to yourself — it is there that all your
answers are found."

ed

# You Can Touch Stars

Stars have too long been symbols of the unattainable. They should not be so. For although our physical hands cannot reach them, we can touch them in other ways.

Let stars stand for those things which are ideal and radiant in life; if we seek sincerely and strive hard enough, it is not impossible to reach them, even though the goals seem distant at the onset.

And how often do we touch stars when we find them close by in the shining lives of great souls, in the sparkling universe of humanity around us!

Esther Baldwin York



**LOTTIE DENISE STINSON**
MAJOR: Human Resource Management
MINOR: Marketing/Spanish
Singing, Dancing, Alpha Kappa Psi, Chamber
Singer, and S.C.S. Performers.
"First giving honor to God . . . I love you,
Mom, Dad, Dank, and Gram . . . To Amy, Jan,
special thanks. Memories . . . Let's go to the
Acme, It's be's lie that sometimes . . . SCREW
'EM, If they can't take a joke . . . Rita's
Spanish . . . Amy's puzzles . . . LaLoca . . . The
Feedbag . . . Kickybutts, what do you mean we
owe two more dollars . . . No Morals, Tony!
'Nothing comes to sleepers but a dream' . . .
Sweet Pea . . . Thanks EL' . . . We're out of
here!"



**DOUGLAS EDWARD SLIKER**
MAJOR: Business Administration
MINOR: Management
Football 1, 2, 3, 4 — Captain, Golf 3, 4,
Intramurals: Softball 1, 2, Basketball 1, 2, 3,
and Hockey 1, 2.
"Thank you Upsala, Good-Bye to the guys in
TH 11 and 12, off to life with D.L.V. . . ."



**NALINI J. SOMAL**
MAJOR: MCS/Business Administration
MINOR: E.C.O./Finance
I.S.O. — Vice-President, Alpha Kappa Psi.
"Thanks to God for his many blessings and to
my family for their love and support,
especially Walter and Nadiva. To Graduates:
Knowledge is more powerful than strength."

41



**CHYERL LORRAINE STUCKEY**
MAJOR: Psychology
MINOR: Sociology
Theta Beta Gamma Sorority and Black Student Union.
"Good luck to the class of 1988! Thank you Mom and Dad for supporting me through college and I love you dearly. I thank all my friends up here for helping me when times were rough! Thank you to all my sisters of OBr for cheering me up when I was down I will miss you all greatly. And to my friend Wanda, I will be there for you always."



**ELIC C. SUAZO**
MAJOR: M.C.S./French
MINOR: Economics
International Student Organization — President and Alpha Kappa Psi.
"Thanks to my friends and family for making these years possible. Good luck to all of us and those who follow."



**MICHAEL SYLVESTER**
MAJOR: Business Administration
MINOR: Marketing
Baseball
"Good luck to all graduates and excel in whatever field that you pursue."

42



JODI TAPPER



MICHAEL TOMA
MAJOR: Business Administration
MINOR: Economics/Finance
A.M.M.O. and Gazette Staff Writer.
"Glad to complete my goal, but, sad to admit
my departure Goodbye my friends — It
seemed like yesterday that . . . TKS — my
friends — for being just that, my family — for
catching the texts I threw, my Prof. — who I
owe my knowledge to, my Prof. Moniz —
who I owe my capital gains to! my Prof
Pogash — 'Je te verrai a Paris! Don't forget me
— I'll be back, until then; see you on the
streets."

CATHY ANN THOMPSON
MAJOR: Accounting/C.I.S.
MINOR: Economics/Finance
Accounting Club — President, Alpha Kappa
Psi, Fund Raising Committee, Tau Beta Sigma
— Historian, Micro. Lab. Assistant, and
National Dean's List.
"Georgia on my mind . . . Special thanks to
two people who never lost faith in me, even
when I had lost all faith in myself. Mom and
Dad, I love you very much!!! Karen S., I'll miss
ya Lil' Sis. Michele, thanks for being there
when I really needed a friend. Sisters of TBZ,
ya'll have a home whenever you want to visit
GA. Taus are it!"



**JODI TAPPER**



**MICHAEL TOMA**
MAJOR: Business Administration
MINOR: Economics/Finance
Club and Gazette Staff Writer.
"I complete my goal, but, sad to admit
departure Goodbye my friends — It
like yesterday that . . . TKS — my
— for being just that, my family — for
the texts I threw, my Prof. — who I
knowledge to, my Prof. Moniz —
my capital gains to! my Prof
Je te verrai a Paris! Don't forget me
back, until then; see you on the



**CATHY ANN THOMPSON**
MAJOR: Accounting/C.I.S.
MINOR: Economics/Finance
Accounting Club — President, Alpha Kappa
Psi, Fund Raising Committee, Tau Beta Sigma
— Historian, Micro. Lab. Assistant, and
National Dean's List.
"Georgia on my mind . . . Special thanks to
two people who never lost faith in me, even
when I had lost all faith in myself. Mom and
Dad, I love you very much!!! Karen S., I'll miss
ya Lil' Sis. Michele, thanks for being there
when I really needed a friend. Sisters of TBZ,
ya'll have a home whenever you want to visit
GA. Taus are it!"

43



**ERIC JOHN VASQUEZ**
MAJOR: Political Science/History
Political Science — President, Pre-Law Club,
Phi Alpha Theta — Treasurer, Student
Liaison, Judicial Review Board, Commuter
Council — Chairman and Freshman and
Sophomore Class — Treasurer.
"Although Upsala is like no other educational
institution in this country it provides a unique
experience for every person who attends and
graduates. I want to thank all the people who
have made this a very unique four years. I
wouldn't trade it for the world. To the class of
1988 — CHOW!"



**WILLENA M. WESSON**
MAJOR: Computer Information Systems
MINOR: General Business
Alpha Angels — President and Gospel Choir.
"I would like to give honor to God, for
without Him none of this would have been
possible. Thanks to my Mother, Father, and
Grandmother for financial support. Good-bye
and good luck to my Angel Sisters, the Gospel
Choir and all my friends."



**WILLIAM MARK VISSER**
MAJOR: Business Administration
MINOR: Economics
Pi Delta Phi Fraternity — President, Inter-
Fraternity Council, Alpha Kappa Psi,
Intermurals: Football, Hockey and Softball.
"I would like to thank my family for all of the
support and inspiration they have given me. I
could not have accomplished it myself." P.S.
'Knowledge is GOOD!'



FELICIA ANNETTE WILLIAMS-HAMILTON

MAJOR: Multinational Corporate Studies
MINOR: Spanish
Freshman Year Viking Mascot.
"It's been real fun being here, and not it's time to go. I have done a lot of things and seen things I've never seen before. My time has come and I'm truly ready. For all those behind me be prepared, the REAL WORLD is tough. I love you Carey and William, and thank you Mom and Dad."



LYNDA R. WILLIAMS

MAJOR: Business Administration
S.G.A., Freshman, Sophomore, and Junior Class Secretary, Black Student Union, Alpha Kappa Psi Business Fraternity.
"Thanks to my family and special friends (K.K., G.G., T.J., M.B.). I finally made it."



FELIX WILLIAMS
MAJOR: Business Administration

45



TRACY ANN WINROW
MAJOR: Accounting
"Here's to you Lord, to us, to thus and to the
privileges of youth. Tutte Le Strade Portano a
Roma. To travel the world, be happy and to
attend Cornell University."



MARK ANTHONY WILLIAMS
MAJOR: English
MINOR: Communications
Upsala Gazette, FOCI, and tutoring.



SHELINA WILLIAMS
Delta Sigma Theta Sorority Inc.



**ELEANOR WYNTER**
MAJOR: HRM/Psychology
"Registered nurse embarking on a new career.
Thanks to my family for their understanding
and cooperation."



**ALEXIS ENDERLE**
MAJOR: English
Theta Beta Gamma Sorority



**PRESTON BELL**
MAJOR: Business
Programming Director for S.G.A.

47



**DARLENE BRIGANTE**
MAJOR: Business Administration
MINOR: English
Cheerleading, Theta Beta Gamma Sorority
"The Future is Ours."



**DAVE FRISK**
MAJOR: Business
Theta Epsilon (Gods)



**JAMES GILLESPIE**
MAJOR: Business
Theta Epsilon (Gods)



LAURENS VAN SLUYTMAN
MAJOR: Psychology/Spanish
Honor Society and NJ Art Center.
"It's been real!"



ROBIN FORD



GRETNA DANIELS
MAJOR: English
Tutoring, Tutoring, Tutoring!
"1984 to 1988 equals one inch of clarity (E).
Thanks Upsala."

