# Exhibit 12

Case 3:23-cv-22130-MCR-ZCB    Document 155-13    Filed 03/14/25    Page 2 of 176

1 9 8 9



# UPSALITE

# UPSALITE 1989



EAST ORANGE PUBLIC LIBRARY

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| Time for Friends | 3 |
| Time for the Future | 17 |
| Time for Family | 50 |
| Time for Involvement | 66 |
| Time for Fun | 98 |
| Time for Action | 120 |
| Time for the Past | 140 |
| Time for Home | 144 |
| Time for Advice | 150 |
| Time for Expansion | 170 |
| Time for More Friends | 172 |
| Time for Support | 184 |



## *1989*
### *Our Moment in Time*

*"May there never develop in me the notion my education is complete, but give me strength and leisure and zeal continuall[y] enlarge my knowledge."*

— *Maimonides*

















*Live each day so that you will neither
be afraid of tomorrow nor ashamed of yesterday.*



































































































































For everything there is a season, and a time to every purpose
under heaven:

 a time to be born, and a time to die;

 a time to plant, and a time to pluck up that which is
  planted;

 a time to kill, and a time to heal;

 a time to break down, and a time to build up;

 a time to weep, and a time to laugh;

 a time to mourn, and a time to dance;

 a time to cast away stones, and a time to gather stones
  together;

 a time to embrace, and a time to refrain from embracing;

 a time to get, and a time to lose;

 a time to keep, and a time to cast away;

 a time to rend, and a time to sew;

 a time to keep silence, and a time to speak;

 a time to love, and a time to hate;

 a time for war, and a time for peace.

     — Ecclesiates 3:1-8

# Senior Checklist

✓ 1. Area Distribution Requirements

✓ 2. Major Courses

✓ 3. Yearbook Photo

✓ 4. Minor Courses

✓ 5. 4 Writing Intensive Courses

✓ 6. Yearbook Biography

✓ 7. Junior Check

✓ 8. Résumé

✓ 9. Yearbook Boosters

✓ 10. Pay Tuition?

## Graduate!!!



**Denise Adams**
*Biology*



**Rosemarie Afonso**
*Psychology*



**Patrick F. Allen**
*Business*



**Odette Almeida**
*MCS*





**Juan C. Alonso**
*Spanish*



*18*



**Saverio Amato**
*Comp. Info. Sys.*



**Martine Andrieux**
*Biochemistry*



**Sharon Anglin**
*Business Admin.*





**Jack A. Aniboli**
*Human Resource Mgt.*





**James Apple**
*Business Admin.*



**Allyson Backstrom**
*Chemistry*





**Vernita Baker**
*Business Admin.*





**Pauline Best**
*English*



**Edward Bogash**
*Political Science*



**Jacqueline M. Bushong**
*Chemistry*







**Pauline Carides**
*Social Work*





**Ronit Chromoy**
*Comp. Info. Sys.*



**Rosaria Cirrincione**
*MCS*



**Nancy Compton**
*Mathematics*



**John Corallo Jr.**
*Business Mgt.*

*21*



**Esther Couloute**



**Donna Creanza**
*Business Admin.*



**Donnette Cruickshank**
*English*



**Elizabeth Czepiel**
*Sociology/HRM*







**Kathy Darby**
*Business Admin.*





**Charlene Davis**
*Business*



**Warren Davis**
*Human Resource Mgt.*



**Michele DiGuiseppi**
*Computer Science*





**Chika Ezeokoli**
*Business Admin.*

**Anna Marie Foschini**
*MCS*

23



**David Frisk**
*Business Admin.*





**Franca Grieco**
*Business Admin.*





**Felicia A. W. Hamilton**
*English*



**Wendy Rene Hamilton**
*Business Admin.*



**Eric Harris**
*Business Admin.*





**Mark Hicks**
*Human Resource Mgt.*





**Douglas J. Holt**
*Business Mgt.*



**Michael Housman**
*Business Admin.*



**Mark Iras**
*Political Science*



**Gurvindra Johal**
*Chemistry*

25



**Jean Jones**
*Business Admin.*



**Joanne Joseph**
*Business Admin.*



**Diane Kahler**
*Human Resource Mg*



**Brian Kelly**
*Business Admin.*





**Chang Gun Kim**
*Business Admin.*





**Khee Koh**
*Computer Science*



**Manal Kotb**
*Biochemistry*



**Robert Lang**
*Economics*





**Carol Layton**
*Psychology*





**Linda Legon**
*Physiology*

27



**Elania Lewis**
*Theatre Art*





**Mirlene Lindor**
*Biochemistry*





**Robert Luca**
*Business*



**Romaine Lynch**
*Physiology*



**Estelle Maynard**
*Spanish*







**Audrine McDonald**
*Phys. Therapy*



**Leon Mettler**
*Economics*



**Ed Miller**
Business Admin.



**Lisa Minatee**
*Business Admin.*



**Eulalia Moreno**
*MCS*

*29*



**Amy Northrop**
*History*



**John O'Connell**
*Business Admin.*



**Michael Orsulak**
*Business Admin.*



**Shruti Patel**
*Chemistry*



**Martha Pauleus**
*Accounting*



30



**Michele Peoples**
*Finance*



**Antonio Perez**
*Computer Science*



**Marie Pierre**
*Biochemistry*









**Phoebe Pierson**
*Comm./Eng.*



**Orlando Quinones**
*MCS*

31



**Tabatha Richardson**
*Business Admin.*





**Merna Ricks**
*Communications*





**Wendy Rivers**
*English*



**Matthew Roberts**
*Business Admin.*



**Shawn Robins**
*Political Scie*





**Iliana Rodriquez**
*MCS*





**Dawn Rogers**
*Political Science*



**John Shivdat**
*Biochemistry*



**Stefanie Smoke**
*Accounting*



**Karen Stefaniak**
*Human Resource Mgt.*

33



**Celeste Stevens**
*Business Admin.*



**Sean Stevens**
*MCS*



**Timothy Stewart**
*Business*



**Barbara Stott**
*Biochemistry*





**Nelson Tavares**
*MCS*





**Patty A. Thomas**
*Anthropology*



**Sherie D. Thompson**
*Business Admin.*



**Thomas Thorne**
*Business Admin.*









**Georgina Tjipura**
*Biology*

**Delphine Toussaint**
*Business*



**Pieter Tsikuas**
*Business*



**Brian Decker**





**Robert Urban**
*Business Admin.*

**Elizabeth Valente**
*Psychology*





**Joette M. Vecchione**
*Counseling Psych.*



**Cynthia Walton**
*Philosophy*



**Mark Wilborn**
*Business*

# Baccalaureate Speaker



E. Roy Riley, Jr.

The Reverend E. Roy Riley, Jr. was ordained in 1974 by the South Carolina Synod of the Lutheran Church in America (LCA). Pastor Riley served for six years as part of a team ministry at Augsburg Lutheran Church, Winston-Salem, North Carolina. In 1980 he became assistant to the Bishop of the New Jersey Synod, LCA and has continued to serve part-time on the Bishop's staff in the newly formed Evangelical Lutheran Church in America (ELCA) along with serving as a staff member of the Commission for Financial Support, Congregational Services, ELCA.

Pastor Riley's work has focused on church stewardship and financial development and he has been the executive producer of numerous church videos.

A 1970 graduate with honors from Lenoir-Rhyne College in Hickory, North Carolina with a B.A. in English, Pastor Riley has served on the Board of Trustees of his alma mater. He received his M.Div. degree from Lutheran Theological Southern Seminary.

# AWARDS

## The Upsala Award

Allyson Backstrom
Ronit Chromoy
Elizabeth Czepiel
Joanne Graves
Kathryn Jimenez
Sandra McCarthy
Robert Urban
Cynthia Walton
Jr. Class: David Macheska

**Kenneth Dietz Award**
**Valedictorian**
**Salutatorian**

## Gold "U" Award

Allyson Backstrom
Brian Bartley
Nancy Compton
Donnette Cruickshank
Elizabeth Czepiel
Robert Luca
Stefanie Smoke

Donnette Cruickshank
Cynthia Walton
Kathryn Jimenez

# *Biographies*

**Denise O. Adams** *(Necy)*
With God all things are possible
Medical School
Delta Sigma Theta Sor., Angel Club, Tri
Beta Honors, Gospel Choir, Black Student
Union
OO-OOP to all my sorors and AAY —
Sweet to my angel sisters. So long to the
Frats.

**Rosemarie Afonso**
Mom and Dad . . . I am grateful for all the
hard work and sacrifices you have gone
through for me. Thank you for all that you
have given me. I love you both very much.
Sabi . . . You are a boy friend and a best
friend all in one. It is because of your love,
support, and patience that I have come this
far and now the time has come to make all
of our dreams come true . . . I love you.

**Patrick F. Allen** *(Joe Isuzu)*
If you're defeated and beat today, just kick
a-- tomorrow.
To be the best at whatever I do.
Alpha Kappa Psi, Business Club, Political
Science Club, Phi Alpha Theta, Upsala Ga-
zette
All the road trips we took to Rutgers, NYC,
Bagel Buffet and any where else the war
wagon or the rice burner could go.
"Have gas will travel" Thanks Mom and
Pete.

**Odette G. Almeida** *(Dete)*
Student Mentor
Breakfast Club: AF, NT, DG, JD, MK, RC,
Dinner Parties, Down the Shore, Ping-
Pong and Pool, My own Pool coach — J.D.
& V. Bocci Ball in Verona Park.

**Juan C. Alonso**
Karate Club, Intervarsity Christian Fellow-
ship

**Saverio Amato** *(Sal)*
Success
Rho Alpha Phi

**Martine Andrieux** *(Matou)*
La vie n'est pas Facile, mais avec un peu de
patience et de courage, tout ce que vous
desirez s'accomplira.
Physician
Tri-Beta Award from Biology Department

Special Thanks to God, my mom, aunt and
uncle, my cousin Gallie, my brothers and
sisters. Thanks to my professors and friends
who helped me a lot during my college
years. I won't forget the fun that I had in
Dr. Porter's class and the crazy girls in
TH17

**Jack Aniboli** *(Jake the Snake)*
Live your life to the fullest.
Rho Alpha Phi, Football (4 yrs.), most loyal
and dedicated 88-89
Look team award — Best Prospect
Hanging out with my brothers of Rho Al-
pha Phi

**Allyson Dawn Backstrom** *(Spud, Al, P²,
the girl from Idaho)*
"It is said; he who has learned to laugh at
himself has truly learned."
Camel Drivers Pres., Tres., RD, RA, SI,
SGA Natural Science Senator. SGA Edu-
cational Policies Council Chairperson, Ac-
ademic Assembly, Student Admissions As-
sistant
Road Trips with M2, UP, and RA. GFP's
classes/SP and GJ, clean up the lab. Every-
one who thought I was dependable and
reliable think again. Camel Drivers you're
the best friends ever — don't forget teasing
is a sign of affection. Matt remind them. Liz
— we're interchangeable. Thank you for
sharing your love for learning, Dr. Most
and Dr. Rollino. Dr. Porter — Don't worry,
I won't let the door hit me on the way out.

**Vernita Baker** *(Nita)*
Gospel Choir, Cheerleader (1985-87), Zeta
Phi Beta Sorority Inc. Summer of '85,
1/8/86, Golden Girls, Fall '87 Exam Cel-
ebration SSH Party, WM hold out, So long
RL, SF and Gospel Choir

**Pauline E. Best**
Physical Therapy
Tri-Beta Biological Honor Society, Kiwanis
Scholarship
This beautiful moment would not have ex-
isted without the love and support of my
parents and grandmother. I want to take
this moment to thank you and ensure you
that your inspiration has, and always will
guide me and live in my heart. May God
Bless You

**Edward R. Bogash** *(Eddie "B")*
The person who gets ahead is the one who
does more than is necessary and keeps on
doing it.
Pursue a career in law
Political Science club (President), Pre-Law
Club (VP), Accounting and Economics Club
(Treasurer), Business Club (Treasurer), Psy-
chology Club, Student Government (V.P.),
Student Mentor, Honors Program, Spring
King, Homecoming Court
The personal and sincere relationship be-
tween faculty and students made for an
exceptionally rewarding four years at Up-
sala. Thanks to all!

**Jacqueline M. Bushong** *(U.P.)*
To sleep at night.
Camel Driver — Treasurer, Publications
Bd. Chair., Foci Editor.
Dr. Most, Dr. Porter, Dr. Rollino — Thanks
for encouraging and helping and having
faith that I could. Thanks Allyson, Matt
and Leon for friendship and a shoulder
when I thought I couldn't. Thanks Camel
Drivers for the fun and thanks to my co-
workers for the support.

**Ronit Chromoy**
Honors Program, Dean's List
The battle of breadsticks. Handstands in
the library and my personal armchair and
table in the library. It was a nice three
years. Good luck to the ones who were left
behind.

**Rosaria Cirrincione** *("Roe")*
"Le Coeur a ses raisons que la raison ne
connait pas."
To become an established professional in
the field of International Business.
International Student Organization, Ac-
counting and Economics Club, Yearbook
Staff
Remembers working at the French Embassy
during 1988, hanging out with the
"commuters" and taking French for 4 years.
I wish the best of luck to AF, GA, MK and
NT.

**Nancy Carol Compton** *(Godmother)*
EPC — 2 years . . . Alphie Pres. in '87-88
. . . YB Ed. '89 . . . Academic Review — 2
yrs . . . "I am NOT a Camel Driver!" . . .

Education Modules ... "Alphies Shine On!!" ... TH 18 & 19 ... Camel Drivers — Thanks for sharing so much! I love you all! ... Extra Love to ALL my sisters! Don't forget me! ... Wendy — I can't believe it's over ... Liz — Thanks for trading parent stories and always understanding! ... Missy — a button? ... Al — Orientation group 2 (?) with Denise, Arlen, Bill, Jeff, etc. You've put up with me longer than anyone else — THANX! ... Bill — "You're a grand ol' flag!" ... Kathy — If we only had 16 pages, I couldn't put this in — THANK YOU! ... Mom and Dad — I LOVE YOU! THANK YOU FOR BEING MY PARENTS! "Faith, Hope, and Charity ... but the greatest of these is charity."

**John Corallo Jr. (Lambert the Lion)**
To be a millionaire 5 times over.
Hockey (4 yrs), Captain '87-'88, BSM Club, Yearbook '87
NCAA's Indiana vs Syracuse, Orlando and Dez — My two best friends, God Bless you always.

**Donna E. Creanza (D.D.)**
Management
Honors Program (85-89); Semester Honors List (86-88); "The National Dean's List" 86-87, 87-88); Senior Class Secretary; Yearbook Staff; Who's Who Nominee.
Thanks to my family and friends who were always there for love and encouragement and help along the way. To my very good friends: Kim & Val, special thanks for just being you. To my parents, for their patience, care, and understanding, Thank You. I couldn't have done it without you.

**Jeannette Andrea Cruickshank (Donut)**
God Bless me and thee while we are apart one from the other! (Old Irish Proverb)
Magazine Editor (preferably Freelance Ed.)
Black Student Union, Alpha Angel Club, Student Gov't Assoc., Resident Assistant, Women's Tennis, Homecoming Queen's Court.
Each year was special in its own way. I will remember B.S.U. '88 AND Alpha Angels '88-'89, Summer Sessions '87 and '88, and E.O.F. '88 Gimme that! To the friends I leave behind — Don't let this place change you (only if it is for the better!) To my families — I leave you whatever God has in store for you. To Tommy — Thanks for some of the Best and most nerve-racking months of my life — I love you! To Shawnie

— Let's go with a Boom. To Mark B., Keep the Faith (you're gong to run this place someday!)

**Elizabeth Czepiel**
Academic Assembly 3 years, Educational Policies Council Student Chairperson 2 years, Academic Review Board 1 year, Liaison Student Chairperson 1 year, Liaison Student Representative to the Board of Trustees, Student Chairperson for the Re-Accreditation of Upsala, Middle States Review Board, "Food for Thought" recipe column for the Upsala Gazette, Student Representative to the Association of Independent Colleges and Universities in New Jersey, Honors Program 4 years, Student Affairs Committee 1 year, Activities Award '87-'88, SGA President's Award of Merit '86-'87, Tutor in Learning Center '87-'88, Student Mentor 2 years.

**Glenn L. Darden**
Law School
Pre-Law Club, Political Science Club, Basketball '80-'82
All things are possible with time.

**Charlene Davis**
Becoming a CPA
Delta Sigma Theta Sorority Inc.
S.S.L. — I'll always remember what we could have shared together One day I hope you'll find everything you are searching for in life. Thank-you to all of my true friends who were there for me when I needed you. OO-OOP.

