# Exhibit 13



UPSALITE 1990

Rolling With The Changes

N.J.
378.749
U69
1990



# Contents

Opening . . . . . . . . . . . . . . . . . . . . 1

People . . . . . . . . . . . . . . . . . . . 16

Student Life . . . . . . . . . . . . . . . 52

Sports . . . . . . . . . . . . . . . . . . . 86

Events . . . . . . . . . . . . . . . . . . 110

Ads . . . . . . . . . . . . . . . . . . . . 128

Closing . . . . . . . . . . . . . . . . . . 136

**UPSALA COLLEGE**

Prospect Street
East Orange, NJ 07019

EAST ORANGE PUBLIC LIBRARY

# The President & the Deans



## President Robert Karsten

Upsala has been rolling with the changes by the aid of President Karsten. He has brought a breath of fresh air to the Upsala community since his first convocation on September 6, 1989. At this time, President Karsten laid out his four-point strategy.

1. Continued rise of Admission standards
2. Elevation of Academic standards.
3. Continued diligence and dedication of employees.
4. Pledge to "clean it up and fix it up."

President Karsten continually stresses the importance of working together as a community and how the college has to be "a better place for our side in the fight against ignorance." President Karsten is a dedicated man on a mission, and the Upsala community thanks him for his continued efforts and support.

e





**The Deans of Upsala College:** (left to right) Dean of Academics, **H. Edwin Titus;** Dean of Students, **John McIntyre;** (lower left) Assistant Dean, **William Alexander.**



mportance
how the
the fight
dedicated
thanks

1882

# Campus Buildings

In keeping with President Karsten's plan to "clean it up" and "fix it up," this year has seen many improvements on school grounds. The grass has been kept up, flowers and plants have been added all over campus and benches have been put in the quad. Also, buildings and classrooms have been painted. One of the most notable changes has been the re-doing of Froeberg patio. This is only the beginning — Upsala will keep improving in the future.








and class-
the most
doing of
inning —
ture.









# CAMPUS BUILDINGS



Prospect House



Viking Memorial Hall

Froeberg Patio

NGS



# Boat Trip







Every year Upsala welcomes the incoming freshmen class with a boat trip around Manhattan. This year, it was held on September 7th. Freshmen, along with upperclassmen, went to meet people and have fun. People danced all night to the music and just enjoyed the view of New York City.





# RESIDENCE LIFE



**Residence Life**

**Froeberg Hall**





**Lisa Smith, Residence Life Director**

**Bremer Hall**









l. to r.: RA's Sue Cackowski, Mark Barfield, Chris Wilson, Pete Lutot, James Johnson, Niesha Lewis, Rachel Goldman, Immanuel Muremi, Joan Dolder, Sohia Merunka, Yvette Crawley, David Ray, Evelyn Leadbeater, Mike O'Callaghan, Bill Judge, Desiree Howard, and Dani Washington. missing: Ian Basis.



RD's Sohia Merunka and Peter Lutot

# Comedy Night

A new feature this year at Upsala College was something called "Comedy Night." Occurring every other Thursday, it introduced the student body to up-and-coming comedians. This particular evening brought us juggler/comedian Mark Nizer.











Thursday,
/comedian





# Homecoming '89

This year, Upsala, with the help of our new president, Dr. Karsten, revived many of its old Homecoming traditions. For the first time in ten years, Prospect St. was closed for a banner parade that included: two floats, 10 banners and the 1989 Homecoming Queen and her court. We also had a boardwalk on the lawn of Old Main. Different organizations had hot dogs, cookies, bracelets, and various other items. For entertainment, we had a live jazz band performing along with a host of other performances. All in all, this year Homecoming had a sense of thrill and excitement it had not had in years.







* For more highlights of Homecoming '89, turn to page 112.

