# Exhibit 14

# The Ninety-Fourth Annual Commencement



# Upsala College

Sunday, May 10, 1987
2:30 P.M.
East Orange, New Jersey

## Recipients of The Upsala Award

*Seniors*

Marjorie A. Britt
Edward Y. Chen
Mary Anne Choi, Co-valedictorian
Mary G. Constantin
Marcey L. Cook
Steven Michael Helmke
Linda-Sue Larson, Co-valedictorian
Roberta A. Mackerley
Robert Paul Pannullo
Patricia Prisco
Sharon Stank
Jeanne Wolf

*Juniors*

Andrew P. Carpenter
Roy E. Downes

## Recipient of The Kenneth Dietz Award

Kelly Ann Fermo

## Recipients of The Gold "U" Award

Karen Vianne Bartlett
Deirdre Mari Ekmekjian
Kelly Ann Fermo
Steven Michael Helmke
Kathleen Murray
Stephen Michael Rusnak
Leigh Andrew Zona

# Program

## THE ACADEMIC PROCESSION
Please stand and remain standing through the invocation

*Pomp and Circumstance  
March No. 1,* Elgar

### Robert Dowling
*Organist*

## HYMN — *America the Beautiful*

O beautiful for spacious skies,  
For amber waves of grain,  
For purple mountain majesties  
Above the fruited plain!  
America! America!  
God shed his grace on thee,  
And crown thy good with brotherhood  
From sea to shining sea.

O beautiful for pilgrim feet,  
Whose stern impassioned stress  
A thoroughfare for freedom beat  
Across the wilderness!  
America! America!  
God mend thine every flaw,  
Confirm they soul in self-control,  
Thy liberty in law.

O beautiful for heroes proved  
In liberating strife,  
Who more than self their country loved,  
And mercy more than life!  
America! America!  
May God thy gold refine,  
Till all success be nobleness,  
And every gain divine.

O beautiful for patriot dream,  
That sees, beyond the years,  
Thine alabaster cities gleam,  
Undimmed by human tears!  
America! America!  
God shed his grace on thee,  
And crown thy good with brotherhood  
From sea to shining sea.

## INVOCATION
### The Reverend George W. Freyberger
*Chaplain of Upsala College*

## VALEDICTORY
### Mary Anne Choi

## CONFERRING OF HONORARY DEGREE
### Dr. David E. Schramm
*President*

*Doctor of Laws*  
The Honorable John J. Dios  
Presented by  
Dr. Sook Chong Choi

# COMMENCEMENT ADDRESS

The Honorable John J. Dios
Superior Court Judge
State of New Jersey

# ANNOUNCEMENT OF AWARDS AND HONORS

The Dr. Alvin R. Calman Professorship in History and Political Science
The Lindback Award
The Alpha Phi Omega Leader in Service Award

# CONFERRING OF DEGREES

Dr. H. Edwin Titus
*Dean of the College*

# HAIL, HAIL, UPSALA
*Please rise and remain standing in your place for the Benediction and Recessional*

Hail, hail Upsala
Proudly we look to thee,
Fairest in all the land,
Dearest to me;

Long may thy glory shine,
Fame be forever thine,
Hail, hail Upsala dear,
Hail, hail to thee.

# BENEDICTION

Chaplain George Freyberger

# RECESSIONAL

Graduates and guests are invited to a reception hosted by President Schramm on the Lawn of the Student Services Center immediately following the ceremony.

# Candidates for Degrees
## BACHELOR OF ARTS

Maria Baptista Adams
Scott Vincent Agnes
Wayne A. Alexander
Jose Enrique Mora Alicea
Anthony A. Argondizza
Toni Lea Armstrong
Victor Anthony Arocho
Alexandra Asaro
David Ralph Asta
Sandra Hope Atkins
James P. Barriga
Karen Vianne Bartlett
Meredith Joan Beckles
Lu-Ann J. Berto
Leo Gerald Blecker
John Andrew Bone
Joseph Paul Bottazzi
Sandra Ellen Bradley
Valerie Bragg
Linda Aileen Brame
Cherlynne Lowe Brewer
Thomas John Breza
Marjorie Ann Britt
Robin Renee Brown
Jack A. Bucco
Phoebe Butler
Linda L. Cabalar
Patricia Ann Casey
Edward Y. Chen
Susan H. Church
Vinnia Cina
Derrick Conner
James M. Contrini
Primitiva Correa
James Cavett Cosby, Jr.
Andrea Cron
Jay Anthony Czumble
Kamal Darwish Ahmad
Anthony DeMarco
Laura Marie DeMol
Steven Dondershine
Craig Donnellan
Cornelius Duane Eaddy
Frank Michael Failace, Jr.
Kelly Ann Fermo
Thomas Christopher Finnerty
Mark Henry Fitzsimmons

