# Exhibit 15

# The Ninety-Fifth Annual Commencement



# Upsala College

Monday, May 9, 1988
2:30 P.M.
East Orange, New Jersey

# Recipients of The Upsala Award

*Seniors*

Lisa Brun
Denise Calinda
Andrew Carpenter
Roy Downes, Valedictorian
Ilona Fett-Rodriguez, Salutatorian
Barry Lewis

Patricia Nixon
Jonathan Okun
Keila Ravelo
Scott Rosen
David Wendell

*Junior*
Cynthia Walton

# Recipients of
# The Kenneth Dietz Award

Cynthia DeMatteis        Kirsten Sjogren

# Recipients of
# The Gold "U" Award

Andrew Carpenter
Cynthia DeMatteis
Roy Downes
Dana Inez Hunter

Angela Denise McCloud
Karen Ortelio
Charles Lewis Perry, II
Kirsten Beverly Sjogren

# Program

## THE ACADEMIC PROCESSION
Please stand and remain standing through the invocation

*Pomp and Circumstance*
*March No. 1,* Elgar

### Gary Casciano
*Organist*

## HYMN — *America the Beautiful*

O beautiful for spacious skies,
For amber waves of grain,
For purple mountain majesties
Above the fruited plain!
America! America!
God shed his grace on thee,
And crown thy good with brotherhood
From sea to shining sea.

O beautiful for pilgrim feet,
Whose stern impassioned stress
A thoroughfare for freedom beat
Across the wilderness!
America! America!
God mend thine every flaw,
Confirm thy soul in self-control,
Thy liberty in law.

O beautiful for heroes proved
In liberating strife,
Who more than self their country loved,
And mercy more than life!
America! America!
May God thy gold refine,
Till all success be nobleness,
And every gain divine.

O beautiful for patriot dream,
That sees, beyond the years,
Thine alabaster cities gleam,
Undimmed by human tears!
America! America!
God shed his grace on thee,
And crown thy good with brotherhood
From sea to shining sea.

## INVOCATION

### The Reverend George W. Freyberger
*Chaplain of Upsala College*

## WELCOME

### Dr. David E. Schramm
*President of the College*

## VALEDICTORY

### Roy Downes

# COMMENCEMENT ADDRESS

General Peter Dawkins, USA, Ret.

# ANNOUNCEMENT OF AWARDS AND HONORS

Recognition of Retiring Faculty Members

Donald Cross                    Robert Meinke
Hugo Lutz                       Ammon Roth

The Lindback Award

# CONFERRING OF DEGREES

Dr. H. Edwin Titus
*Dean of the College*

# HAIL, HAIL, UPSALA

*Please rise and remain standing in your place for the Benediction and Recessional*

Hail, hail Upsala                Long may thy glory shine,
Proudly we look to thee,         Fame be forever thine,
Fairest in all the land,         Hail, hail Upsala dear,
Dearest to me;                   Hail, hail to thee.

# BENEDICTION

Chaplain George Freyberger

# RECESSIONAL

Graduates and guests are invited to a reception hosted by President Schramm in the College Center Lounge immediately following the ceremony.

# Candidates for Degrees

(Graduates and honors listed in this program are based on only seven semesters of work. All honors listed on diplomas and/or transcripts are based on the full record of all work at Upsala College.)

## BACHELOR OF ARTS

Sayeed Abdul-Fattah
Scott Richard Adubato (s)
Mark Daniel Baranek
Allison Regina Baxter
Paul Bilgrav
Frederick William Blecker
Jennifer R. Block
John P. Bobowicz
Matthew John Boone
Jeffrey Robert Brandon
Darlene Brigante
Anthony Lamont Bright
June McGuire Brown**
Maxine Brown
Terence Charles Brown (s)
Lisa M. Brun**
Annalyne Blackman Burke***
Leigh Ellen Burke
Melanie Gunnison Calder*
Denise Isadora Calinda**
Victor Michael Canning (s)
Andrew Philip Carpenter***
Diane Mary Chorazy
Karen Cina*
John C. Citrolo
Michael Alan Citron
Stephanie Renee Clark
Candace Laura Coleman
W. James Cosgrove, Jr.
Gretna Wilkinson Daniels*
Cynthia M. DeMatteis
Yolanda Dentley
Chris S. Desiderio
John D. Digregorio
Louise Patricia Downer
Roy Downes***
Rosemarie Dunado*
Timothy Michael Duven
Alexis Madalene Enderle
Frank Joseph Engo
Carlos Farmer
Ilona Fett-Rodriguez***
Edward John Furst
Irene A. Galleguillos
Gertrude Ann Garubo
James T. Glick
Bonni Lynn Green (s)

