# Exhibit 16

# BACCALAUREATE

and

# COMMENCEMENT



## UPSALA COLLEGE
East Orange, New Jersey

## UPSALA COLLEGE·WIRTHS CAMPUS
Wantage, New Jersey

# Baccalaureate

## Christ Chapel

*Friday, May 5, 1989*
*3:00 p.m.*



# Upsala   College
### East Orange, New Jersey

# Baccalaureate



## Service of the Word

PRELUDE—*Festival Procession*..........................................................*Richard Strauss*
*Fugue in E-flat (St. Anne)* ...................................................*J.S. Bach*
*Thomas A. Mustachio,* Organist
Minister of Music, Faith Lutheran Church of New Providence

PROCESSIONAL\* ............................................................. *Selma Imene,* Crucifer

Associate Professor *David Murray*
Assistant Professor *Gary Porter*
Assistant Professor *Arthur Paulson*
Counseling Director *Theresa Jaeger*
Residence Life Director *Lisa Smith*
Student Marshals

Associate Professor *Sook Choi,* Faculty Marshal

Professor *Frederick Hahn,* President's Party Marshal

Assistant Academic Dean *Selma Brookman,* Administration Marshal

*Processional*...................................................*Warren Martin*

INVOCATION\* .......................................................*The Reverend Michael Cobbler*
Pastor, Holy Trinity Lutheran Church of East Orange

HYMN

**"Earth and All Stars!"**—*Brokering-Johnson*

1. Earth and all stars!  Loud rushing planets!
   Sing to the Lord a new song!
   Oh, victory! Loud shouting army!
   Sing to the Lord a new song!
   **Refrain**

3. Trumpet and pipes! Loud clashing cymbals!
   Sing to the Lord a new song!
   Harp, lute, and lyre! Loud humming cellos!
   Sing to the Lord a new song!
   **Refrain**

**Refrain**:  He has done marvelous things.  I too will praise him with a new song!

5. Classrooms and labs!  Loud boiling test tubes!
   Sing to the Lord a new song!
   Athlete and band! Loud cheering people!
   Sing to the Lord a new song!
   **Refrain**

6. Knowledge and truth! Loud sounding wisdom!
   Sing to the Lord a new song!
   Daughter and son! Loud praying members!
   Sing to the Lord a new song!
   **Refrain**

\**Congregation Standing*

DIALOG ........................................................................... *Pastor Cobbler*

Blessed are you, O Lord our God, king of the universe,
   **for in your wisdom you have formed us.**
You feed the hungry and clothe the naked.
   **We bless you and praise your name forever.**
You set free those who are bound
   **We bless you and praise your name forever.**
You raise up those whose courage falters.
   **We bless you and praise your name forever.**
You provide for our every need.
   **Accept our grateful praises.**
You have called us from all peoples
   **We rejoice and bless your name forever.**
You bless your people with peace.
   **We bless you and praise your loving grace.**
Blessed are you, O Lord our God, king of the universe,
   **for in your wisdom you have formed us.**

CANTICLE

**"From All That Dwell below the Skies"**—*I. Watts-Old Hundredth*

| | |
|---|---|
| From all that dwell below the skies | Eternal are your mercies, Lord; |
| Let the creator's praise arise; | Eternal truth attends your Word; |
| Let the redeemer's name be sung | Your praise shall sound from shore to shore, |
| Through ev'ry land, in ev'ry tongue. | Till suns shall rise and set no more. |

SALUTATION .......................................................... *The Reverend Susan E. Nagle*
Pastor, St. John Lutheran Church of Summit
Member, Upsala College Board of Trustees

The peace of the Lord be with you always.
   **And also with you.**

PRAYER OF THE DAY ....................................................................*Pastor Nagle*

O God, you created all people in your image.  We thank you for the astonishing
variety of races and cultures in this world.  Enrich our lives by ever-widening
circles of fellowship, and show us your presence in those who differ most from
us, until our knowledge of your love is made perfect in our love for all your
children.
Eternal God, bless all schools, colleges, and universities and especially Upsala
College, that they may be lively places for sound learning, new discovery, and
the pursuit of wisdom; and grant that those who teach and those who learn may
find you to be the source of all truth; through Jesus Christ our Lord.  **Amen.**

