# Exhibit 17

# BACCALAUREATE

and

# COMMENCEMENT



## UPSALA COLLEGE
East Orange, New Jersey

## UPSALA COLLEGE • WIRTHS CAMPUS
Wantage, New Jersey

# Baccalaureate

## Christ Chapel

*Sunday*
*The Sixth Day of May*
*Nineteen Hundred and Ninety*

*Ten O'Clock in the Morning*



## Upsala College
*East Orange, New Jersey*

# COMMENCEMENT



PRELUDE-*Alleluyas* ..................................................................................*Simon Preston*
*William K. Burns*, Organist
Professor of Music, Seton Hall University

\* THE ACADEMIC PROCESSION ......................................... Professor *Roger Boraas*, Mace Bearer

Associate Professor, *Sook Choi*
Assistant Professor *Arthur Paulson*
Student Activities Director, *S. Joanne Dennison*
Residence Life Director, *Lisa Smith*
Director of Placement, *Guy Tiene*
Student Marshals

Professor *Joseph Most*, Faculty Marshal

Professor *Frederick Hahn*, President's Party Marshal

Assistant Academic Dean *Selma Brookman*, Administration Marshal

*Pomp and Circumstance, March No. 1* ...........................................................*Elgar*

\*HYMN

"**My Country, 'Tis of Thee**"—*Samuel F. Smith, National Anthem*

My country, 'tis of thee, Sweet land of liberty, Of thee I sing:
Land where my parents died, Land of the pilgrims' pride,
From ev'ry mountainside Let freedom ring.

My native country, thee, Land of the Noble free, Thy name I love;
I love thy rocks and rills, Thy woods and templed hills;
My heart with rapture thrills Like that above.

Let music swell the breeze, And ring from all the trees sweet freedom's song;
Let mortal tongues awake; Let all that breathe pertake
Let rocks their silence break, the sound prolong.

Our fathers' God, to thee, Author of liberty, to thee we sing:
Long may our land be bright with freedom's holy light.
Protect us by thy might, Great God, our king.

\*Please Stand

\* INVOCATION ..................................................................................*The Reverend Charles A. Adami, Jr.*
Pastor, Zion Evangelical Church of Minnersville, PA.

WELCOME ..................................................................................*The Reverend Robert E. Karsten, Ph.D.*
President of the College

VALEDICTORY ..................................................................................*David Michael Macheska*

PRESENTATION OF SPEAKER ..................................................................................*Jacalyn Willis*
Associate Professor, Upsala College

COMMENCEMENT ADDRESS ..................................................................................*Joan Bennett, Ph.D.*
Professor of Biology<br>Tulane University<br>Upsala College, Class of 1963

ANNOUNCEMENT OF AWARDS AND HONORS ..................................................................................*President Karsten*

*H. Edwin Titus, Ph.D.*<br>Vice President of Academic Affairs/Dean of the College

CONFERRING OF HONORARY DEGREES ..................................................................................*President Karsten*

| Joan W. Bennett | T. Josiha Haig | Hugh H. Murai |
| Doctor of Literature | Doctor of Literature | Doctor of Literature |
| *Jaclyn Willis, Citator* | *Clyde Dawson, Citator* | *Pichon Loh, Citator* |

PRESENTATION OF CLASS ..................................................................................*Dean Titus*

CONFERRING OF DEGREES ..................................................................................*President Karsten*

HAIL, HAIL, UPSALA
*Please rise and remain standing in your place for the Benediction and Recessional*

| Hail, hail Upsala | Long may thy glory shine, |
| Proudly we look to thee, | Fame be forever thine, |
| Fairest in all the land, | `Hail, hail Upsala dear, |
| Dearest to me; | Hail, hail to thee. |

BENEDICTION ..................................................................................*The Reverend George W. Freyberger*
Chaplain / Dean of Students

RECESSIONAL—*The March of Honor* ..................................................................................*William K. Burns*

\* Please Stand

*Graduates and guests are cordially invited to a reception hosted by President Karsten on the Prospect House Lawn immediately following the ceremony.*

SECOND LESSON: Matthew 7:24-27 ..................*The Reverend Robert E. Karsten, Ph.D.*
                                                                              President of the College

INTRODUCTION OF THE SPEAKER ..................................*President Karsten*

SERMON ..........................................................................*The Reverend Susan E. Nagle*
                                                Pastor, St. John's Evangelical Lutheran Church of Summit

HYMN

### "O God of Jacob"
Doddridge & Reinagle

1. O God of Jacob, by whose hand Your people are still fed,
Who through this weary pilgrimage A wav'ring Israel led:

2. Our vows, our prayers, we now present Before your throne of grace.
O God of Jacob, be the God Of their succeeding race.