## CAMERA SHY

Alexander Acosta
Scott Adubato
Valerie Beasley
Paul Bilgrav
John Calcao
Raymond Cielo
Lorraine Cusano
Mainus Devos
John Digregorio
Timothy Duven
Walter Ennis
Monica Felder
Bonni Green
Karole Haller
John Jackson
Margarita Jiminez
Ronald Kolibas

Kevin Larkin
Mark Matola
Karen Morrison
Elaine Nethersole
Margaret Paul
Sandra Pickett
Keila Ravelo
Janet Reynolds
Brigitte Rioux
Paul Schraft
Thomas Segretto
Ruth Shembe
Mattie Stimpson
Beverly Thompson
Nina Washington
David Wendell
Wanetta Williams
Eleanor Wynter

## My Purpose

To awaken each morning with a smile
  brightening my face;
To greet the day with reverence for the
  opportunities it contains;
To approach my work with a clean mind;
To hold ever before me, even in the doing of little
  things, the Ultimate Purpose toward which
  I am working;
To meet men and women with laughter on my
  lips and love in my heart;
To be gentle, kind, and courteous through
  all the hours;
To approach the night with weariness that
  ever woos sleep, and the joy that comes
  from work well done —
This is how I desire to waste wisely my days.
  Thomas Dekker

Mr. Charles "Ge—

John Palmier
class of 88

Robert Morton

ΘΕ ( Gods )
1899 - Eternity

James

Matthew Boone

Calvin K. Ray
Good Luck !!

Bye Y'all
Candace
Colman
#1 BSM B.A.
Karen Artelio
Just call me "O"
ΓΣΣ #1

CA teach
Cathy Ann Thompson
Just call me "Cat"
TBΣ #1
AKΨ EX

Irene Gallegulla

Jodi Tapper

Cynthia DeMatteis
(The Pres.)
DBT #1
1918
Good luck class of 88

David Just
ΘΕ GODS

Best of luck
to the 88

Kate
the Time
Son ?

Leigh B
TBΣ #1 Always! YEA

Catherine Ring
"It's Over!"

Darlene Brigant

Charles Skoolie

Amy L. Cranston-Niefeld
"Graduation, Thank
God for Ample
favors!" '88

Mike Town
"Mommy well spent!"
A brewfest!

Thank God

Scott Peacock

Patricia A. Nixon
AKΨ

Felicia A.W. Hamilton
The future belongs
to everyone.

Thank God for Upsala College; its professors, staff
and faculty members. In all I thank God for each
and every one.
52

Perry II

'06

Will is the
march of this House!

McCloud

Love

L. Renise Stinson
"Ciao Upsala"
88

P. Coulovto
known as:
leather

Kristen Skipper
Best Wishes!

Andrew P. Carpenter

ED 1ST
PAD

Gretna Daniels

Lisa M. Brux
Good luck to the class of '88!
88

Stephanie P. Clark

Wende
Glad to go, Sad to leave
"After the fire"

Br #1
xoxoxoxo

Scott Rosen

Ilona Rodriguez

P. Wright
Hali it!

Williams

bye!

Christine
Raffadeh
"Grateful"
to Graduate

Regina M. Reilly

Andrea Sampson

# **Faces of Action**

It's in the way that you use it! Activities at Upsala are at an up-swing. Just look around you and it's easy to see that there is always something to do. This year it was Cultural Week, Latin American Heritage week, Black History Month and Spring Week which offered bountiful opportunities to come out and enjoy ourselves. College isn't just the process of learning, it's an expansion of experiences, best portrayed through activities. Between the Pub, the Townhouses and the numerous parties sponsored around campus, Upsala was alive and kicking in '88!









54



# President's Inauguration








# Boat Ride 1987



# Home












Homecoming took place on October 10, 1987 in conjunction with Parent's Day. This year's theme was "City Lights." The day started out with a continental breakfast for alumni, students, parents, faculty and staff where all were entertained by the Gospel Choir. Other activities during the day included a Book Sale, and Arts and Crafts Fair, an Art Show, the Fun Run, the theater production, and the traditional tailgate lunch. The annual parade occurred on the football field as everyone gathered to cheer on the Upsala Viking Football Team. School spirit was demonstrated as most organizations paraded with banners and/or floats. During halftime there was the crowning of the Homecoming Queen, Karen Ortelio and the winners of the banner and float contests were announced. This year's Homecoming court included Leigh Burke, Irene











# coming









Galleguillos, Liz Pappas and Kirsten Sjogren. Theta Beta Gamma Sorority won the banner contest for the fifth consecutive year. Gamma Sigma Sigma Sorority took first place in the float contest. A variety of activities were provided for both students and alumni during the evening.

















# Halloween













1987





















Club

















# Thursday









63

# FACES OF WORSHIP

 

There is an active religious life on campus which is enriched with diversity and dedication. Pastor George Freyberger, Sister Nelson work together to provide services and inspirational activities which are enjoyed by the campus community and the rest of the East Orange community. The Gospel Choir and the Chamber Singers help to provide the campus with an inspirational environment.



# THE CHAPLAIN



Dear Friends,

If you thought the last few years here at Upsala have been difficult it was only to prepare you for the even more difficult task of daily living in our world. Hopefully in your time here at the college, you have developed an inquiring mind, just values, and a caring spirit. With the strength of these gifts on your side the "job of living" will not be easy, but it can be a rewarding "joy of living."

In a world often bereft of clear thinking, justice, and love you can make a difference where you go by carrying with you and using the gifts that you have received. The prophet Micah makes clear God's call to us:

God has told us what is good.
What is required of us is this:
to do what is just
to show constant love,
to live in humble fellowship with our God.
Micah 6:8<br>Peace,

George W. Freyberger



## A Prayer

O God, you are both father and mother to us. You give us identity and spirit. You give us creative powers to add to your own.

We pray, as we enter a new day in our lives, that as a loving parent you will watch over us. Give us a renewed life and an empowered spirit to become ever more fully human.

Through your inexhaustible creativity which you share with us to continually change our tomorrows into times of increasing love and peace.
Amen.



Carolyn Lutz, Secretary



# CHAMBER SINGERS



# CHORAL















nion



## Gospel Choir









# FACES OF







# CAMPUS LIFE

Many students live on Upsala's campus in North, South, Bremer or the Townhouses. Campus life is a very important part of college life which enables students to grow socially. There are a variety of activities provided for by the Residence Life staff for the students such as pizza parties, lectures, and athletic competitions. Many students are able to get close to their RAs and other students to form lasting relationships for a lifetime.

These faces that we see everyday as we get up in the morning, go to and from class or during social events are pictured here through the next few pages. Also, the buildings that we pass everyday which are part of the campus community are also pictured in the following pages.

The Staff would also like to mention that commuter life is a very big population of Upsala Students. They are also to be included and dedicated in the following pages.









# RESIDENCE LIFE DIRECTOR



Sarah Gallagher



Jeannette Armstrong, secretary

# RESIDENCE LIFE STAFF



Brian Bartley, Residence Director

The residence life staff consists of two Residence Directors and 16 Residence Advisors. They all work to enforce rules and regulations of the residence halls as well as plan programs and functions for the residence students. An RA's job takes many hours of dedication and enthusiasm. There are no set hours, but rather an RA and RD work around the clock as mothers, fathers, big brothers and sisters, counselors and friends. They truly have their work cut out for them.

RDs — Brian Bartley and Michaele Notarangelo

RAs — Tavia Fisher, Allyson Backstrom, Donnette Cruickshank, Linda Williams, Susam Lightner, Steve Willis, Warren Davis, Charles Perry, Walter Behrman, William Conrad, Shelina Williams, Mark Barfield, Angela McCloud, Leon Mettler and Orlando Quinones.

# FACES OF

Well, here they are, your RAs at their best!!! Recently, fall semester, the residence life office sponsored a "Dress Up Your RA Day." This was designed to develop a more personal relationship between the RAs and their residence. Can you guess Who's Who???









74

# RESIDENCE LIFE









# BUILDINGS ON CAMPUS



Library





Townhouses



Commuter Parking







Beck Hall



Puder Hall



Gym

# BUILDINGS







Music House



Admissions House



Chapel



Froeburg Hall







# FACES OF

There are events which happen from year to year on campus which help to signify the importance of the college experience. The student who takes the initiative to become involved and makes the attempt to further the reputation and social life on campus, is the one who walks away from Upsala with more than a degree. Anyone can earn a degree, but very few can truly "Get Involved"!









# INVOLVEMENT











# CAMPUS LIFE SERVICES



Felicia Hamilton



David Anderson



Elsie Bragger



**Robert Montoure — President**

**Senior
Class
Officers**



**Kirsten Sjogren — Vice President**



**Liz Pappas — Secretary**



**Lisa Brun — Treasurer**

**James Gillespie — Senator**





**Leigh Burke — Senator**

83

# Student Government



*Executive Board*
President Cynthia DeMatteis
Vice President Richard Schwartz
Secretary Sioux Klie
Treasurer Martha Paulous
Attorney General Victor Canning
Liaison Chairperson Steve Willis
PPC Bob Denton/Kathy Carson
EPC Elizabeth Czepiel
Elections Maribel Cortez
Publications Jackie Bushong
Programming Assistants Preston Bell
                                       Ami Freyberger
Advisor David Anderson

*Senate*
Senior Class Bob Montoure
              Leigh Burke
              James Gillespie
Junior Class Hyacinth Hall
              Shawn Robinson
              Donnette Cruickshank
Sophomore Class Matthew Podracky

              Edie Walters
              Evelyn Leadbeater
Freshman Class Gary Haith
              Carolyn Amos
              Princess Kee
Commutor Liz Pappas
Resident Carol Layton
              Fran Ferrar
Humanities Dana Hunter
              Steve Laurie
              Sue Lightner
              Greg Stevens
              Mike O'Callaghan
Social Science Gordon Astwood
              Tracy King
              Stephanie Smoke
              Glen MacAfee
              Jay Mundy
Natural Science Allyson Backstrom
              William Conrad
              Shruti Patel
              Gurvindra Hohal

# Association



Executive Baord



David Anderson Advisor



Cynthia DeMatteis President

The SGA is the governmental organization for the student body. Through the main legislation body and its committee structure, the SGA continues to bring student concerns and opinions to all levels of the administration, including the Board of Trustees. The organization also allocates budgets to a variety of the clubs and organizations as well as student programming. Membership to the senate is by election with the exception of the executive committee which is appointed by the president. Once appointed/elected, the members of the Senate sacrifice much of their free time to try and improve student life. Many seniors have served in years past on the Senate at both executive positions and Senate seats. Your enthusiasm and dedication have been greatly appreciated and will be deeply missed.