**Warren L. Davis Jr. (Macdaddy, Deception, Snoopy)**
To be happy
Alpha Phi Alpha, Captain and MVP Men's Varsity Basketball, Black Student School Tutoring Program, Resident Assistant, Creepers, tutor and teaching assistant
Thanks to God, Mom, Dad, Sis, Family and Friends. To those special few, I will always love you. May the light shine forever. '06. The last of the creepers retires undergraduate fin. The Bahamas Basketball Trip. To those who have made this trip worthwhile, be cool. Summer EOF '86, 87. Yo Les, pour the "S&W" 'cause I'm out of here.. Peace.

**Michele DiGuiseppi (Mish-Mish, Shelli, Mich, Bernieri Jr.)**
Each dream in your heart lies within reach if you just believe in yourself.
Enjoy my job, my life, and family and to live comfortably.

Alpha Kappa Psi National Professional Fraternity Inc. President, Gamma Sigma Sigma National Sorority Inc. Treas., Business Club, Pep Squad
The day I went over (GSS), BC I Love You, A special thanks to Kendy Rudy and Ron Cenno "for everything" To all my friends and coworkers in Security, I'll miss you

**David R. Frisk**
Theta Epsilon — GODS, VP'87, Pres'88, 4 yr. letter winner soccer, golf '87, hockey '88 Pledge class '85: WL, RG, EC, BW, DR, DK, MB, JG, AJ ... Townhouses ... Happy hour ... Pig's in space ... Mr. Jerko-- ... Dr. Love ... the only goal ... the old school ... Best of luck to the new school ... Thanks JB ... OE forever, to the brotherhood.

**Anna Marie Foschini**
God grant me the serenity to accept the things I cannot change the strength to change those that I can and the wisdom to know the difference.
To be Happy, Healthy and Successful.
"The Breakfast Club" NT, OA, JD, DG, O & A Dinner Parties, Seaside after finals 5/86. Cramming for finals at OAs The game room shooting pool, Verona Park LM To all my friends left TR, FG, MK, NT, RC, OA — We did it, I wish you all the best, congrats

**Felicia A. Williams-Hamilton (Fee)**
Upsala, I have enjoyed my stay. To all underclassmen, learn as much as you can, and grow with the college. Enjoy life and live
To be a better person and to fulfill all my goals.
1985 Mascot for Men's Basketball Team, Coordinator of the Young Mother's Club, 1988 Spring Forensics Team, Secretary to the Director of Campus Life Services.
There have been times when I wanted to give up, but true friends kept me going. Thank you Dave for all your help. You've been more than a boss but a real friend. Mom, Dad, Thanks for your support. I did it Carcy! Mommy loves you pumpkin! Allen and Keesha you're almost there.

**Wendy Rene Hamilton**
". . . you plant your own garden and decorate your own soul, instead of waiting for someone to bring you flowers . . ."
To be a great success, to make "enough," and to make those proud
Senior Class Vice President, Yearbook Asst. Editor, National Dean's List Award, Bus.

Club, Homecoming Court, Social Science Senator, Jr. Class Secretary, Dean's List, Activities Award '89 Spring Court, Soph. Class Secretary, Gazette Writer, Tri-Beta, Honors Program, Who's Who.

Honors Prog./run on election ticket/Bio majors — Stef, Shruti, Reg RATS "what do you mean no gloves" — no way/Running thru NYC (what did the guy on the escalator say? — "Sorry, no time")/Atlantic City w/ the Gods/DON'T YELL/Soph. Year is a time for lots of changes: Stef and I won elections. We also change major ...?/B*U*W*A*J/Parties and Presents. with my 3 JMs and the therapy/I owe them a lot/Here we go with the Fund Rsrs. (Reserve our table)/A. Lin #1 sales/Fri & Sat by A.L AC. Stam I am, Green Eggs and Ham with JC/DH takes care of FM and me/Spring Week — QC — what a night/Nat'l DL? Awards Dinner — what a joke (finally)/ DL/Florida in May (DW "wow")/G&G go bye bye/Goober/Getting stuck on NJTP/Yay for "21"/Homecoming/W&C success/Fri nites with GG,DG,LG,& the girls. Looking for SDD rooms/L's friend T/Volleyball/Pub w/S&D/Party w/PG/All of DK's classes/subbin 19 NYE party/Working on the YB w NC & staff/Fund w.DC/Dancin w SS/Bowlin w JF & RM/Az-miss me/I think I'm fallin/Sr. Din Dance — Hurry! Great!/(Sneaker)/Graduation — YAY!/Party — Great DJ — Presies/My 22 BD-CATS/Great Day in NYC/Go Astros/WW w/Hi Honey Stef — we made it happen/Doug a prince of a guy/Yay Dad/Mom what a woman.

### Eric Oliver Harris (E)
To be great is to be misunderstood
To be the best that I can.
Business Club
I was a summer counselor and the freshmen coming in tried to demonstrate their manhood, and one did not make it.

### Mark Craig Hicks (Granpa, Tribulations)
Life is a test, so test life.
To be financially independent.
Alpha Phi Omega, Alpha Kappa Psi, and Latin American Union
Thanks Alpha Phi Omega Fraternity, Inc., Alpha Kappa Psi and Special thanks to Debra, Jackie, and Yolanda for all their help and also Special thanks to my family.

### Douglas John Holt

If you're losing the game, change the rules. Soccer '84-'87, Captain '87; Intramurals. Hi Wend. — You're a Goober. Thanks Mom and Dad.

### Michael Allan Housman (M Hous)
To be afraid of dying is to be afraid of living.
Football #80
GDI People, Spanky's TH 12

### Mark Iras
Political Science Club, Pre-Law Club, Honors Program.
The Best is yet to come.

### Gurvindra Johal (Lali)
Hard work is a prerequisite for success!!!
Medical School
Tri-Beta, Honors Program, ISO, tutoring, S.I., Chemistry Departmental Award, S.G.A.
Thanks to all my professors, especially Biology, and Chemistry, for giving me the knowledge to achieve my goals. Thanks to all my friends who along with me worked hard to graduate. Special thanks to Zach, Shruti, Sham, Georgina, Gina, Allyson, and Mike, and all of the Learning Center Staff for making my 4 years at Upsala memorable ones.

### Jean A. Jones
Health Care Administrator/Director of Nursing

### Joanne Joseph
Life is not a having and a getting, but a being and a becoming.
To be a Vice-President of a well established firm in ten years.
Business Club, Political Science Club and Women's Softball Team — most Valuable Player, Coach's Award, and WIAC Conf. Team 88
I want to thank my Mom, Dad, Grandparents, Louie and the rest of my family for supporting me through the tough times and being there during my times of accomplishments in the past four years of college.

### Diane Marie Kahler
Life is an adventure.

### Carol Ann Layton
Theta Beta Gamma Sorority INC., SGA, Softball
Just remember girls, Black is powerful and Gold is beautiful.

### Linda J. Legon
CEO/Administrator

### Elania Adell Lewis
I thank God for each day, I live for that day and not for tomorrow because tomorrow isn't promised.
To become a successful actress & consultant.
Workshop 90, B.S.U./Award for outstanding young women 1986, modeling and Miss N.J. Galaxy Pageant swimwear winner 1987

### Marie Mirlen Lindor (LeLene)
Fais de l'Eternel tes dilices et il te donnera ce que ten coere desire. Physician.
Tri-Beta, Literary League
Special thanks to God, my parents, for their encouragement and dedication throughout my four years. Also my sisters, Jessie Nirva, Patricia and brother, Junior, my aunt and her family. Last but not least Thanks to my Professors and my friends

### Robert Anthony Lucas (Boomer)
Score Scholarship, Dean's List, Activities Award, President's Award of Merit, Student Government, Intramurals
Thanks Mom and Dad for all your encouragement and support over the years. Love You. Best of luck to all my fellow classmates, especially the South Jersey crew on the 3rd Floor.

### Romaine Lynch (Maine, Romance)
Trust in the Lord with all thine heart; lean not unto thine own understanding. In all ways acknowledge him, and he shall direct thy paths. Prov. 3:5-6
District Attorney and Child Psychologist Cheerleaders Mgr. 1986-87, Gospel Choir yrs., Alpha Angel 2 yrs
Thank you Lord, You deserve the highest praise today, for without you none of this would have been possible. Thanks MOM for your undying love and support. I would also like to say thanks to Johnetta, Tracey Wayne, Chas, Q, for all of your support through these four years. Good Luck. To those special people in the Class of 1993

### Estelle Lorraine Maynard (Stella, Pooh Bear, Stelly)
Alpha Angel, Black Student Union, FOC Student Activity Award.
To all my children, angel sisters and friends: good luck in the future. To my enemies, I got mines its time to get yours and you know what good luck. I want

thank my second mom. "Mrs. Leaphart and family for everything you have done for me and I want you to know that you won't ever be forgotten ever. AND LAST BUT NOT LEAST. I want to give a special thanks to my mother "Edith" for all she has done for me during my four years in college, for giving me the strength to go on and believing in me when the roads were rocky. I LOVE YOU MOM!

### Audrine Andrea McDonald

My ambition is to be the best at whatever I do.

To Myrone (the love of my life), my entire family, especially my mom ... Thanks for encouraging and seeing me through my four years at Upsala. Also to my best friend and study buddy Lisa, thanks for everything especially the coffee cake.

### Leon P. Mettler (RA and Master)

To stop jogging.

Camel Driver, I.S.O., Resident Advisor, Honors Program, Dean's List, Who's Who Thanks Thabo, Koekie, Camel Drivers, Professors, Pastor Freyberger, Susan and Amy Stern.

### Edward D. Miller (Enes)

Football Captain, Golf Team, Rho Alpha Phi

Thanx Mom and Dad for Everything. I love you. Al thanks for all the support, I love you. To Coach Capraro and the Upsala Football Team — Good Luck in the Jers. Conf.

### Lisa Minatee

My ambition is to be the best at whatever I do.

I would like to thank my family especially you mom, for being there for me through the ups and downs of my college years. You have been a great inspiration. Also to my boyfriend Greg, thanks for being so caring and understanding, I Love You. Audrine, Congratulations and thanks for everything.

### John F. O'Connell Jr. (O. C. Johnnie)

The essence of communication is intention. To be successful in the music business. Spanish Club Organizational Committee, Business Club

"If God told you exactly what it was you were to do, you would be happy doing it no matter what it was. What you're doing now is what God wants you to do. Be happy."

### Shruti Patel

Tutor, Student Mentor, Ex-R.A., Honors Program, Dean's List, Chemistry Award, Tri-beta, secretary-ISO, Lab TA, Natural Science Division Senator

I will miss you all — Dr. Porter, Dr. Rollino, Dr. Most — Thanks for everything. Also, Good luck to my friends Georgina, Allyson, Lali (Turbanhead), Zac, Sham, Marie, Mirlene, Wendy, Thabo, Leon, Mrs. Johnson, Dr. Sellmer, Mummy, Pappa, Chirag — Thank-you.

### Teresa Pego (Teri)

To be the best I can be.

Tri-Beta, Sigma Prez '87-88

Thanks Frances and Dee for believing in me. I love you both very much. To the Taus, thanks for all the great times, and thanks for being such great sisters.

### Antonio Perez Jr. (Tony)

To acquire true knowledge, one must first experience, so experience is knowledge. To Grow in knowledge and in success. Alpha Phi Omega, Alpha Kappa Psi, Latin American Union, M.O.K. Pledging for Alpha Phi Omega, The Summer of 1984, "To be master of my own future and destiny." "A mortal that made fools of the Gods." To all my friends, live long and prosper.

### Majorie Marie Pierre (Jou Jou)

Si L'Eternel n'etait pas mon secours, mon ame sera bien vite dans la demeure du silence.

Medical Doctor/Surgeon

Tri-Beta, Honors Program, Black Student Union

Special Thanks to my God, my mother, and my professors, specifically Dr. Porter and his lectures, and Sr. Sook Choi for her dedication to the bio-students. A special message to Mr. Pierre Lindor for his help through those 4 years. Good luck Georgy, Shruti, Martine, Mirlene, and Jeannette Cambrone.

### Phoebe Christine Pierson

He who smiles rather than rages, is always the stronger.

To be happy and make others happy.

Gazette Editor, English Club, Dean's List, Who's Who Nominee, The Learning Center — thanks Debbie. Thanks Gazette Staff, I couldn't have done it without you Eric — Thanks for help in Public Speaking (ha) 9/18/87, thanks Mom and Dad — I love you.

### Orlando Quinones (Q)

Basketball, RA, Latin American Union, Black Student Union, Intramural Sports Townhouses, Basketball Trips, Good Friends, "BUSCH" (the best)

### Sham Ramrattan

Never give up, keep on preserving.

Medical School

Tri-Beta, I.S.O., Tennis

"Bravo Zuly" to all the Upsala Faculty who inspired us ambitious students and made Upsala No. 1 to us. Also, thanks to my compadres, Gurvindra, Shruti, John, Georgina, and Mike who make my time at Upsala memorable.

### Tabatha Arnita Richardson (Tab, Tabby)

To achieve a successful career in the field of business

Senior class treasurer, Black Student Union Member, Literary League Member.

I wish happiness and success to my fellow classmates and friends. Also, never give up on achieving your goals.

### Joseph Anthony Riggio

"Good things come to those who wait"

To work in an international banking firm.

Baseball, Volleyball, National Member ZBT Fraternity

My summer trip to Greece, Hanging out at Houlihans and Joeys. Going Down the Shore and hanging out at DJs./To my mother, father, brother, and sister thank you for all the support you have given me these past 4 years.

### Wendy A. Rivers

To always do my very best.

Softball and Volleyball Teams, Student Mentor, Tutor, Literary League VP, Gazette Staff Writer, yearbook Photo Editor

Thank you Dad and Mom and Deb for giving me the encouragement, strength, and support to reach this point in my life. Thanks also, for putting up with my craziness during exams. I Love You.

### Matthew Roberts

To all my good friends Bill, Bob, Matt, Jim, Steve, Sonny, and Dennis. It's been real. Special thanks to my family Mom, Dad, Bill, Crissy, and Meaghan.

### Shawn Chari Robinson (Shawnie)

Persistence overcomes resistance.

To be a success.

Freshmen, Sophomore, Junior Class Senator, Pre-Law and Political Science Clubs,

41

### Black Student Union
Fashion Shows — Gary Gaytas '87, cinnamon and gold '88, The kids paid homage. Sessions with Wimbley and Mark B. Weekends with MAP in the mornings, BSU get you due respect "By any means nec"

### Iliana Rebeca Rodriguez (Chilly Illy)
Wealth, Power, Prestige, and above all Happiness.
Varsity Volleyball, Tau Beta Sigma Sorority, Varsity Softball, Graduation. I'm going to party til I drop. — I'm out of here.

### Dawn Rogers
Become a lawyer, if not; open my own business.
Good times w/ Fran and Maria Fun at Mach Ber with everyone All the friend that were a big help to Me: VC Eric, AFB, MG. and M and to all the prof. AP, PL thanks so much. To my mom, thanks for all your support and understanding. I Love you!

### Manny Silva
Honors Program (87-89), Semester Honors list, "The National Dean's List (87-88)

### Stefanie Lynn Smoke
Success belongs to those who believe in the beauty of their dreams.
Senior Class President, Junior Class Vice-Pres., Sophomore Class Vice-Pres., SGA Senator, Business Club, Academic Assembly, Alpha Kappa Psi (Treasurer), IFC, Resident Assistant, Judicial Board, Yearbook Staff, Honors Program, Homecoming Queen, Spring Queen, Most Outstanding Organization — Senior Class, Gold "U" Award, Who's Who Among American Universities and Colleges, President's Award (1988, 1989),Activities Award (1987, 1988, 1989)
Oct. 10, Halloween '85, GOD parties, The Freshmen Crew, Chi Delta, Thursday nights at the Pub, Shot #12, TCB&Me in Chinatown, Love that punch, Ti, TH3, Mexico '87, Girl talks w/J-9 and WH, NYC escalator, fundraisers — ugh!, Plays in the City, Birthday parties, Bobby's Corvette, NHB, OE formals, Vivarin, Late Nights w/Dave, Solanos w/BM, AC Trips, Homecoming '88, The Fabulous Cocoa Mix, La-Mancha, LA!, Hawaii '89, Nachos at the Firehouse w/WH and DC, The Turtlebrook, Prof. TW, Fun times w/DF and JG, Thanks for the advice and for being a great boss — Henry, Wendy — I couldn't have done it without you. Friends Forever! Bobby,

thanks for all your encouragement and teaching me to go after my dreams. You've helped to make college a great experience! Special thanks to Mom, Dad and Angie for all your love and support — and weekends home! I love you all!