ved many
ct St. was
the 1989
wn of Old
ious other
a host of
thrill and















*I respect faith, but doubt is what gets you an education.*

— **Wilson Mizner**

# PEOPLE



**Charis Adami**
Theater



**Jeanette Armstrong**
Human Resource Management



**Annette Arocho**
Sociology



**Gordon Astwood**
Business Administration



**Mark Barfield**
Psychology



**Angelique Berry**







Arocho
ology

Berry



**Clarice Bellino**
Anthropology



**Florence Brooks**
Biochemistry

**Lori Ann Cameron**
Political Science and Gov't.
Business Administration

People • 19



**Carlo Caparruva**
Political Science and Gov't. History



**J. Carbonne**



**Gina Cardinali**
Business Administration



**Kathleen Carson**
English



**Craig Cheetham**
Communications



**Tommy Colavito**
Business Administration





dinali
inistration



vito
stration

Yvette Crawley
Biochemistry
Chemistry



Shawnette Culver
Communications



Joanne Dugle
Human Resource Management

People • 21



**Kevin Egan**
Communications



**Edgar Feliciano**
Business Administration



**Elisa Ferguson**
Business Administration



**Vivian Fernandez**
English



**Maribel Fermin**
Computer and Information Systems



**Cheryl Franchino**
Accounting





rguson
ministration

nchino
ing



**Dawn Frenzel**
Human Resource Management
Psychology

**Antonio Gary**
Biology



**Joseph Gerber**
Computer and Information Systems

People • 23



**Ellen-Elizabeth Golden**
Psychology



**Melissa Grant**
Social Work



**Matthew Greene**
Business Administration



**Marlene Gutierrez**
Political Science and Gov't.



**Dorel Hatke**
Computer and Information Systems



**Alia Jebara**
Biochemistry

24 • People





w Greene
dministration

bara
nistry



**Tracy King**
History



**Suzanne Klie**
Psychology



**Evelyn Leadbeater**
Multi-National Corporate Studies

People • 25



**Kyung Soon Lee**
Biology



**Julie Lowenbach**
Philosophy



**Glenn MacAfee**



**David Macheska**
English
History



**Enio Martinez**
English



**Elizabeth Mauncele**
Human Resource Management





**Debra McCoy**
English



**Michael Mischler**
Human Resource Management



**Elaine Mokrycki**
Multi-National Corporate Studies

People • 27





**Joseph Molinaro**
Political Science and Gov't. History



**Wendy Morris**
Business Administration



**Christine Murray**
English



**Annette Olesnicki**
Multi-National Corporate Studies



**Mary Parker**
Business Administration



**Jennifer Passaro**
Computer and Information S





Murray
sh

saro
ation Systems

**Matthew Podracky**
Psychology
Human Resource Management



**David Ray**
Multi-National Corporate Studies



**Eric Reynolds**

People • 29





**Sharon Rigoloso**
Business Administration



**Sondra Rizzo**
Human Resource Management
Psychology



**Michelle Rouse**
Computer and Information System



**Veronica Schepers**
Psychology
Human Resource Management



**Carol Schanbel**
Philosophy



**Marie Schraff**
Human Resource Manageme

30 • People



ouse
ation System







F
agement

Deborah Schuyler
Communications

Edmund Skowronski
Business Administration

Bobbi Jean Smith
Communications

People • 31





Henrietta Smith

Wayne Smith
Communications







Rosanne Stewart
Human Resource Management

Barbara Stott
Biochemistry

Kathleen Sweitzer
Business Administration

32 • People



Smith
nications

K. Thomas

**Rosemarie Winrow**
Human Resource Management
Psychology



weitzer
inistration

**Laura Zerbian**
Multi-National Corporate Studies



**Natasha Zivanov**
History



People • 33

# Candidates for Degrees

(Graduates and honors listed in this program are based on seven semesters of work. All honors listed on diplomas and/or transcrip[t] are based on the full record of all work at Upsala College.)

## Bachelor of Arts

Andrew Olive Abbate
Charis Elaine Adami
Alison Ruth Aquino*
Jeannette Theresa Armstrong
Annette Arocho (s)
Earlston G. Astwood
Mark Barfield
David Baumann
John V. Beck
Charles E. Bell
Clarice Mae Bellino***
Jane Mills Boynton (s)****
Jeffrey Edward Briggs
Judith Ann Bromirski
Theresa Anne Brothers**
Lori Ann Cameron
Carlo John Caparruva (s)
Gina Cardinali (s)
Kathleen M. Carson
Craig Donald Cheetham (s)
John P. Ciccone
Tommy Colavito
William Howard Conrad*
Dena L. Cook
Shawnett Daneen Culver (s)
Kelly Ann Daly*
Patrick R. DeMare, III
Thomas DeVaney (s)
Deborah Ann Dietzel***
Lisa Denise Doctor
Kevin Peter Egan (s)
Walter Edward Ennis
Edgar Feliciano

Vivian Fernandez
George R. Finkeldey, Jr.
Octavia C. Fisher (s)
Cheryl Lynn Franchino
Dawn Marie Frenzel*
Lawrence Robert Friedman
Barbara Gail Gardner**
Ellen-Elizabeth Golden (s)
Joseph Anthony Grandinetti
Melissa Ann Grant
Marlene DelCarmen Gutierrez
Angeline V. Harris
Thomas Michael Harvey
Stefanie Ann Holzer (s)
Michael Joseph Janish
Wanda R. Johnson (s)
John G. Julia
Sandra Caroline Julien
Kerianne Kelly
Tracy J. King
Suzanne Margaret Klie**
Carol Laginha
Gary Keith Lanza***
John Peter Lonsiak (s)
Julie H. Lowenbach (s)*
Laura J. Lutz**
Glenn A. MacAfee
David Michael Macheska***
Robert A. Mamary
Enio J. Martinez
Debra E. McCoy
Michael Matthew Mischler
Dorothy D. Minihan
Elaine June Mokrzycki (s)
Joseph Anthony Molinaro

Wendy Morris (s)
Drew John Morrison
Michelle Jeanne Mras
Christine Elizabeth Murray
Annette Sophie Olesnicki
Eric Ian Orseck**
Mylene C. Pacquing (s)
Mary Jeannette Parker
Matthew P. Podracky**
Orlando Quinones
Colin H. Quintal
Tracy Lynne Ramos
Judith Reynolds
Judith Ellen Rickes
Sharon Ann Rigoloso
Sondra Rizzo
Michelle Rouse
John J. Ruby
Anthony R. Ruffin
Veronica Lee Schepers**
Carol Lynne Schnabel**
Jennifer Anne Schoenek (s)
Deborah L. Schuyler**
Wilsie Sejour
Vanessa Lorraine Simons
Edmund Frank Skowronski
Bobbi Jean Smith (s)
Wayne L. Smith
Hermina Patricia Thomas (s)
Sheri L. Tyson
Jon William Weller
Mark Wilborn
Steven Gregory Willis
Laura Ann Zerbian
Natasha Zivanov

| | |
|---|---|
| *** | Summa Cum Laude |
| ** | Magna Cum Laude |
| * | Cum Laude |
| (s) | Students Completing Degree Requirements During Summer, 1990 |

# Bachelor of Science

David Alcober (s)
Brenda S. Ash (s)**
Joseph Martin Bahm
Deborah Bates***
Charles F. Behrmann (s)
Waindel Belizaire
Florence Kaprie Brooks (s)
Elizabeth Jean Burke*
Ronald P. Cenno
Michael Jae Hun Chung
Katherine F. Connolly (s)***
Michael A. Coughlin (s)
Yvette Crawley
Rafael E. Dagnino
Dean Anthony DeFilippo**
Patricia DeMoura**
Joanne Descher***
Joanne Mitchell Dugle**
Camille Lucille Dullaghan (s)
Bridget A. Evans
Judith M. Forgione*
Antonio Gary (s)
Joseph Anthony Gerber

Anne Jordan Grosso (s)
Corene D. Gutzmann***
Kelly Dawn Hanson (s)
Dorel Dawn Hatke
Anne S. Hessler
Betty L. Holloway
Barbara J. Hotko***
Maria Marino Jackson***
Alia Jebara (s)
James Peete Jones, Jr. (s)
Jean Kalemba***
Kyung Soon Lee*
Leonie Elaine Lewis
Rhonda Marie Lincoln
Bernadette Mary Lipkus*
Edward John Lipkus III**
Kathleen Lorusso**
Alejandro Chaparro Lugo (s)
David Luongo (s)
Theresa S. Macmurdo
Diana Mahaffey
Joan Pulen Manson
Cheryl A. Mattera*
Elizabeth Lanza Mauncele

Jorge L. Muniz
Josephine Muro
Mary Prendergast Neubauer
Roger O'Connor
Anthony Papadopoulos
Jennifer Beth Passaro
Cecelia T. Perciballi
Jan Perry Pessolano
Annmarie M. Petrone
Diana Schraff-Sullivan
Marie Bruno Schraff*
Laurie A. Scofield*
Tony Shakkour (s)*
Mary Ellen Shea**
Rosanne A. Stewart**
Barbara E. Stott (s)
Kathleen Mary Sweitzer**
June Smack Tepper (s)*
Deborah Lynn Uhl
MaryAnne R. Volkmann
Bonnie Ward-Hillen**
Patricia H. Willemsen
Margaret B. Wingle*
Rosemarie C. Winrow

# Bachelor of Social Work

Amy Hemeleski

# Master of Science

Harriet Renee Coleman
Rosemarie Dunado
Elizabeth Giannisis
Letitia Ann Kneipher
Debra Yvette Mallory
Ivelyese Pillot
Constance E. Reynolds-Miller
David A. Smelson
Barbara Coady Teresi
Karen Denise Thomas

***  Summa Cum Laude
**   Magna Cum Laude
*    Cum Laude
(s)  Students Completing Degree Requirements in Summer, 1990

# 1990 Graduation Commencement













## UPSALA COLLEGE
### EAST ORANGE, N.J. 07019

March 6, 1986

I have the pleasure of informing you that the admissions committee has approved your application to a baccalaureate program at Upsala College beginning Autumn 1986. Your admission is granted on the strength of your academic record to date, and is contingent upon your final senior grades being satisfactory. Please arrange to have your official, final transcript sent to this office as soon as it is available.