Faith Foppiani
Matthew Whitney Franklin
David Roger Fromkin
Catherine Lynne Futyma
Tracey Carmella Gamble
Marlene Gaudin
Henry Raymond Gehron
Abdo Ghraab
Maria Grazia Giannobile
Daniel Rudolph Giovinazzo
Angel Gonzalez
Linda Ann Guzman
Victoria Hanjian
James Leon Harris, Jr.
Michael Donald Hartman
Steven Michael Helmke
Shari Ingrid Hirschkowitz
Kenneth A. Hofsommer
Edward Joseph Honchen
Walter H. Housman, III
Richard Stanley Jasinski
Robert F. Jortberg, Jr.
Khadijah Kalimah
Robert Mark Kastl
Susan L. Kern
Edward John King
John Mark Kuperus
Rita Langli
Linda-Sue Larson
Desa Lazar
Karl-Boris Leiningen
Richard Alan Lindsey
Edgard A. Lopez
John Henry Lopez
William James Rankin Magrath
Mary Ann McLaughlin
Payal Mehta
Thomas J. Mertz
A. Lawrence Mezzacca
Keith Mozian
Amanda Jane Mroz
Darrin Lamont Murray
Kathleen Marie Murray
John Carmen Nalepka
Charles H. Nelson, Jr.
Elaine Marcia Nethersole
Jouhaud Nicolas

Tanya Denise O'Neal
Suzanne Marit Ohlsson
Nicholas Christiaan Olijslager
Roce C. Pappas
Adrienne Denise Paschal
Gregory Salvatore Perrone
Joan Theresa Petiya
David Michael Picardi
Ivelyese Pillot
Nicholas Poulis
Margaret Pribula
Nancy Denise Proctor
Italo Edmundo Recinos
Martin J. Reynolds
Christopher C. Richey
Juana Maria Rivas
Timothy George Robins
Robert John Rozansky
Ricci J. Salsano
Debra Anna Savage
Suzanne Ellen Shell
Harry Goutamnaraine Shivdat
Sharon Stank
Andrea Rozalia Szabo
James Vincent Szobonya, Jr.
Lewis Scott Taitel
Craig Anthony Taylor
Rosa M. Tejero
Glen Andrew Thomas
Robert Theodoor VanVoorst
Rosemarie Fuentes Velez
Thomas G. Viafora
Danielle Marie Vogler
Mickey Todd Walker
Thurman Malcolm Wall
David Matthew Walsh
Allen Louis Wasserman
Deborah Tarpey Weber
Susan E. Wilbert
Robin Marie Williams
Sandra Michelle Williams
Sherri Dereice Williams
Suzanne K. Wolf
Gus Xhudo
Leigh Andrew Zona

# BACHELOR OF SCIENCE

Vergena R. Adams
Frank Anastasi
Kenneth Eugene Bathmann
Mary L. Begasse
Joan Mary Ahlers Bowen
Mary Ann Brennan
Joel Elliot Caplan
Susan Keane Carscadden
Lisa E. Ceraolo
Mary Anne Choi
Maureen T. Clark
Elissa S. Cohen
Mary G. Constantin
Virginia Mary Crotty
Deirdre Mari Ekmekjian
John Douglas Emerson
John Joseph Garrigan
Gail Robin Guerke
Nikki F. Janosch
Rosalie W. Kesselman
Lisa Joy Kopinsky
Kevin C. Kucks
Betty L. Lagitch
James A. Lavorgna
Diane P. Levitz
Roberta R. Mackerley
Yemenzework Makonnen

Debra Yvette Mallory
Jon E. McCarty
Katherine McMahon
Sharon Margaret Muessig
Charles Joseph Mule
Deborah E. O'Connor
Ellen B. O'Hara
David Joseph Osborne
Robert Paul Pannullo
Pauline Payne
Constance Gladden Petty
Russell E. Poole
Margaret Pilaar Quinn
Angelo Rotanda
David C. Roxin
Stephen Michael Rusnak
Tatsuto Sakai
John Erasmo Sena
Aleck J. Siykwazi
Jayne C. Snyder
Barbara Coady Teresi
Frances M. Tuite
Wendy April Wheeler
Gebrewahid Woldu
Jeanne P. Wolff
Rosemary Wolverton

# BACHELOR OF SOCIAL WORK

Sharon Ann Cloney
Marcey L. Cook
Ellen Linda Heerwig

Ruth Nagar Silver
Susan Mary Ann Thompson
William Joseph Walsh

# MASTER OF SCIENCE

Olushola E. Adedoyin
Kim A. Aronowitz
Therese Ann Bergen
Carolyn Chiusano-Kohlep
Elizabeth G. DeVany
Carol Louise Durham

Mary J. Finnegan
Yvette Theresa Hall
Claudia M. Herrero
Susan Clair Hushen
Cindy Beth Lichtenstein
Judith Elder Roger

Nancy Anne Stober

# HONORARY DEGREE RECIPIENT

The Honorable John J. Dios
Superior Court Judge
State of New Jersey

New Jersey Superior Court Judge John J. Dios in 1981 was the first person of Hispanic ancestry to be appointed a Superior Court judge in New Jersey. He also has the distinction of being the first Hispanic-American in the state to be named a municipal court judge in 1974 and a district court judge in 1976.