Patricia A. Grey***
Mary Beth Hartleb
Michael Harvier
Dana Inez Hunter
Lee Iger*
Janine Edith Ingram (s)
John A. Jackson
Laura Jane Jacobs
Darcia Maureen Jaichon (s)
Nancy Nadine Angelica Jones
Barbro Elisabeth Jonsson*(s)
Elizabeth Frances Koch***
John Robert Kratsch**
Alrick Lawrence (s)
Steven Shauntee Lawson
Anabela Leite
Spencer Lamont Lester (s)
Barry D. Lewis***
Monika Junemann Lipsky
Mark J. Luisi
Derrick Larcey Martin
David A. Mathisen
William Alexis Matos
Mark William Matyola
Michael K. Matzelle
Carla Ann Mazza**
Angela Denise McCloud
William J. McCloud
Linda S. McFarland
Ares P. Miliotis
Robert Joseph Montuore
Rita Munshi
Lorena J. Navarro (s)
Amy S. Cranston-Nickell
Patricia Ann Nixon***
Kenneth Michael Nutter*
Jeffrey Robert Olear
Karen Ortelio
John Palmieri (s)
Katherine Parrish
Margaret Edmond Paul
Charles L. Perry
Daniel T. Phillips
Elizabeth Carol Phillips
Nicholas Poulis
Kenneth Anthony Powell
Patricia Prisco***

Keila Doris Ravelo***
Regina Hanratty Reilly**
Catherine Jayne Ring
Scott Rosen**
Andrea Julia Sampson
Dennis Sanders
Christopher Robert Sarullo
Florence Schmidt
Paul Schraft
Evelyn Marie Seal
Donald Michael Seaman
Thomas Paul Segreto
Ruth Shembe
Charles Steven Shoolis
Mark D. Simmons (s)
Kirsten Beverly Sjogren
Sharon Denise Slater
Douglas Edward Sliker
Raegan S. Smith
Nalini Janice Somai
Mattie L. Stimpson
Lottie Denise Stinson (s)
Chyerl Lorraine Stuckey (s)
Elic C. Suazo
Michael Sylvester
Jodi Dawn Tapper
Cathy Ann Thompson*
Michael L. Toma
Jerry Torsiello
Laurens G. VanSluytman
Eric John Vasquez
William Mark Visser
Nina Washington
Willena M. Wesson
Keith Trevor Wilkinson
Lynda R. Williams (s)
Mark Anthony Williams (s)
Shelina J. Williams
Dean Russell Williford
Steven Gregory Willis
Tracy Ann Winrow
Steven Joseph Wollermann
King Man Wong

## BACHELOR OF SCIENCE

Mohammed Abdallah(s)
Debbie Lane Acampora*
Bernard Hanacho Ajaegbu
Susan P. Amato*(s)
Janice Marie Beauchamp
Joyce Duryea Beckerman
John E. Borthwick
Elizabeth M. Brnic*
Edward A. Chernesky*
Lorraine Cusano
Carmen Joseph DePasquale**
Joan Hommes Dechellis
Angelina Maria Diguilio
Patricia A. Duva
Monica Lynn Felder
Andrea Janice Fink**
Ronald F. French
Elizabeth Graul
Rosemary E. Grober

Karole Ann Haller
Scott Robert Heacock
Michelle Elizabeth Hendricks*
Dalton Andrew Johnson
Barbara K. Kelly**
Eleanor King
Anna Kolano*
Kevin Robert Larkin
Sally Ann Lonero**
Margaret Ann McKeever Luna
Margaret L. Lundberg***
Julie Ann Miller*
Ethel Chukwuekwe Momah**
Bernadine L. Muslim
Katherine Rosalie Nelligan*
An Huu Nguyen
Jonathan Paul Okun***
Elizabeth Christianna Pappas
Christine Rafizadeh

Katie P. Ratliff
Maryann L. Russello
Diane R. Schaublin
Mary Jane Smith***(s)
Rosanne E. Smulewicz
Sharon Lee Sullivan*
Connie B. Taylor***
Lolamma Thomas
Cathy Ann Thompson*
Pauline W. Townsend
Robert Michael Urban***
Gail N. Vernick*
David Michel Wendell**
Marlene Clark Wilbur***
Felix Arvin Williams
Robin Patrice Wright
Eleanor M. Wynter