FIRST LESSON:      Exodus 19:1-6.........................................................*Pastor Nagle*

ANTHEMS .....................................*"Lord I'm Available"* and *"Help Me Lift Him Up"*
Upsala College Gospel Choir—*Sister Johnetta Nelson,* Director

SECOND LESSON:   St. Matthew 5:13-18 .........*The Reverend George W. Freyberger*
Chaplain of the College

INTRODUCTION OF THE SPEAKER..........................................*Pastor Freyberger*

SERMON ...................................................................*The Reverend E. Roy Riley*

Assistant to the Bishop, New Jersey Synod, Evangelical Lutheran Church in America (ELCA)
Staff, Commission for Financial Support ELCA
Congregational Services

HYMN

**"Joyful, Joyful We Adore Thee"**—*van Dyke-Beethoven*

1. Joyful, joyful we adore thee,
   God of glory, Lord of love!
   Hearts unfold like flow'rs before thee,
   Praising thee, their sun above.
   Melt the clouds of sin and sadness,
   Drive the gloom of doubt away.
   Giver of immortal gladness,
   Fill us with the light of day.

2. All thy works with joy surround thee,
   Earth and heav'n reflect thy rays,
   Stars and angels sing around thee,
   Center of unbroken praise.
   Field and forest, vale and mountain,
   Flow'ry meadow, flashing sea,
   Chanting bird, and flowing fountain
   Call us to rejoice in thee.

3. Thou art giving and forgiving,
   Ever blessing, ever blest,
   Well-spring of the joy of living,
   Ocean-depth of happy rest!
   Thou our Father, Christ our brother,
   All who live in love are thine;
   Teach us how to love each other,
   Lift us to the joy divine!

PRAYER OF THE PEOPLE...........................*The Reverend Robert E. Karsten, Ph.D.*

President of the College

God of all, we proclaim and celebrate your glory on this important occasion.
We give you thanks for the diverse expressions of faith among us. God in your
mercy,
   **hear our prayer.**
For this hour, bless us with unanimity of reverence and harmony of purpose, so
that in the midst of all our ceremonies honoring human achievement, we also
may pause to honor you. God in your mercy,
   **hear our prayer.**
We raise prayers of thanksgiving for the communities and families from which
these students have come, for sacrifices made and encouragement given. God in
your mercy,
   **hear our prayer.**
We rejoice with all the family members, teachers and friends who are here for
graduation, and we remember those at home whose love and support are also
treasured. God in your mercy,
   **hear our prayer.**
We pray for your guidance of Upsala College and all institutions of learning,
that there might be wonder at your world, curiosity about human culture, and joy
in learning. God in your mercy,
   **hear our prayer.**
May the academic community practice those virtues which it hopes will be
embodied in its graduates, making colleges and universities harbingers of a more
humane and peaceable world. God in your mercy,
   **hear our prayer.**

We pray in hope for these particular graduates. May they find places to live and work where people will welcome their skills and foster their growth. God in your mercy,

**hear our prayer.**

May their education be ongoing, their contributions to others truly helpful, and their vision of the future in conformity to your will. God in your mercy,

**hear our prayer. Amen.**

BENEDICTION AND DISMISSAL*...............................................*President Karsten*

Go in peace. Serve the Lord.

**Thanks be to God.**

RECESSIONAL*—*Grand Procession* .....................................................*Martin Shaw*
arranged by Dale Wood

*Congregation Standing*



# Baccalaureate  Speaker

**E. Roy Riley, Jr.**

The Reverend E. Roy Riley, Jr. was ordained in 1974 by the South Carolina Synod of the Lutheran Church in America (LCA). Pastor Riley served for six years as part of a team ministry at Augsburg Lutheran Church, Winston-Salem, North Carolina. In 1980 he became assistant to the Bishop of the New Jersey Synod, LCA and has continued to serve part-time on the Bishop's staff in the newly formed Evangelical Lutheran Church in America (ELCA) along with serving as a staff member of the Commission for Financial Support, Congregational Services, ELCA.

Pastor Riley's work has focused on church stewardship and financial development and he has been the executive producer of numerous church videos.