3. Through each perplexing path of life Our wand'ring footsteps guide;
Give us this day our daily bread, And shelter fit provide.

4. Oh, grant us your protecting care Till all our wand'rings cease,
That to those mansions kept for us We all may come in peace.

PRAYER OF THE PEOPLE ..............................................*The Reverend George W. Freyberger*
                                                                    Chaplain/Dean of Students

God of all, we proclaim and celebrate your glory on this important occasion.
We give you thanks for the diverse expressions of faith among us. God in your mercy,
    **hear our prayer.**
For this hour, bless us with unanimity of reverence and harmony of purpose, so that
in the midst of all our ceremonies honoring human achievement, we also may pause
to honor you. God in your mercy,
    **hear our prayer.**
We raise prayers of thanksgiving for the communities and families from which
these students have come, for sacrifices made and encouragement given. God in your mercy,
    **hear our prayer.**
We rejoice with all the family members, teachers and friends who are here for graduation,
and we remember those at home whose love and support are also treasured. God,
in your mercy,
    **hear our prayer.**
We pray for your guidance of Upsala College and all institutions of learning, that there
might be wonder at your world, curiosity about human culture, and joy in learning.
God in your mercy,
    **hear our prayer.**
May the academic community practice those virtures which it hopes will be embodied
in its graduates, making colleges and universities harbingers of a more humane and peaceable world.
God in your mercy,
    **hear our prayer.**

**\*Congregation Standing**

We pray in hope for these particular graduates. May they find places to live and work where people will welcome their skills and foster their growth. God in your mercy,
> hear our prayer.

May their education be ongoing, their contributions to others truly helpful, and their vision of the future in conformity to your will. God in your mercy,
> hear our prayer. Amen.

\* BENEDICTION AND DISMISSAL......................................................Pastor Freyberger

> Go in peace. Serve the Lord.
>> **Thanks be to God.**

\* RECESSIONAL-*Fugue in E Flat (St. Anne)* .......................................................*J.S. Bach*

*There is a limited number of programs available. Please leave this program on your seat or hand it to the person at the door before exiting. Programs will be available this afternoon at the Commencement Excercises. Thank You.*

# Baccalaureate Speaker

**Susan E. Nagle**

The Reverend Susan E. Nagle is Pastor of St. John's Evangelical Lutheran Church and a member of the Upsala College Board of Trustees, on which she serves as chair of the Committee for Academic Affairs. Nagle received her B.A. degree in English literature from the the University of Delaware in 1971 and her M.Div. degree from Princeton Theological Seminary in 1983.

Nagle is active in community service and church-related activities outside of her own parish. She served as a member of the Division for Professional Ministry and the Educational Ministry Committee of the New Jersey Synod. Nagle presently is a delegate for the Lutheran World Federation church-to-church visitation to the churches in East Germany and chair of the Assembly Committee on Reference and Counsel of the New Jersey Synod OUTREACH program.

In the community Nagle has been active in the area of education having served as a parent representative and on a committee for English curriculum review in Freehold Public Schools. Since 1984 she also has been a member of the Board for the Overlook Hospital Protestant Chaplaincy Service.

In addition Nagle has taught many classes both at St. John's and outside of the church. She made a presentation titled, "Where Religion and Psychiatry Diverge" to the Summit Area Task Force on Religion and Psychiatry.

\* **Congregation Standing**

# Commencement

### Viking Memorial Hall

*Sunday, The Sixth Day of May  
Nineteen Hundred and Ninety  
Two O'Clock in the Afternoon*



## Upsala College
*East Orange, New Jersey*

# COMMENCEMENT



PRELUDE-*Alleluyas* ................................................................................................*Simon Preston*

*William K. Burns*, Organist
Professor of Music, Seton Hall University

\* THE ACADEMIC PROCESSION .......................................... Professor *Roger Boraas*, Mace Bearer

Associate Professor, *Sook Choi*
Assistant Professor *Arthur Paulson*
Student Activities Director, *S. Joanne Dennison*
Residence Life Director, *Lisa Smith*
Director of Placement, *Guy Tiene*
Student Marshals

Professor *Joseph Most*, Faculty Marshal

Professor *Frederick Hahn*, President's Party Marshal

Assistant Academic Dean *Selma Brookman*, Administration Marshal

*Pomp and Circumstance, March No. 1* ............................................................*Elgar*

\*HYMN

**"My Country, 'Tis of Thee"**—*Samuel F. Smith, National Anthem*

My country, 'tis of thee, Sweet land of liberty, Of thee I sing:
Land where my parents died, Land of the pilgrims' pride,
From ev'ry mountainside Let freedom ring.