Junior Class Officers

Hyacinth Hall — President
Stephanie Smoke — Vice President
Wendy Hamilton — Secretary
Shawn Robinson — Senator
Donnette Cruickshank — Senator

Sophomore Class Officers

Freshman Class Officers

Matthew Podrachy — President
Henrietta Smith — Secretary
Mike Bonano — Treasurer
Evelyn Leadbeater — Senator
Edie Walters — Senator

Gary Haith — President
Stacy Fannin — Vice President
Carolyn Amos — Senator
Princess Kee — Senator

# Accounting and Economics Club



Membership:

| | |
|---|---|
| Cathy Ann Thompson | President |
| Denise Calinda | Vice President |
| | |
| Susan Bower | Scott Hurd |
| Ed Bogash | Elena Kaiafas |
| Andrew Brady | Andrew Kiss |
| Rosaria Cirrincione | Loly Moreno |
| George Finheldey | Norman Munoz |
| Cheryl Franchino | Jon Weller |
| Joe Grandinetti | |

The Accounting and Economics Club welcomes all students with business-related majors. We sponsor field trips, speakers and two annual V.I.T.A. (Volunteer Income Tax Assistance) Sessions each year.



# Alpha Angel Club

Membership:

| | |
|---|---|
| Angela McCloud | President |
| Estelle Maynard | Vice President |
| Donnette Cruickshank | Secretary |
| Willena Wesson | Treasurer |
| Kathy Winn | Advisor |

The Alpha Angels were founded on December 3, 1962 by four sisters. Our purpose is to aid and promote the brotherhood of Alpha Phi Alpha. Alpha Angels are intelligent, knowledgeable and respectable ladies of A-Phi-A.

# Black Student Union



Membership:

| | |
|---|---|
| Tavia Fisher | President |
| Estelle Maynard | Vice President |
| Cherlynn Washington | Secretary |
| Stacy Fannin | Treasurer |



The Black Student Union puts together many of the events for Black Awareness Month in February. These events include lectures, concerts, field trips, films and social gatherings. The goals of the BSU are:

to establish student union and academic awareness;

to establish a positive relationship among members and

others on and off campus;

to maintain a respectful and positive relationship with

other student organizations;

to strive for improvement in the BSU and its members; and

to establish a legacy that present and future members will

be proud to unfold.

# International Student Organization



| | |
|---|---|
| Elie Suazo | President |
| Janice Somai | Vice President |
| Hermina Thomas | Secretary |
| Alia Jebara | Treasurer |

| | |
|---|---|
| Carina Garge | Mary K. John |
| America Molina | Marimo Yogi |
| Carolyn Amos | Immanual Muremi |
| Kurt Skrede | Preston Bell |
| Loly Moreno | Anabella Leite |
| Paul Levy | Juan Alcartara |
| Shruti Patel | Janindra Jahal |
| Zachary Snygg | Rosaria Cirrincione |
| Thomas Curran | Brian Joho |
| Sondra Rizzo | Anna Kolano |
| Marie-Paule Robichon | Stephane Malligorne |
| Laurent Juilhen | Leon Mettler |
| Merla Jackson | Marie Franeoris |
| Hyacinth Hall | Mirlene Lendor |
| Lorena Navarro | Laura Rodregues |
| Gabriel Bercoricci | Eric Vasquez |
| Frank Bernier | |
| Bassam Abed | Manizeh Zavareei |

Established in 1986, the ISO brings together International as well as American students in order to promote cross-cultural awareness and understanding. ISO regularly sponsors cultural activities, speakers, trips and other events. The month of March is set aside as International Awareness Month.

# Latin American Union

Membership:
Ivelyese Pillot, Advisor
Juan Alcantara
Annette Arocho
Arlene Arocho
Maribel Cortez
Antonio Perez
Dickens Toussaint
Hermina Thomas
Anamaria Santana
Darren Gray
Melody Cinhron
America Molina
Carlos Alicea

Orlando Lugardo
Mary L. Marin
Carmensha Del Valle
Gabriela Juarez
Mark Hicks
Dennis Gonzalez
Patricia Santos
Yvette Molina
Paul Acevedo
Maria L. Rodriguez
Yvette Crainley

The L.A.U. is a culturally diverse group whose main purpose is to provide Latin students with a sense of identity and pride in their heritage at Upsala. L.A.U. also sponsors campus wide activities for the entire Upsala community in order to increase Latin Cultural Awareness.

# Political Science Club



The club was organized over 20 years ago by Prof. Loh. He has been the advisor since the club's founding. The club organizes trips to the United Nations and the N.J. State Capitol in Trenton. It also sponsors many political speakers for the school's benefit.

Prof. Pichon p.y. Loh — Advisor



P
r
e
-
L
a
w

C
l
u
b



Eric Vasquez — President
Denise Calinda — Vice
President
Scott Rosen — Secretary
Pauline Carides — Treasurer
Edward Bogash
Victor Canning
Steven Willis
Lori Cameron
Bill Malos
Diane Smith

Prof. Arthur Paulson — Advisor





# Rachel Carson Health and Ecology Club

Membership:

| | |
|---|---|
| Sondra Rizzo | President |
| Gina Cardinali | Vice President |
| Bobbi Jean Smith | Secretary |
| Maribel Fermin | Assistant Secretary |
| Jeanine Janish | Treasurer |

| | |
|---|---|
| Kyle Adams | Wanda Johnson |
| Charles Bell | Doug Kent |
| Florence Brooks | Eulalia Moreno |
| Maribel Cortez | Theresa Randolph |
| Ami Freyberger | Marie-Paul Robichon |
| Rachel Gavin | Michele Wickel |
| Mark Hicks | |

The Rachel Carson Health and Ecology Club is an organization concerned with the physical as well as mental well-being of its participants. The club encourages the Upsla community to become the best individuals possible both on the inside and outside.

# Student Admissions Assistants



Membership:

| | |
|---|---|
| Lisa Brun | Coordinator |
| Joan Liljegren | Advisor |

| | |
|---|---|
| Carolyn Amos | Tracy King |
| Allyson Backstrom | Jessica Mansfield |
| Mark Barfield | Liz Pappas |
| Jim Cosgrove | Rose Pappas |
| Warren Davis | Sondra Rizzo |
| Laura Gould | Audra Scott |



The Student Admissions Assistants originated in the Fall of 1987 replacing the Student Ambassadors. Its major responsibility is to represent Upsala College to prospective students and families through tours of the campus. Members also attend College Nights at High Schools with the Admissions Counselors.



91

# Beta Beta Beta

Beta Beta Beta (Tri-Beta) is a nationwide biology honor society where students meet others like themselves and can be kept apprised of the careers in the life sciences. Tri-Beta is run by a committee of five individuals: a faculty advisor, president, vice-president, treasurer and secretary. This year the positions are filled respectively by Dr. Sook Choi, Anna Kolano, Muhammed Abdallah, Jonathan Okun and Michelle Hendricks. The committee has been extremely active this past year in the planning of field trips, social events, guest speakers and fund raising. Among the guests invited to speak at the school were representatives of sundry professions including optometry, occupational therapy, osteopathy, allopathy, and physician assistant.



Debbie Acampara
Pauline Best
Louise Downer
Gurvindra Johal
David Luongo
Shruti Patel
Sham Ramratan
Mike Verdi

Martine Andrieux
Joe Coffey
Monica Felder
Kyung-Soon Lee
Thabo Ngubane
Margaret Paul
John Shivdat
Yonnette Warde

Waler Behrmann
William Conrad
Tammy Hackenberg
Mirlene Lindor
An Nguyen
Marie Pierre
Georgina Tjipura

# WFMU



The main purpose and objectives of Radio Station, WFMU, consists in its role as a public radio station. Listener supported, WFMU tries to maintain an individual image and also present itself as a respectable part of Upsala College. In addition to music programs ranging from the classics to Texas cowboys music, interesting discussions, interviews and live bands are featured regularly. With emphasis on the community and their importance to our annual pledge marathon, WFMU is devoted to its level of excellence it is designed to maintain. Campus as well as community events are made known to the public, and students are encouraged to openly and freely express their ideas.





# Upsala Gazette



For over 85 years, The Upsala Gazette has been devoted to being a forum for campus concerns; to present unbiased opinions; and helpful information. This year's editors and their staff made the paper the best possible with the aid of their advisors: Professor Lovell, Professor Krinsky and Debbie Heilbrun. Their achievements this year include the expansion to a 12 page publication and on-campus typesetting and layout.