### Karen Stefaniak
Soccer manager, Pub Staff

### Celest Renee Stevens (squeak, Cessy)
"Ingenuity is the sign of a great woman"
To become Vice President of marketing of a major corporation.
Alpha Kappa Psi, Advertising, Marketing and Management Org.
Pledging Alpha Kappa Psi, Prof. Kelly's Jokes, Hanging around the Student Center, Gossipping with Paula B.

### Sean R. Stevens
Changes aren't permanent, but change is.
To become successful in Business or Politics, or be a Tibetian Monk.
Alpha Phi Omega, Alpha Kappa Psi, Phi Alpha Theta, Varsity Tennis and Soccer, Upsall Gazette Staff, Junior Year Abroad
The Best time I had was my year abroad in Germany. Thanks to Mom and Dad for footing the bill. Thank God I started jogging. TH4. Good luck to Pat, Kevin, The Kinnelom Crew, Motorhead, Merz.

### Nelson Tavares
Honors Program, Dean's List

### Patty A. Thomas (Pat)
What are you talking about?
Lindback Foundation Scholarship, Pres. of Theta Beta Gamma, S.I. Leader of Anthropology
On the football field, Theta's Formal, May God protect and Love you all; You are the Future of our society.

### Sherie D. Thompson (SHA)
To Have A Successful Business.
Alpha Kappa Psi
Thanks cous'.

### Georgina Ndjambi Tjipura (Georgi Puggi)
If it weren't for Dinah, My sister, my effort would have been a total failure.
Medicine
Tri-Beta, International Student Organization
Special Thanks to my Mom, sisters and brothers. Thanks to my Professors, Bio and Biochem dept., to my friends, Shruti, Marie

Mirlene, Martine, Sham, Gurvindra, John, Thabo, Maribel, Jeanette, and Leon. Last, but not least, thanks to Prof. G. Porter.

### Marie Delphine Toussaint (Del)
In order to conduct an orchestra you must turn your back on the crowd.
To avoid indifference.
Business Club, Upsala Gazette
July 1, 1985, "Eric, you became a positive change for me." Thanks

### Pieter G. Tsiknas
Men aren't mountains.
To get rich legally.
Mikey, we made it!! Let's play another round now that we have time. Doc, dreams come true . . . addy. Lab Party '86. Tom, I'm done, Ha, Ha. Upsala, Thanks for the second chance.

### Elizabeth Valente
To my friends, the best anyone can ask for — thanks for making these the greatest 4 years. Dad and mom, thanks for everything. I love you both.

### Cynthia Walton
Student Ambassador 1985-86, WFMU Staff/Disc Jockey 1986-89, WFMU Board Member 1987-89, Upsala Award

### Mark Wilborn (Biz)
To become a successful businessman.
Black Student Union, Varsity Basketball Team

### Carol Ann Wing
Without the Lord in my life, I would be nothing.
To be a good Social Worker.
Thanks to Mary Swigonski and Joyce Lopez for their help and times they listened to me. Without them I wouldn't be the Professional Social Worker I want to be.

### Samuel Anthony Zamloot (Sam)
To become a C.E.O. with a respected company.
Member of the baseball team, Business Club
Trips to Florida with the baseball team.

*You are cordially invited
to share an evening
with
Upsala College's Class of
1989
at their
Senior Dinner Dance
Friday, the fourteenth of
April
nineteen hundred and
eighty-nine
at seven o'clock in the
evening
Ramada Hotel
Route 3
Clifton, New Jersey*

*semi-formal attire*









43

# UPSALA COLLEGE
### EAST ORANGE, N.J. 07019

March 6, 1985

I have the pleasure of informing you that the admissions committee has approved your application to a baccalaureate program at Upsala College beginning Autumn, 1985. Your admission is granted on the strength of your academic record to date, and is contingent upon your final senior grades being satisfactory. Please arrange to have your official, final transcript sent to this office as soon as it is available.

It is necessary that I advise you at this time about Upsala's matriculation fee, which you may remember was described in the instructions that accompanied your application. Please complete the enclosed card and return it with a check or money order for $100 by May 1, 1985. Although the matriculation fee is nonrefundable prior to your first enrollment at Upsala, you can qualify subsequently either for credit to your Upsala account if you remain through graduation, or refund if you should withdraw from the college before graduation.

In the weeks ahead you will receive communications concerning your enrollment at Upsala. Your cooperation in responding promptly to any requests will be greatly appreciated.

I am excited for you at the possibility that Upsala may help to shape your future. I hope that you are too. If I may be of further assistance please do not hesitate to call me at (201) 266-7191.

Sincerely,

*Phyllis T. Walker*

Phyllis T. Walker

Director of Admissions
PTW:sd
Enclosure

# Upsala College



Upon the recommendation of the Faculty and
the Board of Trustees
hereby confers upon


the degree of

## Bachelor of Science

with all the rights and privileges thereto appertaining.
In testimony whereof we have affixed our signatures
at East Orange, New Jersey, this sixth day of May, 1989.

_____
Chairman, Board of Trustees



_____
President

45





*The Board of Trustees, the Faculty*

*and the*

*Graduating Class of*

*Upsala College*

*cordially invite you to attend the*

*Nineteen hundred and eighty-nine*

*Commencement Exercises*

*East Orange, New Jersey*











M
A
Y

6







# Candidates for Degrees

*(Graduates and honors listed in this program are based on seven semesters of work. All honors listed on diplomas and/or transcripts are based on the full record of all work at Upsala College.)*

## Bachelor of Arts

Haleemah Abdulmuhaymin
Rose Marie Afonso
William R. Alex**(s)
Patrick F. Allen
Odette G. Almeida
Juan Carlos Alonso
Sharon C. Anglin
Jack A. Aniboli
James D. Apple III(s)
Ramon Luis Aquino(s)
Chris Audinis
Vernita Baker
Bryan E. Bartley(s)
Gabriel Bercovici
Eileen Freda Berkowitz*
Pauline E. Best(s)
Edward R. Bogash*
Brenda Gail Boxley
Maxine Brown
Pauline Carides*
Ronit Chromoy***
Raymond F. Cielo
Rosaria Cirrincione
John R. Corallo Jr.
Esther Pauleus Couloute
Donna Eileen Creanza*
Margaret Susan Crocker
Donnette Andrea Cruickshank
Elizabeth Anne Czepiel**
Rimon Albert Dakar(s)
Charlene Davis
Warren Lee Davis, Jr.
Carol DeFalco
Brian J. Decker
Alexander P. Devanas(s)
Michele DiGuiseppi
Frank Richard Dimaria
Katie D. Dortch(s)
Debra Marie Drew***
Chika N. Ezeokolie
Giacomo Fiorenza
Anna Marie Foschini
Wanda A. Freeman

\*\*\* Summa Cum Laude
\*\* Magna Cum Laude
\* Cum Laude
(s) Students Completing Degree
Requirements During Summer, 1989

David R. Frisk
Michael J. Gehringer**
Silvana Gomez
Laura M. Gould(s)
Victoria Greene*
Franca Grieco
Felicia A. W. Hamilton(s)
Wendy Rene Hamilton
Eric Oliver Harris
Mark Craig Hicks(s)
Stephan E. Hoech***(s)
Douglas John Holt
Michael Allan Housman
Mark Iras
Margarita Jimenez
Charles Albert Johnson II
Joanne Joseph
Valerie Jovanovic
Anastasia Leigh Karlis
Kimberly Ann Kearney
Brian P. Kelly**
Chang Gun Kim
Peggy King
Joseph Manuel Labrincha
Robert William Lang*
Carol Ann Layton
Robert Anthony Luca(s)
Debra Ann Lynch
Romaine S. Lynch(s)
John Maolucci
Estelle Lorraine Maynard
Audrine Andrea C. McDonald
Louis D. McLaughlin(s)
Melissa Anne McShane(s)
Michael McAleavey
Leon Pierre Mettler*
Edward D. Miller(s)
Lisa Ann Minatee
Eulalia Del Rocio Moreno
Drew John Morrison(s)
Lena Felicia Nevola
Amy Christine Northrop
John F. O'Connell Jr.

Michael J. Orsulak
Evangelo J. Pallis
Andrew Pasqua
Martha Pauleus(s)
Maria Teresa Pego
Michele Francine Peoples
Phoebe Christine Pierson
Steven Rallis
Anthony John Recce
Tabatha Arnita Richardson
Merna Ann Ricks(s)
Joseph Anthony Riggio
Wendy Anita Rivers
Matthew T. Roberts
Shawn C. Robinson(s)
Iliana Rebeca Rodriguez(s)
Dawn Marie Rogers
Richard Alan Schwartz
Rick Scire
Titi O. Shodunke(s)
Manny M. Silva**(s)
Raegan S. Smith
Stefanie Lynn Smoke(s)
William H. Snellings**
Edward J. Starace Jr.
Karen Marie Stefaniak
Celeste Renee Stevens(s)
Sean Richard Stevens
Timothy Earl Stewart
Nancy Sue Swain
Nelson Tavares(s)
Patty Ann Thomas
Beverly Felecia Thompson
Sherie Derece Thompson
Thomas Gilbert Thorne
Marie Delphine Toussaint
Pieter G. Tsiknas*
Elizabeth Valente
James Joseph Walsh
Cynthia Arlene Walton***
Wanda Maria Watson
Dennis A. Wright(s)
Samuel A. Zamloot
Joseph Zuppa Sr.**

# Bachelor of Science

Denise Ophelia Adams(s)
Janet Alizadeh*
Valerio Amato
Carol Ann Andrejkovics***
Martine Andrieux
Barbara Atkins(s)
Alyson Dawn Backstrom***
Anne Barbera
Virginia I. Benecke*
Jacqueline E. Bombach*
Hubert Brutus*(s)
Jacqueline M. Bushong
Jean Lee Carroll(s)
Peter Charles Chapman
E. Deborah Christian(s)
Laure Marie Colonno*
Nancy Carol Compton*
Anne C. D'Souza*
Luis Oliver Decker
Janet G. Donadio**
Kim Maureen Earley-Taylor**
Brian S. Edelman
Deborah L. Ferguson
F. Gaylene Finch***
Linda M. Fliedner
Curtis Dionne Grimsley

Geoffrey G. Gunn
Sandra Gail Hansen
Deborah Jean Jacobson*
Kathryn Amidon Jimenez***
Gurvindra S. Johal**
John H. Johnson
Jean A. Jones**
Diane Marie Kahler(s)
Madonna J. Klepp
Khee Ngiap Koh
Manal Kotb
Linda Jean Legon**
Marie Mirlene Lindor
Joan Murphy Loftus
Ellene Grey Long
Madeline R. Mastrangelo*
Frank J. Mastromonica(s)
Sandra L. McCarthy***
Linda Mary Michaels*
Elaine Katie Motley*
Nancy Ann Nelsen
Thabo L. Ngubane
Nancy A. Noonan
Stephen F. O'Conor***
Alexander Coulter Oliphant IV***
Sitanshu Sumant Parikh

Shruti J. Patel**
Maria C. Peppard
Antonio B. Perez Jr.(s)
Marie Marjorie Pierre*
Rebecca Porco
Grant Walter Rome
Diana Schaaf-Sullivan
David Sealy
Clarence H. Seniors
John Adeawlal Shivdat
Maureen Anne Smith***
Rosanne E. Smulewicz
Dennis Patrick Smyth
Edward C. Taylor*
Mary A. Tihasek*
Georgina Ndjambi Tjipura
Pinkey C. Todman
Robert Michael Urban***
Merry D. Wagner**
Donald J. Walsh
Annetta E. Washer
Kathleen Mary White
Stanley Witczak III
Kerry Conley Wraga***
Beverly J. Zeiss**

# Bachelor of Social Work

Stephanie Joi Carson
Joanne Marie Graves**
Carol Ann Wing(s)

# Master of Science

## Counseling Services

Rose Christianna Pappas
Laura Ann Parr
Kim Tintle-Staats
Joette Marie Vecchione
Barry E. Wolfson

## Human Resource Management

Lynn Stanco Degen
John T. McNamara Jr.
Helen Marie Sorrentino
Joanne Tabeek
Marian Zuilkarinani

*** Summa Cum Laude
** Magna Cum Laude
* Cum Laude
(s) Students Completing Degree Requirements During Summer, 1989

# SEPTEMBER

| SUNDAY | MONDAY | TUESDAY | WEDN |
|---|---|---|---|
| NOTES:<br><br>**TIME** | **FOR** | **FAMILY** | |
| 4 | 5<br><br><br>Labor Day | 6<br><br>Move On<br><br>Campus | 7<br><br>1st<br><br>Boat |
| 11 | 12<br><br><br>Rosh Hashanah | 13 | 14 |
| 18 | 19 | 20 | 21<br><br><br>Yom |
| 25 | 26 | 27 | 28 |

# *1988*

| ...SDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | **1** | **2** | **3** |
| *Day* *Ride* | **8** | **9** | **10** |
| | **15** | **16** | **17** |
| *Kippur* | **22** | **23** | **24** |
| | **29** | **30** | |



# INTER-FRATERNITY COUNCIL



*The IFC is the governing body of all the fraternities on Upsala's campus. Its purpose is to help fraternities become better related with the Upsala community. The IFC sponsors fundraisers that benefit not just the fraternities, but the entire Upsala Community.*

*IFC Officers*

# INTER-SORORITY COUNCIL

*The ISC is the governing body of four of Upsala's sororities: Alpha Phi Delta, Gamma Sigma Sigma, Tau Beta Sigma, and Theta Beta Gamma. Its purpose is to foster unity and sisterhood between the sororities, promote friendship among Upsala Students, and improve various social aspects of the Upsala campus.*







*ISC Officers*

# ALPHA PHI DELTA



*Alpha Phi Delta sorority was founded in 1935 by seven women. It has gone through many changes over the years, but continues to stay a small group. Supporting each sister's individuality, the sorority supports Upsala through the varied activities of its sisters. They can be recognized by their green and white jackets.*

> *"Alpha Phi Delta, Sorority*
> *We'll be sisters through eternity!*
> *Green and white, our colors bright,*
> *Come and join our circle of light!"*



| | |
|---|---|
| Advisor: | Rose Pappas |
| President: | Jennifer Passaro |
| Vice-Pres.: | Debra McCoy |
| Treasurer: | Nancy Compton |
| Secretary: | Natalie Greer |
| Sister: | Elizabeth Golden |







54

# GAMMA SIGMA SIGMA

*In 1956, Upsala's only national service sorority was founded, the Gamma Sigma Sigma Mu Chapter. Their main purpose is to provide social and service activities not only to the school, but to the surrounding communities as well. The Gammas sponsor annual events such as the Toy Drive, Blood Drive, the Dating Game, and the Family Feud. One can spot the Gammas from afar because they are proud to sport their colors — maroon and white — on and off campus.*

*MOTTO: "Service, Friendship, and Equality"*

President: Donna Greene
Service Vice-Pres.: Evelyn Leadbeater
Membership Vice-Pres.: Edie Walters
Treasurer: Michelle DiGuiseppi
Secretary: Jessica Mansfield
Parliamentarian: Michael O'Callahan
**Members:**
Barbara Bernieri
Arlen Davis
Lisa Doctor
Laura Gould
Liz Howatt
Susan Lightner
Maurene Finnerty
Advisor: Lisa Smith













55

# TAU BETA SIGMA

*Tau Beta Sigma sorority was founded in 1921 at Upsala College to promote friendship and goodwill and to lend support to its activities and interests. The Taus are the largest and the second oldest sorority on campus. They can be seen wearing their colors: tan, brown, and scarlet. The Taus are proud of their scholastic achievements and look forward to their many activities such as candy and bake sales, send-a-friend-a-flower sale, spaghetti dinner, Tau Happy Hours, and their annual Christmas Party. Finally, the Taus end the year with a closed formal in the Spring to welcome their new sisters into the sorority.*



*Advisor: Dr. Gary Porter*
*President: Gina Cardinali*
**Sisters:**
*Charis Adami*
*Janien Barrios*
*Elaine Characopos*
*Gina Diamond*
*Rachel Goldman*
*Stephanie Holtzer*
*Valerie Jonavic*
*Carol Laginha*
*Kyung Soon Lee*
*Fabiana Machado*
*Michelle Martinez*
*Sandra Masias*
*America Molina*

*Christy Moraites*
*Loli Moreno*
*Mylene Paquing*
*Teri Pego*
*Deanna Revie*
*Llina Rogers*
*Iliana Rodriguez*
*Jennifer Schoenek*
*Barbara Stott*
*Nancy Swain*
*Lori Vogel*
*Michelle Wickel*