It is necessary that I advise you at this time about Upsala's matriculation fee, which you may rmember was described in the instructions that accompanied your application. Please complete the enclosed card and return it with a check or money order for $100 by May 1, 1986. Although the matriculation fee is nonrefundable prior to your first enrollment at Upsala, you can qualify subsequently either for credit to your Upsala account if you remain through graduation, or refund if you should withdraw from the college before graduation.

In the weeks ahead you will recieve communications concerning your enrollemtn at Upsala. Your cooperation in responding promptly to any requests will be greatly appreciated.

I am excited for you at the possibility that Upsala may help to shape your future. I hope that you are too. If I may be of further assistance, please do not hesitate to call me at (201) 266-7191.

Sincerely,

*Phyllis T. Walker*

Phyllis T. Walker

Director of Admissions
PTW:sd
Enclosure

# Upsala College

Upon the recommendation of the Faculty and
the Board of Trustees
hereby confers upon


the degree of

## Bachelor of Arts

with all the rights and privileges thereto appertaining.

In testimony whereof we have affixed our signatures

at East Orange, New Jersey, this sixth day of May, 1990.

_____
Chairman, Board of Trustees


SIGILLUM·COLLEGII·UPSALIENSIS

_____
President

# In Memory of Prof. Bob Brown



Professor Robert Burr Brown, a teacher of Spanish at Upsala since 1967 and a former chairperson of the Foreign Language Department, died on April 11, 1990 at the age of 57 after a short illness.

Professor Brown, "Bob" to his colleagues and friends, was a poet and a scholar. He was as devoted to music as he was to literature and the arts. His encyclopedic grasp of the culture of Western civilization, especially of the Iberian world, was remarkable. He had traveled widely in Spain, Portugal, France, and North Africa.

In 1973, Professor Brown received the Lindback Foundation Award for Distinguished Teaching.

Professor Brown graduated from Case-Western Reserve University in 1954 with a B.A. in Spanish. He received his M.A. in Spanish from the State University of Iowa and his Ph.D. from New York University in 1967 after additional postgraduate study in Portugal.

A man of unusually great height, "Bob" Brown was a warm, gentle, good-humored, deeply civilized person who took his morning coffee with students and other College colleagues nearly every day. Large numbers of his friends attended him during the last weeks of his illness. They and many more were present for a memorial service held in Christ Chapel on April 18.

# Department Chairs



E. Yong Lee
**Business Administration**



Jim Lovell
**Humanities**



Linc Brown
Sciences



David F. Barry
**Social Sciences**



David Murray
**Library**

People • 43



**Dennis Kelly**
Business



**James Michael**
Business



**Bill Olson**
Multi-National Corporate Studies



**Robert Seccia**
Business



**Manijeh Zavareei**
Multi-National Corporate Studies



**Larry Bennett**
Music



**Roger Boraas**
Religion and Philosophy



**William Deguire**
Music



**Warren Funk**
Philosophy







on
porate Studies

**Steve Krinsky**
Communications

**Bob Marcazzo**
Theater

**David Milgrome**
Art History







nett

**Louise Simons**
English

**Jim Stam**
Philosophy

**Carol Thorburn**
Spanish







nk

**Ellen von Nardroff**
German

**Hyo Yoo**
Fine Arts

**Yoshiko Ishii**
Librarian

People • 45



**Ann Oster**
Librarian



**Elizabeth Rumics**
Librarian



**Ruth Shoge**
Librarian



**Isabelle Woller**
Librarian



**Sook Choi**
Biology



**Alan Maccarone**
Biology



**Joseph Most**
Chemistry



**Robert Reed**
Mathematics



**John Snygg**
Mathematics


**Jackie Willis**
Biology


**Bassam Abed**
Anthropology

**Roy Domenico**
History


**Fred Hahn**
Education


**Ken Johnson**
Psychology


**Ali Kamali**
Sociology


**Pichon Loh**
Asian History


**James McRoy**
Psychology


**Art Paulson**
Political Science



**Kendy Rudy**
Anthropology



**Mary Swigonski**
Social Work



**Paul Brecht**
Business Office



**Selma Brookman**
Continuing Education



**Bill Foster**
Alumni Fund Raising



**Pastor George Freyberger**



**Pearl Gorsky**
Continuing Education



**Diane Johnson**
Registrar



**Anita Leake**
Cashiers Office



**Denise Martin**
Registrar



**Moses Matai**
Library Staff



**Barbara Melchione**
Learning Center



**Henry Ng**
Business Office



**Rose Pappas**
Library Staff



**Kristin Persson**
Public Information



**Charles Principe**
Director of Security



**Vivian Quinn**
Nurse



**Jack Sutton**
Financial Aide

People • 49



**Elly Will**
Financial Aide



**Mike Walsh**
Director of Athletics



**George Lynes**
Director of Admissions



**Alexandra Todd**
Admissions Counselor



**Maggie Hoyer, Michael Freyberger, Felicia Moore,**
Admissions Staff

Our apologies to the members of the faculty and staff not pictured.













*Life is my college. May I graduate well, and earn some honor.*

— Louisa May Alcott

# STUDENT LIFE

# SGA




## Executive Board:

**Danielle Washington
— SGA President
Sophia Merunka** — Vice
President
**Sandra Julien** —
Attorney General
**Gina Diamond** —

Secretary
**Jon-Erik Wyse** — Student
Liaison
**Sue Bower** — P.P.C.
**Matt Podracky** — E.P.C.
**Jon Lonsiak** — Treasurer

## Programming Assistants:

Desiree Howard
William Judge
**Advisor:**
Joanne Dennison

# IFC/ISC

## Intersorority Council

The Intersorority Council regulates sorority activities and organizes rushing procedures. In addition, it strives to foster a feeling of mutual regard and cooperation among all the sororities. This year the Council sponsored the annual ISC Ice-Cream Bash, the Tree Lighting Ceremony and the ISC tea which signifies the beginning of the Rushing Season.