Born in Havana, Cuba in 1923 Dios lived with his family in Spain for several years before moving to Newark at the age of seven.

Shortly after the Dios Family arrived in the United States, Judge Dios' father was involved in an automobile accident and was sued. The proceedings in court and the system of justice so captivated the nine-year old Dios that he made up his mind then and there to participate in the judicial process when he grew up.

Dios graduated from Rutgers University Law School and practiced law in Newark. The majority of his clients were from the Hispanic community. Dios, who is bilingual, was active as a founder, member and adviser to numerous Hispanic organizations and was instrumental in the quelling of the 1975 riots in Newark and in bringing about improved relations between the community and government. He is respected for helping to integrate the foreign-born into American society.

Dios has served on numerous Supreme Court committees including the Task Force on Minority Concerns, the Task Force on Interpreter and Translating Services within the Courts, the Committee on Criminal Jury Charges, and the Committee on Judiciary Relations within the Media.

## BOARD OF TRUSTEES

| | |
|---|---|
| Karl Andren | Greenwich, Connecticut |
| William J. Biunno | Mountainside, New Jersey |
| Anton Campanella | Mountainside, New Jersey |
| David C. Carlson | West Hartford, Connecticut |
| Paul J. Christiansen | West Orange, New Jersey |
| Paul R. Cory | Saddle River, New Jersey |
| Ursula Farrell Fairbairn | Scarsdale, New York |
| Robert W. Goldstein | Somerset, New Jersey |
| Robert F. Hague | Upper Montclair, New Jersey |
| Beatrice Harvey | Montclair, New Jersey |
| Herman A. Hassinger | Moorestown, New Jersey |
| Frederick H. Jarvis | Basking Ridge, New Jersey |
| Herluf M. Jensen | Moorestown, New Jersey |
| Cheryl Johnson | Mine Hill, New Jersey |
| Paul D. Kennedy, *Chairman* | Worcester, Massachusetts |
| Mary E. Klein | Short Hills, New Jersey |
| Eugene F. Mitchell, *Secretary* | Windsor, Connecticut |
| Ronald J. Mount, *Vice-chairman* | Jersey City, New Jersey |
| Susan E.J. Nagle | Summit, New Jersey |
| Carl V. Philips | Jersey City, New Jersey |
| Dorothy F. Ricks | East Orange, New Jersey |
| David E. Schramm | Maplewood, New Jersey |
| Walter R. Sjogren | Millville, New Jersey |
| Joseph A. Sullivan | Essex Fells, New Jersey |
| Eleanor A. Sulston | Southport, Connecticut |
| William J. Villaume | Rindge, New Hampshire |
| Carl G. Wiediger | New Britain, Connecticut |
| Harold R. Wimmer | Worcester, Massachusetts |
| Ted C. Womer | Darien, Connecticut |
| George A. Fenwick, *Honorary* | Chester, New Jersey |
| Herbert V. Peterson, *Honorary* | Upper Montclair, New Jersey |
| Robert S. Puder, *Honorary* | South Orange, New Jersey |
| Harold Kaplan, *Ex-Officio* | Bloomfield, New Jersey |

## FELLOWS

| | |
|---|---|
| Harvey C. Anderson | Branford, Connecticut |
| Thomas H. Cooke, Jr. | East Orange, New Jersey |
| Richard O. Endres | Moorestown, New Jersey |
| Jerome Fein | South Orange, New Jersey |
| C. Stewart Hausmann | Brielle, New Jersey |
| Thomas V. Henderson | Orange, New Jersey |
| Kurt L. Hiete | Pacific Palisades, California |
| William C. Holt | East Orange, New Jersey |
| Frederick R. Kronenwett | Tenafly, New Jersey |
| William Lord | Hillsdale, New Jersey |
| Martin S. Mandon | Wayne, New Jersey |
| A. Richard Meningall | East Brunswick, New Jersey |
| D. Craig Oscarson | New Vernon, New Jersey |
| Harriet Perlmutter Pilchik | Short Hills, New Jersey |
| John Puckhaber | Paramus, New Jersey |
| John Radli | Essex Fells, New Jersey |
| Walter Schmiedeskamp | Somerville, New Jersey |
| Donald G. Schroeder | Franklin Lakes, New Jersey |
| David L. Scott | Livingston, New Jersey |
| Joel Shain | West Orange, New Jersey |
| Jean C. Stefanik | Lake Buena Vista, Florida |
| Susan Thunberg | Berkeley Heights, New Jersey |
| Ruth G. Winter | Short Hills, New Jersey |