## BACHELOR OF SOCIAL WORK

Lisa Lancaster
Wanetta Vernell Williams*

## MASTER OF SCIENCE

Bernard Martin Curtis
Ann Hudson
Charles H. Nelson, Jr.
Linda Lee Ogletree
June B. Pettegrew
Joyce Ellen Port

Doreen Joan Pringle
Wayne D. Sarrow
Ellen Sue Schreihofer
Theresa Ann Smith
Alexandra Durant Smorodin
Steven Mark Valvano

*** Summa Cum Laude
** Magna Cum Laude
* Cum Laude

(s) Students Completing Degree Requirements During Summer, 1988

# COMMENCEMENT SPEAKER

## General Peter Dawkins, USA, Ret.

Peter Dawkins, a candidate for the United States Senate, graduated from West Point, where he was First Captain of the Corps of Cadets and president of the Class of 1959. Dawkins, who won the Maxwell Trophy and the Heisman Trophy, was also co-captain of Army's undefeated football team and a consensus All-American halfback.

Selected as a Rhodes Scholar, Dawkins studied Politics, Philosophy, and Economics at Oxford University in England. Dawkins went on to receive Masters and Ph.D. degrees in International Politics from Princeton University's Woodrow Wilson School.

For nearly 25 years, Dawkins served as a commissioned officer in the Army in both Korea and Vietnam. He was promoted to the rank of Brigadier General and then was appointed to Deputy Director of the Army's Strategy, Plans, and Policy Directorate in the Pentagon. While in the Army, Dawkins earned the Distinguished Service Medal, the Legion of Merit, two Bronze Stars for Valor and three Gallantry Crosses — Vietnam's decoration for bravery. In 1973, he was selected as a White House Fellow and served as Military Assistant to the Deputy Secretary of Defense, William P. Clements, Jr.

In 1983, Dawkins joined the Wall Street firm of Lehman Brothers as head of their Public Finance Banking Division, where he worked to help states, cities, and towns raise the capital needed to improve highways, schools, water systems, and hospitals. He later became a Managing Director in the Investment Banking division of Shearson Lehman Brothers, Inc. Dawkins serves on a number of boards and councils, including The Boys and Girls Clubs of Newark, The Hudson Institute, The Center for Excellence in Government, and The Robertson Foundation of Princeton University. He also served on the National Council of the YMCA for ten years, and was the chairman of the YMCA Armed Services Department.

# BOARD OF TRUSTEES

Karl Andren — Greenwich, Connecticut
William J. Biunno — Mountainside, New Jersey
David C. Carlson — West Hartford, Connecticut
Paul J. Christiansen — West Orange, New Jersey
John G. Graham — Chatham, New Jersey
Robert F. Hague — Upper Montclair, New Jersey
Beatrice Harvey — Montclair, New Jersey
Herman A. Hassinger — Moorestown, New Jersey
Robert L. Isaksen — Worcester, Massachusetts
Frederick H. Jarvis — Far Hills, New Jersey
Herluf M. Jensen — Moorestown, New Jersey
Cheryl Johnson — Mine Hill, New Jersey
Paul D. Kennedy — Worcester, Massachusetts
Mary Klein — Short Hills, New Jersey
A. Richard Meningall — East Brunswick, New Jersey
Eugene F. Mitchell, *Secretary* — Windsor, Connecticut
Ronald J. Mount, *Chairman* — Jersey City, New Jersey
Susan E.J. Nagle — Summit, New Jersey
Richard E. Olson — Worcester, Massachusetts
Carl V. Philips — Jersey City, New Jersey
Dorothy Ricks — Philadelphia, Pennsylvania
David E. Schramm — Maplewood, New Jersey
Walter D. Serwatka — Secaucus, New Jersey
Walter R. Sjogren — Millville, New Jersey
Joseph A. Sullivan — Essex Fells, New Jersey
Eleanor A. Sulston — Southport, Connecticut
Carl G. Wiediger — New Britain, Connecticut
Ted C. Womer, *Vice-chairman* — Darien, Connecticut
George A. Fenwick, *Honorary* — Chester, New Jersey
Herbert V. Peterson, *Honorary* — Upper Montclair, New Jersey
Robert S. Puder, *Honorary* — South Orange, New Jersey
Harold Kaplan, *College Counsel* — Bloomfield, New Jersey