A 1970 graduate with honors from Lenoir-Rhyne College in Hickory, North Carolina with a B.A. in English, Pastor Riley has served on the Board of Trustees of his alma mater. He received his M.Div. degree from Lutheran Theological Southern Seminary.

# Commencement

## Library Lawn*

*Saturday, May 6, 1989*
*10:30 a.m.*



# Upsala   College

East Orange, New Jersey

*In the event of inclement weather, Commencement will be held in Viking Memorial Hall.

# Commencement



PRELUDE—*Festival Procession*.................................................... *Richard Strauss*

*Thomas A. Mustachio,* Organist
Minister of Music at Faith Lutheran Church of New Providence

THE ACADEMIC PROCESSION* ......................... Professor *Roger Boraas,* Mace Bearer

Associate Professor *David Murray*
Assistant Professor *Gary Porter*
Assistant Professor *Arthur Paulson*
Counseling Director *Theresa Jaeger*
Residence Life Director *Lisa Smith*
Student Marshals

Associate Professor *Sook Choi,* Faculty Marshal

Professor *Frederick Hahn,* President's Party Marshal

Assistant Academic Dean *Selma Brookman,* Administration Marshal

*Pomp and Circumstance, March No. 1* ...........................................*Elgar*

HYMN*

"**The Battle Hymn of the Republic**"—*J.W. Howe-American, 19th Century*

Mine eyes have seen the glory of the coming of the Lord'
He is trampling out the vintage where the grapes of wrath are stored;
He hath loosed the fateful lightning of his terrible swift sword;
His truth is marching on.

**Refrain:**    Glory, glory, Hallelujah!  Glory, glory, Hallelujah!
Glory, glory, Hallelujah! His truth is marching on.

He has sounded forth the trumpet that shall never call retreat;
He is sifting out the hearts of men before his judgement seat;
O be swift, my soul, to answer him; be jubilant, my feet!
Our God is marching on. (**Refrain**)

In the beauty of the lilies Christ was born across the sea,
With a glory in his bosom that transfigures you and me:
As he died to make men holy, let us die to make men free,
While God is marching on. (**Refrain**)

*Please Stand

INVOCATION* ............................................................*The Reverend Jack R. Stevens*
Pastor of Salem Lutheran Church of Bridgeport, Connecticut

WELCOME  .................................................*The Reverend Robert E. Karsten, Ph.D.*
President of the College

VALEDICTORY ...........................................................................*Cynthia Walton*

PRESENTATION OF SPEAKER..................................................*Mary E. Swigonski*
Associate Professor, Upsala College

COMMENCEMENT ADDRESS ....................................*Catharine E. Stimpson, Ph.D.*
Dean of the Graduate School;<br>Vice Provost for Graduate Education<br>Rutgers University

ANNOUNCEMENT OF AWARDS AND HONORS..........................*President Karsten*

*H. Edwin Titus, Ph.D.*<br>Dean of the College

*The Reverend Herluf M. Jensen, Bishop*<br>New Jersey Synod<br>Evangelical Lutheran Church in America (ELCA)

CONFERRING OF HONORARY DEGREES..................................*President Karsten*

*Catharine E. Stimpson*          *Anton Campanella*<br>Doctor of Letters          Doctor of Humane Letters

PRESENTATION OF CLASS ..............................................................*Dean Titus*

CONFERRING  OF  DEGREES......................................................*President Karsten*

HAIL, HAIL, UPSALA
*Please rise and remain standing in your place for the Benediction and Recessional*

| | |
|---|---|
| Hail, hail Upsala | Long may thy glory shine, |
| Proudly we look to thee, | Fame be forever thine, |
| Fairest in all the land, | Hail, hail Upsala dear, |
| Dearest to me; | Hail, hail to thee. |

BENEDICTION ...............................................*The Reverend George W. Freyberger*
Chaplain of the College

RECESSIONAL—*Grand Choeur dialogue* ...........................................*Eugene Gigout*



*Graduates and guests are cordially invited to a reception hosted by President Karsten on the Bremer Hall lawn immediately following the ceremony.*

# Honorees  and  Speaker

## Catharine  R.  Stimpson

Catharine R. Stimpson, a native of Bellingham, Washington, has completed degrees at Bryn Mawr and Cambridge Universities. She earned her Ph.D. at Columbia University and was a Senior Fellow (Sister) at Yale University. Dr. Stimpson was a member of the faculty of the English Department at Barnard College where she was the founding director of the Women's Center. She was a professor of English at Rutgers University, New Brunswick, where she subsequently directed the Institute for Research on Women, and where she is now the Dean of the Graduate School and Vice Provost for Graduate Education.