My native country, thee, Land of the Noble free, Thy name I love;
I love thy rocks and rills, Thy woods and templed hills;
My heart with rapture thrills Like that above.

Let music swell the breeze, And ring from all the trees sweet freedom's song;
Let mortal tongues awake; Let all that breathe pertake
Let rocks their silence break, the sound prolong.

Our fathers' God, to thee, Author of liberty, to thee we sing:
Long may our land be bright with freedom's holy light.
Protect us by thy might, Great God, our king.

**\*Please Stand**

\* INVOCATION .................................................................................*The Reverend Charles A. Adami, Jr.*
*Pastor, Zion Evangelical Church of Minnersville, PA.*

WELCOME ......................................................................*The Reverend Robert E. Karsten, Ph.D.*
*President of the College*

VALEDICTORY ............................................................................................*David Michael Macheska*

PRESENTATION OF SPEAKER ............................................................................ *Jacalyn Willis*
*Associate Professor, Upsala College*

COMMENCEMENT ADDRESS ..........................................................*Joan Bennett, Ph.D.*
*Professor of Biology*
*Tulane University*
*Upsala College, Class of 1963*

ANNOUNCEMENT OF AWARDS AND HONORS................................*President Karsten*

*H. Edwin Titus, Ph.D.*
*Vice President of Academic Affairs/Dean of the College*

CONFERRING OF HONORARY DEGREES............................................*President Karsten*

| Joan W. Bennett | T. Josiha Haig | Hugh H. Murai |
|---|---|---|
| Doctor of Literature | Doctor of Literature | Doctor of Literature |
| *Jaclyn Willis, Citator* | *Clyde Dawson, Citator* | *Pichon Loh, Citator* |

PRESENTATION OF CLASS ....................................................................................*Dean Titus*

CONFERRING OF DEGREES .......................................................................*President Karsten*

HAIL, HAIL, UPSALA
*Please rise and remain standing in your place for the Benediction and Recessional*

| Hail, hail Upsala | Long may thy glory shine, |
| Proudly we look to thee, | Fame be forever thine, |
| Fairest in all the land, | `Hail, hail Upsala dear, |
| Dearest to me; | Hail, hail to thee. |

BENEDICTION ..........................................................................*The Reverend George W. Freyberger*
*Chaplain / Dean of Students*

RECESSIONAL—*The March of Honor* ............................................................*William K. Burns*

\* Please Stand

*Graduates and guests are cordially invited to a reception hosted by President Karsten on the*
*Prospect House Lawn immediately following the ceremony.*

# Honorees and Speaker

## Joan W. Bennett

Joan Wennstrom Bennett, professor of biology at Tulane University and Upsala alumna, is the recipient of the Doctor of Literature degree.

Bennett, who has been a faculty member at Tulane since 1970, was recently elected president of the American Society for Microbiology, the largest biological society in the nation. Bennett has published three books, written over 80 research papers, serves on the editorial boards of several journals and is active in many professional societies, including the Society for Industrial Microbiology and the British Mycological Society.

Bennett arrived in New Orleans as a National Research Council postdoctoral fellow to conduct research at the U.S. Department of Agriculture. She began teaching at Tulane as a visiting assistant professor and National Science Foundation postdoctoral fellow after receiving her M.S. and Ph.D. in botany from the University of Chicago. One year after starting at Tulane she was appointed an assistant professor in the biology department.

In additon to being a member of three honorary societies, Bennett has received the Mortarboard Award for Excellence in Teaching, has been named a Danforth Associate and Becton-Dickinson Lecturer and received a Certificate of Award from the Greater New Orleans Association for Retarded Citizens.

## T. Josiha Haig

Dr. T. Josiha Haig, superintendent of schools for the city of East Orange, is the recipient of the Doctor of Literature degree.