Staff:
Rick Labbe
John P. Bobowicz
Karen Ortelio
Donna Greene
Elaine Charocopas
Kevin Egan
Theta Epsilon
Rho Alpha Phi

Editor
Assistant Editor/Cartoonist
Assistant Editor/Business Manager
Greek Beat
Features
Sports
Distribution
Publicity

Layout:
John P. Bobowicz
Rick Labbe
Karen Ortelio
Elaine Charocopos
Lori Cameron

Writers:
Roy Downes
Enio Martinez
Alexis Enderle
George Silberstern
Michael O'Callaghan
Willy Taylor

David Macheska
Carlo Caparruva
Mike Toma
Spencer Lester
Carlos Farmer
Manny Tavares

# FOCI

How is it that I have not seen her before,
Am I blind?
She dances on winged feet,
Never touching the bare Earth,
Creating a gentle breeze
As she whirls by.

Chanteuse by day
She sings of the new morn,
She sings of the tide
As it rises,
And rises
And then ebbs so very slowly.

She revels in herself, in her existence
Arms outstretched,
Bathing in the sunlight,
Bathing in the moonlight,
Immersed in their rays
Completely, unadorned.

Crying,
Softly at first,
She bursts out in exultant sobs.
Her tears are not sad,
never sad;
She is alive, never sad.

There is a wooded glade
Magnificent in its opulent splendor,
Where the rhythm of two comes to life.
The embrace of the pines
Standing steadfast against the wind,
And time, that tries to pry them apart.
The doe's sad eyes look right to left,
Her buck comes out of the thicket.

Her eyes are no longer sad,
They dance, her heart dances.
The voice of the thrush
Reverberates across strands of air,
Culminating in a song,
The harmony of the two,
Culminating in a glorious song.

There is a crystal stream
Suspended atop the earth,
Reflecting the movement of the glade,
Reflecting the rhythm of two,
Reflecting me, who is one
Amidst the two.

How is it that I have not seen her before,
Am I blind?
She is love,
She rejoices, I rejoice.
You have shown her to me,
I love you.

There is a wooded glade.
There is a crystal stream,
Reflecting the movement of the glade,
Reflecting me, reflecting you,
Reflecting the rhythm of two;
My heart dances.

by Mark William



| Editor | Dana Hunter |
| Asst. Editor | Alexis Enderle |
| Continuity Director | Steve Laurie |
| Public Relations | Dave Macheska |
| | Annette Arocho |
| | Michael O'Callaghan |

Foci, Upsala's literary magazine, provides students with four publications per year. Featuring poetry, short stories and photography, it represents the artistic aspect of college life.

95

# UPSALITE 1988

The 1988 Upsalite Editors and staff worked diligently under many deadline pressures and frequent crises to complete a successful yearbook. Piecing a yearbook together out of so many small details involves much time and effort. The staff attempts to present both a literary and pictoral history of the past year hoping that now and in the future this book will help to recall the exciting events, people and experiences of your college days.



Lisa, forcing a smile, "We're missing what section?"



Cindy with her secret helper, Clea.



Dana laying out that smile.

# STAFF

Editor-in-Chief Cynthia DeMatteis
Assistant Editor Nancy Compton
Layout Editor Dana Hunter
Activities, Religion, Theater, Greeks, Events Editor
Lisa Brun
Sports Editor Kathy Carson
Senior Section Editor Stephanie Clark
Photography Editor Steve Laurie
Copy Editor Mike O'Callaghan
Assistants Roe Cirrincione
            Gordon Astwood
            Melissa King
            Maribel Cortez
            Annette Arocho
            Fran Ferrar and
            Tracy Ramos
Advisor Professor Kelly
Cover By Roy Downes



Stephanie seeking information on graduates.



Kathy on the prowl for the athletes.

The Upsalite Staff would like to extend special thanks to Professor Kelly for all his support and dedication in creating this yearbook. Thank you for not losing faith.



Steve on the other side of the camera.

97

# FACES OF



You don't have to be an actor to be a character, but it helps. Workshop 90 provided the Upsala community with many fine performances this season. The Diary of Anne Frank and Three by Thornton Wilder were among the few. Anyone can audition for parts in productions and often the most unlikely student could be the next star of stage and screen.





98

# CHARACTER

















# The Diary of Anne Frank















WORKSHOP 90 THEATER
at
UPSALA COLLEGE
Presents
THREE
By THORNTON WILDER
Directed by Deirdre Yates



NOVEMBER 17, 18, 19, 20, 21
AT 8:00 P.M.



## QUEENS OF FRANCE
### CAST OF CHARACTERS

MARIE-SIDONIE CRESSAUX ......................... CHARIS ADAMI
M'SU CAHUSAC ...................... ALEXANDER DEVANAS
MADAME PUGEOT ............................. KIRSTEN SJOGREN
MAMSELLE POINTEVIN ...................... RACHEL GOLDMAN
OLD WOMAN ............................. JENNIFER SCHOENEK

*SCENE*
A Laywer's Office in New Orleans, 1869

### INTERMISSION

THE HAPPY JOURNEY TO CAMDEN AND TRENTON
CAST OF CHARACTERS

THE STAGE MANAGER ........................ RACHEL GOLDMAN
MA KIRBY ................................ JENNIFER SCHOENEK
ARTHUR .................................... WAYNE SMITH
CAROLINE .................................. CHARIS ADAMI
PA (ELMER) KIRBY .......................... ALEXANDER DEVANAS
BEULAH ...................................... KIRSTEN SJOGREN

### INTERMISSION

CHILDHOOD
CAST OF CHARACTERS

CAROLINE ...................................... CHARIS ADAMI
DODIE ...................................... KIRSTEN SJOGREN
BILLEE .......................................... WAYNE SMITH
MOTHER ................................... RACHEL GOLDMAN
FATHER ................................... ALEXANDER DEVANAS



### PRODUCTION STAFF

STAGE MANAGERS ................................ WAYNE SMITH
                                            RICHARD WRIGHT

THEATER SECRETARY ....................... CHARIS ADAMI
                                       JENNIFER SCHOENEK

HOUSE MANAGER ............................. RACHEL GOLDMAN

ASSISTANT STAGE MANAGER ................. RACHEL GOLDMAN

### PRODUCTION CREW

LIGHTING DESIGN .......................... GEORGE SILBERSTERN

LIGHTING CREW ................................... WAYNE SMITH
                                            RICHARD WRIGHT
                                          ALEXANDER DEVANAS

SPECIAL THANKS TO ERIC HOFFMANN

SET BUILDING .................................. WILLIAM JUDGE

DIRECTOR OF THE THEATER PROGRAM ....... ROBERT MARCAZZO



101

# FACES OF

*Friends Forever ... There are few things which bind people more than becoming involved in a fraternity or sorority. The feelings shared between brothers and sisters are special and hold forever true. Greeks provide an added social life to Upsala and enrich the college experience for many students.*

*Hell Week, Bid Day (not necessarily in that order), symbolize the importance of acceptance in one's life. And being Greek is being accepted.*







# TOGETHERNESS













# Intersorority Council



Elizabeth Howatt      President
Elaine Characopos    Vice President
Natalie Greer          Secretary
Annette Arocho         Treasurer



The Intersorority Council is made up of four sororities, Alpha Phi Delta, Gamma
Sigma Sigma, Tau Beta Sigma, and Theta Beta Gamma. The purpose of the
Intersorority Council is to promote service, sisterhood and social aspects in the
Upsala community.

# Sigma

## Alpha Phi Delta



**Membership:**

| | |
|---|---|
| Nancy Compton | President |
| Natalie Greer | Vice President |
| Debra McCoy | Secretary/Historian |
| Jennifer Passaro | Treasurer |
| Elizabeth Pappas | Social Sister |



"Hey, Hey! Alright!

Green and White is Dynamite!"

Alpha Phi Delta sorority was founded by seven women in 1935. Its main purpose is to foster friendship, individuality and unity at Upsala. Along with this is traditional Alphie Enthusiasm for being involved, having a good time and SURFING.

# Intersorority Coun



Membership:

| | |
|---|---|
| Jacqueline Donna Greene | President |
| Liz Howatt | Service Vice President |
| Barbara Benerie | Membership Vice President |
| Edie Walters | Assistant Membership Vice President |
| Liz Brnic | Treasurer |
| Karen Ortelio | Historian |
| Laura Gould | Secretary |
| Evelyn Leadbeader | Parliamentarian |
| Beverly Gibbson | |
| Laura Jacobs | |

The Mu Chapter of Gamma Sigma Sigma, a national service sorority, was founded at Upsala College in 1956. The Gamma's can be seen in their maroon and white and for their service projects on and off campus. The Gamma's have participated with March of Dimes, American Cancer Society, Liver Foundation and the North Jersey Blood Center. They are affiliated with the Intersorority Council. See you at Townhouse 30 "BONZAI."











# Tau Beta Sigma







Membership:

| | |
|---|---|
| Irene Galleguillos | President |
| Barbara Stott | Corresponding Secretary |
| Rose Dunado | Recording Secretary |
| Iliana Rodriguez | Treasurer |
| Leigh Burke | I.S.C. Representative |
| Charis Adami | Christy Moraites |
| Gina Cardinali | Teri Pego |
| Elaine Characopos | Keila Ravello |
| Karen Hind | Deanna Revie |
| Shirley Lee | Jennifer Schoenek |
| Sandra Mesias | Nancy Swain |
| Loly Moreno | Cathy Thompson |

Advisor: Gary Porter



Tau Beta Sigma was founded in 1921 to promote friendship and good will and to lend support to activities and interests of the college. The colors are Tan, Brown and Scarlet. The Taus are proud of their scholastic achievements and look forward to many special activities. They sponsor candy and bake sales throughout the year and end each year with a Spring Formal which welcomes their new sisters into the sorority.