# THETA BETA GAMMA



*Theta Beta Gamma, the oldest sorority on campus, dates its history from 1918, when a group of co-eds banded themselves together to promote and contribute their interests and activities to the social system of Upsala. Active in many campus functions, the Thetas are still able to sponsor their own activities such as candy sales, late-nite bake sales, Halloween send-a-friend-a-flower, Fall Formal, Credit Card Application Stand and the OBr 300 "Turkies" to name a few. The Thetas aim to instill a spirit of true comradeship among its members yet stresses the individuality of each sister who is united by a common love, concern and respect for her friends. True to the Theta symbol, the acorn, which signifies strength, the spirit of unity among the members is fostered continually by weekly meetings, close contact with alumni, guaranteed "big sister" to help with college life "dilemmas" and the annual beer-becue in the summer. The Thetas have done much to add to happy memories of college life, not only for their own members, but for other students as well.*



*Advisor: Joan Brown*
*President: Patty Ann Thomas*
*Recording Sec.: Carol Layton*
*Corresponding Sec.: Judy Bromirski*
*Treasurer: Sioux Klie*
*Sisters:*

| | |
|---|---|
| *Annette Arocho* | *Maryann Kudlacik* |
| *Carrie Banacki* | *Marina Logerie* |
| *Lee Ann Burns* | *Nancy May* |
| *Carla Carter* | *Traci Lynne Ramos* |
| *Maribel Cortez* | *Leslie Unger* |
| *Frances Ferrer* | *Danielle Washington* |
| *Jennifer Heller* | |





# ALPHA KAPPA PSI

*Alpha Kappa Psi, the National Professional Business Fraternity, was founded in October 1904 at New York University. One of the aims of AK Psi is to educate the public to appreciate and demand higher ideals and foster scientific research in business. Their radiant colors of navy and gold can be seen when walking along the hallway of the Business Department; truly a class on their own.*

### THE CREED OF ALPHA KAPPA PSI

*Alpha Kappa Psi recognizes that*
*We live in deeds, not years:*
*In thought, not in breath:*
*In service, not in figures on the dial.*
*We count the time by heart throbs,*
*When they beat for God, for man,*
*    for duty.*
*He lives most who thinks most,*
*Is noblest, acts the best.*





President: Michele DiGuiseppi
Vice-Pres. (Int.): Bob Maclean
Vice-Pres. (Ext.): Michelle Martinez
Treasurer: Stefanie Smoke
Rec. Sec.: Sutanah Whitfield
Corr. Sec.: Wanda Johnson
Master of Rituals: Sean Stevens
**Members:**
Patrick Allen
Sue Bower
Carla Carter
Tom Curran
Joan Dolder
Laura Gould
Darren Gray
Gary Haith
Mark Hicks
Michelle Hicks
Brian Joho
America Molina
Kassie Niece
Antonio Perez
Eric Reynolds
Merna Ricks
Sonya Ristau
Henrietta Smith
Celeste Stevens
Leon Taylor
Sherie Thompson

# CAMEL DRIVERS

The Camel Drivers started off as an intramural athletic team. In 1964, they were recognized under the name "Kha Ba Alif" which represents "ability, backbone, and concentration." Their main purpose is to promote friendship, stimulate scholarship, and develop character through social, athletic, academic, and service activities. Because of their high scholastic rating, positions of prominence are held by its members in student government and other clubs. The Camel Drivers can be seen sponsoring events such as the Blood Drive (with Gamma Sigma Sigma) and the Camel Driver Coloring Book. They can be seen around campus in their green and white jackets. They are also proud of tying as First Place winner of the 1988 Homecoming Banner Contest and the champs of the Intramural Volleyball. "It is said: he who has learned to laugh at himself has truly learned."



*Advisor: David Anderson*
*President: Allyson Backstrom*
*Vice-Pres.: Tammy Hackenberg*
*Secretary: Dave Gorman*
*Treasurer: Jackie Bushong*
*I.F.C. Rep.: Matt Podracky*
***Members:***
*Gordon Astwood*
*Tracy King*
*Bill Conrad*
*Kathy Carson*
*Melissa King*
*Carol Schaebel*
*Immanuel Muremi*
*Jae Mundy*
*Glen MacAffee*
*Jose Rodriguez*
*Selma Ismene*
*Elsabe Nel*
*Nori*
*Joan Dolder*
*Sonya Ristau*
*Sue Bower*
*Tony Traversi*
*Leon Mettler*







# RHO ALPHA PHI

Rho Alpha Phi was founded in September 1937 (and re-established in 1984) by a group of young men realizing that their ideals and interests were different from those of the existing fraternities. It is the main aim of this fraternity to bind its members and future associates into fraternal ties so that through well-organized efforts they might further the chief interests of Upsala. From the very beginning, this group has shown itself a staunch supporter of all activities of college life. This organization is also proud to show a good scholastic rating and representation in school athletics.

President: Carlo Caparruva
Vice-President: Kevin Egan
Treasurer: Mike Mischler
Secretary: Rick Labbe
Sgt.-at-Arms: Ed Miller
Hist. Sec.: Mike Surowiec
Soc. Dir.: John Beck

**Members**

| | |
|---|---|
| Frank Dorfman | Jason Spages |
| Steve Grello | Robert Squeglia |
| Jim Fosbre | Matt Ahne |
| Lou Gagliardo | Sal Amato |
| Chris Hamler | Andre Anderson |
| Chris Hilleman | Jack Aniboli |
| Roy Jarrett | Tom Colavito |
| Bill Judge | Tommy Devaney |
| Gerry Krivda | Rick Hauser |
| John Ronneberg | Dennis Smyth |
| Gerard Sachewicz | Gregory Stevens |







# THETA ALPHA SIGMA



The Theta Alpha Sigma is a co-ed fraternity founded in the Spring of 1987. Its purpose is to provide the commuters of the Upsala Campus with an organization to help make them become a more active part of the college community.

President: Lori Cameron
Vice-Pres.: Joe Molinaro
Secretary: Jose Leites
Treasurer: Marlene Gutierez
**Members:**
*Marcey Fordney*
*Robin Porter*
*Doug Potts*
*Steve Rallis*
*Ana Tome*





# THETA EPSILON

The Theta Epsilon Omicron Iota fraternity, the Olympian GODS, claims priority in age among the social organizations at school. It dates its history back in 1899 when the inhabitants of Mt. Olympus, as the Old Main in Kenilworth came to be called, assembled and called themselves the "GODS." The GODS is a purely social organization, striving its way to further the social spirit at school and binding its members with true fraternal ties — to promote brotherhood, pride, togetherness and respect within Theta Epsilon. Recognized by their paddles, the GODS occupy a prominent place in the life of Upsala. With its traditions and history embodying mysterious events, the GODS is the only fraternity to survive inception. They have never been re-established because the customs and ideals of old Mt. Olympus have been retained.



Zeus: Dave Frisk
President: Willy Taylor
Vice-Pres.: Matt Gegenfurtner
          Rolf Figdore
Treasurer: Craig Cheetam
Secretary: Andrew Brady
Sgt.-at-Arms: Steve Leyendecker
Chaplain: Doug Kent
Brothers:
Matt Greene
Anthony Janish
Mike Janish
Pete Johnson
Pete Lutot





| A | B | Γ |
| Δ | E | Z |
| H | Θ | I |
| K | Λ | M |
| N | Ξ | O |
| Π | P | Σ |
| T | Υ | Φ |
| X | Ψ | Ω |























# OCTOBER

| SUNDAY | MONDAY | TUESDAY | WEDN |
|---|---|---|---|
| NOTES:<br><br>**TIME** | **FOR INV** | **OLVEME** | **NT** |
| 2 | 3 | 4 | 5 |
| 9 | 10<br><br>Columbus Day | 11 | 12 |
| 16 | 17 | 18 | 19<br><br>Wine<br><br>Cheese |
| 23<br><br>30 | 24 Yearbook<br><br>Pix<br><br>Halloween  31 | 25<br><br>Yearbook<br><br>Pix | 26 |

# *1988*

| WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| *NT* | | | **1** |
| | **6** | **7** | **8** |
| **2** | **13** | **14** | **15** Homecoming |
| **9** Vine and Cheese Party | **20** | **21** | **22** |
| **6** | **27** Halloween Party — Pub | **28** Fall Break | **29** |

# The Senior Class of 1989!



*Wine and Cheese Party in the Pub*

The Senior Class has been working up to this moment for four years. Every year, whether as freshmen, sophomores, or juniors, they have been the class to watch. This year they outdid themselves. The year began with the traditional Wine and Cheese Party. They moved quickly along to many fund-raisers, from Halloween pumpkins to Easter baskets. A Food Drive was implemented for Thanksgiving, soon followed by a Christmas Bazaar. They had an activity for everyone — either knocking yourself out on the volleyball court or matching wits in Pictionary. But whether you went to play, be entertained, or just for the free food, you always had a good time. That was their motto — let the good times roll for now and always!









*Knocking 'em dead on the courts!*

68

## *Christmas Bazaar — Ho! Ho! Ho!*





## *Pictionary — it looks like a, Oh! . . .*







*Senior Class Officers*

President:        Stefanie Smoke
Vice-President:   Wendy Hamilton
Secretary:        Donna Creanza
Treasurer:        Tabitha Richardson

69

# *The Student Government Association*





*The Executive Board*



*S.G.A. President*

*Tracy King*



*Senators hard at work?*

## The Executive Board

President:          Tracy King
Vice-President:     Ed Bogash
Secretary:          Natalie Greer
Treasurer:          Bob Luca
Attorney General:   Carlo Caparruva
Liaison:            Elizabeth Czepiel
E.P.C.:             Allyson Backstrom
P.P.C.:             Kathy Carson
Publications:       Kevin Egan
Elections:          Loly Moreno
Programming Assistants:
    Gina Ulysse
    Melissa King

*Advisor: David R. Anderson*

# *The S.G.A. Senate*

*Sr. Class Pres.: Stefanie Smoke*

*Sr. Class Senator: Melissa McShane*

*Jr. Class Pres.: Pete Lutot*

*Jr. Class Senator: Kevin Phalon*

*Soph. Class Pres.: William Judge*

*Soph. Class Senator: America Molina*

*Soph. Class Senator: Leann Burns*

*Fr. Class Vice-Pres.: Brenda Crespo*

*Humanities Division Senators:*

  *Donnette Cruickshank*

  *Laura Zerbian*

*Social Science Division Senators:*

  *Natasha Zivanov*

  *Wendy Hamilton*



# *The Pre-Law Club*



## *Officers*



## Members

*President: Lori Cameron*
*Vice-President: Ed Bogash*
*Secretary: Melissa McShane*
*Treasurer: James Johnson*

| | |
|---|---|
| *Carlo Caparruva* | *Joe Molinaro* |
| *Pauline Carides* | *Diane Smith* |
| *Marlene Gutierrez* | *Tracy King* |
| *Joann Joseph* | *Tracy Marshall* |
| *Shannon McGhee* | *Liz Pappas* |
| *Liz Valente* | *Maxine Ramhi* |
| *Eric Orseck* | *Duarte Cardoso* |
| *Hercules Vogratzidakis* | |

*Advisor: Prof. Art Paulson*

*The purpose: To establish an extracurricular outlet for trips to the Law School Forums in New York City and Washington, D.C. for prospective law students. We also assist students in obtaining information which is pertinent to legal studies.*

# *The Political Science Club*



## *Officers*



## Members

*President: Ed Bogash*
*Vice-President: Pauline Carides*
*Secretary: Natasha Zivanov*
*Treasurer: James Johnson*
*Advisor: Prof. Lee*

| | |
|---|---|
| *Laura Zerbian* | *Glen Darden* |
| *Lori Cameron* | *Melissa McShane* |
| *Michael McGuire* | *Carlo Caparruva* |
| *Diane Smith* | *Shannon McGhee* |
| *Joanne Joseph* | *Liz Valente* |
| *Richard Schwartz* | *Tavia Fisher* |
| *Eric Orseck* | *Steve O'Conner* |
| *Duarte Cardoso* | *Orlando Lugordo* |
| *Tracy King* | *Danni Washington* |
| *Tom Curran* | *Brian Johal* |

*The Purpose: To encourage student inter-action, i.e. — debates. Activities include speakers, lectures, trips, Presidential Mock Election, voter registration, trip to the U.N., and guest speakers.*



# The Literary League



*Kathy Carson
President*

**Officers:**
*President: Kathy Carson
Vice President: Wendy Rivers
Secretary: Dave Macheska
Treasurer: Ken Roberts
Advisor: Louise Simons*

*The Literary League was founded in the fall of 1988 by Kathy Carson and Gina Ulysse. They wanted to create an outlet for English majors and those interested in literature. Over the past year, they've gone to a poetry festival in Waterloo Village and had two poets from there read at Upsala — Dan Lusk and Michael Weaver. They've sponsored films with the PA's and FOCI, an open poetry reading featuring students and faculty, and trips to Broadway plays like "Speed the Plow". The year's events culminated with their winning the most outstanding NEW organization award of 1988-89.*

## Members

Kathy Carson
Bill Conrad
Donnette Cruickshank
Vivian Fernandez
Elyssa Gunderson
Alia Jebara
Mirlene Lindor
David Macheska
Beth Marcazzo
Ennio Martinez
Debbie McCoy

Mike O'Callaghan
Phoebe Pierson
Tabitha Richardson
Wendy Rivers
Kenneth Roberts
Kirsten Sejda
Gina Ulysse
Kevin Yoshioka
Daryl Smith
Brenda Crespo

# Business Club



*Officers*



*Members*

*President: Pat Demaro*
*VP: Joe Grandinetti*
*Treasurer: Ed Bogash*
*Secretary: Cheryl Franchino*

*John Wheeler, Wendy Hamilton, Joanne Joseph, Stefanie*
*Smoke, Mike Verdi, Kevin Yoshioko*
*\*Despite the efforts of the yearbook staff, we were unable to*
*obtain the names of any other members.*

# Psychology Club





MC156

*"Tipping the scales of sanity"*



*Officers*

President: Dawn Frenzel
Secretary: Laura Zerbian
Treasurer: Cheryl Franchino

| | |
|---|---|
| Natasha Zivanov | Matthew Podracky |
| Elizabeth Golden | Charles Bell |
| Ed Bogash | Teress Moody |
| Marc Barfield | Jewell Mack |
| Sue Klie | |

   The purpose of the Psychology Club is to get students to effectively communicate with one another in a socially responsible way. Psychology is the study of the mind and overall behavior. The club allows individuals to express and share their emotions and thoughts with fellow students, which in turn creates a relaxed atmosphere and an enjoyable learning experience for all. The club's activities consist of speakers, lectures, and trips which are relevant to the field of psychology.

# *Forensics*






*David Anderson and Deborah Heilbrun*

Forensics is competitive public speaking and oral interpretation of drama. The "Vocal Vikings" were formed in January of 1988 by David Anderson. He had competed in the sport at Montclair State College and Ohio University. Together with Deborah Heilbrun, they sought to develop the public speaking talents of Upsala students. A lot of time was spent on the road, in hotels, and at strange schools. Last year the team made it to the National Forensic Association at Arizona State University and this year we were the proud hosts of the tournament. It is the culmination of a year's preparation of forensicators across the country and a lot of hard work on Upsala's part. It was an exciting five days and came off well due to the efforts of the campus-wide community.

Sadly, this year the team is without David Anderson. He will be missed and remembered, for he brought a lot of skill and enthusiasm to the Vocal Vikings. He made it a valuable experience for all concerned.