### Intersorority Council Officers:

President: Lee Ann Burns
Vice-President: Michele Wickel
Secretary: Maureen Finnerty
Treasurer: Carrieanne Banacki
Publicity: Gina Diamond

## Interfraternity Council

Every fraternity on the Upsala campus is represented on the Interfraternity Council. The Council maintains certain rushing standards, synchronizes social events, and generally encourages a spirit of cooperation among the members of the various fraternities. It also sponsors an Interfraternity Smoker to acquaint the non-Greeks with fraternity members.

# Gamma Sigma Sigma



Gamma Sigma Sigma Incorporated is a National Service Sorority. Mu Chapter was originally established at Upsala College in 1955 and reactivated in 1983. The goals of the members all across the country are to participate in an organization that helps people and provides service to both the college campus and community. Gamma Sigma Sigma Inc. accepts all people from all races and backgrounds. Our sorority colors are maroon and white, and we promote friendship, service and equality. We are also very proud to be Upsala's only National Service Sorority.

## Officers:

**President:** Evelyn Leadbeater
**Service Vice Pres.:** Lisa Doctor
**Membership Vice Pres.:** Michael S. O'Callaghan
**Treasurer:** Brenda Crespo
**Secretary:** Maureen Finnerty
**Advisor:** Lisa Smith





ma











Student Life • 57

# Tau Beta Sigma



Tau Beta Sigma, the second oldest sorority on campus, was founded in 1929 to promote friendship and goodwill and to lend support to activities and interests of the college. The Taus sponsor such projects as candy sales and bake sales throughout the year. The Taus are very proud of their scholastic achievements and look forward to many special activities.

## Officers

**President:** Charis Adami
**Treasurer:** Rachel Goldman
**Corr. Secretary:** Gina Diamond
**Rec. Secretary:** Stephanie Holzer





## Members



Janien Barrios
Gina Cardinali
Jackie Dowling
Carol Laginha
Shirley Lee
Michelle Martinez
Sandra Mesias
America Molina
Christie Moraites
Mylene Pacquing
Deanna Reavie
Jennifer Schoenek
Barbara Stott
Michele Wickel
Lori Vogel



# Theta Beta Gamma



Theta Beta Gamma, established in 1918, is the oldest sorority on campus. The sorority stresses the individuality of each sister who is united by a common love, concern and respect for her friends. Active in many campus activities and organizations, the Thetas are proud of their name and of their solid record of participation and achievement. Throughout the year, projects are sponsored by the Thetas. Theta Beta Gamma holds an annual formal in honor of the new sisters, bake sales and hot dog sales, Send-A-Friend-A-Flower Sale, annual Beer-B-Que in the summer and various social activities both on and off campus. The Thetas are easily spotted on campus because . . ."they've got Theta class and they've got Theta style."

## Members:

Annette Arocho
Carrieann Banacki
Lee Ann Burns
Carla Carter
Jennifer Heller
Suzanne Klie
Maryann Kudlacik
Marina Logerie
Traci Ramos
Leslie Unger
Danielle Washington
**Advisor:** Patty Ann Thomas

## Officers:

President: Maribel Cortez
Rec. Secretary: Judy Bromirski
Treasurer: Sophia Merunka
Corr. Secretary: Fran Ferrer



na









Theta Photo Booth

# Camel Drivers



The Camel Drivers started off as an intramural athletic team. In 1964, they were recognized under the name "Kha Ba Alif" which represents "ability, backbone, and concentration." Their main purpose is to promote friendship, stimulate scholarship, and develop character through social, athletic, academic, and service activities. Because of their high scholastic rating, positions of prominence are held by its members in student government and other clubs.

## Members:

Sonya Ristau, Jae Mundy, Gordon Astwood, Bill Conrad, Tony Traversi, Jose Rodriguez, Emmanuel Muremi, Norichika Kishi, Selma Tomako, Eumyong Moon, Jon Erik Wyse, Brian Andrake, Gary Shanheit, Dawn Hamilton, Marilyn Maar, Miriam Maar, Sakaria "socks", Glenn MacAfee, Missy King, Tracy King, Kathy Carson.

## Officers:

**President** — Susan Bower
**V. President** — Carol Schnabel
**Treasurer** — David Gorman
**Sergeant-at-Arms** — Matthew Podracky
**Secretary** — Elsabe Nel
**IFC** — Joan Dolder







# Rho Alpha Phi



Established in 1937 and re-established in 1984 Rho Alpha Phi Fraternity continues their tradition, stressing the importance of brotherhood and success in academics as well as athletics. Our colors are silver and black.

## Officers:

**President:** Kevin Egan
**Vice-Pres.:** Rick Hauser
**Treasurer:** Bill Judge
**Secretary:** Jason Spages
**Sergeant at Arms:** Mike Surowec
**Historical Secretary:** Jon Ronnenberg
**Social Director:** Steve Grello

## Members:

Matt Ahne
John Beck
Carlo Caparuva
Tom Colavito
Tommy Devaney
Frank Dorfman
Jim Fosbre
Lou Gagliardo
Chris Hamler
Gerry Krivda
Mike Mischler
Greg Stevens











# Theta Epsilon Omicron Iota



The fraternities of Upsala are one of the most integral parts of the social life at the college. Without them life could barely be detected at all. Friendship and fun is what we have to offer the Upsala Community. Theta Epsilon Omicron Iota, established in 1899, is a closely knit group of friends, but to call ourselves brothers as we do probably describes the situation better. We as members can depend on any one of our brothers at any time for all the help we need. We are proud today to be GODs.

Our fraternity is rich in tradition and history being the oldest established fraternity in the school. We know that we will perpetuate and strengthen these traditions.

## OFFICERS:

**Zeus:** Willard Taylor
**President:** Steve Leyendecker
**Vice Pres.:** Matt Gegenfurtner
Peter Lutot
**Treasurer:** Craig Cheetham
**Rec. Sec.:** Rolf Figdore
**Corr. Sec.:** Pete Johnson
**Sergeant at Arms:** Andrew
Brady
**Chaplain:** Matt Greene









# Theta Alpha Sigma

The Theta Alpha Sigma is a co-ed fraternity founded in the Spring of 1987. Its purpose is to provide the commuters of the Upsala Campus with an organization to help make them become a more active part of the college community.