As a Champion of women's causes, Dr. Stimpson has been a fellow at the Woodrow Wilson and Ford Foundations, as well as the National Humanities Institute. She is a founding editor of the prestigious *Signs: A Journal of Women in Culture and Society*; and is the general editor of the University of Chicago series on "Women in Culture and Society."

Over the course of her career, Dr. Stimpson has served on 25 commissions and boards. She has spoken at universities around the country on topics related to education, the women's movement, literature and their confluence. Dr. Stimpson has written well over 100 papers and essays. She is the author and editor of numerous books, including her most recent work, *Where the Meanings Are: Feminism and Cultural Spaces*. Additionally, Dr. Stimpson is currently working on both a novel, and a critical study of Gertrude Stein's work.

To say that Dr. Stimpson is a prolific and articulate advocate and role model for women is to engage in understatement. It is an honor to have her present today and to recognize the contributions of her work.

## Anton  J.  Campanella

Anton J. Campanella, Upsala alumnus and chairman of New Jersey Bell, and newly appointed president of the Bell Atlantic Company, is recipient of the degree Doctor of Humane Letters *honoris causa.*

A native of Hackensack, New Jersey, Mr. Campanella has spent his entire career in the telephone industry. He joined New Jersey Bell in 1956 and rapidly rose in the company. He was named director of marketing in 1966, general manager in 1970, vice president in 1972 and executive vice president in 1978. In 1981 he moved to A.T.&T. Communications as vice president of marketing but returned to New Jersey Bell as president in 1983. On July 1 of this year he will become president of the Bell Atlantic.

A member of Upsala's Class of 1956, Mr. Campanella has shown a strong commitment to the College through the years. He was a member of Upsala's Board of Trustees from 1978 to 1987. He is also president of the Upsala College Foundation.

Active in community affairs, Mr. Campanella serves on the advisory boards of many local civic, eucational and charitable organizations. He is a trustee of the Foundation of the University of Medicine and Dentistry of New Jersey, the Newark Museum and Renaissance Newark.

In addition to receiving his B.A. from Upsala, Mr. Campanella attended the Wharton School at the University of Pennsylvania. He holds an honorary Doctor of Laws degree from Fairleigh Dickinson University.

# Candidates for Degrees

(Graduates and honors listed in this program are based on seven semesters of work. All honors listed on diplomas and/or transcripts are based on the full record of all work at Upsala College.)

## Bachelor of Arts

Haleemah Abdulmuhaymin
Rose Marie Afonso
William R. Alex**(s)
Patrick F. Allen
Odette G. Almeida
Juan Carlos Alonso
Sharon C. Anglin
Jack A. Aniboli
James D. Apple III(s)
Ramon Luis Aquino(s)
Chris Audinis
Vernita Baker
Bryan E. Bartley(s)
Gabriel Bercovici
Eileen Freda Berkowitz*
Pauline E. Best(s)
Edward R. Bogash*
Brenda Gail Boxley
Maxine Brown
Pauline Carides*
Ronit Chromoy***
Raymond F. Cielo
Rosaria Cirrincione
John R. Corallo Jr.
Esther Pauleus Couloute
Donna Eileen Creanza*
Margaret Susan Crocker
Donnette Andrea Cruickshank
Elizabeth Anne Czepiel**
Rimon Albert Dakar(s)
Charlene Davis
Warren Lee Davis, Jr.
Carol DeFalco
Brian J. Decker
Alexander P. Devanas(s)
Michele DiGuiseppi
Frank Richard Dimaria
Katie D. Dortch(s)
Debra Marie Drew***
Chika N. Ezeokolie
Giacomo Fiorenza
Anna Marie Foschini
Wanda A. Freeman