Haig has been credited with strengthening the East Orange school district, one of the largest districts in the State.

With a genuine interest in East Orange, Haig is on the Board of Trustees of three community organizations: the Arts and Cultural Corporation of East Orange, the East Orange Public Library and the Family Services and Child Guidance Center of the Oranges, Maplewood and Millburn.

Haig, originally from New York City, holds a M.Ed. from Rhode Island College, and a Ph.D. from Boston College, both degrees in education administration/ supervision.

Haig previously held positions as an assitant principal, a desegregation administrator, director of personnel services and director of secondary school operations in California. He is also a member of several professional associations.

## Hugh H. Murai

Hugh H. Murai, Upsala alumnus and president and chief executive officer of Mead-Toppan Company in Toyko, Japan, is the recipient of the honorary Doctor of Literature degree.

Murai, born in Kobe, Japan, is the one of the most notable among Upsala's foreign alumni. A graduate of the prestigious Kyoto University with a law degree, he came to Upsala in 1955 to receive his second bachelor's degree in accounting. Murai received full financial support from Upsala and the Japan Scholarship Foundation, Inc. for his American education.

Murai's strong preperation for a career in international trade earned him the position of general manager of Mead Packaging International's Japan branch. One year later he was appointed general manger of Mead-Toppan Company Limited, a joint venture company between Mead Packaging International and Toppan Printing Company.

Murai later was promoted to vice president of Mead Packaging, Asia/Pacific division. In 1979 he was elected to the board of the Yamamura Glass Company Limited, the largest glass bottle company in Japan. In the same year, he graduated from the executive program of the Columbia Business School.

Murai was elected to his present position in 1984. Over the years, Mead-Toppan has grown to show a 40 million dollar revenue and has claimed 70% share of the market.

# Candidates for Degrees

(Graduates and honors listed in this program are based on seven semesters of work. All honors listed on diplomas and/or transcripts are based on the full record of all work at Upsala College.)

## Bachelor of Arts

Andrew Olive Abbate
Charis Elaine Adami
Alison Ruth Aquino*
Jeannette Theresa Armstrong
Annette Arocho (s)
Earlston G. Astwood
Mark Barfield
David Baumann
John V. Beck
Charles E. Bell
Clarice Mae Bellino***
Jane Mills Boynton (s)***
Jeffrey Edward Briggs
Judith Ann Bromirski
Theresa Anne Brothers**
Lori Ann Cameron
Carlo John Caparruva (s)
Gina Cardinali (s)
Kathleen M. Carson
Craig Donald Cheetham (s)
John P. Ciccone
Tommy Colavito
William Howard Conrad*
Dena L. Cook
Shawnett Daneen Culver (s)
Kelly Ann Daly*
Patrick R. DeMare, III
Thomas Devaney (s)
Deborah Ann Dietzel***
Lisa Denise Doctor
Kevin Peter Egan (s)
Walter Edward Ennis
Edgar Feliciano

Vivian Fernandez
George R. Finkeldey, Jr.
Octavia C. Fisher (s)
Cheryl Lynn Franchino
Dawn Marie Frenzel*
Lawrence Robert Friedman
Barbara Gail Gardner**
Ellen-Elizabeth Golden (s)
Joseph Anthony Grandinetti
Melissa Ann Grant
Marlene DelCarmen Gutierrez
Angeline V. Harris
Thomas Michael Harvey
Stefanie Ann Holzer (s)
Michael Joseph Janish
Wanda R. Johnson (s)
John G. Julia
Sandra Caroline Julien
Kerianne Kelly
Tracy J. King
Suzanne Margaret Klie**
Carol Laginha
Gary Keith Lanza***
John Peter Lonsiak (s)
Julie H. Lowenbach (s)*
Laura J. Lutz**
Glenn A. MacAfee
David Michael Macheska***
Robert A. Mamary
Enio J. Martinez
Debra E. McCoy
Michael Matthew Mischler
Dorothy D. Minihan
Elaine June Mokrzycki (s)
Joseph Anthony Molinaro