107

# Theta Beta Gamma



Membership:
Annette Arocho President
Maribel Cortez Recording Secretary
Darlene Brigante Corresponding Secretary
Cynthia DeMatteis Treasurer
Fran Ferrer Historian #1
Sioux Klie Historian #2
Judy Bromirski Art Coordinator #1
Nancy May Art Coordinator #2
Patty Ann Thomas I.S.C Representative
Stephanie Clark I.S.C. Alternate Represenative
Carol Layton Social Chairperson
Chyerl Stuckey Chaplain

Alexis Enderle
Michele Hendricks
Dana Hunter
Marina Logerie
Tracey Ramos
Nancy Rogers

The oldest sorority on the Upsala campus was founded in 1918 by a group of fine ladies led by Elsie Nelson. A theta is one who maintains high scholastic rating takes part in extra-curricular activities and holds a high standard of endeavor for her college and her sorority. Our colors are black and gold. During the year we enjoy the sisterhood of our sorority through various activities such as the annual Theta Formal, Halloween Flower Sale, candy and bake sales, Alumni teas, midnight trips to "The Rocky Horrow Picture Show," Ethnic Week and our Spring Week Kissing Booth. The sorority also presents an annual scholarship award.





# Interfraternity Council



Officers:

| | |
|---|---|
| Jerry Torsiello | President |
| James Gillespie | Vice President |
| Steve Laurie | Treasurer |
| Steve Rallis | Secretary |

The IFC is the governing body of all the fraternities on Upsala's campus. Its purpose is to help fraternities become better related with the Upsala community. The IFC sponsors fundraisers and dances that benefit not just fraternities but the whole Upsala community.

# Alpha Kappa Psi
## Professional Business Fraternity, Inc.



Membership:

| | |
|---|---|
| Derrick Martin | President |
| Patricia Nixon | Vice President External |
| Angela McCloud | Vice President Internal |
| Laura Gould | Treasurer |
| Janice Somai | Secretary |
| Sean Stevens | Master or Rituals |
| Hyacinth Hall | Warden |
| Michele DiGuiseppi | Director of Public Relations |

Eddie Barrett
Edgar Barrett
Preston Bell
Gabe Bercouici
Barbara Bernieri
Maxine Brown
Stephanie Clark
Amy Cranston-Nickell
Darren Gray

Mark Hicks
Michelle Hicks
Janine Ingram
Christine Jacisin
Wanda Johnson
Robert MacLean
Antonio Perez
Eric Reynolds

Merna Ricks
Henrietta Smith
Stefanie Smoke
Janice Somai
Denise Stinson
Elic Suazo
Cathy Thompson
Lynda Williams



Alpha Kappa Psi was founded in 1904 at New York University. In 1963, Epsilon Chi Chapter was established at Upsala College. Our purpose, and that of our brothers in more than 220 undergraduate and 75 alumni chapters is the following:

    to further the individual welfare of all brothers;
    to educate the public to appreciate and demand higher ideals in business;
    to foster scientific research in business; and
    to promote courses leading to degrees in business administration.

# Camel Drivers



Membership:
Matthew Podracky    President
Kathy Carson    Vice President
Melissa King    Secretary
Allyson Backstrom    Treasurer
Robert Denton    Historian

Gordon Astwood
Jackie Bushong
Denise Calinda
Tammy Hackenberg
Tracy King
Steve Laurie





The Camel Drivers is a co-ed fraternity that has existed on campus since 1964. Originally the fraternity started off as an intramural football team in 1962. In 1964 we received our charter through the college and in 1972 we became co-ed. Since then the Arabic fraternity, with the letters Kha-ba-Alife and the colors Arab green and Desert white have been striving to promote fellowship to stimulate scholarship and develop character through social, athletic, academic and service activities.

# Rho Alpha Phi



Membership:

| | |
|---|---|
| Mike Mischler | President |
| Janke Aniboli | Vice President |
| Dennis Smith | Treasurer |
| Sal Amato | Secretary |
| John Beck | Sergeant-at-Arms |
| Andy Pasqua | Social Director |
| Tom Colaviot | Historical Secretary |

| | |
|---|---|
| Andre Anderson | Ed Furst |
| Paul Bilgrave | Rick Hauser |
| Mike Bonanno | Ron Kolibas |
| Carlo Caparruva | Dave Mathisen |
| Dominick Chisuetti | Brian Stauff |
| Kevin Egan | Jerry Torsiello |
| John DiGregorio | |





Rho Alpha Phi was reinstated in 1984 and consists of athletes of all sports. The Rho's have many functions, such as the Homecoming Formal, the Bid Day Formal, the Safe Sex Party and our famous Wild T-shirt Party. The fraternity stresses brotherhood and successfulness. Our colors are black and silver.

We would also like to thank our advisor, Dennis Kelly, for all his help and support. Thanks Prof. Kelly!

# Theta Week 1987



Rolf Figdore          Recording Secretary
Craig Cheetam
Matt Green
Anthony Janish



Theta Epsilon Omicron Iota, "THE GODS," were founded in 1899 on Upsala's original New Jersey campus in Kennilworth by Rev. Nelson. Upsala's first Greek organization, the original brothers lived on the top floors of Old Main and were known as "Brothers of old Olympus" thus — "THE GODS."

About to celebrate their 90th anniversary, the GODS are most proud of their position on campus as the oldest and highest fraternity. Their colors are maroon and white and they are easily recognized by the paddles they carry with pride.

# Rho Alph













# Hell Week 1987








# FACES OF







**Determination: The force which
helps us to obtain our goals and our
desires. You can be determined to
pass a class, ace a final, survive hell
week, win a game, finish a book or
simply just to get through the week.
Determination builds strength with-
in us and provides us with the foun-
dations which are necessary to ex-
cel.**







# DETERMINATION



















Adams, Anderson
Adams, Kyle
Ahne, Matt
Anderson, Andre
Aniboli, Jack
Bonanno, Mike
Brady, Andrew
Cambell, Jeff
Carmino, Tony
Cerminaro, Darren
Chase, Bernard
DiNuzzo, Kevin
Egan, Kevin
Farmer, Carlos
Gagliardo, Lou
Holliday, Walter
Housman, Mike
Iaione, Darren
Jackson, Clayton
Jackson, Russell
Johnson, Troy
Jones, Bill
Judge, William
Kettles, Alex
Labbe, Rick

Lawson, Ed
Lawson, Steve
Lester, Spencer
Mannello, James
Miller, Ed
McAleavey, Mike
Mulligan, Gerald
Mulvey, Keith
Munoz, Norman
Papadopoulos, Anthony
Pasqua, Andy
Roberts, Matt
Ruffin, Anthony
Sachewicz, Gerald
Scott, Keith
Shelton, Terrance
Sliker, Doug
Squeqlia, Robert
Starace, Ed
Thorne, Tom
Truglia, Pat
Williams, Ron
Wilson, Elton
Wilson, Chris
Wright, Richard

# 1987 Upsala College Football Vikings



Captain Mike McAleavey          Head Coach Vince Capraro          Captain Doug Sliker

| *September* | *U-Visitor* |
|---|---|
| Trenton | 6-21 |
| Lycoming | 0-7 |
| Albright | 7-3 |
| | |
| *October* | |
| Susquehanna | 0-28 |
| Wilkes | 13-21 |
| Moravian | 9-36 |
| Delaware | 21-39 |
| Lebanon | 14-16 |
| | |
| *November* | |
| Widener | |
| Juniata | 37-6 |

# VIKINGS LOOK AHEAD

The Vikings ended their 1987 season with a record of 1-9, but despite this disappointment, one could find some bright spots in the team's strong passing game, excellent special teams play, sportsmanship, and discipline.

However, there are many individuals on the football team who deserve recognition for their hard work and determination. Senior quarterback Spencer Lester, who played his final game for the Vikings, broke Upsala College's career total offense record of 2,740 yards set by a previous quarterback, John Boratti from 1967-70.

Other assets to the team included seniors: halfbacks Carlos Farmer and Steve Lawson, guard Doug Sliker, and linebackers Mike McAleavey and Tom Thorne.

The Vikings weak points include an inexperienced defense line and the loss of key players from last year's starting lineup.

The win over Albright was the highlight of the season, breaking the two year losing streak at home. The win was made possible through key plays by Mike Houseman and Darren Iaione.

Next year the Vikings are looking forward to a better season based on the experience the new players have gained.












# WOMEN'S VOLLEYBALL FALL '87

One of the brightest spots this season was the Volleyball team. They had a tough act to follow — their own previous season. However, with increased experience, determination, and hard work, these Lady Vikings have again proved they are winners.

Key players are seniors Keila Ravelo and Karen Hind, setter and hitter respectively. As the co-captains, they were a driving force with their experience and all-out playing. Each just made her second year playing on the all-conference teams.

Keila has a serve to reckon with. It's put respect into many a competitor (as well as her teammates). As a third year starter, she's been developing a stronger offense for the team this season.

Karen stands at 5′11″ — a definite plus. A fourth season starter, she rarely misses a shot. Her skills are a valuable asset to the team.