Kathy Carson, Captain
Elizabeth Golden
Tracy King
Spencer Snygg
Gina Ulysse

# Tri-Beta, Biological Honor Society



**Members**
*Sham Ramrattan, Pres.*
*Gurvindra Johal*
*Mirline Lindor*
*Marie Pierre*
*Bill Judge*
*Jim Choi*
*William Walton*
*Mike Verdi*
*Kyung Soon Lee*
*Alia Jebara*
*John Shivdat*

*Advisor: Prof. Sook Choi*

# Upsala College Gospel Choir

**Members**
*Stacy Fannin, Pres.*
*Timothy Collier, Vice Pres.*
*Romaine Lynch, Sec.*
*Verneta Baker*
*Latrice Boyd*
*Jacy Davis*
*Wendy Morris*
*Granger Kee*
*Darren Gray*
*Tereasa Randolph*
*Michelle Brown*
*Mark Mosely*
*Carine Antione*

*Advisor: Johnetta Nelson*



# Learning Center



| | | |
|---|---|---|
| Terry Brothers | Sham Ramrattan | Phoebe Pierson |
| Chuck Behrmann | Zack Snygg | Shruti Patel |
| Kathy Carson | John Shivdat | Wendy Rivers |
| Annette Cruickshank | Wilsie Sejour | Richard Schwartz |
| Elizabeth Czepiel | Elizabeth Golden | Tony Traversi |
| Robert Lang | Michael O'Callaghan | Florence Lotz |
| Marilyn Naar | Gina Ulysse | Claire Poisbeau |
| Alyson Backstrom | Brenda Crespo | Kyung Soon Lee |
| Jarvindra Johal | William Conrad | Alia Jebara |



*Deborah Heilbrun*
*Director*

*Quiet!!!*
*Learning in Progress!*



# Upsalite 1989!

## Staff:



*Editor-in-Chief: Nancy Compton*
*Assistant Editor: Wendy Hamilton*
*Layout Editor: Kathy Carson*
*Photography Ed.: Wendy Rivers*
*Advisor: Kristen Perrson*

| | |
|---|---|
| Melissa King | Stefanie Smoke |
| Rich Schwartz | Donna Creanza |
| John Cullen | Fran Ferrar |
| Chuck Cole | Maribel Cortez |
| Loly Moreno | Mike O'Callaghan |
| Kirsten Sedja | Elyssa Gunderson |
| Donnette | |
| Cruickshank | |

*\*A special thanks to all those who donated photos and bought boosters. We appreciate your help!!*

   *Making a yearbook is a crazy process that starts with a lot of brainstorming and creative planning and ends up with photos flying everywhere and copy buried under something — no one knows where. There were setbacks — film got ruined in the developing process and as deadlines came closer, it became crazier until finally, the end was in sight. The yearbook would be done — maybe not on time, but after four years at Upsala what did you expect? So enjoy — look back on memories of one of the most special parts of your life. Somehow, I don't think any of us could forget a thing . . .*









*Wendy is getting ready for a group photo session — or is it musical chairs?*








*Taking pictures for the yearbook is a year-round job!*






*The "photographers" take a break and pose for the camera.*



# FOCI

Editor: Gina Ulysse
Asst. Editor: David Macheska
Staff: Estelle Maynard
        Debbie McCoy
        Kyung Soon Lee
        Gary Shainheit
        Tony Traversi
Advisor: Del Earisman



"The Question"

When it hurts you to think and it hurts you to know
and it hurts you just to believe
and you lie there alone in the darkness
reminding yourself to breathe

And the one that you Love and the one that you Hate
aren't two people, but the same
and your body shakes and your head explodes
and you don't even know your name

And then Memory cuts you subtly
like a razor blade . . .
deep, sometimes going unnoticed
until the wound's already been made

When the roof is coming down on you
and the walls are closing in
and the only tangible thoughts you have
are those of where you've been

When vitality is running low
and pain is running high
and all the thorns take over
and all the roses die

And the weather's always cold and dark
and no one stops the rain . . .
Is it really better to have Loved and lost
when it causes so much pain??

Sioux Klie

*U P S A L A*



*G A Z E T T E*

Editor: *Phoebe Pierson*
Asst. Editor: *Michael O'Callaghan*
Layout: *Patrick Allen*
Sports Editor: *Sean Stevens*

Advisors: *James Lovell, Deborah Heilbrun,*
*and Steve Krinsky*

Distribution: *Theta Epsilon*

## STAFF

*David Macheska*
*Richard Schwartz*
*Zack Snygg*
*Wendy Rivers*
*Florence Brooks*
*Waindel Bel Zaire*
*Kathy Carson*
*Donnette Cruickshank*
*Wendy Hamilton*
*Amy Hemeleski*
*Elizabeth Czepiel*
*Michele Lake*
*Sham Ramrattan*



*Mike and Phoebe*
*"editors"*

# Bookstore



## Staff:

*Manager:*
*Dave Gorman*
*(see left)*
*Jennifer Heller*
*William Judge*
*Maryann Kudlacik*
*Sophia Merunka*
*Kevin Phalon*
*Jennifer Schnoenek*
*Sean Stevens*
*Dannielle Washington*
*Leslie Unger*



# WFMU    91.1

Upsala's own free-form radio station! Next year, Ken Freedman, Station Manager (below) and his crew will be relocating to Avatar House on Springdale Ave. (see left). The buck may stop at the Business Office, but at WFMU the music never stops . . .





# WORKSHOP 90

### Electra *by Sophocles*
### *(Feb. 23-27, 1988)*

*Orestes: Jeff Prosetti*
*Electra: Elyssa Gunderson*
*Servant of*
*Orestes: Steven Nolan*
*Chorus: Leigh Burke and*
*Jennifer Schoenek*

*Choregus: Charis Adami*
*Chrysothemis: Kirsten Sjogren*
*Clytemnestra: Rachel Goldman*
*Aegisthus: Mark Williams*
*Pylades: Kevin Phalon*

### Cloud 9 *by Caryl Churchill*
### *(April 12-16, 1988)*

*Act One:*

*Clive: Steve Nolan*
*Betty: Norman C. Richter*
*Joshua: Rich Simcoe*
*Edward: Gina Diamond*
*Victoria: As herself*
*Maud: Pauline Carides*
*Ellen and*
*Mrs. Saudners: Kirsten Sjogren*
*Harry Bagley: Mark Williams*

*Act Two:*

*Betty: Gina Diamond*
*Edward: Norman C. Richter*
*Victoria: Pauline Carides*
*Martin: Steve Nolan*
*Lin: Kirsten Sjogren*
*Cathy: Rich Simcoe*
*Gerry: Mark Williams*









# An American Playwright's Festival
## *October 11-15, 1988*

**The Blue Hour** *by David Mamet*
*Prologue: Norman C. Richter*
*Doctor:*
  *Woman: Jennifer Schoenek*
  *Doctor: Kevin Phalon*
*Two: Michele Martinez*

*Cold:*
  *A: Jeff Prosetti*
  *B: Norman C. Richter*
*The Hat:*
  *Customer: Kathy Carson*
  *Saleswoman: Rachel Goldman*
*Sermon: Norman C. Richter*

**Ludlow Fair** *by Langford Wilson*
*Rachel: Charis Adami*
*Agnes: Gina Diamond*
*Open Admissions:*
*Alice: Elyssa Gunderson*
*Calvin: Wayne Smith*







**Laundry and Bourban**
*by James McClure*
*Elizabeth: Dierdre Yates*
*Hattie: Jennifer Schoenek*
*Amy Lee: Charis Adami*

86

*Key Exchange by Kevin Wade*
*February 28 to March 4, 1989*



*Philip: Jeff Prosetti*

*Micheal: Wayne Smith*

*Lisa: Jennifer Schoenek*









**Extremities** *by William Mastrosimone*
*April 18-22, 1989*

*Marjorie: Elyssa Gunderson*
*Raul: Jon Ronneberg*
*Terry: Charis Adami*
*Patricia: Elania Lewis*

**Lone Star**
*December 6-10, 1988*

*Roy: Jeff Prosetti*
*Ray: Wayne Smith*
*Cletis: Norman C. Richter*

























# Student Activity Awards

**SENIOR CLASS**
*Wendy Hamilton*
*Stefanie Smoke*
*Donna Creanza*

**GAZETTE**
*Phoebe Pierson*
*Michael O'Callaghan*
*Wendy Rivers*

**GAMMA SIGMA SIGMA**
*Lisa Doctor*
*Evelyn Leadbeater*

**INTER-FRATERNITY COUNCIL**
*Rolf Figore*
*Allyson Backstrom*

**LATIN AMER. UNION**
*Antonio Perez*
*Gabriella Juarez*

**CAMEL DRIVERS**
*Tracy King*
*Matthew Podracky*

**RACHEL CARSON CLUB**
*Thomas Curran*
*Brian Joho*

**INTERNATIONAL STUDENT ORG.**
*Kurt Skrete*
*Florence Lotz*

**PRE-LAW CLUB**
*Lori Cameron*

**UPSALITE**
*Kathleen Carson*
*Wendy Hamilton*
*Richard Schwartz*
*Wendy Rivers*
*Donnette Cruickshank*

**THETA ALPHA SIGMA**
*Joe Molinaro*

**ADMISSIONS ASS'T**
*Warren Davis*
*Brian Bartley*

**BLACK STUDENT UNION**
*Mark Barfield*
*Donnette Cruickshank*

**TRI-BETA**
*Kyung Soon Lee*
*Sham Ramrattan*
*Michael Verdi*
*Marie Pierre*

**PROGRAMMING**
*Gina Ulysse*
*Melissa King*

**FORENSICS**
*Kathy Carson*

**\*WHO'S WHO\***
*Allyson Backstrom*
*Brian Bartley*
*Edward Bogash*
*Nancy Compton*
*Donnette Cruickshank*
*Elizabeth Czepiel*
*Warren Davis*
*Wendy Hamilton*
*Gurvindra Johal*
*Robert Luca*
*Shruti Patel*
*Phoebe Pierson*
*Wendy Rivers*
*Richard A. Schwartz*
*Stefanie Smoke*

*Talking to myself and feeling old*
*Sometimes I'd like to quit,*
*Nothing ever seems to fit,*
*Hanging around, nothing to do but frown,*
*Rainy days and Mondays always get me down.*

— The Carpenters
*"Rainy Days and Mondays"*



*A Walk in the Park*

*In the park,*
*I pass the time away*
*Living old experiences*
*In a new way.*

*I sit by the stream (which flows on forever)*
*I run in the field,*
*Take dizzying spins on the merry-go-round,*
*And stand and laugh as the leaves float down*
*(each leaf a moment of passing years)*

*I don't think of growing old . . .*
*And parting this place,*
*As I know I must.*

*Instead, I stand (not counting the leaves)*
*Laughing at the little children playing by the stream.*

*Once I talked to the children,*
*And told them I was a painter who wanted to fall in love.*
*They told me*
*They were little children who wanted to be birds.*
*A hard rain fell gushing through the drain pipes.*
*The colors of my imaginary canvas washed away in the stream.*

*The children flew away.*

*I stood in the rain —*
*Unloving;*
*Unloved.*

— David R. Anderson

## David R. Anderson
### 1958-1989

Upsala will not seem the same since the loss of our Student Activities Director, David Anderson, on June 4, 1989. His passing was felt deeply by those who knew him well and loved him dearly. David was definitely a man with his own views, opinions, and judgments, but all will agree that David's sincere and honest commitment to Upsala, and especially to the students, was appreciated and treasured by everyone.

David attended Montclair State College and received his bachelor's degree in 1980. In 1983 David received his Master's Degree in Educational Administration from Ohio University.

David came to Upsala in 1986 to become the Director of Student Activities. From that day on David's pursuit of excellence and his deep commitment to the college would be felt by all. He formed the first Forensics Team at Upsala College and coached this team to third place in the New Jersey State Tournament. Soon after, his team took 21st place in the National Forensics Tournament 1988, division of small colleges, held at Arizona State University. He was also responsible for the National Forensics Tournament being held at Upsala this past April.

David was a remarkable man whose commitment and accomplishments will never be forgotten. Our love and our tears are extended to his family, and our thanks, respect, and admiration for David will never be lost.

— Tracy King



*UPSALA•UPSALA•UPSALA•*
*UPSALA•UPSALA•UPSAL*
*A•UPSALA•UPSALA•U*
*PSALA•UPSALA•U*
*PSALA•UPSALA•*
*UPSALA•UP*
*SALA•UPS*
*ALA•*















UPSALA•UPSALA•UPSALA•UPSALA•UPSA-
LA•UPSALA•UPSALA•UPSALA•UPSALA•
UPSALA•UPSALA•UPSALA•UPSALA
•UPSALA•UPSALA•UPSALA•
UPSALA•UPSALA•UPSALA
•UPSALA•UPSALA•UP-
SALA•UPSALA•
UPSALA•UP-
SALA•UP-
SALA





*UPSALA•UPSALA•UPSALA•*
*UPSALA•UPSALA•UPSAL*
*A•UPSALA•UPSALA•U*
*PSALA•UPSALA•U*
*PSALA•UPSALA•*
*UPSALA•UP*
*SALA•UPS*
*ALA•*









# NOVEMBER

| SUNDAY | MONDAY | TUESDAY | WE |
|---|---|---|---|
| | | **1** | **2** |
| **6** | **7** | **8** | **9** |
| **13** | **14** | **15** | **16** |
| **20** | **21** <br> *Faculty / Student* <br> *Volleyball Game* | **22** <br> *Yearbook* <br> *Pix* | **23** |
| **27** | **28** <br> *Dry Campus* | **29** | **30** |

# *1988*

| | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | **3** | **4** | **5** |
| | **10**<br><br>Win Lose<br><br>Or Draw | **11**<br><br><br>Veteran's Day | **12** |
| | **17** | **18** | **19** |
| | **24**<br><br><br>Thanksgiving | **25** | **26** |
| | NOTES:<br><br>**TIME** | **FOR** | **FUN** |

# SPRING







W
E
E
K

















*Spring is the season of new life and new beginnings. The rain washes away all cold and new life appears everywhere.*

*It's said that all good things must come to an end and the spring semester is the end of every academic year. At Upsala, we follow the tradition of celebrating the end of the year and the departure of the senior class.*

*Yet, as in nature, Spring is a time of new beginnings; so it is here at Upsala. Spring Week sets aside a special time in which we may welcome our upcoming seniors to take the place of their predecessors.*

*The glowing embers of the burning "U" ignite the sky in flames for miles. As students burn the midnight oil for finals, Upsala College becomes the "hot spot" for activities.*

*We welcome you to celebrate with us each year as we revel for the coming of Spring. Spring Week — a time of sad good-byes and a time for the vibrance of new life to take its place among the old.*

*— Michael S. O'Callaghan*

101

# Homecoming



*Homecoming —*
*A time of remembrance,*
*Where past becomes present,*
*Where Alumni come home.*
*Memories resurface —*
*Yesterday again.*
*Upsala in October,*
*Coming home again.*

*by Michael O'Callahan*

Upsala's 1988 Homecoming celebration honored the Alumni Association. Along with other events and festivities was the flea market held in the gym. At the end of the booths were refreshments. Students, faculty, staff, alumni, and guests sat down and talked with old and new friends. Among the festivities was the annual tailgate party where Dean Titus' group won First Prize.





HOMECOMING

COURT





'The 1988 Homecoming Court members were elected by the student body in the spring of 1988 and were announced on the last night of Spring Week. The crowning took place during halftime festivities. (Not Shown: Allyson Backstrom and Matt Roberts.)



Stefanie Smoke
Edward Bogash

Carol Layton
Sean Stevens







Deanna Revie
Dennis Smyth

Donnette Cruickshank
Warren Davis

Wendy Hamilton
Jose Alicia

# Banner Parade Winners









**First Place:**   **Camel Drivers**
                    **Theta Beta Gamma**
**Second Place:**  **Tau Beta Sigma**
**Third Place:**   **Theta Alpha Sigma**

*CONGRATULATIONS*

1
9
8
8



Faculty and Administration joined the spectators in the stands to cheer Upsala's football team. Although the Vikings did not walk away the winners, they played a good game and gave the opposition a run for the money. Upsala's Gospel Choir gave their usual excellent performance in the College Center Lounge.
























*Seniors' (Real) Wine & Cheese Party*

# *HALLOWEEN*





**Pictured Above Left:** *James Fosbre and Stacy Fannin compete in Saga's (oops!) Marriott's pie-eating contest.*

**Pictured Above Right:** *Winner Again!!! Allyson Backstrom poses in her Mr. Potato-Head costume. 1988 was her fourth (and hopefully last) time to win the prize for best costume. Past winners are 1985 — a horse (with Gordon Astwood), 1986 — an Idaho car bumper, and 1987 — a test tube baby.*

**Pictured Right:** *Stefanie Smoke puts on the finishing touches so she can blend in with the campus bozos!*







*Trip to: The Halloween Parade Greenwich Village, NYC*



# Student

## *Volleyball*













# Faculty
## *Basketball*













# BOXER





# SHORTS





*One of the last major pub events before it went dry was the "Boxer Shorts" Contest held on November 10. As can be seen in the above picture, owning a pair of boxer shorts was not a requirement. This imaginative contestant used his "good old American know-how" and made a pair of his own out of briefs!*



Looking Back

**THE**

# UPSALA GAZETTE

FOUNDED IN 1905

Energetic Addition to Upsala

OFF TO A GOOD START

Never Again

My EF Experience

Vikings

Over the past four years, the Gazette has served as an important forum for campus happenings and acted as the voice of the student body. The newspaper had had its problems, with a fluctuating staff and an erratic publishing schedule, but each new editor and staff has tried to present Upsala to us as it really is. From freshman year to Senior year, we've weathered a strike, three presidents, fights in the pub (until we went dry), good times, bad times, and times we'll never forget.