**Members:**

Marcey Fordney
Robin Porter
Doug Potts
Steve Rallis
Ana Tome
Lori Cameron
Joe Molinaro
Jose Leites
Marlene Gutierrez













# Alpha Phi Delta

Alpha Phi Delta Sorority was founded at Upsala by seven girls in 1935. Our main purpose is to foster friendship and to promote individualism among the sisters. Along with this is the traditional Alphie enthusiasm for getting involved in campus activities and having a good time. Throughout the year we sponsor various activities.

**Current Members:**
Debbie McCoy
Elizabeth Golden
Natalie Greer





# Alpha Kappa Psi

Alpha Kappa Psi, a National Business Fraternity, was formed in 1904. Upsala's Epsilon chapter of Alpha Kappa Psi was reactivated in 1974, after being dormant for a number of years.

As a professional fraternity, the objectives of Alpha Kappa Psi are: further the welfare of its members; promote research in the fields of commerce, accounting and finance; educate to appreciate and demand higher ideal therein; and to promote and advance the institutions leading to degrees in business administration.

## Officers:

**President:** Kassie Niece
**Vice Pres. (Int.):** Bill Judge
**Vice Pres. (Ext.):** Joan Dolder
**Treasurer:** Sonya Ristau
**Rec. Secretary:** Brian Joho
**Corr. Secretary:** Janien Barrios
**Master of Ritual:** Sue Bower
**Public Relations:** Henrietta Smith
**Historian:** Tony Traversi
**Alumni Secretary:** Henrieta Smith
**Chaplain:** Joan Dolder
**Warden:** Janien Barrios

## Members:

Carla Carter
Tom Curran
Darren Gray
Gary Haith
Michelle Martinez
America Molina
Leon Taylor
Sutanah Whitfield



# ALPHA ANGELS



# Psychology Club

The Psychology Club keeps an active interest in many different and varied aspects of Psychology. Club activities serve to broaden the scope of the students' acquaintance with the field of Psychology.

# PRE-LAW CLUB



President — Lori Cameron
Vice President — Joseph Molinaro
Secretary — Marlene Gutirrez
Treasurer — Duarte Cardoso

# Political Science Club

The Political Science Club is concerned in generating interest and activity among the students concerning political events which affects us nationally and internationally. Its activities include speakers, films and trips.

# Black Student Union







# Beta Beta Beta

Beta Beta Beta is a National Biological Honor Society to which students are elected by virtue of commendable attainment in Biological Sciences. The purpose of the Tri-Beta is to promote scholarship and interest in Biology. This goal is attained in the Theta Nu Chapter through the formation of several active sub-committees.

## LATIN AMERICAN CLUB



# Choir



## Choir Director:
Johnetta Nelson





# WFMU

WFMU, the Upsala radio station, operates at 1000 watts and reaches a good portion of New York metropolitan area. In addition to maintaining its reputation as a fine progressive rock station, in the past years WFMU has instituted more educational and public affairs programming. WFMU is located at 91.1 FM on the dial.



# Workshop 90









*Actors:*

Charis Adami
Octavius Brooks
Kathleen Carson
Monique Davis
Michael Janish

Karhinda Jones
Niesha Lewis
Jose Ortiz
Jennifer Schoenek
Wayne Smith

Upsala College

# WORKSHOP 90 THEATER



# To Be Young,
# Gifted and Black

**A Portrait of Lorraine Hansberry
In Her Own Words**



Adapted by
ROBERT NEMIROFF

**October 10, 11, 12, 13 and 14**

Directed by ROBERT MARCAZZO

# GAZETTE



## GAZETTE STAFF

Michael S. O'Callaghan . . . . . . Editor-in-Chief
Ami-Joy Freyberger . . . . . . . . . Photography Editor
James Lovell . . . . . . . . . . . . . Advisor
Steve Krinsky . . . . . . . . . . . . Editorial Consultant
Maggie Hoyer . . . . . . . . . . . . Layout Consultant
Sophia Merunka . . . . . . . . . . Greekbeat
Jennifer Heller . . . . . . . . . . . . Typist

Since 1905 the Upsala *Gazette* has been covering a wide variety of local and campus issues for the Upsala Community. This year, although there was a small staff, the Gazette was able to wipe away the poor reputation of recent years, by publishing regular, solidly written issues. Under the editorship of Michael S. O'Callaghan, the *Gazette* was able to put together well organized issues, with sections such as Local News, Classified, Entertainment/Reviews, and Clubs and Organizations. For the Fall Semester Kathleen Carson contributed her skill by writing several major stories per issue.









## Staff:

Charles Behrmann
Harriet Berger
Brenda Crespo
Alice Cronin
Tom Harvey
Sophia Merunka
Andrew Silikovitz
Mim Weisburd

# UPSALITE

The creation of a yearbook is a task that requires boundless energy, limitless patience, and a sound nervous system that is capable of providing even more energy to manage the thousands of details and the monotony of laborous routine. Many innovations have created interest in producing a book that will be read and treasured for years. The staff and its editor sincerely hope that the 1990 Upsalite has succeeded in capturing the intangible memories that from the basis of our college existence and that, through their efforts, you will relive the events of the past.





sound
nd the
vill be
ded in
their





## Upsalite Staff:

**Editor-in-Chief:** Kirsten Sejda
**Assistant Editor:** Jen Heller
**Photographers:** Ami-Joy Freyberger
                  Bobby Jean Smith
**Members:** Fran Ferrar
            Maribel Cortez
            Christine Murray
            Brenda Crespo
**Advisor:** Kristin Persson

Many thanks to the students, staff, and faculty who
made our job easier. Especially: Bill Foster, Joanne
Dennison, and Kristin Persson. Cover design and
artwork accredited to Orlando Laguardo.

# FOCI







David M. Macheska, Editor
Debbie McCoy, Assistant Editor
Kyung-Soon Lee, Art Editor
Tony Traversi, Publicity
**Staff:** Alice Cronin, Beth Marcazzo, Juliet
        Marcazzo, Sophia Merunka, Ken Roberts,
        Gary Shanheit, Mim Weisburd
**Advisor:** Dr. Louise Simons, with a very special
        thanks to Professor Steve Krinsky and
        Amy Hemeleski







*I am only an average man but, by George, I work harder at it than the average man.*