David R. Frisk
Michael J. Gehringer**
Silvana Gomez
Laura M. Gould(s)
Victoria Greene*
Franca Grieco
Felicia A.W. Hamilton(s)
Wendy Rene Hamilton
Eric Oliver Harris
Mark Craig Hicks(s)
Stephan E. Hoech***(s)
Douglas John Holt
Michael Allan Housman
Mark Iras
Margarita Jimenez
Charles Albert Johnson II
Joanne Joseph
Valerie Jovanovic
Anastasia Leigh Karlis
Kimberly Ann Kearney
Brian P. Kelly**
Chang Gun Kim
Peggy King
Joseph Manuel Labrincha
Robert William Lang*
Carol Ann Layton
Robert Anthony Luca(s)
Debra Ann Lynch
Romaine S. Lynch(s)
John Maolucci
Estelle Lorraine Maynard
Audrine Andrea C. McDonald
Louis D. McLaughlin(s)
Melissa Anne McShane(s)
Michael McAleavey
Leon Pierre Mettler*
Edward D. Miller(s)
Lisa Ann Minatee
Eulalia Del Rocio Moreno
Drew John Morrison(s)
Lena Felicia Nevola
Amy Christine Northrop
John F. O'Connell Jr.

Michael J. Orsulak
Evangelo J. Pallis
Andrew Pasqua
Martha Pauleus(s)
Maria Teresa Pego
Michele Francine Peoples
Phoebe Christine Pierson
Steven Rallis
Anthony John Recce
Tabatha Arnita Richardson
Merna Ann Ricks(s)
Joseph Anthony Riggio
Wendy Anita Rivers
Matthew T. Roberts
Shawn C. Robinson(s)
Iliana Rebeca Rodriguez(s)
Dawn Marie Rogers
Richard Alan Schwartz
Rick Scire
Titi O. Shodunke(s)
Manny M. Silva**(s)
Raegan S. Smith
Stefanie Lynn Smoke(s)
William H. Snellings**
Edward J. Starace Jr.
Karen Marie Stefaniak
Celeste Renee Stevens(s)
Sean Richard Stevens
Timothy Earl Stewart
Nancy Sue Swain
Nelson Tavares(s)
Patty Ann Thomas
Beverly Felecia Thompson
Sherie Derece Thompson
Thomas Gilbert Thorne
Marie Delphine Toussaint
Pieter G. Tsiknas*
Elizabeth Valente
James Joseph Walsh
Cynthia Arlene Walton***
Wanda Maria Watson
Dennis A. Wright(s)
Samuel A. Zamloot
Joseph Zuppa Sr.**

***     Summa Cum Laude
**      Magna Cum Laude
*       Cum Laude
(s) Students Completing Degree Requirements During Summer, 1989

# Bachelor of Science

Denise Ophelia Adams*(s)*
Janet Alizadeh*
Saverio Amato
Carol Ann Andrejkovics***
Martine Andrieux
Barbara Atkins*(s)*
Allyson Dawn Backstrom***
Joanne Barbera
Virginia K. Benecke*
Jacqueline E. Bombach*
Flaubert Brutus*(s)*
Jacqueline M. Bushong
Joan Lee Carroll*(s)*
Peter Charles Chapman
C. Deborah Christian*(s)*
Laure Marie Colonno*
Nancy Carol Compton*
Anne C. D'Souza*
Louis Oliver Decker
Janet G. Donadio**
Kim Maureen Earley-Taylor**
Brian S. Edelman
Deborah L. Ferguson
F. Gaylene Finch***
Linda M. Fliedner
Curtis Dionne Grimsley

Geoffrey G. Gunn
Sandra Gail Hansen
Deborah Jean Jacobson*
Kathryn Amidon Jimenez***
Gurvindra S. Johal**
John H. Johnson
Jean A. Jones**
Diane Marie Kahler*(s)*
Madonna J. Klepp
Khee Ngiap Koh
Manal Kotb
Linda Jean Legon**
Marie Mirlene Lindor
Joan Murphy Loftus
Ellene Grey Long
Madeline R. Mastrangelo*
Frank J. Mastromonica*(s)*
Sandra L. McCarthy***
Linda Mary Michaels*
Elaine Katie Motley*
Nancy Ann Nelsen
Thabo L. Ngubane
Nancy A. Noonan
Stephen F. O'Conor***
Alexander Coulter Oliphant IV***
Sitanshu Sumant Parikh