Wendy Morris (s)
Drew John Morrison
Michelle Jeanne Mras
Christine Elizabeth Murray
Annette Sophie Olesnicki
Eric Ian Orseck**
Mylene C. Pacquing (s)
Mary Jeannette Parker
Matthew P. Podracky**
Orlando Quinones
Colin H. Quintal
Tracy Lynne Ramos
Judith Reynolds
Judith Ellen Rickes
Sharon Ann Rigoloso
Sondra Rizzo
Michelle Rouse
John J. Ruby
Anthony R. Ruffin
Veronica Lee Schepers**
Carol Lynne Schnabel**
Jennifer Anne Schoenek (s)
Deborah L. Schuyler**
Wilsie Sejour
Vanessa Lorraine Simons
Edmund Frank Skowronski
Bobbi Jean Smith (s)
Wayne L. Smith
Hermina Patricia Thomas (s)
Sheri L. Tyson
Jon William Weller
Mark Wilborn
Steven Gregory Willis
Laura Ann Zerbian
Natasha Zivanov

*** *Summa Cum Laude*
** *Magna Cum Laude*
* *Cum Laude*
(s) *Students Completing Degree Requirements During Summer, 1990*

## Bachelor of Science

David Alcober (s)
Brenda S. Ash (s)**
Joseph Martin Bahm
Deborah Bates***
Charles F. Behrmann (s)
Waindel Belizaire
Florence Kaprie Brooks (s)
Elizabeth Jean Burke*
Ronald P. Cenno
Michael Jae Hun Chung
Katherine F. Connolly (s)***
Michael A. Coughlin (s)
Yvette Crawley
Rafael E. Dagnino
Dean Anthony DeFilippo**
Patricia DeMoura**
Joanne Descher***
Joanne Mitchell Dugle**
Camille Lucille Dullaghan (s)
Bridget A. Evans
Judith M. Forgione*
Antonio Gary (s)
Joseph Anthony Gerber

Anne Jordan Grosso (s)
Corene D. Gutzmann***
Kelly Dawn Hanson (s)
Dorel Dawn Hatke
Anne S. Hessler
Betty L. Holloway
Barbara J. Hotko***
Maria Marino Jackson***
Alia Jebara (s)
James Peete Jones, Jr. (s)
Jean Kalemba***
Kyung Soon Lee *
Leonie Elaine Lewis
Rhonda Marie Lincoln
Bernadette Mary Lipkus*
Edward John Lipkus III**
Kathleen Lorusso**
Alejandro Chaparro Lugo (s)
David Luongo (s)
Theresa S. Macmurdo
Diana Mahaffey
Joan Pulen Manson
Cheryl A. Mattera*
Elizabeth Lanza Mauncele

Jorge L. Muniz
Josephine Muro
Mary Prendergast Neubauer
Roger O'Connor
Anthony Papadopoulos
Jennifer Beth Passaro
Cecelia T. Perciballi
Jan Perry Pessolano
Annmarie M. Petrone
Diana Schraff-Sullivan
Marie Bruno Schraff*
Laurie A. Scofield*
Tony Shakkour (s)*
Mary Ellen Shea**
Rosanne A. Stewart**
Barbara E. Stott (s)
Kathleen Mary Sweitzer**
June Smack Tepper (s)*
Deborah Lynn Uhl
MaryAnne R. Volkmann
Bonnie Ward-Hillen**
Patricia H. Willemsen
Margaret B. Wingle*
Rosemarie C. Winrow

## Bachelor of Social Work

Amy Hemeleski

## Master of Science

Harriet Renee Coleman
Rosemarie Dunado
Elizabeth Giannisis
Letitia Ann Kneipher
Debra Yvette Mallory
Ivelyese Pillot
Constance E. Reynolds-Miller
David A. Smelson
Barbara Coady Teresi
Karen Denise Thomas

---

***     *Summa Cum Laude*
**      *Magna Cum Laude*
*       *Cum Laude*
(s)     *Students Completing Degree Requirements in Summer, 1990*

# Notes on Academic Regalia

The academic costume, which originated at Oxford and Cambridge Universities in England in the 1300s, has been in use in the United States since colonial days. But, it was not until the 1890s that there was a decided movement toward greater use of academic costume by senior classes, trustees and faculties.

**Gowns and Caps:** The bachelor's gown is relatively simple, with long, pleated front panels, and intricate shirring across the shoulders and back. The gown is worn closed and is distinguished by its long, pointed sleeves.

The master's gown has the same yoke effect but is designed to be worn open. It has a very long sleeve, oblong in shape with an arc cut out on the bottom of the front. The oblong is closed at the base and the forearm protrudes through a notched slit at the elbow.