Junior Iliana Rodriguez is a third year starter and strong on defense. This is one enthusiastic player who keeps the others "up" and going.

Sophomores Carol Laghina, Fran Ferrer, and Jackie Dowling have gained a lot of experience. Carol's improved greatly and is becoming a problem — for competitors.

Fran is a strong, consistent player, who helps hold the team together. Jackie shares Karen's height advantage and has her own outstanding blocking ability.

Another sophomore, Judy Bromiroki, is a newcomer, and has great future potential for the team.

Freshmen Fabiana Machado and Iliana Rodgers are welcome additions to the team.

Fabiana plays a great defense and is quick on her feet, to move wherever she's needed.

Iliana has made a strong impression this season. With her strong spikes and skillful playing, she'll be a player to watch.

Despite losing the MAC Championships and coming in second in the ECAC Metro Tournament, our Lady Vikings did claim the Women's Intercollegiate Athletic Conference, and the Northeastern division of the Middle Atlantic Conference. Their final record stands at 33-11.

Keila and Karen will be missed. Their skills and experience were a vital part of the team, but they are leaving behind a team who has benefitted from their talents and leadership. Keep up the good work, and there's no doubt Upsala Volleyball will be next year's National Champs!

# MEN'S SOCCER FALL 1987

| NO. | NAME | CL. | POS. | HOMETOWN |
|---|---|---|---|---|
| 1 | Larry Kalb III | Fr. | Gk. | Sparta, NJ |
| 2 | Doug Holt | Sr. | Def./M.F. | Berkley Heights, NJ |
| 3 | Dave Frisk | Sr. | Def. | Glen Ridge, NJ |
| 4 | Matt Gegenfurtner | Fr. | M.F. | Jersey City, NJ |
| 6 | Rob Kastl | Sr. | M.F. | Pine Brook, NY |
| 7 | Rod Parisi | So. | M.F. | Islip, LI |
| 8 | Clement Kukoyi | So. | For./GK | East Orange, NJ |
| 10 | Pete Tadrick | So. | For. | East Brunswick, NJ |
| 11 | Kurt Skrede | Fr. | Def. | River View, FL |
| 14 | Robert McAloon | Fr. | Def./GK | Glen Ridge, NJ |

The soccer season was an interesting one. There are some good players, but the team needs time to rebuild. Senior Doug Holt was the Captain, and sophomore Pete Tadrick made honorable mention on the All-MAC team. They finished with a 1-15-1 record.

# WOMEN'S TENNIS FALL '87



The woman's tennis team didn't have a good season. This was due in part to difficulties in arranging practice time, and because coach-team relations weren't the best they could have been.

But like all Upsala athletes they've had the determination to see it through. The only experienced players were junior and captain Donnette Cruichshank, and sophomore Elizabeth Golden. The rest of the team were newcomers, all freshmen; Cassie Niece, Wendy Richardson, Fatima Thornes, and Jenine Barrios. All four show future potential and the entire team is enthusiastic, if not yet winners.

Not even losing every game dampened their spirits. With the return of these players and a few talented additions, the tennis team should be able to make next season a real winner.

# MEN'S BASKETBALL 87-88

# PLAYERS



**Coach Russ Thompson**



**Bryan Bartley**



**Jose Redd**



**Prentice Melton**



**Franklin Prather**



**Nathaniel Moore**



**Dave Flowers**



**Warren Davis**



**Karwin Potter**

**Steve Lewis**



**Mark Wilborn**



# MEN'S BASKETBALL

The Vikings haven't been at their best this season. The team has had many setbacks, due to injuries, inexperienced players, and a small amount of players. However, they have plenty of potential.

Of the seniors, Captain Bryan Bartley plays a strong defense. Jose Redd can rack up points in a hurry, and so can Dave Flowers, who is also a strong foul shooter. Warren Davis is a quick passer. Junior Herb Dixon is good on rebounds.

Sophomore guards Prentice Melton and Mark Wilborn are helping the freshmen learn the fundamentals of the game. These newcomers are Frank Prather and Nate Moore, both reserve guards, Steve Lewis, and Karwin Potter, who is becoming a very skillful player.

Head Coach Russ Thompson is in his fourth year, and is joined this season by Rick Corsetto, Nick DelTufo, and Scott Adobato, one of last year's stars and now a graduate assistant.

There were problems caused by a lack of heat in the gym and with much of the first half of the season being played on the road. However, with the majority of the remaining games to be played at home, and the worst of their competition behind them, things may be looking up.

The Vikings lost their chance at the NCAA tournament and gave up one for the ECAC Metros. However, by next year they should be a greatly improved team realizing their potential and making it work against the competition.



**Junior Herb Dixon in action.**



**Senior Dave Flowers making a basket.**



127

# WOMEN'S BASKETBALL



**"The Next Step"** — a suitable motto for a rising team. The women's basketball players are building themselves up and creating a strong force for future competition.

Led by captain Stephanie Carson, the team includes a host of freshmen and other newcomers. They've had to work hard to learn the basics and come together as a team, but they've done it. These valiant Vikings have made tremendous strides in improving their play and are only just beginning.

A closer look at these women reveals a diverse and talented group. Freshmen include Kareema Banks, Elena Kaiafas, Sherise Martin, Margaret McCargo, Jamie Sargeant, and Shad Varasteh. All played in high school and have improved their strong playing skills even more.

Another newcomer is sophomore Lisa Doctor. She's learned enough to become a valuable member of the team. Returning members are sophomore Hennrietta Smith and junior Yvette Crawley.

Finally, the star member — senior captain Stephanie Carson. This All-American has broken many Upsala records as she scored her 1,000 point this season. Stephanie has been a strong point in the team's play and surely her teammates have learned a lot of how to play the game from her. She will be missed.

A large part of the Vikings' success is due to coach Barry Wolfson. He's had great results in the past with other teams, and is building up Upsala's reputation. Assistant Coach Glenn Allison has also contributed much time and energy to the team.

All the hard work is paying off. They cinched the WIAC Title with a 3-0 record, and have doubled their wins from the past two seasons. Our Lady Vikings are looking forward to being in the top three of the Middle Atlantic Conference.

Keep up the good work ladies — and soon you'll be "Stepping up" to even greater heights.



**Assistant Coach Glenn Allison, Captain Stephanie Carson, and Head Coach Barry Wolfson.**



Senior Stephanie Carson in action.

## Lady Vikings Roster





| No. | Name | Pos. | Cl. | Ht. | Hometown |
|---|---|---|---|---|---|
| 12 | Banks, Kareema | G | Fr. | 5′3″ | East Orange, NJ |
| 24 | Carson, Stephanie | F | Sr. | 5′8″ | Jersey City, NJ |
| 21 | Crawley, Yvette | G | So. | 5′5″ | Newark, NJ |
| 13 | Doctor, Lisa | F | So. | 5′8″ | East Windsor, NJ |
| 23 | Kaiafas, Elena | C | Fr. | 6′0″ | Hackettstown, NJ |
| 15 | Martin, Sherise | G | Fr. | 5′6″ | East Orange, NJ |
| 22 | McCargo, Margaret | G | Fr. | 5′3″ | East Orange, NJ |
| 4 | Sargeant, Jamie | G | Fr. | 5′8″ | Sparta, NJ |
| 30 | Smith, Hennrietta | F | So. | 5′8″ | Washington, DC |
| 10 | Varasteh, Shad | F | Fr. | 5′8″ | Little Ferry, NJ |

# MEN'S HOCKEY 87-88



**The men's hockey team had their troubles this season, just like everyone else. They were made up mostly of young inexperienced players, many of them freshmen.**

**Senior John Corallo is the captain; other seniors are Brian Decker and Dave Frisk. Dave is a newcomer, while John and Brian, along with Chris Hillerman are the only returning players from last season. Other new players are sophomores Greg Gladdin, Tom Davaney, and Frank Mastramonica. There are six freshmen who've learned a lot and are becoming good players. They are Rich Mulhond, Rod Parisi, Jeff Campbell, Jim O'Brian, Ed O'Skowsky, and Frank Dorfman.**

**Coached by Dave Sloan, they've reached a 3-15-1 record at the time of this writing, and are looking towards the ECAC tournament, where they will face some serious competition.**








# FACES OF

Through our professors and the people who guide us from registration, financial aid business office, and many other areas of our campus, we learn and grow and try to learn how things are in the "real" world. The wisdom of those who teach and guide us will stay with each of us for a lifetime. As you go through these pages and remember some of the people who have guided you through Upsala, we hope it is with respect and admiration.





# WISDOM







## PRESIDENT OF UPSALA COLLEGE
## DR. SCHRAMM



Dear Students:

As the years ahead pass more quickly than you expect, you will recall the fellow students, faculty and staff members who made a difference for you at Upsala. Those relationships have an impact on the quality of your learning, and they are at the heart of education at Upsala.

This yearbook is a valuable record of your Upsala experience and I hope your memories are good ones. If your education here serves you well in your life and career, then Upsala will be a part of your future. I hope we are, and I also hope you will be an important part of Upsala's future. We will need your help to become all we intend to be for the students who follow you.

Congratulations and Godspeed.