**Upsala Kick's Off the New Year**

## US News & World Report ranks Upsala 8th out of 74

Never Forget

WFMU Gets New Station Manager

Commuters The Mobile Majority

The Ghost of English House

What is A.M.M.O.?

## I've Been There And There Ain't No Turning Back

BSU meets students needs

**Views vary as strike is postponed**

Education

**WHY SHOULD YOU BE A**

**Presidential Search Continuing**

**Al(hic)cohol Aware(hic)ness Week is a success**

**S O C**

Where have all the good times gone?

Upsala Biological Society, Beta Beta Beta

Lady Vikings-On the Move

Workshop 90 Presents...

Judicial Board Meeting Held

Felder Goes Before Coun

Rudolph Resig

Bricketto Me



Strike continues. . .

**CAMPUS NEWS**

**Upsala Welcomes New President**

**Upsala Welcomes James Morgan**

CLS President Strives in Full Force

Kenbrook Chats

**NEW COURSE REQUIREMENTS FOR UPSALA**

The Upsala Zone     By: John P. Bebowicz

**Greek Beat**

FACULTY PROFILE
Prof. Ali Kamali

Bus Stop At Workshop 90

**Upsala: "One Big**

**Happy Family"**

Bookstore Take-over
National Retailer on Campus

**Strike Ends After 8 Months**

The Myth of the Melting Pot:
Appreciating Our Differences

Security Incidents

**SOPHOMORE SECRETS**

WHAT'S FOCI ??????????

Placement Advisory Service
A Positive Approach to Job Search

**Rodents Rally At IFC Rat Race**

**Voice of the Students**

Vikings continue to struggle

CD Review

EF and the International Students
A Cultural Experience
Organization

Upsala's Honors Program
New Members Welcomed

What's in a Major?

Upsala College:
The Land of Murphy's Law

Upsala mourns
Dr. Rhoda Freeman

Lady's Taking Charge

What's Wrong With The Vikings?

UpcHuc K BLahzeTte

UPSALA COLLEGE, SOMEWHERE NEAR NEW YORK

SEX SCANDAL
UNCOVERED IN
KENBROOK. SEE
COLOR PHOTO
SPREAD INSIDE

Schramm Pledges

Polito New CIA Chief?

ALL THE NEWS
THAT FITS.
WE PRINT.

Tutors On Probation
Learning Center Closes

Quinn Pinholes
Condom Supply

Pool To Be Installed

Ennis Named Knicks Head Coach

**Mets To Practice At Upsala**

Manuscript Found in English House

# UPSALA GAZETTE

New English House Pleases Many

College Reduces 1988-89 Regular Student Pay Budget

Upsala Celebrates New Semester at Convocation

UPSALA HIRES NEW SECURITY DIRECTOR

Upsala Chaplain Visits Nicaragua

REMEMBER
ON NOVEMBER 8TH
TO VOTE.
IT'S YOUR RIGHT AND DUTY
AS AN AMERICAN

Letters to the Editor........

A New President For Upsala?

Upsala College Bernadotte Lecture Series

Upsala College Goes Drip Dry

Zack Picks A Flick

Food For Thought: Pound Cake

International Students Club

## Upsala Welcomes New President

Karsten Named Upsala's Eighth President

Aerobic Classes at Gym: "Will it continue?"

Garden Planted in Memory of Halvorsen

Gazette Personals Blues

The Volleyball

GYM IS OPEN
12-12 - Everyday

Tracy King: An SGA President Profiled

Black Awareness Month- "28 Days of African Knowledge"

Professor Profile

Food Service: Better Than Ever?

Upsala Viking Soccer Team Rocks Bloomfield 6-3

Additions In Admissions

Films For People With Brains

FOCI kicks off Spring Semester

MOVIES, BANDS, PARTIES, SPRING WEEK

Upsala to Host National Forensics Tournament

Seniors, You're Not Alone

MEMORIES

Year End Senior Scoops

Student Awards Banquet Held

Crisis Management

Graduation

CONGRATULATIONS GRADS

Upsala Graduate Makes It

117



UPSALA GAZETTE

VICE PRESIDENT MORGAN Tells All

SGA Meetings

CG's "Rewrite Upsala Story" WITH CO-ED DAR The Retention Program

The Diary of Anne Frank

Pub Reopens

Polito Defends Security's Record Of Service

Balancing Liberal Arts And Business: Upsala Welcomes NJ Visiting Fellows

Fire At The Townhouses

Coffee House Opens

To Bus, Or Not To Bus causes Loop Frenzy

Schwartz Vows Changes In Pub Policy

Health Fair '88

"Ulympics"

WFMU— The FreeForm Alternative

Junior J

Beta Gamma/PAs

Midnight Culture Trip To

Rocky Horror Picture Show

Faculty Team Challenges Students In Basketball

SGA News

Upsala Hosts New Jersey Film Festival

Vikings Going Strong

The Clean House Award

Junior Jots

Vocal Vikings Talk Tough

What's A "Gold P"?

The "Gold P" Award

The Jokesters Win 1988 Intramural Championship

Upsala Places Third in State Tournament

Lady Vikings-On the Move

Electra— Totally Electric

Commentary: Pub Parties: Remedy Of Those Thursday Night Blues

Gazette to Move to College Center

Addition Plans Aborted

College Center Renovations underway

Radical Science Club Elects New Officers

Rachel Carson Health & Ecology Club: Health News

Have No Fear, The Learning Center Is Here!

Carson Named Gazette Player of the Week

President's corner

All I Ever Really Needed To Know I Learned In Kindergarten

College to Consider New Athletic Policy

Bloody Success

SGA Amends Constitution

Board Of Trustees Adopts Mission And Vision Statements

Women Continue Their Winning Ways

Football Vikings Announce Plans To Leave MAC

Men's Basketball

Upsala College Reevaluates Business Major: Corporate Executives Join Professors To Make Recommendations

Previews Of Upsala College: High School Seniors Get A Taste Of What College Is Really Like

The Black Student Union Is On

UPSY - DAISY

by Roy Downes. The Move

116

# WIRTHS

*"The Wirths campus is a branch campus of Upsala College accredited by the Middle States Association of Colleges and Schools and authorized by the New Jersey Board of Higher Education to grant the Associate in Arts and the Associate in Science degrees. Currently, eight programs leading to these degrees are offered. Students at the Wirths Campus also can complete the freshman and sophomore years of a four-year baccalaureate program and can continue at Upsala's East Orange campus or transfer to another college. In addition, the campus provides non-credit community service programs for the residents of Sussex County."*

*— Upsala College, Wirths Campus*

*1986/1988 Catalog*

*East Orange campus salutes Wirths Campus on their 10th Anniversary!*

# *CAMPUS*





# DECEMBER

| SUNDAY | MONDAY | TUESDAY | WEDNE |
|--------|--------|---------|-------|
| NOTES:<br><br>**TIME** | **FOR** | **ACTION** | |
| 4<br><br><br>Hanukkah | 5 | 6 | 7 |
| 11 | 12 | 13 | 14 |
| 18 | 19<br><br>E | 20<br><br>X | 21<br><br>A |
| 25<br><br>Christmas | 26 | 27 | 28 |

# *1988*

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 1 | 2 | 3 |
| 8 | 9 | 10 |
| 15<br><br>Yearbook<br><br>Pix | 16 | 17 |
| 22<br><br><br>M | 23<br><br><br>S | 24 |
| 29 | 30 | 31 |

# Upsala







# College





| Sept. | 11 | Trenton | A | | Oct. | 15 | Moravian | H |
|---|---|---|---|---|---|---|---|---|
| | 17 | Lycoming | H | | | 22 | Del. Valley | A |
| | 24 | Albright | A | | | 29 | Lebanon Val. | H |
| Oct. | 1 | Jersey City | H | | Nov. | 5 | Widener | A |
| | 8 | Wilkes | A | | | 12 | Juniata | A |

Jack Aniboli
Lawrence Archie
Anthony Avalone
Joe Ayles
Ian Basis
Jeff Campbell
Carlo Caparruva
Kevin Egan
Glen Fleming
Lou Gagliardo
Steve Grello
Chris Hamler
Walt Holliday
Mike Housman
Russell Jackson
Roy Jarrett
William Judge
Gerry Krivda
Rick Labbe
Ed Miller

Brian Milton
Mike Mischler
Marc Mosley
Thomas Odom
Doryn Palmer
Anthony Papadopolous
Cliff Repetti
John Rollino
Jon Ronnenberg
Gerard Sachewicz
Keith Scott
Robert Squeglia
Ashley Stayskal
Anthony Stevens
William Taylor
Phil Volpe
George Williams
Chris Wilson
Joe Wolfersberger
Richard Wright



**VIKINGS**

# Upsala

# M E N 'S



### ROSTER

Warren Davis
Herb Dixon
Steve Lewis
Nate Moore
Frank Prather
Mark Wilborn
Chuck Cole
Scott Snead
Darryl Holliday
Ted Sochaski
Darryl Newsome
Lamurr Jones



# College



**November**
| | | |
|---|---|---|
| 18 | Hunter College Tipoff Tnmt. | A |
| 19 | (Hunter, NJ Tech, Albany Pha.) | |

**December**
| | | |
|---|---|---|
| 1 | Castleton | A |
| 3 | St. Joseph's | A |
| 9 | Washington Col. Wild | A |
| | Goose Classic | |
| 10 | (Washington, Holy Family, Bloomfield) | |
| 29 | Upsala Holiday Tournament | H |
| | Widener vs. Castleton | |
| | SE Mass. vs. Upsala | |
| 30 | Losers | |
| | Winners | |

**January**
| | | |
|---|---|---|
| 6 | Kean Cougar Classic | A |
| 7 | (Kean, NY PolyTech, Bridgewater) | |
| 9 | Lynchburg | H |

**January**
| | | |
|---|---|---|
| 12 | C.C.N.Y. | H |
| 16 | Catholic | H |
| 18 | Lehman | H |
| 23 | Kean | A |
| 26 | Manhattanville | A |
| 30 | Staten Island | A |

**February**
| | | |
|---|---|---|
| 2 | FDU-Madison | H |
| 4 | Ferrum | A |
| 6 | Ramapo | A |
| 11 | Mt. St. Mary | A |
| 14 | Caldwell | H |
| 18 | Bloomfield | H |
| 23 | Dominican | A |
| 25 | SUNY-Old Westbury | H |

# B A S K E T B A L L

# *Upsala*



| | **November** | |
|---|---|---|
| 18 | Ramapo Tnmt. | A |
| | Upsala vs. Ramapo | |
| | Caldwell vs. | |
| | St. Elizabeth's | |
| 19 | Ramapo Tnmt. | A |
| 22 | Goucher | H |
| 29 | Delaware Valley | A |
| | **December** | |
| 1 | Marymount | A |
| 3 | Caldwell | H |
| 6 | St. Elizabeth's | A |
| 9 | Upsala Holiday Tnmt. | |
| | NJ Tech vs. LebVal | H |
| | Upsala vs. | |
| | Swarthmore | |
| 10 | Consolation Game | |
| | Championship Game | |
| 12 | Mt. St. Mary | A |

| | **January** | |
|---|---|---|
| 12 | Scranton | A |
| 14 | Southampton | A |
| 16 | NJ Tech | H |
| 19 | St. Elizabeth's | H |
| 21 | Drew | H |
| 24 | Staten Island | A |
| 26 | FDU-Madison | H |
| 28 | Kings | A |
| | **February** | |
| 1 | Drew | A |
| 4 | Scranton | H |
| 8 | Vassar | A |
| 11 | FDU-Madison | A |
| 13 | Delaware Valley | H |
| 16 | Kings | H |
| 18 | NJ Tech | A |
| 21 | Cedar Crest | H |

## ROSTER

Sue Cackowski
Yvette Crawley, Capt.
Lisa Doctor
Arlene Jones
Elena Kaiafas
Sherise Martin
Margaret McCargo
Charlene Robinson
Jamie Sargeant
Henrietta Smith
Shad Varasteh
Connie Wilson
Leah Wilson

# *College*

## ROSTER

Sue Cackowski
Carla Carter
Yvette Crawley
Sabrina Floyd
Joanne Joseph, Capt.
Elena Kaiafas
Natalie LaBella
Sherise Martin
Margaret McCargo
Fatima Thormes
Holly Trause
Leah Wilson

**March**
27    Ramapo*
28    Delaware Valley*
**April**
1    NJ Tech*
3    Caldwell
5    Coll. of New Rochelle
6    Fairleigh Dickinson*
7    Coll. of Mt. St. Vincent
8    Kings*
11    St. Peter's
13    Sarah Lawrence
15    Scranton Univ.*
17    Manhattan
21    Mt. St. Mary
24    Bloomfield
26    Jersey City State
28    St. Elizabeth's
29    Centenary
**May**
1    Dowling
3    Rutgers, Newark
*Denotes Double-header*

**S**
**O**
**F**
**T**
**B**
**A**
**L**
**L**



# Upsala



P E P

S Q U A D



**MEMBERS**

*Granger Kee*
*April Jenkins*
*Lisa Franklin*
*Lena Johnson*
*Sondra Lewis*
*Latrice Boyd*
*Vivia Hill*
*Michelle Brown*
*Latonya Frazier*
*Kelly Ford*



# College



C
H
E
E
R
L
E
A
D
E
R
S

### ROSTER

Carrie Banaki
Carla Carter
Melissa Grant, Capt.
Ratonya Hughes, Capt.
Sophie Merunka
Elaine Mokrzycki
Christy Morales
Denise Parks
Tracy Ramos, Capt.
Jennifer Schoenek
Kim Tutt
Danielle Washington, Capt.



# Upsala

B
M.
A
T
S
E
E
N
B
N
A
I
L
S
L

## BASEBALL

### ROSTER

Fred Fossett
Edgar Feliciano
Sam Zamloot
Luis De La Cruz
Angelo Cammanna
Jim Walsh
Roy Jarrett
Mark Shipley
Paul Iantosca
Gerard Sachewicz
Frank Furfaro
Dave Kole
Nate Moore
John Beck
Bob Weiss
Robert Squeglia
Rick Hauser

| March | | |
|---|---|---|
| 25 | Tufts* | H |
| 29 | Jersey City | H |
| 31 | Rutgers, Newark | H |
| **April** | | |
| 1 | Scranton* | H |
| 2 | Manhattanville | H |
| 8 | Drew* | H |
| 9 | Staten Island | A |
| 11 | Albright | H |
| 12 | Kean | H |
| 13 | William Paterson | H |
| 15 | Fairleigh Dickinson* | A |
| 19 | New Jersey Tech. | A |
| 20 | Bloomfield | H |
| 22 | Delaware Valley* | H |
| 23 | St. Thomas Aquinas* | A |
| 24 | Bloomfield | H |
| 26 | Montclair | A |
| 28 | Lehigh | A |
| 29 | Kings* | A |
| 30 | Rutgers | A |
| **May** | | |
| 2 | Ramapo | A |
| 3 | Kean | A |
| 4 | Trenton | A |
| 7 | MAC Playoffs-Reading, PA | |
| 9 | Seton Hall | H |

*Double-header

## MEN'S TENNIS

### ROSTER

Chuck Behrmann
Alex Lugo
Terry Ramrattan
Wayne Smith
Joe Dement
Greg Stevens
Michael Chung
Richard Schwartz

| March | | |
|---|---|---|
| 29 | Jersey City | H |
| **April** | | |
| 4 | Fairleigh Dickinson | A |
| 8 | Kings | H |
| 10 | Scranton | H |
| 11 | Hofstra | H |
| 14 | Kean | A |
| 15 | LaSalle | H |
| 17 | Drew | H |
| 20 | John Jay | H |
| 22 | Montclair | A |
| 24 | Rider | H |
| 26 | East Stroudsburg | H |

# College

## HOCKEY

| ROSTER | | | | |
|---|---|---|---|---|
| Jeff Campbell | Oct. | 23 | Rutgers | H |
| Mike Kandraski | Nov. | 3 | Morris County | A |
| Colin Quintal | | 5 | Fordham | A |
| Ron Kolibus | | 12 | Pace | H |
| Frank Dofman | | 19 | Morris County | H |
| Chris Hilleman | | 20 | Wagner | A |
| Rod Parisi | Dec. | 3 | Pace | A |
| Frank Mastromonica | | 4 | Fordham | H |
| Walter Hayes | Jan. | 14 | Southern Conn. | H |
| Tom Devaney | | 21 | Kings Point | H |
| Rick Moholland | | 28 | Siena | A |
| Jim O'Brien | | 29 | Siena | A |
| Don DeDominicus | Feb. | 4 | Siena | H |
| Joe Dement | | 5 | Montclair | H |
| Brian Decker | | 17 | Manhattan | A |
| | | 18 | Wagner | H |
| | | 25 | Southern Conn. | A |
| | | 26 | Rutgers | A |