— Theodore Roosevelt

# SPORTS

# 1989 Football

## Viking's Roster:

| | |
|---|---|
| 11 | Travis Enix |
| 12 | Benny Gain |
| 13 | Phil Volpe |
| 15 | Mike Wilson |
| 17 | Ed Lawson |
| 22 | Kevin Egan |
| 23 | Gary Walker |
| 24 | Mike Mischler |
| 25 | Jeff Moreno |
| 26 | Troy Johnson |
| 29 | Lou Gagliardo |
| 30 | Steve Grello |
| 31 | Joe Wolfersberger |
| 36 | Ashley Stayskal |
| 37 | Scott Cherven |
| 39 | Armstrong Mertyl |
| 40 | Manny Mertis |
| 43 | Wayne Matthews |
| 44 | Dorien Hogan |
| 46 | Richard Byrd |
| 47 | Nick Salerno |
| 48 | Jon Ronneberg |
| 50 | Marc Frigola |
| 53 | Brad Fulmer |
| 54 | Anderson Adams |
| 56 | Chris Wilson |
| 60 | Carlo Caparruva |
| 61 | Mike Ryan |
| 63 | Kyle Coursey |
| 64 | Gerry Krivda |
| 67 | Joe Ayles |
| 68 | Brandon Kaboski |
| 72 | William Aneses |
| 75 | Glen Fleming |
| 78 | Russell Jackson |
| 82 | Keith Scott |
| 84 | Ray Johnson |
| 89 | Bill Judge |
| 90 | Thomas Odom |
| 92 | James Wynn |
| 93 | Scott Young |













# 1989 Football
# Schedule

| Date | Opponent | Place |
|------|----------|-------|
| 9/8 | Trenton | Away |
| 9/16 | Kean | Home |
| 9/23 | Montclair | Away |
| 9/30 | Jersey City | Away |
| 10/7 | William Paterson | Home |
| | (Homecoming) | |
| 10/14 | Moravian | Away |
| 10/21 | Glassboro | Home |
| 10/27 | FDU-Madison | Away |
| 11/4 | Ramapo | Home |
| 11/11 | Kings Point | Away |

# Cheerleaders





## *Fall Cheerleaders*

Sophia Merunka — Captain
Carrie Banacki — Co-Captain
Danielle Washington — Co-Captain
Gina Diamond
Lisa Franklin
Nyia Harris
Carolyn Pellett
Melissa Grant









# MEN'S BASKETBALL



## Men's Basketball 1989-90

*Game Schedule:*

| Nov. 16 | Upsala Alumni Game |
| Nov. 21 | St. Thomas Aquinas |
| Nov. 30 | Centenary |
| Dec. 2 | Manhattansville |
| Dec. 8 | Salisbury State Tournament |
| Dec. 9 | (North Carolina, Weslyan, S. State, Upsala) |
| Dec. 13 | York College |
| Dec. 16 | Scranton Tournament |
| Dec. 17 | (Scranton, John Carroll, Buffalo State, Upsala) |
| Jan. 3 | Elmira College |
| Jan. 5 | Kean Tournament |
| Jan. 6 | (Drew, Bloomfield, Kean, Upsala) |

| Jan. 10 | Dominican College |
| Jan. 13 | S.E. Massachusetts |
| Jan. 17 | Lehman College |
| Jan. 18 | C. W. Post |
| Jan. 20 | Stony Brook |
| Jan. 23 | College of Staten Island |
| Jan. 25 | Mt. St. Mary's |
| Jan. 27 | Catholic University |
| Jan. 29 | Ramapo College |
| Feb. 1 | FDU Madison |
| Feb. 3 | Merchant Marine Academy |
| Feb. 5 | Kean College |
| Feb. 17 | Bloomfield College |
| Feb. 27 | SUNY (Old Westbury) |







## *1989-90 Roster*

Frank Prather #5
Tom Seeger #11
Perry Coursey #12
Nate Moore #13
Al Freeman #14
Steve Lewis #20
Tyler Brown #21
Mark Wilborn #24

Fred Drains #25
Ray Johnson #30
Ted Sochaski #33
Conrad Eaddy #35
Yael Martinez #32
Terence Brown
Spencer Ragland

# Women's Basketball



## Women's Basketball Team 1989-90

Top: **front, left to right:** Gloria Hodges, Sue Cackowski, Jennifer Blue, Tara Gubitoso, Margaret McCargo. **middle:** Rosalyn Goodwater, Jamie Sargeant, Sherise Martin, Shad Varasteh, Lisa Doctor. **rear:** Coach Barry Wolfson, Lisa Moore, Teshima Daye, Elena Kiafas, Asst. Coach Bill McGrady.



# Women's Game Schedule



*Women's
Game
Schedule:*

| | |
|---|---|
| Nov. 17 | Shenandoah Tournament |
| Nov. 21 | College of New Rochelle |
| Nov. 28 | Delaware Valley |
| Nov. 30 | Caldwell College |
| Dec. 5 | St. Elizabeth |
| Dec. 8-9 | Upsala Tournament |
| Dec. 13 | Jersey City State |
| Jan. 6 | Neumann College |
| Jan. 8 | Staten Island |
| Jan. 11 | Scranton |
| Jan. 15 | NJIT |
| Jan. 17 | Scranton |
| Jan. 20 | Drew |
| Jan. 22 | St. Elizabeth |
| Jan. 25 | FDU Madison |
| Jan. 27 | King's |
| Jan. 31 | Drew |
| Feb. 3 | Goucher |
| Feb. 7 | Vassar |
| Feb. 10 | FDU/Madison |
| Feb. 12 | Delaware Valley |
| Feb. 15 | King's |
| Feb. 17 | NJIT |
| Feb. 20 | Rutgers, Newark |







Sports • 95

# Soccer



## Soccer Roster

1. Kelly Pierre *
2. Jude De Ronceray
3. Gus Stifano
4. Pete Lubretch
5. Darryl Markowski
6. Greg Straub
7. John Erik
8. Diego Sanshez
9. Donovan Greaves *
10. Roland Salmon
11. Reginald Surpris
12. Mete Gursey *
13. Peter Deheng
14. Norichika Kishi
15. Castel Dorcely
16. Eddy Joseph
17. Franz Jn. Louis







# 1989 Soccer Schedule

| | | |
|---|---|---|
| 9/13 | Pace University | Away |
| 9/16 | Wilkes College | Home |
| 9/20 | Drew University* | Away |
| 9/23 | St. Peter's College | Away |
| 9/25 | Staten Island College | Away |
| 9/30 | State Univ. of New York, Old Westbury | Home |
| 10/4 | Manhattanville | Away |
| 10/7 | Baruch College | Home |
| 10/9 | Bloomfield College | Away |
| 10/11 | Delaware Valley* | Home |
| 10/14 | Univ. of Scranton* | Home |
| 10/18 | Rutgers Univ. (Newark) | Away |
| 10/20 | Kings College, Pa.* | Away |
| 10/23 | York College | Home |
| 10/28 | Fairleigh Dickinson (Madison)* | Away |
| 11/4 | Ramapo College | Home |