Shruti J. Patel**
Maria C. Peppard
Antonio B. Perez Jr.*(s)*
Marie Marjorie Pierre*
Rebecca Porco
Grant Walter Rome
Diana Schaaf-Sullivan
David Sealy
Clarence H. Seniors
John Adeawlal Shivdat
Maureen Anne Smith***
Rosanne E. Smulewicz
Dennis Patrick Smyth
Edward C. Taylor*
Mary A. Tihasek*
Georgina Ndjambi Tjipura
Pinkey C. Todman
Robert Michael Urban***
Merry D. Wagner**
Donald J. Walsh
Annetta E. Washer
Kathleen Mary White
Stanley Witczak III
Kerry Conley Wraga***
Beverly J. Zeiss**

# Bachelor of Social Work

Stephanie Joi Carson
Joanne Marie Graves**
Carol Ann Wing*(s)*

# Master of Science

## Counseling Services

Rose Christianna Pappas
Laura Ann Parr
Kim Tintle-Staats
Joette Marie Vecchione
Barry E. Wolfson

## Human Resource Management

Lynn Stanco Degen
John T. McNamara Jr.
Helen Marie Sorrentino
Joanne Tabeek
Marian Zuilkarinani

***    *Summa Cum Laude*
**     *Magna Cum Laude*
*      *Cum Laude*
*(s) Students Completing Degree Requirements During Summer, 1989*

# Notes on Academic Regalia

The academic costume, which originated at Oxford and Cambridge Universities in England in the 1300s, has been in use in the United States since colonial days, although not until the 1890s was there a decided movement toward greater use of academic costume by senior classes, trustees and faculties.

*Gowns and Caps:* The bachelor's gown is relatively simple, with long, pleated front panels, and intricate shirring across the shoulders and back. The gown is worn closed and is distinguished by its long, pointed sleeves.

The master's gown has the same yoke effect but is designed to be worn open. It has a very long sleeve, oblong in shape with an arc cut out on the bottom of the front. The oblong is closed at the base and the forearm protrudes through a notched slit at the elbow.

Gowns for the doctor's degree are also designed to be worn open, but carry five-inch wide velvet panels draped around the neck which carry all the way to the bottom of the garment. Three horizontal velvet bars are stitched on the upper arm of the full, round, bell-shaped sleeves. This velvet trimming may be either black or the color distinctive of the faculty to which the degree refers.

The mortar board cap, proper for all degrees, is worn both indoors and out upon all occasions when gowns are used. The tassel, gold for the doctorate degree and black for all others, is worn on the left front quarter of the cap top.

*Hoods:* The hood is the most distinguishing feature of all academic costumes. Originally, it seems to have had three uses: As a hood covering, as a shoulder cape, or, when hung from the shoulder, as a bag in which alms could be collected.

The size and shape of the American hood marks the college degree of the wearer. The hood's outside is bordered with velvet of the proper width to indicate the degree and the proper color to indicate the department or field of study. Thus, a degree conferred as Bachelor of Arts requires the white of Arts, Letters and Humanities, whereas, the Bachelor of Science degree requires the yellow of Science.

The shape of the bachelor's hood and the master's hood is similar, the former being three feet in overall length and the latter three and one-half feet. The doctor's hood has a base which is rounder and has an overall length of four feet. The respective widths of the velvet borders are two inches for the bachelor's, three inches for the master's and five inches for the doctor's hoods. The colored lining on the inside of the hood is the official color or colors of the institution conferring the degree. Where there is more than one color, the second color is usually represented by a chevron, a wide stripe across the background color, or field.

| | | | |
|---|---|---|---|
| Agriculture | Maize | Music | Pink |
| Arts, Letters, Humanities | White | Nursing | Apricot |
| Commerce, Accountancy, Business | Drab | Oratory (Speech) | Silver Gray |
| Dentistry | Lilac | Pharmacy | Olive Green |
| Economics | Copper | Philosophy | Dark Blue |
| Education | Light Blue | Physical Education | Sage Green |
| Engineering | Orange | Public Administration, including | |
| Fine Arts, including Architecture | Brown | Foreign Service | Peacock Blue |
| Forestry | Russet | Public Health | Salmon Pink |
| Journalism | Crimson | Science | Golden Yellow |
| Law | Purple | Social Work | Citron |
| Library Science | Lemon | Theology | Scarlet |
| Medicine | Green | Veterinary Science | Gray |