Gowns for the doctor's degree are also designed to be worn open, but carry five-inch wide velvet panels draped around the neck which carry all the way to the bottom of the garment. Three horizontal velvet bars are stitched on the upper arm of the full, round, bell-shaped sleeves. This velvet trimming may be either black or the color distinctive of the faculty to which the degree refers.

The mortar board cap, proper for all degrees, is worn both indoors and out upon all occasions when gowns are used. The tassel, gold for the doctorate degree and black for all others, is worn on the left front quarter of the cap top.

**Hoods:** The hood is the most distinguishing feature of all academic costumes. Originally, it seems to have had three uses: As a hood covering, as a shoulder cape, or, when hung from the shoulder, as a bag in which alms could be collected.

The size and shape of the American hood marks the college degree of the wearer. The hood's outside is bordered with velvet of the proper width to indicate the degree and the proper color to indicate the department or field of study. Thus, a degree conferred as Bachelor of Arts requires the white of Arts, Letters and Humanities, whereas, the Bachelor of Science degree requires the yellow of Science.

The shape of the bachelor's hood and the master's hood is similar, the former being three feet in overall length and the latter three and one-half feet. The doctor's hood has a base which is rounder and has an overall length of four feet. The respective widths of the velvet borders are two inches for the bachelor's, three inches for the master's and five inches for the doctor's hoods. The colored lining on the inside of the hood is the official color or colors of the institution conferring the degree. Where there is more than one color, the second color is usually represented by a chevron, a wide stripe across the background color, or field.

| | | | |
|---|---|---|---|
| Agriculture | Maize | Music | Pink |
| Arts, Letters, Humanities | White | Nursing | Apricot |
| Commerce, Accountancy, Business | Drab | Oratory (Speech) | Silver Gray |
| | | Pharmacy | Olive Green |
| Dentistry | Lilac | Philosophy | Dark Blue |
| Economics | Copper | Physical Education | Sage Green |
| Education | Light Blue | Public Administration, including Foreign Service | Peacock Blue |
| Engineering | Orange | | |
| Fine Arts, including Architecture | Brown | Public Health | Salmon Pink |
| Forestry | Russet | Science | Golden Yellow |
| Journalism | Crimson | Social Work | Citron |
| Law | Purple | Theology | Scarlet |
| Library Science | Lemon | Veterinary Science | Gray |
| Medicine | Green | | |

# Recipients of The Upsala Award

*Clarice Mae Bellino*
*Katherine F. Connolly*
*Corene D. Gutzmann\**
*Barbara Hotko*
*Maria Grace Jackson*
*Gary Keith Lanza*
*David M. Macheska\*\**
*Joanne Osborn*

# Recipient of the
# The Kenneth Dietz Award

*Tracy J. King*

# Recipients of
# The Gold "U" Award

*Kathleen Carson*
*Lisa Doctor*
*Alia Jebara*
*Tracy King*
*David Macheska*
*Matthew Podracky*
*Carol Schnabel*
*Gina Ulysse*

\* *Salutatorian*
\*\* *Valedictorian*

# Honorees and Speaker

## Joan W. Bennett

Joan Wennstrom Bennett, professor of biology at Tulane University and Upsala alumna, is the recipient of the Doctor of Literature degree.

Bennett, who has been a faculty member at Tulane since 1970, was recently elected president of the American Society for Microbiology, the largest biological society in the nation. Bennett has published three books, written over 80 research papers, serves on the editorial boards of several journals and is active in many professional societies, including the Society for Industrial Microbiology and the British Mycological Society.

Bennett arrived in New Orleans as a National Research Council postdoctoral fellow to conduct research at the U.S. Department of Agriculture. She began teaching at Tulane as a visiting assistant professor and National Science Foundation postdoctoral fellow after receiving her M.S. and Ph.D. in botany from the University of Chicago. One year after starting at Tulane she was appointed an assistant professor in the biology department.

In additon to being a member of three honorary societies, Bennett has received the Mortarboard Award for Excellence in Teaching, has been named a Danforth Associate and Becton-Dickinson Lecturer and received a Certificate of Award from the Greater New Orleans Association for Retarded Citizens.

## T. Josiha Haig

Dr. T. Josiha Haig, superintendent of schools for the city of East Orange, is the recipient of the Doctor of Literature degree.