Sincerely,


David E. Schramm
President



Dean Titus
Dean of Academic Affairs



Dean McIntyre
Dean of Students



Dean Alexander
Assistant Dean of Academic Affairs

135



Ronald J. Mount
Chairman of the Board of Trustees



Audrey Rannou
secretary to the President



Ann Willis
secretary to the Dean

# ALUMNI OFFICE



William Foster



Mary Ann Brennen

Sue Veitengruber
director of alumni

## LEARNING CENTER



Debbie Heilbrun
director

## GYM



Alma Crowley
secretary

## OLD MAIN



Theresa Aquilar
secretary

# To a Friend

I love you not only for what you are, but for what I am when I am with you.

I love you not only for what you have made of yourself, but for what you are making of me.

I love you for the part of me that you bring out.

I love you for putting your hand into my heaped-up heart and passing over all the foolish and frivolous and weak things that you can't help dimly seeing there, and for drawing out into the light all the beautiful radiant belongings that no one else had looked quite far enough to find.

I love you for ignoring the possibilities of the fool and weakling in me, and for laying firm hold on the possibilities of the good in me.

I love you for closing your ears to the discords in me, and for adding to the music in me by worshipful listening.

I love you because you are helping me to make of the timber of my life not a tavern, but a temple, and of the words of my every day not a reproach, but a song.

I love you because you have done more than any creed could have done to make me happy. You have done it without a touch, without a word, without a sign. You have done it first by being yourself. After all, perhaps this is what being a friend means.

**PROSPECT**





James Morgan
Vice-President and Treasurer

Henry Ng
Assistant Treasurer







Wendy March

Stephanie Smoke

May Woolery

# HOUSE



Elizabeth Pappas



Anita Leake
cashier



Dorothy Smith



Michael Freyberger
Duplicating Center

## PLACEMENT OFFICE



Reggie Smith
director



Rose Pappas

## REGISTRAR



Carol Thorton
director



Denise Martin



Diane Johnson

## COUNSELING



Terry Jaeger
director



Lisa Smith
counselor



Tony Belletieri
counselor



Johnetta Nelson
executive secretary

Wendy Audain
receptionist



# LIBRARY



Professor Dave Murray
head librarian



Elizabeth Rumics
librarian



Phyllis Brown
librarian



Isabell Woller
librarian



Moses Matai



Cathy Winn

# STAFF



Yoshiko Ishii
librarian



Ruth Shoge
librarian



Joyce McKee



Linda Clark



Patricia Voyles



Ann Oster
librarian

145

## CONTINUING EDUCATION



Selma Brookman
director



Pearl Gorsky



Ann Ade



Jeannette Caputo

## SECURITY



Nick Polito
director



Marie Casciano
secretary



Bobby Blocker
supervisor

# BOOKSTORE



STAFF — L to R, Bottom: America Molina, Mylene Pacquing, Jennifer Schoenek, Deanna Revie, Christie Moritas. Top: Bob Maclean.



Bob Maclean
manager

# ADMISSIONS



Joan Liljegren
assistant director



Romy Florence
counselor



Susan Akey
secretary



Guy Tiene
counselor



Sue Gattoni
counselor

149

**EOF**



Michael Brown
director



Juanita Reedy-Mohamed
counselor

## Business/Economics/Accounting

   

Prof. Morley Nkosi, chairperson         Prof. Alvin Bogart         Prof. E. Yong Lee

   

Prof. William Olsen         Prof. Peter Miliotis         Prof. Roger Seccia

 

Prof. Dennis Kelly                 Prof. Maniheh Zavareei

## BIOLOGY

  

Prof. Sook Chong Choi, chairperson      Prof. Jackie Willis      Prof. Edward Kubursky

## CHEMISTRY AND PHYSICS

 

Prof. Gary Porter      Prof. John Rollino



Prof. Joseph Most, chairperson

## EDUCATION

## FINE ARTS



Prof. Frederick Hahn



Prof. Lawrence Bennett



Prof. Dave Milgrome



Prof. William Deguire



Prof. Hugo Lutz

153

## ENGLISH



Prof. Don Cross



Prof. Del Earisman



Prof. James Lovell, chairperson

## FOREIGN LANGUAGE



Prof. Ellen von Nardoff, German

Prof. Robert Brown, Spanish

Prof. Carolyn Thorburn, Spanish



## HISTORY AND POLITICAL SCIENCE



Prof. Barry, chairperson                Prof. Art Paulson                Prof. Pichon Loh

## MATH AND COMPUTER SCIENCE



Prof. Lincoln Brown, chairperson                Prof. John Snygg

Prof. Robert Reed                Prof. Mary Ann Kaplan







## PHILOSOPHY AND RELIGION



Prof. Boraas                    Prof. Warren Funk, chairperson

 

Prof. Thomas White                    Prof. Stam

## PSYCHOLOGY



Prof. Kenneth Johnson



Prof. Ammon Roth
◄

Prof. Jane Jacobs,
WAC program
▼



Prof. James McRoy
◄

 

156

## Anthropology/Social Work/Sociology


Prof. Kendy Rudy, chairperson


Prof. Roxanne Hiltz


Prof. Bassam Abed


Prof. Ali Kamali


Prof. Mary Swigonski


Prof. Joyce Lopez


Prof. Robert Meinke


Prof. Elizabeth Edwards, graduate program

# UPSALA COLLEGE -



## TWO VIEWS OF THE MAIN BUILDING ON CAMPUS



# - WIRTHS CAMPUS



**EDWARD LAWSON
DIRECTOR, WIRTHS CAMPUS**

The Wirths Campus is a branch campus of Upsala College, accredited by the Middle States Association of Colleges and Schools and authorized by the New Jersey Board of Higher Education to grant the Associate in Arts and the Associate in Science degrees. Currently, eight programs leading to these degrees are offered. Students at the Wirths Campus also can complete the freshman and sophomore years of a four-year baccalaureate program which can be continued on Upsala's East Orange campus or transferred to other colleges. In addition, the Campus provides non-credit community service programs for the residents of Sussex County.

The Wirths Campus opened as an extension of East Orange programs in September, 1979. It was authorized to operate as a branch campus in February, 1981. Until such time as permanent buildings can be built on the property, classes are conducted in the Barn, in the upper floors of the National Community Bank in Sussex Borough, and in High Point Regional High School.



# FACES OF





WE JUST THREW THESE IN SO YOU COULD SEE YOURSELVES!!! ENJOY





















# SURPRISE
















*LIKE A CHILD*
Like a Child I just sat in the sunlight
and played with the minutes as they went
running by.





162

















Like a Child who had never known sorrow
I didn't hurry tomorrow, I just
looked at the sky.





While the Clouds went on endlessly passing. All the clouds on their long voyage home seemed to say that youth is everlasting, but a Rose cannot grow alone.











Like A Child I would listen in silence to the soft sound of evening as it caught up the day.



























Till you were there in the gathering darkness and we found that our green years had all gone away.



169

Now the clouds are going forever here awhile then gone
evermore and a child on the far side of never has to run when
time closes the door.









Case 3:23-cv-22130-MCR-ZCB    Document 155-12    Filed 03/14/25    Page 172 of 189





















Then take my hand and as children we'll go now all alone through the thundering crowds.

















Take my hand and together we'll look now like a
child for the little lost clouds.

— Rod McKuen

175



# FACES OF





# BUSINESS



Without the addition funds from the ads, a supplement and parts of this book would not have been possible. The Upsalite Staff would like to extend a special thanks to all who contributed.