## SOCCER

| ROSTER | | | | |
|---|---|---|---|---|
| Wilfred Augustin | Sept. | 5 | Howard | A |
| Donny Denandjo | | 6 | Montclair | A |
| William DeZenzo | | 14 | Pace | H |
| Vincent DeMarco | | 17 | Wilkes | A |
| Fady Michael | | 21 | Drew | H |
| Matt Gegenfurtner | | 24 | Moravian | A |
| Park Kyung Soon | | 26 | Staten Island | H |
| Donovan Greaves | Oct. | 5 | Manhattanville | H |
| Mete Gursey | | 10 | Bloomfield | H |
| Djoko Harputra | | 12 | Delaware Valley | A |
| Djery Larsen | | 15 | Scranton | A |
| Leon Metler | | 17 | New Jersey Tech. | A |
| Thabo Nghunde | | 19 | Rutgers-Newark | H |
| Kelly Pierre | | 22 | Kings | H |
| Kurt Skrede | | 29 | FDU-Madison | H |
| Sean Stevens | | | | |
| Reginald Surpris | Nov. | 2 | York | A |
| Andrew Vallejos | | 5 | Ramapo | A |

H O C K E Y

S O C C E R

# Upsala

**W.**

**T E N N I S**

**G O L F**

## WOMEN'S TENNIS

**ROSTER**

Donnette Cruickshank, Capt.
Elizabeth Golden
Fatima Thornes
Desiree Howard
Cassandra Bond
Shalonda Dunbar
Janien Barrios
Kassie Niece

| September | |
|---|---|
| 14 | Ramapo |
| 19 | Centenary |
| 21 | St. Elizabeth's |
| 26 | New Jersey Tech. |
| 28 | Stevens Tech. |
| October | |
| 3 | Middlesex County |
| 5 | New Jersey Tech. |
| 6 | Rider |
| 10 | Dowling |
| 12 | St. Elizabeth's |
| 17 | Staten Island |
| 20 | Morris County |

## GOLF

**ROSTER**

Rick Labbe, Capt.
Ed Miller
Frank Dorfman
Pat DeMere
Stacy Fannin
Jason Spages
Jim Choi
Ashley Stayskal
Rick Rannou
Chris Hamler

| April | |
|---|---|
| 6 | FDU/Moravian |
| 14 | Wesley/Marymount |
| 17 | Delaware Valley |
| 18 | Monmouth/Wagner |
| 19 | Essex County Invit. |
| | Montclair/Seton Hall/ |
| | New Jersey Tech. |

# College

## Upsala Alumni Letter Awards

**BASEBALL**
*Jim Walsh*
*John Beck*
*Bob Weiss*

**SOCCER**
*Sean Stevens*
*Matt Gegenfurtner*

**WRESTLING**
*Doug Kent*
*Willie Taylor*

**HOCKEY**
*Frank Dorfman*
*Rod Parisi*
*Chris Hellerman*

**BASKETBALL (M)**
*Warren Davis*
*Herb Dixon*

**TENNIS (W)**
*Donnette Cruickshank*
*Diana Vecchio*

**BASKETBALL (W)**
*Yvette Crawley*
*Elena Kaiafas*
*Jamie Sergeant*

**FOOTBALL**
*Mike Houseman*
*Jeff Cusack*
*Walt Holliday*
*Rick Labbe*
*Jack Aniboli*
*Ed Miller*
*Tony Popodopolous*

**TENNIS (M)**
*Wayne Smith*
*Joe Dement*
*Alex Lugo*

**CHEERLEADERS**
*Tracy Ramos*
*Melissa Grant*

**SOFTBALL**
*Joanne Joseph*

A
W
A
R
D
S

# JANUARY

| SUNDAY | MONDAY | TUESDAY | WED |
|--------|--------|---------|-----|
| **1**<br><br>Happy<br><br>New Year! | **2** | **3** | **4** |
| **8** | **9** | **10**<br><br>Move On<br><br>Campus | **11**<br><br>1st |
| **15** | **16**<br><br>Martin Luther<br><br>King's Birthday | **17** | **18** |
| **22** | **23** | **24** | **25** |
| **29** | **30** | **31** | |

12

134

# *1989*

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 5 | 6 | 7 |
| 12 | 13 | 14 |
| 19 | 20 | 21 |
| 26 | 27 | 28 |
| NOTES:<br><br>**TIME** | **FOR** | **HOME** |

# MARRIOTT

*Alias: SAGA (Soviets' Attempt to Gag American*














# *HOME SWEET HOME*





**BREMER**

Lisa Smith, Residence Director

*(Upsala's equivalent of House Mother)*

**NELSENIUS**





*Quinn, School Nurse*





**RESIDENCE DIRECTORS:**
*Allyson Backstrom*
*Warren Davis*
**SOUTH HALL:**
*Latrice Boyd*
*Joan Dolder*
*Cassandra McCullen*
*Sophia Merunka*
*Jessica Mansfield*
*Danni Washington*
*Neisha Lewis*
**NORTH HALL:**
*Bill Judge*
*Michael O'Callaghan*
*James Johnson*
*Kevin Phalon*
*Pete Lutot*
*Orlando Quinones*
**BREMER:**
*Mark Barfield*
*Yvette Crawley*
**NELSENIUS:**
*Donnette Cruickshank*
*Thabo Ngubane*











139

# FEBRUARY

| SUNDAY | MONDAY | TUESDAY | WED |
|--------|--------|---------|-----|
|        |        |         | **1** |
| **5**  | **6**  | **7**   | **8** <br> *Ash* |
| **12** <br> Lincoln's Birthday | **13** | **14** <br> Valentine's Day | **15** |
| **19** | **20** <br> President's Day | **21** | **22** |
| **26** | **27** | **28** | |

# 1989

| WED | | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|
| 1 | | 2 | 3 | 4 |
| | Wed | 9 | 10 | 11 |
| Ash | | | | |
| 5 | | 16 | 17 | 18 |
| 2 | | 23 | 24 | 25 |
| | | NOTES: | | |
| | | TIME | FOR | ADVICE |

141

# Administration



*President Robert Karsten*



*Dean H. Edwin Titus*



*Dean Bill Alexander*



*Dean John McIntyre*





*David Anderson*          *Felicia Hamilton*          *Elsie Bragger*



# College Center

# Humanities



*Old Main*



**Robert Brown**



**Warren Funk**



**James Lovell**



**David Milgrome**



*Delbert L. Earisman*



*Roger Boraas*



*William Deguire*



*Jane Jacobs*



*Hyo Yoo*



*Carolyn Thorburn*



*James Stam*



*Ellen von Nardroff*



*Thomas White*



*Robert Marcazzo*



*Lawrence Bennett*

# *Natural Sciences*



*Puder Hall*



*Joseph M. Most*



*C. Lincoln Brown*



*Sook Choi*



**John Snygg**



**Robert Reed**



**Gary Porter**



**John Rollino**



**Jacalyn Willis**



**Edward Kubersky**



**Alan Maccarone**



**George Sellmer**



**MaryAnn Kaplan**



**B. J. Gleason**



**Elaine Frieman**

# *Social Sciences*



*David Barry*



*Kenneth Johnson*



*E. Yong Lee*



*Peter Miliotis*



*William Olson*



*Kendy Rudy*



*Joyce Lopez*



*Alvin Bogart*



*Starr Roxanne Hiltz*



*Bassam Abed*



*Dennis Kelly*



*James Michaels*



*Arthur Paulson*



*Elizabeth Edwards*



*Beck Hall*



*Manijeh Zavareei*



*James McRoy*



*Fred Hahn*



*Reginald Razzi*



*Ali Kamali*



*Pichon Loh*



*Roger Seccia*



*Mary Swigonski*



*Our apologies to those faculty members not pictured:*

**HUMANITIES**
*Jerry Fortunato*
*Joslyn Pogash*
*Louise Simons*
**NATURAL SCIENCE**
*Denise Farley*
*Margarita Sori*
**SOCIAL SCIENCE**
*Al Clapp*
*Roy Domenico*
*Basil Kardaras*
*Morley Nkosi*
*Valerie Scott*











# *Student Services Center*



*Todd Jones*



*Tony Belletieri*



*Theresa Jaeger*



*Reggie Greene*



*Rose Pappas*



*Johnetta Nelson*



*Wendy Audain*



*Diana Johnson*



*Carol Thornton*



*Denise Martin*

# *Continuing Education*



Selma Brookman



Joanne Tabeek



Ann Ade



Pearl Gorsky



Jeanette Armstrong





# Kenbrook



**Audrey Rannou**



**Bill Foster**



**Ted Suttmeier**



**Bob Fisher**



**Dolores Fischer**



**Gary Leichtling**



**Kristen Perrson**

# Religion



**George Freyberger**



**Maggie Hoyer**

# Security



**Willie Brooks**



**Jackie Bushong**



**More Security**



**Marie Casciano**

# E.O.F.



**Michael S. Brown**

# Admissions



**Valerie Simurro**



**Romy Florence**

# *Library*





*David Murray*



*Moses Matai*



*Yoshiko Ishii*



*Phyllis Brown*











*Patricia Voyles*

*Cathy Winn*









*Elizabeth Rumics*

*Ruth Shoge*

*Ann Oster*

*Isabel Woller*

# Prospect House









*Anita Leake*          *Michael Freyberger*          *Wandia Poole*









*Elizabeth Pappas*          *Stefanie Smoke*          *Henry Ng*          *Wendy March*







*James Morgan*          *Jessica Muniz*

158





*Elly Will*



*Ro McGrath*



# *MARCH*

| SUNDAY | MONDAY | TUESDAY | WEDN |
|--------|--------|---------|------|
| NOTES:<br><br>*TIME FOR MORE FRIENDS* | | | **1** |
| **5** | **6** | **7** | **8** |
| **12** | **13** | **14**<br><br>*SPRING* | **15** |
| **19**<br><br><br>*Palm Sunday* | **20** | **21** | **22** |
| **26**<br><br><br>*Easter* | **27** | **28** | **29** |

# *1989*

| ...DAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | **2** | **3** | **4** |
| | **9** | **10** | **11** |
| | **16** | **17**<br><br>BREAK<br>St. Patrick's Day | **18** |
| | **23**<br><br>Holy Thursday | **24**<br><br>Good Friday | **25** |
| | **30**<br><br>Bid Day | **31** | |



# SMILE!

























164













# APRIL

| SUNDAY | MONDAY | TUESDAY | WEDN |
|---|---|---|---|
| NOTES: <br><br> # TIME | # FOR | # SUPPORT | |
| **2** <br><br><br> Day-Light Savings | **3** | **4** | **5** |
| **9** | **10** | **11** | **12** |
| **16** | **17** <br><br> S <br><br> W | **18** <br><br> P <br><br> E | **19** <br><br> R |
| **23** <br> **30** | **24** | **25** | **26** |

# *1989*

| SDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | GRADUATION<br><br>MAY 6, 1989 | | **1**<br><br><br>*April Fools' Day* |
| | **6** | **7** | **8** |
| | **13** | **14** | **15** |
| *I* | **20**<br><br>*Passover        N*<br><br>*E* | **21**<br><br>*                    G*<br><br>*                    K* | **22** |
| | **27**<br><br>*Reading*<br><br>*Day* | **28**<br><br>*Exams*<br><br>*Start* | **29** |

# *Boosters*

Wendy, I am so proud of you, may you always be happy! Love, Mom

Wendy, Congratulations to the best Vice President Upsala ever had. Love, Dad

Congratulations Wendy, our one and only V.P., Love, Granma & Grampa

Good Luck Wendy, May your future be lucrative, Randy

Wendy, It seems like only yesterday that you were a duck, Love, Aunt Chris

To my gorgeous, talented, and intelligent Godchild, Good Luck, Aunt Chris

Wendy, Best of luck to my beautiful niece, Love, Aunt Linda

Make us proud, Wendy, Go for it. Good Luck, Joey & Bobby

Wendy, to the prettiest graduate at Upsala, Congratulations, Love, Aunt La La & Uncle Barrett

Wendy, To thine ownself be true. Love and God's Blessings, Grandma & Grandpa H

Congratulations Goober! Only took you 4½ years — not bad!

To all those in the class of 1989 — Congratulations and Good Luck.

Stef — working with you is what made college fun!

Shruti — Good Luck and Congrats (you didn't change majors) Wendy

Stef — You deserve the best — Good Luck, Love, Wendy

Wendy R. — Just call me your personal AAA! — Wendy H.

Nancy — We did it! The yearbook is finally done! — Wendy

"Ya know, I was asked to escort you at Homecoming"

Stefanie — Don't YELL at me!! — Wendy

Are you a Freshman; Transfer Student??!!

Prof. D. Kelly — It really wasn't that bad — Love, your fav. student?

Donna — Congrats, Aren't you glad, no more fund-raisers? — Wendy

Class of '89 Officers made it happen!

Yo Vinnie!

Which way is the Parkway, Rich? Oh, back there?!

Wendy, to a great gal who will go far — Love, the Smoke family

Congratulations and Good Luck Wendy — Letty Wells

Stefanie — May your future be filled with happiness — Mrs. Hamilton

Stefanie — Knock 'em dead! Love, Liz P.

We're so proud of you, Stefanie — Love, Mom and Dad

Stefanie, Good Luck in 1990! — Love, Scott

Hey Stef — Sis, we always win!! Good Luck, Angie.

I'm proud of you, Stefanie! Love always, Grandma

Stefanie — to all your fond memories and good times — Love, Mom and Dad

To my sister Stefanie, Good Luck in the future! Love, Angie

Stefanie — Always remember Homecoming — Love, Mom and Dad

Best of Luck in your future endeavors, Stefanie! Love always, Grandma

Congratulations, Wendy, and Good Luck to you in the future. — Donna

Stef, Congrats and the Best of Luck in all you do — Donna

Manny, Congratulations, and all the best to you! I know you'll be great. — Donna

Whoops! Careful on that Library ramp!!!

SPECIAL THANKS TO MRS. HAMILTON: COPY, COPY, COPY.

Good Luck Doug, Congratulations, Love Mom and Dad.

Doug: Congratulations and Best of luck in the future. Mrs. H. and by the way, "Where's my cheesecake? . . . Go back." Thanks.

Congratulations Wendy — You Made it through F.M. — Doug

Wendy, You Made School Special! — Love, Goober

Good Luck to my sweetheart, Paula

Good Luck and Best Wishes in the future Pauline

Pauline — God Bless You — Grandma

I wish you luck Pauline, Love Dad

Pauline — Best wishes always — Love, Mom

Good Luck to a Good Friend, Love, Sheila

Charlene — May life bring you everything you deserve and more . . .

I'll cherish all the times and you do the same. Love, Steven

Good Luck, Charlene D.

Charlene — Good Luck and God Bless you as you go on in life — Sheila

C. D. — May your life be prosperous in the future — Love, Mom R.

Charlene — Best wishes in the year to come — Elisa Ferguson

To Audrine (the Love of my Life) Good Luck Baby — Myrone

Thanks to me, you would not have ever made it, sike! Congrats!

Lisa — Wishing you the best of everything. Love, Mom

Lisa — We love you, keep up the good work — Your Brothers & Sisters

Every time you look in the closet or under the bed, Think of me . . .

Give me a call Lisa — Audrine

Good Luck L. M. in your future endeavors may you find all the success

To Lisa, I'll be there for you through the Ups and Downs . . .

GOOD LUCK honey. Love, Greg

Congratulations Nita and the Class of 89 Best of luck — Netty

Congratulations Nita & the best of luck. God Bless, Stacy

Congratulations Nutcracker, and you Know who you are! Wendy

Congratulations class of "89" Don't worry, be Happy . . .

Reach higher for higher heights. God Bless — Wendy

Congratulations Vernita, We Love you — Mom & Dad

You have crossed the Bay, the Ocean lies before you

Thanks a million! You have made my first semester at Upsala great

I'll miss you so much Estelle! Best of luck in the future . . .

Don't forget about us! Love always, Kelly Michelle

Congratulations Uncle Manny! Love, Paula

Congratulations Manny on a great job well done! Love, Donna

Congrats Manny on your achievement. Good Luck in the future — Jen

Congratulations Manny and the Best of Luck to you! Love, Mrs. C.

Congratulations to the class of 89!

Congratulations Donna & the best of luck in the future. Love Kim

Good luck in your endeavors, be a success! Love, Jen

Congrats Donna & good luck in the future! Love, Ben

We are proud of you Donna, Love, Mom and Dad

Good luck to the Class of 1989.

Congratulations Donnette, Good Luck!