# Baseball



## 1990 Baseball Schedule

| | | |
|---|---|---|
| Mar. 10-18 | Florida Trip | |
| Mar. 14 | Yale | Florida |
| Mar. 24 | Tufts (2) | Home |
| Mar. 25 | Tufts | Home |
| Mar. 28 | Jersey City State | Away |
| Mar. 31 | Scranton (2) (MAC) | Away |
| Apr. 1 | Trenton State | Home |
| Apr. 3 | Wilmington (Del.) | Away |
| Apr. 4 | Rutgers-Newark | Away |
| Apr. 7 | Drew (2) (MAC) | Away |
| Apr. 8 | Staten Island | Home |
| Apr. 10 | Albright | Away |
| Apr. 11 | Manhattanville | Away |
| Apr. 14 | FDU-Madison (2, MAC) | Home |
| Apr. 18 | New Jersey Tech | Home |
| Apr. 19 | Bloomfield | Home |
| Apr. 21 | Delaware Valley (2) (MAC) | Away |
| Apr. 22 | St. Thomas Aquinas | Home |
| Apr. 23 | Bloomfield | Home |
| Apr. 24 | William Paterson | Away |
| Apr. 25 | Montclair State | Home |
| Apr. 27 | Lehigh | Home |
| Apr. 28 | King's (2) (MAC) | Home |
| Apr. 29 | Rutgers | Away |
| May 1 | Ramapo | Home |
| May 2 | Kean | Home |
| May 3 | Seton Hall | Away |
| May 5 | Middle Atlantic Conference PLAYOFFS at Reading, PA | |










## 1990 Baseball Roster

| | |
|---|---|
| Luis DeLaCruz | #9 |
| Jose DeJesus | #14 |
| Fred Drains | #25 |
| Edgar Feliciano | #6 |
| Fred Fossett | #17 |
| Rick Hauser | #42 |
| Paul Iantosca | #19 |
| Bill Judge | #8 |
| Mark Shipley | #18 |
| Bob Weiss | #36 |
| Travis Enix | #11 |
| Steve Trombley | #28 |
| Yusef Joyner | #5 |
| Gerard Sachewicz | #22 |
| Angel Zayas | #15 |

# Women's Softball











# SOFTBALL ROSTER

| | |
|---|---|
| 16 | Sue Cackowski |
| | Monique Davis |
| 36 | Pam Davis |
| 12 | Sabrina Floyd |
| 4 | Ana Garcia |
| 3 | Tara Gubitoso |
| 13 | Karhonda Jones |
| 34 | Elena Kaiafas |
| 11 | Margaret McCargo |
| 21 | Sophia Merunka |
| 15 | Lizette Rivera |
| 24 | Jamie Sargeant |
| 33 | Holly Trause |
| 14 | Maria Vega |
| 10 | Connie Wilson |



# 1990 UPSALA COLLEGE SOFTBALL SCHEDULE

| Date | Opponent | Site | | | |
|---|---|---|---|---|---|
| Mar. 21 | Mt. St. Mary | Home | Apr. 10 | St. Peter's | Away |
| Mar. 26 | Ramapo (2) | Home | Apr. 11 | Manhattan | Away |
| Mar. 27 | Delaware Valley (2) | Home | Apr. 12 | Drew | Away |
| Mar. 29 | St. Elizabeth (2) | Home | Apr. 23 | Bloomfield | Home |
| Mar. 31 | New Jersey Tech (2) | Away | Apr. 25 | Jersey City State | Away |
| Apr. 2 | Caldwell | Away | Apr. 26 | Dominican | Home |
| Apr. 4 | New Rochelle | Home | Apr. 28 | Centenary (2) | Away |
| Apr. 5 | FDU-Madison (2) | Away | Apr. 29 | New Jersey Nine Tournament at Caldwell | |
| Apr. 7 | King's (2) | Home | Apr. 30 | Dowling | Away |
| Apr. 9 | Scranton (2) | Away | May 2 | Rutgers-Newark | Away |

# Women's Volleyball





## *1989 Volleyball Schedule*

Sept. 12 Bloomfield College W, 15-9, 15-10, 15-8
Sept. 14 (H) Jersey City W, 15-3, 15-4; Peter's L, 8-15, 6-15
Sept. 18 King's W, 15-11, 15-12, 15-6
Sept. 18 Wilkes W, 15-5, 15-9, 15-2
Sept. 20 Stevens Tech W, 14-16, 17-15, 16-14, 15-4
Sept. 22 St. Elizabeth W, 15-11, 16-14, 15-7
Sept. 22-23 Elizabethtown Tournament:
Susquehanna L, 5-15, 6-15; Franklin and Marshall, L, 15-10, 0-15, 12-15; Moravian, L, 8-15, 4-15; Scranton, L, 11-15, 6-15.
Sept. 25 Stockton State L, 13-15, 14-16, 15-13, 15-11, 8-15
Sept. 27 (H) College of Staten Island W, 15-10, 15-4, 15-9.
Sept. 30 NJ Tech Tourn.:
Jersey City State, W, 15-2, 15-5; Stevens Tech, W, 15-6, 15-5; Hunter, L, 13-15, 4-15; Rutgers, Newark, L, 13-15, 12-15.



# Volleyball Team, 1989

Julie Acevedo #10
Myra Brignoni #8
Altagracia Ceballos #1
Sarah de los Santos #6
Ana Garcia #4 (C)
Carol Laginha #12 (C)
Yolanda Litwinko #9
Katherine Lugo #11
Yocasta Mata #2
Lizette Rivera #15
Gina Rodgers #14
Nicole Williams #7



# Schedule Con't.

Oct. 5 (H) Albright, L, 10-15, 12-15; Mulhenberg, W, 15-12, 15-5.
Oct. 6-7 Gettysburg Tourn.; Gettysburg, L, 0-15, 0-15; High Point, L, 1-15, 11-15; High Point, W, 15-6, 16-14.
Oct. 10 Scranton, L, 5-15, 7-15, 15-13, 10-15.
Oct. 16 (H) Delaware Valley, W, 15-8, 13-15, 15-7, 15-1.
Oct. 17 (H) Caldwell College, W, 15-5, 16-14, 15-6.
Oct. 19 (H) Ramapo, W, 9-15, 15-7, 13-15, 15-7, 15-1.
Oct. 20-21 Upsala Tournament at Upsala
W, Jersey City State, 15-7, 15-11, 15-4.
W, Montclair State, 15-8, 14-16, 15-9, 2-15.
Oct. 23 New Jersey Tech, W, 15-10, 15-10, 15-7.
Oct. 26 (H) Kean College, L, 11-15, 15-4, 15-6, 6-15, 9-15.
Oct. 27 Centenary, W, 15-10, 15-10, 15-7.
Oct. 28 Johns Hopkins, L, 9-15, 11-15, 15-4, 15-6, 6-15, 9-15.
Nov. 3-4 MAC Tourn. at Haverford College: Susquehanna, L, 5-15, 3-15; Elizabethtown, L, 3-15, 5-15; Widener, L, 8-15, 10-15; Western Maryland, L, 2-15, 4-15.