# Recipients of The Upsala Award

### *Seniors*

| | |
|---|---|
| Allyson Backstrom | Kathryn Jimenez* |
| Ronit Chromoy | Sandra McCarthy |
| Elizabeth Czepiel | Robert Urban |
| Joanne Graves | Cynthia Walton** |

### *Junior*

David Macheska

# Recipient of
# The Kenneth Dietz Award

Donnette Cruickshank

# Recipients of
# The Gold "U" Award

| | |
|---|---|
| Allyson Backstrom | Elizabeth Czepiel |
| Brian Bartley | Robert Luca |
| Donnette Cruickshank | Stefanie Smoke |

Nancy Compton

\* *Salutatorian*
\*\* *Valedictorian*

# Commencement

*May 24, 1989*
*8:00 p.m.*



# Upsala College•Wirths Campus

Wantage, New Jersey

# Commencement



PRESIDING ................................................ *The Reverend Robert E. Karsten, Ph.D.*
President of the College

PROCESSIONAL* ............................................................... *Professor Roger Seccia*
Faculty Marshal
*Professor Denise Farley*
Student Marshal

*Pomp and Circumstance, March No. 1* ............................................ *Elgar*
*Gregory Schafer*, Organist

THE ACADEMIC PROCESSION*

HYMN*

**"The Battle Hymn of the Republic"**—*J.W. Howe-American, 19th Century*

Mine eyes have seen the glory of the coming of the Lord'
He is trampling out the vintage where the grapes of wrath are stored;
He hath loosed the fateful lightning of his terrible swift sword;
His truth is marching on.

**Refrain:**    Glory, glory, Hallelujah!  Glory, glory, Hallelujah!
Glory, glory, Hallelujah! His truth is marching on.

He has sounded forth the trumpet that shall never call retreat;
He is sifting out the hearts of men before his judgement seat;
O be swift, my soul, to answer him; be jubilant, my feet!
Our God is marching on. **(Refrain)**

In the beauty of the lilies Christ was born across the sea,
With a glory in his bosom that transfigures you and me:
As he died to make men holy, let us die to make men free,
While God is marching on. **(Refrain)**

INVOCATION* .................................................. *The Reverend James R. Crouthamel*
Pastor, Holy Counselor Lutheran Church of Vernon

COMMENCEMENT ADDRESS ..................................................... *President Karsten*

CONFERRING OF DEGREES ............................................ *Dean Edward R. Lawson*
Wirths Campus Director

*H. Edwin Titus, Ph.D.*
Vice President-Academic Affairs,
Dean of the College

**\*Please Stand**

## HAIL, HAIL, UPSALA

*Please rise and remain standing in your place for the Benediction and Recessional*

| | |
|---|---|
| Hail, hail Upsala | Long may thy glory shine, |
| Proudly we look to thee, | Fame be forever thine, |
| Fairest in all the land, | Hail, hail Upsala dear, |
| Dearest to me; | Hail, hail to thee. |

BENEDICTION ...............................................*The Reverend George W. Freyberger*
Chaplain of the College

RECESSIONAL—*Grand March from Aida*.......................................................*Verdi*
Gregory Schafer, Organist

Graduates and guests are cordially invited to a reception on The Terrace - Wantage House following the ceremony.



# Degree Candidates

## Associate in Arts

Robert Bartley
Maria Basile
Christine Ann Beltrone
Dean M. Coppelella
Jerri Devlin
Arthus Richard Devries
Jamie Jay Heard
Robert Horvath
Judith M. Hric
Patricia Geary Jacobs
Timothy P. Mac Farlane
Lisa E. Max-Kimball
Ilene P. Lewinsohn
Cheryl L. Niedzwiecki
Joanne Descher Osborn
Louis Ricca, Jr.
Randolph R. Roof
Joseph Allen Scelba
Diane Senger Schmid

## Associate in Science

Thomas Bendas
Virginia Berdecia
Christine H. Cleary
Kenneth F. Fescharek
Donald William Jacobs
Cheryl Ann Mattera
Annette M. Moran
Annmarie M. Petrone
Vincent Sampieri
John Edward Vandermosten, III