Haig has been credited with strengthening the East Orange school district, one of the largest districts in the State.

With a genuine interest in East Orange, Haig is on the Board of Trustees of three community organizations: the Arts and Cultural Corporation of East Orange, the East Orange Public Library and the Family Services and Child Guidance Center of the Oranges, Maplewood and Millburn.

Haig, originally from New York City, holds a M.Ed. from Rhode Island College, and a Ph.D. from Boston College, both degrees in education administration/ supervision.

Haig previously held positions as an assitant principal, a desegregation administrator, director of personnel services and director of secondary school operations in California. He is also a member of several professional associations.

## Hugh H. Murai

Hugh H. Murai, Upsala alumnus and president and chief executive officer of Mead-Toppan Company in Toyko, Japan, is the recipient of the honorary Doctor of Literature degree.

Murai, born in Kobe, Japan, is the one of the most notable among Upsala's foreign alumni. A graduate of the prestigious Kyoto University with a law degree, he came to Upsala in 1955 to receive his second bachelor's degree in accounting. Murai received full financial support from Upsala and the Japan Scholarship Foundation, Inc. for his American education.

Murai's strong preperation for a career in international trade earned him the position of general manager of Mead Packaging International's Japan branch. One year later he was appointed general manger of Mead-Toppan Company Limited, a joint venture company between Mead Packaging International and Toppan Printing Company.

Murai later was promoted to vice president of Mead Packaging, Asia/Pacific division. In 1979 he was elected to the board of the Yamamura Glass Company Limited, the largest glass bottle company in Japan. In the same year, he graduated from the executive program of the Columbia Business School.

Murai was elected to his present position in 1984. Over the years, Mead-Toppan has grown to show a 40 million dollar revenue and has claimed 70% share of the market.

# Candidates for Degrees

( Graduates and honors listed in this program are based on seven semesters of work. All honors listed on diplomas and/or transcripts are based on the full record of all work at Upsala College.)

## Bachelor of Arts

Andrew Olive Abbate
Charis Elaine Adami
Alison Ruth Aquino*
Jeannette Theresa Armstrong
Annette Arocho (s)
Earlston G. Astwood
Mark Barfield
David Baumann
John V. Beck
Charles E. Bell
Clarice Mae Bellino***
Jane Mills Boynton (s)***
Jeffrey Edward Briggs
Judith Ann Bromirski
Theresa Anne Brothers**
Lori Ann Cameron
Carlo John Caparruva (s)
Gina Cardinali (s)
Kathleen M. Carson
Craig Donald Cheetham (s)
John P. Ciccone
Tommy Colavito
William Howard Conrad*
Dena L. Cook
Shawnett Daneen Culver (s)
Kelly Ann Daly*
Patrick R. DeMare, III
Thomas Devaney (s)
Deborah Ann Dietzel***
Lisa Denise Doctor
Kevin Peter Egan (s)
Walter Edward Ennis
Edgar Feliciano

Vivian Fernandez
George R. Finkeldey, Jr.
Octavia C. Fisher (s)
Cheryl Lynn Franchino
Dawn Marie Frenzel*
Lawrence Robert Friedman
Barbara Gail Gardner**
Ellen-Elizabeth Golden (s)
Joseph Anthony Grandinetti
Melissa Ann Grant
Marlene DelCarmen Gutierrez
Angeline V. Harris
Thomas Michael Harvey
Stefanie Ann Holzer (s)
Michael Joseph Janish
Wanda R. Johnson (s)
John G. Julia
Sandra Caroline Julien
Kerianne Kelly
Tracy J. King
Suzanne Margaret Klie**
Carol Laginha
Gary Keith Lanza***
John Peter Lonsiak (s)
Julie H. Lowenbach (s)*
Laura J. Lutz**
Glenn A. MacAfee
David Michael Macheska***
Robert A. Mamary
Enio J. Martinez
Debra E. McCoy
Michael Matthew Mischler
Dorothy D. Minihan
Elaine June Mokrzycki (s)
Joseph Anthony Molinaro