## harrop press printers

37 n. center st.
orange, nj                    673-5869

---

### Carl S. Ross, MD, FAAP
Infants & Children

185 Central Ave.
East Orange, NJ              672-0231

---

## Equipment Sales & Service

9-11 Ward St.
Bloomfield, NJ

---

### AmericanWear
Industrial Uniform Rentals & Sales
Shop Towels-Entrance Mats-Fender Covers

John Auriemma              661-9200

---

### Scientific Packaging Corp.
P.O. Box 1016        East Orange, NJ

---

Est. 1935                    743-0600

## ARROW ELECTRIC MOTOR CO.
Electric Apparatus Rewound Repaired

187 Bloomfield Ave.    Bloomfield, NJ

---

### MICHAEL K. FIELO
Counsellor At Law

33 Evergreen Place
East Orange, NJ            678-8400

---

52 James St.              783-5021
Montclair, NJ             746-1230

### John DiMilia & Sons
All Weather Sports Surfaces

---

### CEDAR GROVE INN

239-8911

30 Pompton Ave., Cedar Grove, NJ

---

### Bloomfield
ELECTRICAL SUPPLY CO.
Wholesale Distributors

660 Bloomfield Ave.
Bloomfield, NJ             743-3441

---

## Johnson Buick, Inc.

John H. Johnson, Jr.
General Manager

1 Greenwood Ave.
Montclair, NJ              746-8700

---

### ROYAL INDUSTRIAL Supply Co., Inc.

                           417 Broadway
777-7008                   Passaic, NJ

---

744-5958

### Joseph A. Fortunato, Esq.
ATTORNEY AT LAW

                    37 N. Fullerton Ave.
                         Montclair, NJ

---

### CLAUDE E. MACAJOUX, MD
Obstetrics & Gynecology

                    144 S. Harrison St.
678-1681            East Orange, NJ

---

674-9153        Open 7 Days a Week

### Orange Drug & Surgical
HEALTH CENTER OF THE ORANGES

237 Main St.        Edmund Greenberg
Orange, NJ                 Joel Worob

---

## TONY'S Gas & Go

625 McCarter Hwy
Newark, NJ    622-1043

---

### Mr. Williams, Esq.
677-9241
98 Prospect St., East Orange, NJ

---

### HERITAGE ASSOC.

71 valley St.,Orange, NJ
763-5161

---

## HOWMET ALLOY

                           9 Roy St.
361-2310                   Dover, NJ

---

## BOBST GROUP INC.

146 Harrison Ave.
Roseland, NJ               226-8000

---

748-9724

### The Record Shop
New-Used-Import LP's
Collectors Items-Compact Disc

51 Broad St.        Bloomfield, NJ

---

### MICHAEL V. MANNO
Vice President

## NEWARK ASPHALT CORP.
Foot of Passaic St.

Newark, NJ                 482-3503

---

### LARRY A. SANDERSON
DIRECTOR OF OPERATIONS

## CENTRAL CREDIT CLEARING BUREAU

60 Evergeen Pl./E. Orange/672-0603

---

### Stuft Shirt
RESTAURANT

19 Valley Street
South Orange, NJ           762-8228

WALTER BAUMAN JEWELERS, INC.
643 Eagle Rock Ave., West Orange, NJ

ESSEX STEEL CO.
420 Scotland Rd., Orange, NJ

J.E. GEORGES, Professional Insr. Brokers
414 Central Ave., Orange, NJ

DR. JOHN KIRKLAND, DMD
853 Mt. Prospect Ave., Newark, NJ

GOOD GUYS DEPT. STORE
575 Bloomfield Ave., Bloomfield, NJ

NATIONAL VIDEO
7 Lackawanna Pl., Bloomfield, NJ

TRIANGLE TV/746-8981
115 grove St., Montclair, NJ

SANFORD REALTY CO./674-4556
168 Sanford St., East Orange, NJ

EAST ORNAGE GLASS CO./674-4228
284 N. Clinton St., East Orange, NJ

MR. FOGAFTY, UPS A/A COLLEGE
Art Center of N.J. East Orange, NJ

CULLIGAN SOFTWATER SERVICE
18 Northfield Ave., West Orange, NJ

POLYCHROME CHEMICALS CORP.
400 Broad Acres Dr., Bloomfield, NJ

ANGELO'S GULF
678-7597
2 Ampere Pkwy
East Orange, NJ

MONTCLAIR GOLF CLUB
239-1800
P.O. Box 194
Montclair, NJ

ED'S AUTO SERVICE
674-3250
402 Springfield Avenue
East Orange, NJ

LOUIS ROSELLE
1 Mt. Pleasant Pkwy.
Livingston, NJ

DR. FRANK
M. LAPEYROLERIE
674-0132
185 Central Avenue
East Orange, NJ

ALATE PRODUCTS
227-8140
45 Route 46
Pine Brook, NJ

DR. WILLIAMS PhD.
675-9200
185 Central Avenue
East Orange, NJ

JOSEPH WATSON, CPA
672-6565
55 Washinton Ave.
East Orange, NJ

**Bloomfield Auto
Wrecking Inc.**

186 Grove St.        Bloomfield, NJ

**Please Patronize
Our Advertisers**

672-6565

**J. H. WATSON,**
CPA

7 Glenwood Ave.
East Orange, NJ

**KELLY SERVICES**

141 South Harrison St.
**East Orange, NJ        675-6300**

**HOWARD
Savings Bank**

**200 South Orange Ave
Livingston, NJ**

**CALUMET**
MANUFACTURING CO.

**532 N. Grove Street**
**East Orange, NJ**

---

**Gordon Thomas Co.**
**731-3909**

**44 Standish Ave.       West Orange, NJ**

---

*VERONA INDUSTRIAL*

**186 Verona Ave.**
**Newark, NJ**
**483-4832**

---

**FRANKEL**
WINE & LIQUOR CO.

**675-2550**

**366 Main St.                    East Orange, NJ**

---

*DUZ-ALL*

14 East Wesley Street
South Hackensack, NJ

---

**PIERSON FOUNDATION**

**P.O. Box 827**
**East orange, NJ**
**673-5000**

---

**Mitchell Suprene**

**678-1800**

**532 Freeman St., Orange, NJ**

---

*Fredericks Inn*
**558 Arlington Avenue**
**East Orange, NJ**

242-1900

# U.S. BURNER

ENERGY SERVICES

P.O. Box 4027
1239 Broad Street
Newark, NJ

Authorized RAY Burner Dealer
Paul J. Gucker
Exec. Vice-President

**Ask a friend for Help**

Abortion Care Through 23 Weeks
Female Sterilization
NJ Blue Cross/Blue Shield Accepted
Visa/Master card

Call 9-5 Mon.-Sat.

## PILGRIM
## Medical Group, Inc.

**746-1500    1-800-772-2174**

**393 Bloomfield Ave.**          **Montclair, NJ**

*MIDLANTIC*
*SALUTES*
*THE*
*CLASS OF '88*

*BEST WISHES!*

# MIDLANTIC

181



we're entertainment!

**Suburban Cablevision**

A Maclean Hunter Company

Serving 42 communities in Essex, Hudson, Middlesex and Union counties.

**673-6600**

Cynthia, CONGRATULATIONS!!!
Good Luck in
Law School . . . We're proud of you!!!
Love,
Dad, Mark, and Karen
the DeMatteis Family

# BOOSTERS

Mr. and Mrs. Henry J. Brun
Charles M. Winrow
Mrs. Stanley Chorazy
Mr. and Mrs. Desiderio
Guy and Joanne Tiene
Carole Reynolds
Valerie and Emil Hartleb
Alpha Phi Delta
Student Government Association
Mr. and Mrs. Cosgrove
Andrew Carpenter and Family

CONGRATULATIONS CYNTHIA, STEPHANIE, DANA, DARLENE, MICHELE AND CHYERL!!!

WE'RE GOING TO MISS YOU!!!

GOOD LUCK IN THE ''REAL'' WORLD!!!

Love,
Your sisters of
Theta Beta Gamma

Good Luck to the Class of '88!!!

Fredericks Inn
558 Arlington Ave.
East Orange, NJ
(201) 748-3440

184

Good Luck Class of '88
Polychrome Chemicals Corporation

## Ever-Last Supply Company

EVERYTHING FOR
PACKAGING, SHIPPING
AND BUILDING
MAINTENANCE

R. A. (BOB) LAMPINEN 864 CLINTON AVENUE

(201) 371-7766    NEWARK, NEW JERSEY 07108

Good Luck to my fellow '88
Grads
LEE IGER
"An investment in knowledge
always pays the best interest"
B. Franklin

Dearest Eric,
May your future years bring success in all you choose
to do. As you have learned, success is no accident.
We love you and are so very proud of you. Congratulations!!!
All our love,
Dad and Mom

## PREGNANT . . . DISTRESSED NEED HELP?

CALL BIRTHRIGHT
(201) 743-2061

NATIONAL HOT LINE # 1-800-848-LOVE
NEW JERSEY HOT LINE # 1-609-848-1819

WELCOME!
To our newest alumni, the Class of '88!!!
Our Best wishes for the future!
Continuing traditions . . .
The Upsala College Alumni Association Founded 1908
Officers: President: Louis Gonnella '73
1st Vice President: Charlene Williams Johnson '76
2nd Vice President: Arthur Schwartz '56
3rd Vice President: Michael Prinz '55
Treasurer: Dennis Sneyers '81
Secretary: Donna Jones '86
Director of Alumni Relations: Suzanne Veittengrubber '71

Dear Seniors,

Alas!! The Upsalite has come to a close as well as your undergraduate career. But the memories will never end!!! My staff and I have tried to create a keepsake of your experience at college by recalling events, people and faces of the past year. My staff worked diligently trying to meet many deadlines to get this book out on time and looking like a college yearbook should.

I would like to extend my special thanks to Lisa Brun for all her extra hard work, expecially at the end. When we had staff problems, Lisa always came through by taking another section over or helping me complete unfinished ones.

I would also like to thank Prof. Kelly for coming in when the yearbook was down and agreeing to become the advisor. Thank you for pushing me in the right direction.

I have spent approximately 178 hours on this yearbook, so that I will represent a part of your life in college. I have added a hole in the cover for your tassel and a cover for you to insert your diploma. I hope that you enjoy the book and appreciate the hard work, time and effort that my staff and I have spent on it.

But most of all, good luck Class of '88. Take with you what you have learned at Upsala and go out and, as a Professor once said to me, "Kick some Butt!!!"

Cordially,


Cynthia DeMatteis
Upsalite Editor

## Reputation And Character

The circumstances amid which you live determine your reputation; the truth you believe determines your character.

Reputation is what you are supposed to be; character is what you are.

Reputation is the photograph; character is the face.

Reputation comes over one from without; character grows up from within.

Reputation is what you have when you come to a new community; character is what you have when you go away.

Your reputation is learned in an hour; your character does not come to life for a year.

Reputation is made in a moment; character is built in a lifetime.

Reputation grows like a mushroom; character grows like an oak.

A single newspaper report gives you a reputation; a life of toil gives you your character.

Reputation makes you rich or makes you poor; character makes you happy or makes you miserable.

Reputation is what men say about you on your tombstone; character is what angels say about you before the throne of God.

— William Hersey Davis