Best wishes for a successful future

Good luck . . . World here I come!

Much success in your endeavors Donnette — Priscilla

Donnette — Good Luck, Look out world, here she comes!

Good Luck you have just begun, Donnette!

Donnette — best wishes for a successful future — Beverly

Good Luck Donnette ! — Carmen

Donnette, Best Wishes — Charlene

God Bless You Donnette — Charles

Keep the Faith Donnette — Dorrey

Keep Looking Up Donnette — Emma

Donnette, It's your thing — Nicole

Best wishes towards everything Donnette — Katia

God Bless you always Donnette — Ken

Wishing you all the best and the utmost success in life — Pete

Donnette, wishing you the very best — Joan

Good luck Donnette — Dorothy

You've come a long way, Best Wishes Donnette — Mommie

Good Luck and best wishes for the future Donnette — Ralph

Sam Z. Don't cruise and listen to any more good music — Phil

Sam, We are very proud of you, Love Mom & Dad

Sammy Z. Don't get drunk at those wine and cheese parties. Russ

Good Luck Sam, I love you. your sister, Andrea

Sam, Lots of Luck, Health, and Happiness. Love Always, Grandma

Good Luck Upsala!

Good Luck Duane!

Congratulations John John, Love, Jenny

God Bless Dez, Q and J. C. Forever

Congratulations John. Love Kim and Stacey

Happy Senior Year to all Seniors!

Ice Hockey is #1

Congratulations Sherie, Keep going — don't stop — Tanya

Congratulations Sherie, — Rose

Sherie — Congratulations — Sally

Congratulations to my godmother — Love Sonya

To my mother and all who believed in me — Thanks. Love, Sherie

Success is not measured by heights but by obstacles overcome . . .

To Sherie, Love, Aunt Eunice

Best Luck in the future to become the world's greatest lawyer!

Good luck in the future and may God continue to bless you.

Good luck Sherie and good times to all! — Ron

Sherie — God Bless you and your class — Michele

Good Luck Sherie!

Good luck on your endeavors to become a lawyer. Bruce

Always Look forward, never back, they may be gaining on you

Best Wishes — Aunt Paulette

May all the plans you're making now work out exactly right — Stanley

May you have fulfillment on this graduation day — Love Steve &

Cretia

May every hope and dream come true. Good luck — Aunt L & Uncle H

To Patty, A Great Gal! — Ro

Sweet Patty — Anita

To Patty, Someone I will always love and honor . . .

Good Luck — Alphonso

Congrats & Best of luck to you in the future Patty — Gabriella

Patty Thomas — Good Luck to you in the future — Marua

Good Luck Ter Love Jen

Good Luck and Best wishes to all graduating Taus — Leigh

Good Luck Teri — Jackie

Teri — Best of luck in the "real world" Love Arthur

Sean, "I would rather avoid both; but if I had to choose one . . . or the other I would rather suffer wrong than do wrong" B. W. to GAS

Ed, G. L. in your future years. Class of 89 rules — Love, Karen & Bob

May you reach your goal We're proud of you.

"Eddie Baby" — I wish you lots of luck in your future endeavors . . .

May all your dreams come true. Te Quiero

Ed — The future is yours   We're proud of you

We're proud of all your accomplishments Ed —

All Theta Friendships hold forever true — Don't forget us

Roses are Red, Violets are Pink, to Carol & Dari All men stink

Hello Carol It's nice to see you again Carol . . . Nos Veratu

Hey #2, you're the best. I love you so much Love always #1

You've been a great friend for the past 4 short years . . .

We've had some great times, Love Judy

God Bless my loving daughter, Tabatha, on her graduation day — Mom

Tabatha — Good Luck in 1989 Love, Dad

Good luck and God Bless you in the real world. Love, Shelia & Ed

G.L. & God Bless you my wonderful goddaughter — Love Aunt Debbie

Good Luck in Law School & Think positive — Love Tabby-cat

It's about time — Congratulation #32 LV M&D

Way to Go #80 Love, Nancy

Congratulations M&D

I knew we'd do it. Congrats Love, Paula, Dion, & Gary

Congrats We'll keep smiling behind you — Your loving sister — Rita

Wish you all the Luck — Louise Harris

Sherie, You are the greatest God Bless you always — Love You Mom

Sherie Good Luck in Law School Love, Brenda

Mel and Irene

Your fantastic Nancy! Love Mom and Dad

Good Luck Matthew!

Congratulations #32 ILY — Button

Good Luck in the future Shawn, Tab, Charlene, Donnette & Estelle

BC, I LOVE YOU N-F-A your MD

I will miss you guys next semester — S,J,Q,T,F,R,C,M,N — Nicole

Thanks Mac for a great semester — Good Luck — Nicole

Good Luck Vikings "89"

Good Luck Kevin Egan — Class "90"

Best wishes to the class of 89!

Peg Luna

God Bless you in all you do

May the Lord make straight your path

Congratulations — You're the Best Mom — Love, Tonya

May God use you to bless many in your life — Love, mom

You can do all things through Christ who strengthens you Carol

Good Luck to the Class of '89 — Brian Bartley

The Barfield Family

Jamie and Nikki; 2 down and 2 to go; I love Ya..Love, Shad

"Posse" = Q, Mac & Thorny — Lots of Luck, and thanx for makin it good

Dawn, thanks for the time the memories, and the friendship — Pieter

Mike, Trust Me, Marry Amy — Piete

Doctor — Professor, Good luck wherever you end up — Pieter

Bye Wendy — Good Luck — Pieter

The choice of America's scholars . . . Upsala University, Sweden

Shawn — Here's wishing you luck & success for the coming years — G. L.

To my Granddaughter with great love and pleasure . . .

It's wonderful to have a granddaughter like you . . .

I will always love you. Keep on keepin' on — Grandma Kathleen

May you have much luck & success in your efforts . . .

Become a successful lawyer! Go with God — The Hines Crew

Shawn — no daughter has ever made her father more proud . . .

Keep your head to the sky & don't look back — Love, Daddy

Shawn — Good luck in law school — Peace, A Special Friend

To a valued employee and a person of high integrity — Good Luck

Shawn — Lots of Luck — Love, Merry

Shawn — Strive for the top and accept nothing other — Love, Tanya

To Shawn — The one and only, my favorite granddaughter . . .

You will always be close to my heart . . .

Good Luck in law school. Go with God — Love, Grandpa Travis

Whip Congrats "you're the one Shawn" . . .

You can be the best with pride, respect & ambition . . .

Be the best . . . "it's casual" Love, Mark Priester

You are going to be outstanding

You are going to be a success

You are going to be missed — Love Ya

Jo — May your future hold only success Love, Mom

Congratulations Joanne, Love, Jackie

Lots of success for the future — Love Aunt Janet

Joanne — All the Best — ALWAYS — Love, Nana

Congratulations Class of "89"

Congratulations to the class of "89" — From Mrs. Joseph

Best of Luck to Sharon, Wendy & Ed & the rest of my Friends — Jo

I'm proud of you Joanne — Love, Dad

Good Luck to Joanne & the Class of '89 — Paul & Stella Joseph

You finally made it — Way to go Jo Love, Lou

Congratulations Tony P. Good Luck Arthur

It was a tough road Congratulations Tony P.

Wish you all the happiness Brother — Arthur

It was your Destiny — The Family P.

Grow in knowledge and success — The Big Boss Man

Michele D. — Good Luck in the future & it was nice working W/a RA, $P^2$, $M^2$: Thanks for Cape Cod, Easter Moonrise, Wintergreen Lifesavers, Breakfast in bed, Practical Jokes

Good Luck Camel Drivers

Rho Alpha Phi Forever

Congratulations Good Luck Love You, Irene

Congratulations Sal — It's about time

Congratulations and good luck Sal "RHO"

Sean, we'll divide the world up later, conquer it now. Pat

Wendy, I finally gave you these boosters — Pat

Hey Phoebe, we did it maybe we'll put out the Times — the 3rd

Roy, Arthur, Dr. Barry — Thanks for a great senior year — Pat

So long everybody Look for me in the paper and news — Pat Allen

Be Happy, be successful, and keep in touch, congrats . . .

Good luck and good fortune to Celeste — Anne

Thanks for all of your help Prof K. Love CS

I could never have made it without your Love & support . . .

Matthew and Mom well here I am.

Congratulations, I always Knew you could do it Honey. Love Matt

Good luck Celeste, I am very proud of you. Love, Mom

To #14 — You're #1 to me! Love, Mania

To my dear daughter, Liz, Love & Best Wishes, Mom

Brian, Best wishes for the future, Love Mr. & Mrs. Valente

Congratulations to the future leaders! Mr. & Mrs. Valente

Good Luck & Best Wishes to the class of 89! Mr. & Mrs. Wm. Deck

Ag — Without you, I would have never come so far, Love, S. Silte

Shruti, you've been a great friend. Don't ever change. Elena Kaia

I.T.A.L.Y. Forever together. A & S

Jackie, I take the blame for everything. — Allyson

Mr. Ng — Thanks for the hubcaps every pledge week — the Cam Drivers

GFP — unlock your books, I'm gone — Al

Bums, Nice ones! Allyson

RA's — Great job! Mom

Hey Great Johal, My name better be in here or I'll smack you — Te Duke

To all the tutors — Good Luck and SSSHHH! D. H.

Georgina, Good Luck, Keep in touch. You are a special friend. Shru

Wendy, Elena, Allyson — Good Luck in the future and keep in tou Shruti

Felicia — With all our love, Good Luck. Hamilton Family

Felicia — To our big sister, Good Luck. Allen & Keisha

Felicia — You made it through, Good Luck, Mom & Dad

Sincere Congratulations

Congratulations and Best Wishes for a bright future.

Love and Best wishes

Congratulations to the class of 1989 — The Isaac Family

Best Wishes in Life, Estelle — Chevron Felis

Congratulations Estele Good Luck — Betty White

Congratulations to the class of 1989 — Edith Maynard

Good Luck to all the seniors — Maynard family

*Congratulations sis. Good luck in life*

*Delight thy self in the Lord and He will give thee the desire . . . of thine heart PS. 34:6*

*Congratulations, much Happiness in the future*

*You have reached your endeavor with the help of God, family & friends*

*Congratulations and keep on striving Estelle*

*Estelle — Congratulations and Best Wishes — Ines Canton*

*Good Luck and Congratulations from Joyce Stapleton*

*Estelle — Congratulations on your endeavors*

*Good Luck and best wishes*

*Estelle I am proud of you May God bless, and prosper you*

*Congratulations Estelle, and Good Luck — Mary Sutton*

*Ps 118:29 God Bless You, Oh Give Thanks unto the Lord for he is good*

*Good Luck and the best will come to you*

*I wish you much success and happiness and strive to be the best th*

*Congratulations and Good Luck and keep up the Good Work*

*You are one of the nice one. Don't ever change.*

*Congratulations to Estelle & much success — Sabrina F.*

*To Hunt Estelle best of wishes in all your endeavors — Love, Angela*

*My Sister, Estelle, thank you for a fine, example as a young lady*

*To Estell Best wishes in whatever you do — Sharnese*

*Best of wishes as you go on in life — Nashica*

*Best of Luck to a friend that is love, Thanks for everything — Lena*

*Congratulations to a fine friend Best wishes in the future Estelle*

*Congrats best of luck & lots of hugs & kisses to my best friend . . .*

*Angel Sister and Mom, Love Baby Doll*

*The best wishes for the future to the nicest person around — CEA*

*Good Luck in everything you do in the future — your friend Paul*

*To my daughter may the Lord continue to bless you & guide you*

*To the young lady that has more children than my mother*

*Congrats and have the most success in the future — Connie*

*Thank God Estelle maybe now you'll get off that mission*

*You are a dear friend to me. Best of luck in all you do — Saundra*

*To the craziest sister I've ever had. Thanks for being there — April*

*To the craziest mom of all I love you, stay adorable & sweet.*

*Felicia — Good Luck in the future. Love ya, Carey*

*I Love You Mommy — William Hamilton*


**Estelle L. Maynard**
*Taurus*

*Charming, Talented, Intelligent and sophisticated. Congrat-ulations! Our very best wishes for a most successful and re-warding future with God's guidance.*

*Mommy, Earl Jr., Uncle Ben, Al, Paps & Aunt Liz, Cousin Ruby & Family*

*Jack — Brother of RHO ALPHA PHI — John Beck*

*Jack — May you enjoy a future that meets all your expectations! Michelle*

*Good Luck in the future & happiness. Jack Aniboli*

*Jack — Don't worry, be happy — Anna Aniboli*

*Jack — Best of Luck big brother, give it all you got. Ramona*

*To Mom, Dad and my entire family, I love you very much I want to thank you for all of your support — Michele*

*From Brown Eyes to me, Let's go back to Peter Pan's Never Land*

*The Alice A. Family wishes Michele DiGuiseppi the Best of Luck*

*Hey WKB, for all you've done, this BUD'S for you.*

*B. C. Wishes you a great life after graduation Hopefully together.*

*To Michele DiGuiseppi — Mom and Dad wish you success and Happiness*

*To your future — You made it.*

*To all my sisters of Gamma Sigma Sigma keep in touch, Love Mich.*

*To all my Alpha Kappa Psi Brothers, always remember in UU*

*U----- and I---------, Michele "Lonk" DiGuiseppi*

*To Jessica, a person I will always treasure like a sister . . .*

*Thanks for being there. Love to Ya Lots, Michele.*

*Congratulations Rosemarie . . . Love Mom and Dad*

*Nancy, Juan and Michele . . . we made it . . . Rosemarie*

*Keep Kenny on the Bench where he belongs.*

*SNAP!!!*

*To the boys: RM, TM, NS, AD, JB; We had good times — DH*

*To the boys in the gym — Rich & Luther — "Get it" — Doug*

*Well, here's the yearbook . . . Thanks for your patience*

*Good Luck to the Class of 1989!*

*Hope you Liked Everything!! — Senior Class Officers*



Now Hiring—
Men & Women
SUMMER & CAREER OPPORTUNITIES
EXCELLENT PAY, WORLD TRAVEL.
**CRUISE SHIP JOBS!**
$12,000 to $50,000
Call now!
**1-206-736-7000**
ext. 120C (Call refundable)
**HAWAII · BAHAMAS · CARIBBEAN**

# Best Wishes
# To You
# The Graduates
# of 1989
# Joseph J. O'Connor, M.D.



"COMPLETE LAWN & SHRUB CARE"

**Orin Babcock**
**Lawn Service**

FREE ESTIMATES          FAST DEPENDABLE SERVICE



**Parties & Presents**
219 Closter Dock Rd.
Closter, NJ 07624
(201) 784-0854

Congratulations Wendy

---

EST. 1935                          (201) 743-0600

## ARROW ELECTRIC MOTOR CO.

*ELECTRIC APPARATUS REWOUND REPAIRED*
*GENERAL ELECTRIC AUTHORIZED SERVICE CENTER*
*EMERSON — WESTINGHOUSE — DELCO MOTORS*
*GATES — BELTS & DRIVES*
*RED DEVIL AUTHORIZED STOCKING SERVICE CENTER*

*187 BLOOMFIELD AVE.          BLOOMFIELD, N.J.*

---

INDUSTRIAL          RESIDENTIAL          COMMERCIAL

Process  •  Glass  •  P.V.C.  •  A.B.S.

**BUGGELN BROTHERS**
**PLUMBING & HEATING CONTRACTORS**
34 SPRINGDALE AVENUE
EAST ORANGE, N. J.

673-7485

3 Generations
Established 1921                    WAYNE BUGGELN



**U.S. BURNER**
ENERGY SERVICES
P.O. Box 4027
1239 Broad Street, Newark, N.J. 07114
(201) 242-1900

**Paul J. Gucker**
Exec. Vice-President

Authorized RAY Burner Dealer



**A&S BOILER**
COMPLETE SERVICES
P.O. Box 2249, 1239 Broad Street, Newark, N.J. 07114
(201) 824-1000

**Mike Izak**
President



**C-K AIR CONDITIONING INC.**

*Contractors and Engineers*

*Headquarters:*
1061 Paulison Avenue
P.O. Box 2817
Clifton, N.J. 07015
(201) 478-6400

*Regional Office:*
6 Ilene Court, Suite 3
P.O. Box 575
Belle Mead, N.J. 08502
(201) 359-5432

**24 HOUR EMERGENCY SERVICE**

• Industrial & Commercial
  HVAC Design & Installation

• Process Piping & Sanitary Systems

• Service Division for Mechanical
  Facilities, Reciprocating, Centrifugal
  & Absorption Systems



HERMETIC CENTRIFUGAL LIQUID CHILLERS



ABSORPTION LIQUID CHILLERS