# 1990 Men's Tennis

## *1990 Men's Tennis Results*

| Date | Site | Result | Opponent | Overall | MAC |
|------|------|--------|----------|---------|-----|
| 3/27 |  | L, 3-4 | Jersey City St. | 0-1 |  |
| 3/29 | Home | L, 3-6 | Stevens Tech | 0-2 |  |
|  |  | L, 3-6 | Scranton | 0-3 | 0-1 |
|  |  | L, 2-5 | FDU-Madison | 0-4 | 0-2 |
|  |  | L, 0-9 | Rider | 0-5 | 0-2 |
|  |  | L, 0-9 | Kean | 0-6 | 0-2 |
|  |  | L, 0-9 | Drew | 0-7 | 0-3 |
| 4/19 | Away | W, 7-2 | John Jay | 1-7 |  |
| 4/26 | Away | L, 2-7 | Montclair St. | 1-8 |  |

## *1990 Roster*

Chuck Behrmann
Jim Choi
Jay Cooperman
Jim Gaffney
Steve Jones
Tom Marchetti
Wayne Smith
Will Walton
**Coach:** Faith Garcia

# 1990 UPSALA GOLF SCHEDULE

| Date | Day | Opponent | Site | Time |
|------|-----|----------|------|------|
| Apr. 6 | Fri. | Wesley, Marymount, and Spring Garden | Wesley | 1:00 p.m. |
| Apr. 12 | Thur. | Wilkes and Moravian | Wilkes | 1:00 p.m. |
| Apr. 17 | Tues. | Delaware Valley | Del. Val. | 1:00 p.m. |
| Apr. 18 | Wed. | Monmouth | Monmouth | 1:00 p.m. |
| Apr. 19 | Thur. | Stevens Tech and Montclair State | Home | 1:00 p.m. |
| Apr. 23 | Mon. | Wagner | Wagner | 1:00 p.m. |
| Apr. 26 | Thur. | FDU-Madison and New York Tech | Home | 1:00 p.m. |

COACH: Vince Capraro

104 • Sports

# Upsala Directory _____

| | |
|---|---|
| PRESIDENT | Dr. Robert E. Karsten<br>Augustana, '52 |
| ATHLETIC DIRECTOR: | Mike Walsh<br>Central Conn. St., '77 |
| ASSISTANT ATHLETIC DIRECTOR: | Kevin Flanagan<br>Wagner, '84 |
| WOMEN'S ATHLETIC<br>COORDINATOR: | Eileen Shafer<br>Montclair State, '80 |
| SPORTS INFORMATION<br>DIRECTOR: | George Alfano<br>Edison State, '84<br>Office Telephone 201-266-7164<br>Home Telephone 201-762-5248 |
| TRAINER: | Dan Rogers |
| COLORS: | Blue and Gray |
| NICKNAME: | Vikings |

## SPRING SPORTS COACHES

| | |
|---|---|
| BASEBALL: | Ed Lyons<br>Temple, '50 |
| ASSISTANTS: | John Dennis<br>UPSALA, '80 |
| | Steve Williams<br>UPSALA, '87 |
| SOFTBALL | Mike Kuchieski<br>Springfield, '88 |
| ASSISTANT: | Bill McGrady |
| MEN'S TENNIS: | Faith Garcia |
| GOLF: | Vince Capraro<br>UPSALA, '61 |

# Sports Candids



















## Mil

Mik
wealth
Wa
coordi
1987 I
Wa
admini
manag
"M
achiev
achiev
classro
Wa
scienc
at Alg
Wa
son, a
What
"U
footb
persp



# Mike Walsh, Athletic Director

Mike Walsh, who became Upsala's head football coach and athletic director on July 1, 1989, brings a wealth of coaching and administrative experience to the College.

Walsh was the assistant football coach at Wagner College from 1981 to 1988. He was the defensive coordinator for five years, and during his tenure at Wagner the team had a 70-15-2 record, winning the 1987 NCAA Division 3 championship and earning three NCAA playoff bids.

Walsh was also an assistant athletic director and assistant dean of admissions at Wagner. In these administrative positions he was responsible for supervising recruiting, developing marketing plans, managing scheduling, transportation, and budgeting.

"Mike Walsh brings to our administration and athletic teams the skills and experience necessary to achieve the College's goal of building an intercollegiate athletic program in which the standards of achievement for student-athletes match the high academic expectations all Upsala students meet in the classroom," Upsala College President Dr. Robert Karsten said.

Walsh was a three-year starter at cornerback at Central Connecticut State, where he earned a bachelor of science degree in 1977. He also played baseball and hockey at Central Connecticut, and played four sports at Algonquin Regional High School in Massachusetts.

Walsh also earned a master's of science degree in education at SUNY-Albany. He is married, has one son, and lives in Staten Island.

What they say about Mike Walsh:

"Upsala has hired a coach with a teacher's approach to the game and the knowledge of a big-time football coach. He is well organized, has an outstanding work ethic, and always keeps football in perspective," Jack Minogue, sports writer and columnist, *Staten Island Advance*.







*Do what you will, this life's a fiction, and is made up of contradiction.*

— Blake

# CANDIDS/ EVENTS

111













# FUND RAISING BOOTHS









UPSALA COLLEGE





# Banner Parade









# HALF-TIME































# WELCOME TO
# UPSALA COLLEGE

**These Facilities Are Provided
For Students, Faculty, Staff
And Visitors.
No Trespassing Regulations
Are In Effect.
Please Park In Designated Areas.**

UPSALA
COLLEGE





Candids • 123





























# Closing

The 1990 edition of the *UPSALITE* is a reflection of the students and occurrences at Upsala College this past year. Although not every event or person is shown, the members of the *UPSALITE* staff have done the best job possible, keeping in mind the heavy scholastic, social, and economic pressures students face in these times.

As mentioned previously on the *UPSALITE* page, there are particular faculty, staff, and students who've helped us get this book done. Whether their help was material or emotional, it made a difference. So, in closing, we offer thanks for support and hope that the 1990 *UPSALITE* holds something for you.

Sincerely,

*Kirsten Sejda*

Editor-in-Chief
Kirsten Sejda