Wendy Morris (s)
Drew John Morrison
Michelle Jeanne Mras
Christine Elizabeth Murray
Annette Sophie Olesnicki
Eric Ian Orseck**
Mylene C. Pacquing (s)
Mary Jeannette Parker
Matthew P. Podracky**
Orlando Quinones
Colin H. Quintal
Tracy Lynne Ramos
Judith Reynolds
Judith Ellen Rickes
Sharon Ann Rigoloso
Sondra Rizzo
Michelle Rouse
John J. Ruby
Anthony R. Ruffin
Veronica Lee Schepers**
Carol Lynne Schnabel**
Jennifer Anne Schoenek (s)
Deborah L. Schuyler**
Wilsie Sejour
Vanessa Lorraine Simons
Edmund Frank Skowronski
Bobbi Jean Smith (s)
Wayne L. Smith
Hermina Patricia Thomas (s)
Sheri L. Tyson
Jon William Weller
Mark Wilborn
Steven Gregory Willis
Laura Ann Zerbian
Natasha Zivanov

***   *Summa Cum Laude*
**    *Magna Cum Laude*
*     *Cum Laude*
(s)   *Students Completing Degree Requirements During Summer, 1990*

# COMMENCEMENT



PRESIDING ................................................................*The Reverend Robert E. Karsten, Ph.D.*
President of the College

\* PROCESSIONAL ...........................................................................*Professor Roger Seccia*
Faculty Marshal
*Professor Denise Farley*
Student Marshal

*Pomp and Circumstance*, March No. 1 ............................................................*Elgar*
*Gregory Schafer*, Organist

\* THE ACADEMIC PROCESSION

\* HYMN       "My Country, 'Tis of Thee"—*Samuel F. Smith, National Anthem*

      My country, 'tis of thee, Sweet land of liberty, Of thee I sing:
      Land where my parents died, Land of the pilgrims' pride,
      From ev'ry mountainside Let freedom ring.

      My native country, thee, Land of the Noble free, Thy name I love;
      I love thy rocks and rills, Thy woods and templed hills;
      My heart with rapture thrills Like that above.

      Let music swell the breeze, And ring from all the trees sweet freedom's song;
      Let mortal tongues awake; Let all that breathe pertake
      Let rocks their silence break, the sound prolong.

      Our fathers' God, to thee, Author of liberty, to thee we sing:
      Long may our land be bright with freedom's holy light.
      Protect us by thy might, Great God, our king.

\* INVOCATION ................................................................ *The Reverend James R. Crouthamel*
Pastor, Holy Counselor Lutheran Church of Vernon

COMMENCEMENT ADDRESS .................................................*The Honorable Marge Roukema*
Congresswomen, 5th District

CONFERRING OF DEGREES .........................................................*Dean Edward R. Lawson*
Wirths Campus Director/ Associate Dean for Academic Affairs

*H. Edwin Titus, Ph.D.*
Vice President of Academic Affairs/Dean of the College

\* **Please Stand**

HAIL, HAIL, UPSALA

*Please rise and remain standing in your place for the Benediction and Recessional*

| | |
|---|---|
| Hail, hail Upsala | Long may thy glory shine, |
| Proudly we look to thee, | Fame be forever thine, |
| Fairest in all the land, | Hail, hail Upsala dear, |
| Dearest to me; | Hail, hail to thee. |

BENEDICTION .................................................................*The Reverend George W. Freyberger*

Chaplain /Dean of Students

RECESSIONAL—Grand March *from Aida* ...........................................................................*Verdi*

*Gregory Schafer,* Organist

Graduates and guests are cordially invited to a reception on The Terrace - Wantage House following the ceremony.

## Degree Candidates

### Associate in Arts

Thomas Joseph Accetta
Kim Marie Latham
Ursula Baumgartner
Lynn Beth Brady
Kathleen M. Buchholz
Maureen Ann Butkus
Diane Marie Cassidy
Kellie Castimore
Jean E. Chamberlain
Debra A. Craig
Lisa DiGirolamo
Debra Ann Falanga
Bonnie Jean Jefferson
April Humphries Kelsch
Katherine A. Kosuda
Fiona M. Lamb
Ronne Nutter
Clasina Gerarda Maria O'Neill
Karen Elizabeth Reilly
Lorraine A. Scelba
Mary Ann Seeko
Margaret A. Sharp
Victoria Ann Sherwood
Margaret L. Steedman
Dawn Cherie Stillwagon
Jacqueline Ennis Sutton
Christina J. Whitaker
Richard S. Wilson
Jamie Jeanne Wolf

### Associate in Science

James William Farrell II
Priscilla R. Lestz
Donna Marie Standaert

