# Exhibit 18

## EMERGENCY NUMBERS

TO REPORT FIRE-SERIOUS INJURY-ILLNESS-MAJOR UTILITY FAILURE

- From U Hospitals Patient-Occupied Buildings . . . . . 123
- From All Other Campus Locations . . . . . . . . . . . . 133
- From Off Campus Locations . . . . . . . . . . . . . . . . . 911

**Other Emergency Services (24-hour numbers)***

| Service | Number |
|---|---|
| University Police | 373-3550 |
| Medical Emergency (U Hospital) | 373-8000 |
| Ambulance | Mpls. 348-2345 |
| | St. Paul 224-7371 |
| Drug Emergency | 339-7033 |
| Legal Assistance | 339-7033 |
| Poison Treatment | 347-3141 |
| Psychological Counseling | 339-7033 |
| Suicide Prevention | 347-2222 |
| YES | 339-7033 |

*For more information, see the Directory of Services beginning on page 6

# University of Minnesota 1985-86 Student-Staff Directory

## UNIVERSITY TELEPHONE NUMBERS

| Location | Number |
|---|---|
| University Information (off-campus callers) | 373-2851 |
| University Information (on-campus callers) | 373-2002 |
| University Hospitals Information | 373-8484 |
| Flight Facilities, Mpls. (55432) | (612) 784-1444 |
| Hormel Institute, Austin (55912) | (507) 433-8804 |
| U of M, Duluth (55812) | (218) 726-8000 |
| U of M, Morris (56267) | (612) 589-2211 |
| U of M Technical College, Crookston (56716) | (218) 281-6510 |
| U of M Technical College, Waseca (56093) | (507) 835-1000 |
| Branch Stations: | |
| Cedar Creek Natural History Area, Bethel (55005) | (612) 434-5131 |
| Cloquet Forestry Ctr, Cloquet (55720) | (218) 879-4528 |
| Horticultural Research Ctr, Excelsior (55331) | (612) 474-6886 |
| Lake Itasca Forestry & Biological Station, Lake Itasca (56460) | (218) 266-3691 |
| North Central Experiment Station, Grand Rapids (55744) | (218) 327-1790 |
| Northwest Experiment Station, Crookston (56716) | (218) 281-6510 |
| Rosemount (55068): | |
| Agricultural Experiment Station | (612) 423-1491 |
| Rosemount Research Ctr, Business Ofc | (612) 423-1118 |
| Sand Plain Experimental Field, Becker (55308) | (612) 261-4063 |
| Southern Experiment Station, Waseca (56093) | (507) 835-3620 |
| Southwest Experiment Station, Lamberton (56152) | (507) 752-7372 |
| West Central Experiment Station, Morris (56267) | (612) 589-1711 |

## TABLE OF CONTENTS

Maps . . . . . 2
- Campus Transit System . . . . . 2
- Twin Cities/Minneapolis . . . . . 3
- Twin Cities/St. Paul . . . . . 4

Dialing Instructions . . . . . 5
Directory of Services . . . . . 6
DIAL Tapes . . . . . 8
Student Organizations . . . . . 10
University Calendar . . . . . 12
University Organization . . . . . 13
Board of Regents . . . . . 13
Council of Academic Officers . . . . . 13
Senate Members . . . . . 14
Committees . . . . . 14
Building Abbreviations . . . . . 15
**Department Directory** . . . . . 17
- Minneapolis-St. Paul . . . . . 17
- Duluth . . . . . 66
- Morris . . . . . 71
- Crookston . . . . . 74
- Waseca . . . . . 75

**Staff Directory** . . . . . 77
**Student Directory** . . . . . 213
Yellow Pages . . . . . (at end of Directory)

**Cover photo by Tom Foley, University Relations**
**Cover design by Jim Erickson, Media Resources**

**This Directory Can Be Recycled As Newsprint**

The University of Minnesota is committed to the policy that all persons shall have equal access to its programs, facilities, and employment without regard to race, religion, color, sex, national origin, handicap, age, or veteran status.

**KRISNIK** Joseph Mark 87 AG ........ 452-3134
1838 Kathryn Cir Eagan 55122
**KRISPIN** Sean James 89 IT
R 2 Box 109 Holcombe WI 54745
**KRISS** Margaret R GRAD ........ 926-4120
4319 Zenith Ave S Mpls 55410
**KRISTAL** David A 87 BUS ........ 452-5573
1044 Overlook Rd St Paul 55118
**KRISTAL** Jody Beth 86 CLA ........ 452-5573
1044 Overlook Rd St Paul 55118
**KRISTO** Steven John 87 DENT ........ 332-4225
2329 S 9th St #218B Minneapolis 55406
**KRITTA** Danial Thomas 86 IT ........ 636-6518
2921 Merrill St Roseville 55113
**KRITTA** James M 89 GC ........ 636-6518
2921 Merrill St Roseville 55113
**KRITTA** Jeffrey Allan 87 IT
2921 Merrill St Roseville 55113
**KRIVA** Lina Sigrid GRAD ........ 546-6584
7140 Glenwood Av Golden Valley 55427
**KRIVANEK** Thomas Earl 89 GC
Route 1 Box 200 Swanville 56382
**KRIVIT** Kim Francine 88 AG ........ 376-7955
Bailey Hall #424N U/M St Paul 55108
**KRIVITSKY** Michael Jose 89 CLA ........ 771-7763
708 E Arlington Ave St Paul 55106
**KRIZ** Mary C GRAD ........ 721-1961
5136 16th Av S Minneapolis 55417
**KRMPOTICH** Sharon Ann GRAD
**KROCHESKI** Theresa Jane 88 HE ........ 331-7276
526 11th Ave Se Mpls 55414
**KROCHOCK** Gwenda Lynn GRAD ........ 698-8197
1531 Eleanor St Paul 55116
**KROCHOCK** Sandra Beth 88 CLA ........ 698-8197
1531 Eleanor Ave St Paul 55116
**KRODEL** Karl Joseph 87 BUS ........ 825-4219
3411 Girard Av S Mpls 55408
**KROEGER** Brian Jay 87 CLA ........ 777-7085
2606 E Burke Ave N St Paul 55109
**KROEGER** Catherine Pier GRAD ........ 227-4505
19 Kenwood Pkwy St Paul 55105
**KROEHLER** Ronald Gary 89 CLA ........ 378-0892
608 Taylor St Ne Mpls 55413
**KROEHNERT** Deborah L 87 CLA ........ 533-9279
3300 Yates Ave. No. Crystal 55422
**KROENING** Caroline Mari 88 CLA ........ 566-1075
900-80th Ave No Brooklyn Park 55444
**KROENING** David L 89 CLA ........ 331-4839
1073 16th Ave Se Mpls 55414
**KROENING** Donna 86 CLA ........ 537-5464
8400 50th Ave N New Hope 55428
**KROENING** James Martin 87 IT ........ 636-7224
23 17th Ave Sw New Brighton 55112
**KROENING** Joseph G 87 IT ........ 331-4839
1073 16th Ave Se Mpls 55414
**KROENING** Kathy Ann 87 CLA ........ 339-5489
917 24th Ave S Mpls 55406
**KROENING** Rebecca Ann 88 CLA ........ 872-0377
1901 Hennepin Ave #22 Mpls 55403
**KROENING** Suzanne Marie 86 CLA ........ 872-8497
125 W Grant St. #204 Mpls 55403
**KROENING** Tony Lee 86 ED ........ 379-0056
810 8th St Se #17 Mpls 55414
**KROGAN** Mark Steven 89 GC ........ 929-8244
5504 Highland Rd Edina 55436
**KROGER** Abbie Berit 89 IT
Comstock Hall U Of M Minneapolis 55455
**KROGER** John Bruce 88 CLA ........ 535-3295
6641 Gettysburg Brooklyn Park 55428
**KROGFOSS** Michael Harol 89 GC ........ 482-7717
4219 Highland Dr Shoreview 55112
**KROGFOSS** Robert Karl 89 GC ........ 482-7717
4219 Highland Dr Shoreview 55112
**KROHN** Brian Ralph 86 IT ........ 784-3337
2406 Brighton Ln New Brighton 55112
**KROHN** Jon Christopher 87 CLA ........ 871-6806
712 W Franklin Ave #8 Mpls 55403
**KROHN** Judith GRAD
15 Interlachen Dr Tonka Bay 55331
**KROHN** Karl Ruben GRAD ........ 645-3797
1022 Manvel St #8 St.Paul 55114
**KROHNBERG** Betty Lou 86 CLA ........ 373-6631
417 Walnut St Se Minneapolis 55455
**KROLL** Andrew Jay 89 AG ........ 469-4237
9794 250th St West Lakeville 55044
**KROLL** David Alexander AS CLA ........ 881-7777
10152 Lyndale Ave. S Bloomington 55420
**KROLL** John David 86 IT ........ 831-0304
10407 Morris Rd Bloomington 55437
**KROLL** Kai Kurt Kipp 89 CLA ........ 934-2827
5217 W Mill Rd Mtka 55345
**KROLL** Kayne Kim 88 CLA ........ 473-2833
60 S Stubbs Bay Rd Maple Plain 55359
**KROLL** Paula Elaine 86 ED ........ 788-7019
505 Mill St Ne Columbia Hts 55421
**KROLL** Robert Alan 88 VET M ........ 699-2067
1363 N Pascal St St Paul 55108
**KROMER** Dana Allan 86 IT ........ 823-0026
1322 W 32nd St Minneapolis 55408
**KROMER** Karen Marie 89 CLA ........ 473-1783
16940 24th Ave N Plymouth 55447
**KRONA** Kirk Kenneth 88 CLA ........ 544-3340
1700 Fairfield Rd S Minnetonka 55343
**KRONA** Mari Beth 87 HE ........ 488-4479
1064 Mary Ln St Paul 55117
**KRONEBUSCH** Stephanie M 86 CLA ........ 331-1020
1721 Univ Ave Se Minneapolis 55414
**KRONENBERG** Marilyn Kay 87 CLA ........ 339-9335
1400 2nd St S #b209 Mpls 55454
**KRONLOKKEN** Kristen Lor 88 IT ........ 926-8095
5909 Ashcroft Ave Edina 55424
**KRONLOKKEN** Paul James 87 BUS ........ 831-8673
10048 Nord Rd Bloomington 55437
**KRONZER** Joseph Paul 86 IT ........ 631-9044
2121 W Hwy 36 Roseville 55113
**KRONZER** William Robert 88 IT
326 6th Ave. Se. Mpls 55414

**KROONA** Heather Beila GRAD ........ 642-9745
2157 Commonwealth St Paul 55108
**KROONBLAWD** Paul Allen 86 IT ........ 483-0469
155 E Little Cancada Rd 2 St Paul 55117
**KROSCHEL** David Mark 89 MED
78 Many Levels Rd Dellwood 55110
**KROSHUS** Timothy Jay 86 BIOSC ........ 641-0800
1116 Raleigh St Paul 55108
**KROSSCHELL** Lisa Sue 86 HE ........ 831-1933
10133 Harrison Rd Bloomington 55437
**KROUGH** Judy Carole 88 VET M ........ 644-3161
1905 W Larpenteur St Paul 55113
**KROUSE** Patricia Jean 86 CLA ........ 871-2434
610 W Franklin A #301 Mpls 55405
**KRUCHOWSKI** Jeanne M 89 IT
Comstock Hall Mpls 55746
**KRUCHOWSKI** Lisa A 86 CLA
4261 No Svensk Ln Eagan 55123
**KRUCHTEN** Michael Josep 88 IT ........ 331-7022
1077 23rd Ave Se Mpls 55414
**KRUCHTEN** Rodney Howard 89 CLA ........ 823-4020
PO Box 24282 Edina 55424
**KRUCHTEN** Shirley H AS MEDTC
666 Idaho Ave E St Paul 55106
**KRUCKEBERG** Grant Dee 89 CLA
920 S Jefferson New Ulm 56073
**KRUEGER** Amy Elizabeth AS CLA ........ 721-3426
4166 Burton Ln Mpls 55406
**KRUEGER** Charles T GRAD ........ 235-3970
615 Oakridge Ct Menomonie WI 54751
**KRUEGER** Craig Alan GRAD ........ 824-7193
3501 Lyndale Ave S #201 Mpls 55408
**KRUEGER** Dann Fredrick 86 BUS ........ 881-8937
8353 Irving Ave So Bloomington 55431
**KRUEGER** David William 89 CLA ........ 731-4151
2323 Amberwood Woodbury 55125
**KRUEGER** Deborah Jean 86 HE ........ 545-8660
410 Vinewood Ln Plymouth 55441
**KRUEGER** Earl Oscar Fre 88 IT ........ 455-7972
4170 66th St E Inver Grv Hts 55075
**KRUEGER** Elizabeth Kay AS ED ........ 881-8937
8353 Irving Av S Mpls 55431
**KRUEGER** Elizabeth Mary 88 CLA ........ 854-6050
8423 Columbus Ave South Bloomington 55420
**KRUEGER** Gerda 86 CLA ........ 789-8486
1033 Ne 28th Ave Mpls 55418
**KRUEGER** Jeannette Mari 87 CLA ........ 457-9172
926 Delaware W St Paul 55118
**KRUEGER** Jeffrey Robert 86 BIOSC ........ 338-1037
2104 22nd Ave S Apt #3 Minneapolis 55404
**KRUEGER** Julie Elizabet 89 GC
2938 Northview Rd Mtka Beach 55361
**KRUEGER** Kathleen Dolor GRAD ........ 941-7286
11160 Anderson Lk Pwy 208 Eden Prairie 55344
**KRUEGER** Kelly Ann 89 CLA ........ 376-6568
12445 Otchipwe Ave Stillwater 55082
**KRUEGER** Linda Lou GRAD ........ 540-3768
10009 Belmont Rd Minnetonka 55343
**KRUEGER** Lisa Jodi 88 GC ........ 537-0084
3807 56th Ave N Brooklyn Ctr 55429
**KRUEGER** Mary Christine 88 CLA ........ 721-4623
3516 20th Ave S Mpls 55407
**KRUEGER** Matthew Charle 89 GC ........ 473-8919
2762 Morningside Rd Long Lake 55356
**KRUEGER** Nancy Ellen 87 CLA ........ 238-5911
2413 Middleton Beach Middleton WI 53562
**KRUEGER** Paul D 88 LAW ........ 379-1523
1615 S 4th St Minneapolis 55454
**KRUEGER** Paul Leroy GRAD ........ 544-1648
10009 Belmont Rd Minnetonka 55343
**KRUEGER** Richard Eric 88 CLA ........ 890-1329
717E 131st St Burnsville 55337
**KRUEGER** Robin Marie 89 CLA ........ 546-0712
2213 Oakland Rd Minnetonka 55343
**KRUEGER** Ronald Allen 89 MED ........ 922-5378
3825 Ewing Ave. So. Minneapolis, 55410
**KRUEGER** Ruth Ann GRAD
330 6th Ave No So St Paul 55075
**KRUEGER** Sheri Ann GRAD ........ 282-6747
Rr #1 Box 71 Zumbro Falls 55991
**KRUEGER** Stacia Lynn 88 CLA ........ 920-2466
2223 France Ave S St. Louis Par 55416
**KRUEGER** Stephen Donald 89 CLA
145 Shadywood Ln Delano 55328
**KRUEGER** Stephen Paul 86 CLA
**KRUEGER** Vicki Colleen 88 LAW ........ 561-2335
7309 Chowen A N Brooklyn Pk 55443
**KRUEGER** Wallace Marlin 89 GC ........ 331-3576
611 6th St Se Minneapolis 55414
**KRUG** Hollis Elaine AS MED
2150 Knapp St St Paul 55108
**KRUGER** Eric Lansing GRAD ........ 544-5909
12235 B Hgwy 55 Mpls 55441
**KRUGER** Jill Diane 87 HE ........ 424-5354
11975 71st Pl N Maple Grove 55369
**KRUGER** John Milo GRAD ........ 647-9764
1415 Cleveland Ave N St Paul 55108
**KRUGER** Lorie Ann 88 CLA ........ 535-2596
4201 Aquila Ave N New Hope 55428
**KRUIZE** Glen Henry Jr 89 IT
3647 74th St E Inver Grv Hts 55075
**KRULAS** Dawn Maria 88 CLA
1622 8 1/2 Ave Se Rochester 55904
**KRUMBIEGEL** Kristin Ell 88 CLA
5702 Taychopera Rd Madison WI 53705
**KRUMHOLZ** Michael James 86 DENT ........ 623-9752
606 Erie St Mpls 55414
**KRUMHOLZ** Sheila Rose 88 CLA ........ 451-9412
916 Truman Owatonna 55060
**KRUMM** Blair Douglas 89 CLA
3208 S Garfield Sioux Falls 57102
**KRUMM** John Charles GRAD ........ 379-4545
840 18th Ave Se #203 Mpls 55414
**KRUMM** Teresa Loraine 87 CLA ........ 888-0750
10737 Xerxes Ave S Bloomington 55431
**KRUMMEL** Karen Ann 86 CLA ........ 331-8732
826 5th St Ne Mpls 55413

**KRUMPELMANN** Joseph Tho 89 IT ........ 722-4084
5209 Shoreview Ave Mpls 55417
**KRUPP** Amy Susan GRAD ........ 331-4246
1100 18th Av Se #3 Mpls 55414
**KRUSE** Craig David 87 CLA ........ 483-5677
1379 E County Rd C Maplewood 55109
**KRUSE** Gregory Allen 88 FOR
5932 Cavell Ave N New Hope 55428
**KRUSE** James A 89 CLA
7626 Blaisdell Ave S Richfield 55423
**KRUSE** James Douglas 89 AG
750 4th St Wells 56097
**KRUSE** Jennifer Reynold 89 HE
6096 150th St Se Prior Lake 55372
**KRUSE** Julie Ann 89 AG ........ 484-8579
1092 W Cty Rd B2 Roseville 55113
**KRUSE** Kristine Marie 87 IT ........ 788-2292
1038 44 1/2 Ave Ne Columbia Hgts 55421
**KRUSE** Lynne Marie 87 CLA ........ 645-6737
1596 Hewitt Ave St Paul 55104
**KRUSE** Margaret N GRAD ........ 724-6605
2317 Minneapolis Av S Mpls 55406
**KRUSE** Mary Helen GRAD ........ 338-7394
110 Grant Apt 24A Minneapolis 55403
**KRUSE** Nanciann Zimmitt GRAD ........ 724-6605
2317 Minneapolis Av S Mpls 55406
**KRUSELL** Karen Marie 89 GC ........ 780-3836
5200 Greenfield Ave New Brighton 55112
**KRUSZ** Tawney Jill 89 CLA ........ 890-5893
12844 1st Ave South Burnsville 55337
**KRUYER** Peggy A AS CLA ........ 379-7592
1018 18th Ave Se Mpls 55414
**KRUZESKI** Victoria Mari 88 CLA
**KRYCH** Debbie Lynn 89 HE ........ 881-1192
651 E 79th St #2 Bloomington 55402
**KRYCH** Michael Jerome 89 IT ........ 784-3463
7405 Concerto Crv Fridley 55432
**KRYNSKI** Julie Marie 88 CLA ........ 927-6758
4120 Webster Ave S Mpls 55416
**KUBA** Vaneeta 88 HE ........ 631-2337
1690 W Hwy 36 Apt 319 Roseville 55113
**KUBALL** David Alan 86 CLA ........ 645-5305
1630 Eustis #7 St Paul 55108
**KUBALL** Kent Richard 89 DENT
701 Silver St Mapleton 56065
**KUBAT** David Mark AS IT
393 Old Hwy 8 #302 New Brighton 55112
**KUBAT** Terrance E 86 IT ........ 771-5675
565 Gotzian St Paul 55106
**KUBERKA** Dannie Jo 89 CLA ........ 331-1841
1127 4th St Se #4 Mpls 55414
**KUBERSKI** Craig Randall 87 BUS ........ 484-4036
589 Amer Ave Shoreview 55112
**KUBERSKI** Julie Ann 86 CLA ........ 484-4036
589 Amer Ave Shoreview 55126
**KUBES** Joseph John 88 LAW ........ 644-7860
92 Exeter Pl St Paul 55104
**KUBES** Margaret Mary 89 GC ........ 644-7860
92 Exeter Pl St Paul 55104
**KUBESH** Beth Marie 89 GC ........ 523-1039
Rr 2 Box 19 Olivia 56277
**KUBESH** John Thomas 87 IT ........ 646-2000
2060 Carter Ave St Paul 55108
**KUBESH** Mark Kenneth 86 AG ........ 523-1039
Rt 2 Box 19 Olivia 56277
**KUBIAK** Mary E GRAD ........ 436-5470
13761 Tomahawk Dr So Afton 55001
**KUBIAK** Patrick Mark 86 ED ........ 339-0439
1530 S 6th St Apt C401 Minneapolis 55454
**KUBICEK** Brian Alan GRAD ........ 429-1576
4032 Cranbrook Dr White Bear La 55110
**KUBICEK** James L 86 AG ........ 644-1366
3229 Pleasant Ave S Mpls 55408
**KUBICEK** Mark Richard GRAD ........ 932-8396
15920 27th Ave N Plymouth 55447
**KUBIK** George Harry GRAD ........ 452-3887
3053 Pine Ridge Dr Eagan 55121
**KUBIK** Mary Lynn 86 CLA ........ 642-0125
2415 Doswell Ave St Paul 55108
**KUBISIAK** David 88 IT
1615 S 4th S #m2601 Mpls 55454
**KUBITSCHEK** William Geo 88 AG ........ 722-0839
3034 45th A S Mpls 55406
**KUCALA** Joseph David 86 BIOSC ........ 521-3927
3438 Bryant Ave N Mpls 55412
**KUCERA** John Paul 89 IT ........ 572-8546
4700 6th St Ne Columbia Hts 55421
**KUCERA** Jule GRAD ........ 379-9372
326 6th Ave Se #109 Mpls 55414
**KUCHENMEISTER** Dennis D 89 CLA ........ 489-1853
1620 Maywood St Paul 55117
**KUCHERA** Richard Gregor 86 IT ........ 777-4852
2574 Oak Dr White Bear La 55110
**KUCHERA** Susan M Lawles 87 NURS ........ 588-3306
2358 Upton Ave N Minneapolis 55411
**KUCHERA** Thomas Patrick 88 IT ........ 777-4852
2574 Oak Dr White Bear Lk 55110
**KUCHIBHOTLA** Prasad Meh GRAD ........ 645-6121
1991 Knapp Ave W-1 St Paul 55108
**KUCHTA** Douglas Allan 89 IT ........ 288-2482
1716 Sw 5th St #307 Rochester 55902
**KUCK** Judith Lynn 88 CLA
3090 Farrington Ct Roseville 55113
**KUCKENBECKER** Tami Lyn 87 BUS
4524 Woodbine Ln Brooklyn Cntr 55429
**KUCZA** Michael Anthony 86 FOR ........ 727-6415
2141 Adirondack St Duluth 55811
**KUDEBEH** Kelly Jo 89 CLA ........ 571-9501
1680 Camelot Ln Fridley 55432
**KUDEBEH** Steven Douglas 86 BUS ........ 780-3505
5148 Red Oak Dr Mounds View 55112
**KUDERER** Robert E 87 CLA ........ 378-0643
425 13th Ave Se #205 Minneapolis 55414
**KUDERKO** Joseph Max GRAD
2621 Dupont Ave South Minneapolis 55403
**KUDRONOWICZ** John Wayne 89 GC ........ 338-4001
1901 Minnehaha Minneapolis 55454

**KUEBELBECK** Kimberly An 88 CLA ........ 488-0057
1095 W Hoyt St. Paul 55117
**KUEBELBECK** Timothy Joh 89 GC ........ 922-7878
5613 Grove St Edina 55436
**KUEBER** Rose Mary GRAD ........ 644-5628
1387 Summit Ave St Paul 55102
**KUECHLE** Janelle M Kres 87 CLA ........ 545-1076
1130 Forestview Ln Plymouth 55441
**KUECHLE** Judith Agnes GRAD ........ 894-1738
3809 E Sibley #203 Burnsville 55337
**KUECHLE** Maria Carolyn 87 IT ........ 571-4862
202 Mercury Dr Fridley 55432
**KUECHLE** Shari Lynn 89 CLA
2505 Xylon Ave N Golden Valley 55427
**KUECK** Brian Dale AS MED
404 9th St Se Mpls 55414
**KUECKER** Curtis Alan AS IT
R 2 Lot 34 Oronoco East Oronoco 55960
**KUECKER** Glen David AS CLA
2300 Mount View Ave Mpls 55405
**KUEFFER** James Steven 86 IT ........ 644-5487
2099 Dayton Ave St Paul 55104
**KUEFFNER** Suzanne Eliza 88 CLA ........ 726-8431
1500 Fairlawn Way Mpls 55416
**KUEHBORN** Richard Micha 86 CLA ........ 488-3839
254 W Ivy Ave St Paul 55117
**KUEHL** Kelly James 88 GC ........ 452-0097
3155 Coachman Rd #312B Eagan 55121
**KUEHL** Michele Jean 86 CLA ........ 424-6491
6520 Meadowlark Ln N Maple Grove 55369
**KUEHMICHEL** Kathie Ann 87 HE
2177 Knapp St #2 St Anthony Pk 55108
**KUEHN** David Donald 87 BUS ........ 373-6933
701 Fulton St Se #336 U Of M/Mpls 55455
**KUEHN** Michael A 89 IT
120 Park Ave Mahtomedi 55115
**KUEHN** Michelle Marie 89 CLA
6313 Jacobs Way Madison WI 53711
**KUEHN** Patricia Anne 86 VET M ........ 489-8301
9836sandhurst Dr Roseville 55113
**KUEHN** Steven J GRAD ........ 286-5065
4102 14th Ave Nw Rochester 55901
**KUEHN** Summer Joy 89 CLA ........ 339-8672
1807 Washington Av S #204 Minneapolis 55454
**KUEHNE** Martin Robert GRAD ........ 890-8018
14912 Oak Ave So Burnsville 55337
**KUEHNEL** Peter Michael 89 GC ........ 379-1649
516 Univ Ave Se Mpls 55414
**KUEHNL** Barbara Katheri 88 GC ........ 738-7071
2307 Amberwood Dr Woodbury 55125
**KUELBS** James Todd 87 BUS ........ 482-8313
250 Grandview Ave #367 Roseville 55113
**KUELBS** Kim Elizabeth 86 CLA ........ 757-9696
1821 105th Ln Nw Coon Rapids 55433
**KUELBS** Thomas Joseph GRAD ........ 374-1778
1200 W Franklin Av #4 Minneapolis 55405
**KUEMPER** Mary Patricia 87 BUS ........ 729-1934
4437 40th Ave So Mpls 55406
**KUENG** Jeffrey Stephen GRAD ........ 642-1919
1029 Raymond Ave #3 St Paul 55114
**KUENNEN** David Vernon 88 CLA
12063 Crocus St Coon Rapids 55433
**KUENZI** Robert Paul 86 CLA
336 West 3rd St Oconomowoc WI 53066
**KUENZLI** Stephen Thomas 86 IT ........ 926-8061
4611 Drexel Ave Edina 55424
**KUEPPERS** Daniel Joseph 88 CLA ........ 644-3718
1727 N Hamline Ave St Paul 55113
**KUETTEL** Steven Paul 87 CLA ........ 228-9415
550 Summit Ave Apt B St Paul 55102
**KUFFEL** Christopher Lee 86 CLA ........ 722-5297
2825 34th Ave So Minneapolis 55406
**KUFUS** Kathryn Modrow 86 PH ........ 776-9603
1582 Reaney Ave St Paul 55106
**KUGA** Tomohiro 88 CLA
2234 Ulysses St Ne Minneapolis 55418
**KUHENS** Teresa Jean 89 FOR
1378 Almond Ave St Paul 55108
**KUHFELDT** Kirk Allen 88 LAW ........ 224-7317
457 Holly St Paul 55102
**KUHL** Brent Allen 88 FOR ........ 388-2605
4215 Lee St Red Wing 55066
**KUHL** David Douglas 87 CLA ........ 331-7590
929 5th St Se Mpls 55414
**KUHL** Kathleen Teresa 88 ED ........ 331-4336
915 University Ave Se Mpls 55414
**KUHL** Kim Denise 88 CLA
1100 Como Ave Mpls 55414
**KUHL** Mary Kristine 89 CLA ........ 935-5964
5008 Mayview Rd Minnetonka 55345
**KUHLMAN** Cynthia Ann 86 ED ........ 822-8401
2930 Blaisdell Ave. S. #1 Minneapolis 55408
**KUHLMANN** Eileen Margar 88 CLA ........ 373-6149
615 Fulton St #833 U/M Minneapolis 55455
**KUHLMANN** Mary S 89 CLA ........ 331-6106
1110 5th St Se Minneapolis 55414
**KUHLMANN** Nora Louise 87 NURS ........ 379-1971
607 Erie St Se Minneapolis 55414
**KUHLMANN** Steven Vernon 89 CLA ........ 763-6033
1815 County Rd 22 Alexandria 56308
**KUHLMANN** Timothy Wilso GRAD ........ 874-1993
2550 3rd Av S #103 Mpls 55404
**KUHLMEYER** Janet S AS ED ........ 454-7262
4635 Dodd Rd Egan 55123
**KUHN** Amy Jo 86 CLA ........ 824-4181
3433 Aldrich Ave S Mpls 55408
**KUHN** Eileen Mari GRAD ........ 644-4266
1640 Ashland Ave St Paul 55104
**KUHNE** John David 86 CLA ........ 545-9056
11900 Meadow Ln West Minnetonka 55343
**KUHNEN** Sarah Alexandra 89 CLA ........ 822-1866
3021 James Ave S #1 Mpls 55408
**KUHNLY** Kirsten Meredit 87 CLA
3280 72nd St E Inver Grv Hts 55075
**KUHNS** Mark Duane 86 IT ........ 635-2628
Box 86 Trego WI 54888

**KUHNZ** Connie Jo 88 CLA
14060 W Tiffany Pl New Berlin WI 53151
**KUIPER** Carrie Christin 87 CLA 893-0646
7320 Galliger Dr #307 Edina 55436
**KUISLE** Tammy Lynn 86 ED 339-5482
800 5th St Se Mpls 55414
**KUITUNEN** Ann Marie AS CLA 488-9565
1068 Norton St St Paul 55117
**KUJAT** Janet Kleven 86 ED 537-6872
3501 Louisiana N #202 Mpls 55427
**KUJAWA** John Edwards 89 CLA 870-8253
1828 Clinton Ave S #4 Mpls 55404
**KUJAWA** Mary Christine 88 CLA 786-1506
7999 Quincy St Ne Spring Lake P 55432
**KUJAWSKI** Anita Louise 86 NURS 869-3947
7415 Oakland A S Richfield 55423
**KUKIELKA** John Anthony 87 CLA 781-9995
3026 Silver Lake Rd Mpls 55418
**KUKLOK** Kieran Brian 89 DENT 646-3804
1049E 29th Ave Se Mpls 55414
**KUKOWSKI** Timothy Jon 89 AG 523-3798
Rr1 Box 110 Lewiston 55952
**KUKUK** Debra Ann 86 BUS 439-0446
126 Maryknoll Stillwater 55082
**KUKUK** Kerri Ann 88 IT 890-7866
12609 Portland Ave So Burnsville 55337
**KULA** Elliot Burt 89 CLA 825-6396
3520 Humboldt Ave S Minneapolis 55408
**KULAKOWSKI** Donna Marie GRAD 788-9580
623 2nd St Ne Mpls 55413
**KULAS** John Stanley GRAD
St John's University Collegeville 56321
**KULAS** Joseph Peter 88 CLA 427-4523
12008 W River Rd Champlin 55316
**KULBERG** Lance Wayne 87 AG 376-7866
Rr 1 Box 71 Hector 55342
**KULBITSKI** Gary Crosby 88 CLA 432-6337
1412 E 131st St Burnsville 55337
**KULENKAMP** David Alan 88 CLA 457-1448
1448 Farmdale Rd St Paul 55118
**KULHANEK** Matthew Carl 86 IT 645-8132
1994 N Wheeler St Paul 55113
**KULICK** Jerome Thomas 89 CLA
758 38th St N Anoka 55303
**KULISHECK** Patricia Jo GRAD 822-7607
5324 Park Av South Minneapolis 55417
**KULKARNI** Srinivas Ramr GRAD
615 15th Ave Se #203 Mpls 55455
**KULLER** Beth Marcia 89 IT
3069 Loon Ln Eagan 55121
**KULLER** Mark Bradley 87 CLA 941-3461
6609 Hillside Ln Edina 55435
**KULLMAN** Scott William 89 IT 475-3613
2905 Troy Ln Plymouth 55447
**KULMAN** Jonee Michelle 86 IT 373-7200
210 Delaware St Se Mpls 55455
**KULMAN** Michael John 89 CLA
Frontier Hall Minneapolis 55455
**KULSRUD** David Scott 86 ED 484-5009
1057 Island Lk Ave St Paul 55112
**KULSRUD** Michael Joseph 87 CLA 780-4895
9609 Pierce St Ne Blaine 55434
**KULT** Heidi Elissa 87 CLA 776-8624
1035 Conway St Paul 55106
**KULVER** Laura 87 CLA 379-2008
1231 8th St Se Mpls 55414
**KULZER** Kathryn Barbara 86 CLA
**KULZER** Theresa Marie 89 CLA 373-7180
220 W 10th St Hastings 55033
**KUMAR** Ashwini GRAD 373-1326
1390 Eckles Ave St Paul 55108
**KUMAR** Vijaya GRAD 291-6339
1263 Hazelwood St #306 St Paul 55106
**KUMERFIELD** Teresa Lynn 89 HE
17525 26th Ave No Plymouth 55447
**KUMM** Linda Marie 86 HE 823-2534
3030 Oakland Ave S Mpls 55407
**KUMMER** Gregory Alexand 89 GC 331-7232
701 University Ave Se #3 Mpls 55414
**KUMMER** John William 86 BUS 437-9125
12200 Pt Doug Dr S Hastings 55033
**KUMMER** Mary Carol 87 NURS 379-0006
425 13th Ave Se #1101 Mpls 55414
**KUMMEROW** Christian De GRAD 255-5107
414 Highland Madison WI 53705
**KUMMETH** Charles R AS IT 738-1265
2466 C Cobblehill Alcove Woodbury 55125
**KUMMETH** Karen Debra 86 ED 738-1265
2466-C Cobblehill Alcove Woodbury 55125
**KUNDE** Eugene Richard GRAD 473-6958
2404 Meeting St Wayzata 55391
**KUNDE** Paul Alan 89 GC 331-7486
709 15th Ave Se Mpls 55414
**KUNDERT** John Peter GRAD
2725 Garfield Ave South Mpls 55408
**KUNDSCHIER** Frederick D 88 CLA 488-3079
756 W Minnehaha St Paul 55104
**KUNG** Wan Peng 86 BUS 379-2009
1503 8th St Se #102 Mpls 55414
**KUNIAN** Arnold Michael GRAD 378-2889
425 13th Ave Se #1805 Minneapolis 55414
**KUNIK** Kelley Noelle 89 IT 457-1062
967 Felix St W St Paul 55118
**KUNIK** Robert J 86 IT 341-3985
1630 6th St S #d 417 Minneapolis 55454
**KUNKEL** Elizabeth Ann 87 FOR 632-4050
853 Weeks Ave Se Mpls 55414
**KUNKEL** Lawrence Thomas 87 BUS
12615 Resden Rd Plymouth 55441
**KUNKEL** Marilyn Jean 86 ED 822-3081
3640 Blaisdell Ave S Mpls 55409
**KUNS** Michelle Marie 89 CLA
Pioneer Hall U/M Mpls 55454
**KUNTSCHER** Kurt Michael 89 IT 373-6633
112 Redwood Dr Apple Valley 55124
**KUNTZ** Debie Jean 89 CLA 333-3989
2038 1st S Mpls 55454
**KUNTZ** Mark Henry 86 ED 871-6250
319 18th St East #1 Minneapolis 55404
**KUNTZ** Sheri Ann AS ED 455-2093
1508 Allen Ave #206 W St Paul 55118
**KUNY** Jim L 89 CLA 378-1037
1399 10th St Nw #304 New Brighton 55112
**KUNZ** Conrad Dwight 88 IT 377-0325
420 Morgan Mpls 55405
**KUNZ** James Daryl 86 IT
**KUNZ** Stefan 88 CLA 429-3697
1053 25th Ave N Minneapolis 55414
**KUNZE** David Arnold 88 CLA 647-0740
1247 St. Anthony Av.#1119 St. Paul 55104
**KUNZE** Lori A 86 CLA
**KUNZI** Stanton Gregg 87 LAW 755-1043
550 113th Ave Nw Coon Rapids 55433
**KUO** Duen GRAD 331-6951
1015 Essex St Se Apt #106 Minneapolis 55414
**KUO** Iboija C 86 HE 770-2471
3409 Lake Elmo Ave N Lake Elmo 55042
**KUO** Jason Tc 88 CLA 338-5235
1615 4th St S #m1003 Mpls 55454
**KUO** Lili GRAD 379-1975
815 13th Av Se #310 Minneapolis 55414
**KUPERSMITH** David Saul 89 VET M 631-1890
1635 W Skillman Ave #2 Roseville 55113
**KUPLIC** Daniel Francis GRAD 330-5428
2076 Dayton Ave St Paul 55104
**KUPSCH** Kirsten Denise 88 CLA 633-0632
2545 N Hamline Ave Roseville 55113
**KURKOSKY** Glenn Henry 89 IT 822-2729
3710 13th Ave S Mpls 55407
**KURKOWSKI** John Andrew AS ED 738-2151
2151 E 5th St St Paul 55119
**KUROKI** David Wayne GRAD 338-4916
19 27th Ave Se #7 Minneapolis 55414
**KUROSS** Steven Arthur AS MED
1834 Franklin Ave Se Mpls 55414
**KURTH** Brian Cordell 89 GC
1077 Seminole W St Paul 55118
**KURTH** Candace Lynn GRAD 890-0263
66 Walden Burnsville 55337
**KURTH** Craig Frederick 87 CLA 331-7250
15 Barton Ave Se #1 Mpls 55414
**KURTTI** Daniel Robert AS MED
7825 E River Rd #320 Fridley 55432
**KURTZ** Bruce Robert 89 MED 644-5445
1102 West Co Rd D #219 New Brighton 55112
**KURTZ** Daniel Joseph GRAD 830-8543
4236 Upton Ave So #101 Minneapolis 55410
**KURTZ** Erin Leigh GRAD 374-9215
1702 N Thomas Pl Minneapolis 55411
**KURTZ** Kelly Elise 87 IT 724-8509
2917 32nd Ave S Minneapolis 55406
**KURTZ** Margaret 87 LAW 373-6103
840 18th Ave Se #3 Mpls 55414
**KURTZ** Steven Gustav 86 CLA 644-5445
1805 Fairview Ave St Paul 55113
**KURZHAL** Brian Lane 86 BUS 332-9062
1615 So 4th St #m1610 Minneapolis 55454
**KURZHAL** Susan Margaret 89 CLA 332-9062
1615 S 4th St #m-1610 St Paul 55119
**KUSHI** Lawrence Haruo 86 PH 374-2919
2626 Emerson Ave S Minneapolis 55408
**KUSHINO** Terri Lynn 87 NURS 544-7607
20 Rhode Island Ave So Golden Valley 55426
**KUST** John Edward Jr 89 CLA 471-9255
3355 Crystal Bay Rd Wayzata 55391
**KUSTAA** Friedrich Josaf GRAD 824-6371
3454 Elliot Ave So Mpls 55407
**KUSTRITZ** Ann Elizabeth 87 CLA 227-7708
535 Grand Hill St Paul 55102
**KUSTRITZ** Jacques Micha 86 BIOSC 463-7715
Box 152 5595 176th St W Farmington 55024
**KUSTRITZ** Jeff Thomas 86 CLA 455-7313
641 8th Ave N So St Paul 55075
**KUSZ** Nicholas Paul 89 IT
9108 5th Ave S Bloomington 55420
**KUTCHER** Lynne D 86 CLA 722-6961
2830 E 34th St Minneapolis 55406
**KUTLER** Susan Anne 89 CLA
6417 Masthead Dr Madison WI 53705
**KUTZ** Linda Ann GRAD 944-0793
8710 Bentwood Dr Eden Prairie 55344
**KUTZ** Sharon Ann 86 ED 824-0432
1475 N Cleveland Ave St Paul 55108
**KUUTTIGARTY** Victoria GRAD 566-6631
6408 Willow Ln Brooklyn Lane 55430
**KUWAHARA** Melvin Den 86 MED 379-1870
727 13th Ave Se #6 Mpls 55414
**KUWAMURA** Hitoshi GRAD 644-9549
1234 Gibbs Ave St Paul 55108
**KUZ** Annette Birgit 87 LAW 890-2168
4029 W 125th St Savage 55378
**KUZ** Julian Eugene 87 IT 890-2168
4029 W 125th St Savage 55378
**KUZARA** John Thomas 87 CLA 471-7395
4702 West Arm Rd Spring Park 55384
**KUZJ** Ann E S GRAD 631-0991
1846 Todd Dr Arden Hills 55112
**KUZJAK** Michael Alan 88 IT 387-1407
401A W 14th St Marshfield WI 54449
**KUZMA** Bruce Alan 87 CLA 644-2558
1329 Keston St St Paul 55108
**KUZMIC** Deanne Beth 89 CLA 559-4506
2217 Oakview Ln Plymouth 55441
**KUZNIA** Charles Benedic 87 IT 339-1803
1400 Second St S #c412 Minneapolis 55455
**KUZNIA** Ivan Eugene 88 IT 854-7943
9106 Columbus Ave S Bloomington 55420
**KUZNIA** Jonathan Norber 87 IT 854-7943
9106 Columbus Ave Bloomington 55420
**KVAAL** Kent E 88 IT 777-5302
2774 No Hilltop Ct N St Paul 55109
**KVAALSETH** Jan 87 GC 338-3253
Ncbc 910 Elliot Ave S Mpls 55404
**KVALBEIN** Juliane GRAD 642-1469
1540 Ashland #19 St Paul 55104
**KVAM** Martin Joseph 86 BUS 379-7487
PO Box 27613 Golden Valley 55427
**KVAM** Robin Ann 89 CLA
317 5th Av Se Minneapolis 55414
**KVAMME** Peter AS CLA 338-8516
1400 2nd St South Minneapolis 55454
**KVANLI** Machell Mehrens GRAD 646-6770
1588 Eustis St Bldg B207 St Paul 55108
**KVASNICKA** Jay Alan 89 CLA
Pioneer Hall Mpls 55455
**KVASNIK** Alan Scott 89 GC 933-7367
8301 W. 30 1/2 St #11 St Louis Park 55426
**KVASNIK** Jonathan Bruce 89 CLA 690-2327
1584 Beechwood St Paul 55116
**KVASNIK** Neil Mark 88 CLA 690-2327
1584 Beechwood St Paul 55116
**KVEEN** Kelly Deone 89 GC
109 3rd Ave Sw Roseau 56751
**KVEENE** Kristi Lee 87 AG
Rt 3 Box 93 Madison 56256
**KVENVOLD** Stacey Lynn 89 CLA 379-8705
325 Ashmore #305 Minneapolis 55414
**KVERN** Craig James 89 GC
16115 5th Ave N Plymouth 55447
**KVISTBERG** Lorraine Pat GRAD
**KWAK** Sungkyu GRAD 378-1636
419 Erie St Se #306 Minneapolis 55414
**KWAKO** Joan 89 IT 373-6241
1425 Pioneer Hall Mpls 55455
**KWAM** Nancy Ellen 86 CLA 479-2726
6065 Cty Rd 11 Maple Plain 55359
**KWAN** Chin Ming 88 CLA 588-5583
1030 Lilac Dr N Golden Valley 55422
**KWAN** Ching Keong 89 CLA 379-8762
801 14th Ave Se #4 Minneapolis 55414
**KWAN** Raymond Man 89 IT 288-2004
970 Elton Hills Ct Nw Rochester 55901
**KWAN** Sherman Hong 89 IT
970 Elton Hills Ct Nw Rochester 55901
**KWAN** Yumkeung GRAD
**KWASMAN** Michael Alan AS MED
291 Fort Rd #1506 St Paul 55102
**KWO** Stephanie Frances 89 CLA
**KWOK** Yue 89 CLA 623-3089
425 13th Ave #1301 Mpls 55415
**KWOLEKFOLLAND** Angel GRAD 539-8109
1904 Grandview Dr Manhattan KS 66502
**KWON** Eil GRAD 646-4649
1170 Fifield Ave N#1 St Paul 55108
**KWON** Kyonghae GRAD 331-8968
801 University Ave #14 Minneapolis 55414
**KWON** Young Rack GRAD
**KY** Bundeth 89 GC 935-2571
7609 Edgebrook Dr St Louis Park 55426
**KYLE** Lisa Renee 86 CLA 871-8453
2507 Garfield #2 Minneapolis 55408
**KYLLANDER** Alison Jean 88 CLA
2537 E 4th Ave N St Paul 55109
**KYLLO** Carole Millett J GRAD 938-6164
5201 Schaefer Rd Edina 55436
**KYLLO** David Stanley 88 CLA
18010 Cty Rd #6 Plymouth 55447
**KYLLO** Herman Severin J AS IT 724-1491
2805 26th Av S Mpls 55406
**KYLLO** Jennifer Hunder 89 MED 488-3833
2822 34th St East Minneapolis 55406
**KYLLO** Steve Richard 89 GC 724-9426
2215 E 36th St Mpls 55407
**KYLLONEN** Jane Martha 88 CLA 373-6118
982 Co Rd 24 Wayzata 55391
**KYSYLYCZYN** Scott Alan 89 CLA 489-0195
1221 N Kent St St Paul 55117
**KYTE** Charles Edward GRAD 453-6431
P.O. Box 87 Eden Valley 55329

# L

**LA** Dung Van 87 IT 471-0447
1601 4th St S #f315 Minneapolis 55454
**LA** Luong Vinh 86 IT 341-0655
1515 4th St So E103 Minneapolis 55454
**LA** Phong Thu 86 IT 636-8319
2812 N Asbury Roseville 55113
**LAARIF** Issam 87 IT 378-9334
419 Erie St Se #105 Minneapolis 55414
**LABARGE** Lisa Rae 88 CLA 788-7736
2320 Quincy St Ne Mpls 55418
**LABARGE** Stephen John 87 IT 331-6007
521 Erie St Se Minneapolis 55414
**LABATE** Jan Mary 86 HE 447-8787
3621 180th St E Prior Lake 55372
**LABATT** Amy Jo 89 CLA
12901 Eagle Ridge Dr Burnsville 55337
**LABATT** Joan Rozlyn 88 CLA 894-5559
12901 Eagle Ridge Dr Burnsville 55337
**LABATT** John Thomas 88 CLA 934-2697
715 10th Ave Mpls 55414
**LABEAU** Michelle Marie 89 DENT 888-3733
10300 Nicollet A Bloomington 55420
**LABEAUX** Suzanne Marie 88 CLA 571-0176
1624 Gardena Ave Fridley 55432
**LABECK** Louis Joseph 86 CLA 545-0486
10725 - 39th Ave N Plymouth 55441
**LABELLE** Laura Lee 86 ED 825-5382
3503 W 29th St Minneapolis 55416
**LABELLE** Leilani Lynn 86 DENT 377-6060
8 Ardmore Dr Golden Valley 55422
**LABELLE** Steven Russell 88 CLA 623-0327
1032 26th Ave Se Mpls 55414
**LABERGE** Annette Marie 87 DENHY 339-4973
1920 S 1st St #302 Mpls 55455
**LABERGE** Patrice Marion 89 MED 339-4973
1920 So 1st St #302 Minneapolis 55454
**LABERGE** Peter A 87 CLA 529-6450
4238 Humboldt N Mpls 55412
**LABISSONIERE** Alana Lyn GRAD 788-2302
4347 Ne Univ #8 Columbia Heig 55421
**LABISSONIERE** Paul Andr 89 CLA 788-2302
4347 Ne University Columbia Heig 55421
**LABO** David Edward 89 CLA 331-8090
326 6th Ave Se #202 Mpls 55414
**LABOONE** Kathleen Ann AS ED 467-2488
Box 538 Norwood 55368
**LABORE** Kenneth Lee 88 CLA 926-9001
3121 Idaho Ave S St Louis Park 55426
**LABOSSIERE** Anne Marie 88 IT 429-6564
3653 Highland Ave White Bear Lk 55110
**LABOUNTY** Randall Keith 86 BIOSC 894-8808
401 E Burneville Pky #223 Burnsville 55337
**LABRASH** Andre Thomas 89 CLA 484-6226
2590 Cohansey St Roseville 55113
**LABRASH** Brian Anthony 88 FOR
2590 Cohansey St Roseville 55113
**LABRE** Michele Ann 89 IT 725-6497
1123 Green Acres Ln Neenah WI 54956
**LABRECHE** Lisbeth Marie 89 CLA
R.R.3 Box C63 Buffalo 55313
**LABRECHE** Noelle Renee 89 CLA 633-4456
1876 W Co Rd C-2 Roseville 55113
**LABRESH** Kurt Victor 88 CLA 331-4253
612 6th Ave Se Minneapolis 55414
**LABS** Lori Jean 87 NURS
**LAC** Sylvie Tieutuy 86 CLA
**LACASSE** Michael Clemen GRAD
2333 E Cedar St Hugo 55038
**LACASSE** Raymond Edward 88 IT 464-8564
20925 Goodview Ave N Forest Lake 55025
**LACE** Robert C GRAD 866-5488
7445 11th Ave So Richfield 55423
**LACEY** Julia Elizabeth 87 CLA 623-9670
1056 15th Ave. Se Mpls. 55414
**LACEY** Lizabeth Ellen 89 CLA 331-3331
323 10th Ave Se Mpls 55414
**LACEY** Shirley Mary GRAD 285-9929
822 37th St Sw Rochester 55902
**LACH** Robert Francis AS IT 424-7607
6725 81st Pl N Brooklyn Park 55445
**LACH** Theavy 88 IT 872-7704
2535 Clinton Ave S #213 Mpls 55404
**LACHANCE** Scott Michael 88 IT 633-9599
97 14th Ave Sw New Brighton 55112
**LACHELT** Ronald Vernon 86 FOR 646-4829
185 Exeter Pl St Paul 55104
**LACHENMAYER** Jane Ellen 87 BIOSC 698-2995
423 S Warwick St Paul 55105
**LACHENMAYER** John Riche 88 IT 452-1243
1253 Culligan Ln Mendota Hts 55118
**LACHER** Ann Marie 87 HE
931 24th St Nw Rochester 55901
**LACHER** James Patrick 88 CLA 890-1836
11107 Territorial Ct Burnsville 55337
**LACHER** Steven Jerome 88 GC 489-8178
1132 W Skillman Ave Roseville 55113
**LACHNER** William Kirk AS BIOSC 827-3251
P.O. Box 14033 Minneapolis 55414
**LACHOWITZER** John Alber 89 CLA
307 Hazelwood St Paul 55106
**LACK** Rosalie Ann 87 CLA 623-8192
1010 Se Essex St #303 Mpls 55411
**LACKEY** Dennis Carroll AS ED 936-9434
725 7th Ave S Hopkins 55343
**LACKEY** Joel Thomas 86 CLA 224-2599
140 E George #203 St Paul 55107
**LACKNER** Joseph Michael 86 IT 338-5412
1615 S 4th St #m3009 Mpls 55454
**LACKNER** Mary Margaret 89 GC
5120 W 102nd St Bloomington 55437
**LACOMBE** Constance Ilen 86 ED 699-1104
1306 Goodrich Ave St Paul 55105
**LACOMBE** Mitchell Josep 87 CLA 721-2657
5028 44th Ave S Mpls 55417
**LACOSSE** Robert David 89 DENT 378-2092
227 C 8th Ave Se Mpls 55414
**LACOURSE** Renee Lynette 89 CLA 642-9163
1599 Hague Ave St Paul 55104
**LACY** Peter Geron 86 CLA 724-6110
4309 42nd St So Minneapolis 55406
**LADAS** Peter Nicholas 86 IT
**LADE** Jennifer Jane 89 CLA 376-6684
212 22nd Av S #1131 Mpls 55455
**LADEN** Perry Dean 89 CLA 633-4565
4564 Prior Ct Arden Hills 55112
**LADLEY** Linda Collins 87 BUS
1359 Hewitt Ave St Paul 55104
**LADOUCEUR** Gregory Paul 88 CLA
8433 11th Ave South Bloomington 55420
**LADOUCEUR** Michael Stev 86 MED
**LADOUX** Shelley Kay 88 ED
6603 Falstaff Rd Woodbury 55125
**LADWIG** Edward John 86 IT
**LADWIG** John Michael 88 AG 645-8292
969 Marshall Ave. Mpls 55104
**LAEDERACH** Amy Beth 88 CLA 927-8520
4633 Bruce Ave S Edina 55424
**LAEDERACH** Wendy June 87 BUS 927-8520
4633 Bruce A S Edina 55424
**LAEDTKE** Robert Todd 87 BUS 376-6456
#501 Middlebrook Hall U/M Minneapolis 55455
**LAFANS** Richard Scott GRAD 375-1846
2019 21st Ave So #n14 Mpls 55404
**LAFAVE** Renae Irene 89 CLA 339-1629
1901 Minnehaha Av #315 Minneapolis 55454
**LAFAYETTE** Beth Ann 88 CLA 825-0670
4838 Grand Ave S Minneapolis 55409
**LAFOND** Colette GRAD
**LAFOND** Dale A 87 GC 645-8300
1593 Laurel Ave St Paul 55104
**LAFOND** Nicholas Paul AS MED 464-8499
1575 Hunter Dr Wayzata 55391

**LAFONTAINE** Karen Marie 87 BUS ... 455-9147
131 5th Ave S S St Paul 55075
**LAFONTAINE** Kathryn Mar 89 CLA
131 5th Ave S So St Paul 55075
**LAFONTAINE** Susan Marie 89 CLA
5436 Grand Mpls 55419
**LAFRANCE** Marie Elizabe 86 MED
3919 Colfax Ave N Mpls 55412
**LAFRENIER** Louis P 86 ED ... 425-6638
9965 99th Av N Maple Grove 55369
**LAFRINIERE** Julie Rae 88 CLA ... 566-0771
6221 Riverview Ln #70 Brooklyn Park 55444
**LAGAARD** Scott Whitney AS MED
1341 Russell Ave No. Mpls 55414
**LAGARDE** Philip Martin AS CLA
6110 Green St Duluth 55811
**LAGATA** Josephine Rosal GRAD ... 378-3875
1971 Commonwealth Ave 346 St Paul 55108
**LAGER** Ellen Odell 86 ED ... 533-1083
3216 N 46th Robbinsdale 55422
**LAGERMEIER** Daniel John 86 IT ... 831-2332
5225 W. 106th St. Bloomington 55437
**LAGERWAARD** Arie AS IT ... 282-8887
2120 Valleyhigh Dr C101 Rochester 55901
**LAGING** Keller Williams 87 CLA
**LAGNAOUI** Abdelaziz AS AG ... 644-4490
2215 Como Ave W St Paul 55108
**LAGODINSKI** Patricia An 89 HE
Comstock Hall U/M Mpls 55455
**LAGORIO** Craig Curtis 88 CLA ... 829-0507
6800 Pawnee Rd Edina 55435
**LAGROW** George Ervin GRAD
205 Hollywood New Ulm 56073
**LAGUNOFF** Roger Dean GRAD
912 21st Ave So #217 Minneapolis 55404
**LAHAISE** Bryan Gerard 89 GC ... 469-3344
9639 206th St W Lakeville 55044
**LAHAMMER** Douglas Eugen 86 CLA ... 929-0183
2943 Vernon Ave S St Louis Park 55416
**LAHAYE** Michael Allen 87 IT ... 378-0236
1515 Brook Ave Se Mpls 55414
**LAHER** Joyce Pasko 88 LAW ... 521-1709
1106 Washburn Ave No Minneapolis 55411
**LAHL** James Richard 88 CLA ... 331-7590
929 5th St Se Minneapolis 55414
**LAHM** Eric Gordon 89 CLA
4513 Oak Dr Edina 55424
**LAHM** Steven Mark 86 IT ... 789-9257
2617 Ne Taylor Mpls 55418
**LAHR** Ellen Ann 87 CLA ... 633-2132
1454 Bussard Ct Arden Hills 55112
**LAHR** Kevin P 86 DENT ... 698-7322
2047 Grand Ave #2 N St Paul 55105
**LAHREN** Julie Rae 88 IT
303 3rd Ave Nw Mandan ND 58554
**LAHTI** Carol Jean 86 BIOSC ... 227-3445
148 W George St #8 St Paul 55107
**LAHTI** Diane Marie Hill 86 BUS ... 522-7343
4735 Emerson N Minneapolis 55430
**LAHTI** Linda M 89 HE
5964 5th St Ne Fridley 55432
**LAHTI** Lynda Kaye 87 ED
**LAHTI** Richard James 87 IT ... 373-6353
R 1 Box 137 Meadowlands 55765
**LAI** Bosco Hakshi 88 CLA ... 373-6682
1122 Univ Ave Se #461 Mpls 55455
**LAI** Kwok Hung GRAD ... 379-1020
P.O. Box 13118 Mpls 55414
**LAI** Shukfun 86 IT ... 331-5495
1206 4th St Se #304 Mpls 55414
**LAI** Wing Cheong 87 IT ... 338-5235
1615 S 4th St M1003 Minneapolis 55454
**LAI** Wing Tak GRAD ... 379-9333
818 8th St. S.E. #4 Minneapolis 55414
**LAIGNELLAVASTINE** Georg 89 CLA ... 872-7938
116 Oak Grove Minneapolis 55403
**LAINE** Jeffrey Alan 88 CLA ... 435-7034
720 152nd St. E. Burnsville 55337
**LAING** Brian McKenzie AS ED ... 378-0167
1031 16th A Se Mpls 55414
**LAING** James Mills GRAD ... 473-3295
3850 Northome Ave Wayzata 55812
**LAING** Julie Jessica 88 GC
134 W 45th St Mpls 55409
**LAING** Kathryn Joan 87 CLA ... 874-1966
129 W. 15th St. #2 Mpls 55403
**LAING** Timothy Alan 86 CLA ... 377-7162
1535 Natchez S Golden Valley 55416
**LAING** William Edward AS IT
1427 27 St W Mpls 55408
**LAINSBURY** Andrew David 89 CLA ... 941-4553
6500 Josephine Ave Edina 55435
**LAIR** Leslie Ann 88 CLA ... 822-2857
4833 Lyndale Ave S Mpls 55409
**LAIS** Gregory Joseph GRAD ... 827-4001
3100 E 22nd St Mpls 55406
**LAITINEN** Lois Jean GRAD ... 937-1235
6833 Woodland Dr Eden Prairie 55344
**LAKATUA** Anna Margaretha 88 CLA ... 482-8214
#1 Eastview Ln St Paul 55110
**LAKATUA** John David Ant 87 IT
#1 Eastview Ln St Paul 55110
**LAKE** Darren Paul 86 AG
21030 Flag Trail Prior Lake 55372
**LAKE** David Bruce 86 PH ... 535-8919
4301 Oregon Ave N #318 New Hope 55428
**LAKE** Kenny Wayne 88 GC ... 377-2238
414 Oliver Ave No Mpls 55405
**LAKER** Lori Ann 87 NURS ... 338-0583
912 21st. Ave. S.#115 Minneapolis 55404
**LAKER** Mark William 86 FOR ... 561-3318
1009 72nd Ave N Mpls 55430
**LAKODUK** Arthur Paul GRAD ... 825-8421
5132 Columbus Ave So Minneapolis 55417
**LAKOSKY** Paul Andrew 89 CLA ... 645-2331
1864 Marshall Ave St Paul 55104

**LAKOUR** Randy Edward 89 CLA
2170 Maple Ln E Maplewood 55109
**LAKRITZ** Jay Neil 87 CLA ... 339-4467
2329 So 9th St #214B Mpls 55406
**LAKS** Jason Henry 86 IT ... 331-2133
1100 4th St Se Minneapolis 55414
**LALIBERTE** Denise Durae 89 CLA
4028 McKnight Rd White Bear Lk 55110
**LALIBERTE** Thomas Raymo 86 IT ... 644-2558
1329 Keston St St Paul 55402
**LALL** Rajiv Rashbihari GRAD
Coll Of Pharm Hlth Sc F Mpls 55414
**LALLA** Rosemary Jean 89 HE ... 482-0612
5987 Highview Pl Shoreview 55126
**LALLIER** Peter Wesley T 89 CLA ... 872-0152
1821 13th Ave S Mpls 55404
**LALLY** Brian P 86 IT ... 331-6519
507 4th St. Se Mpls 55414
**LALLY** Robin Mary 87 CLA ... 331-6519
507 4th St Se Apt #2 Mpls 55414
**LALOMIA** Terese Ann 87 DENT ... 374-5844
1760 Hennepin Ave #34 Mpls 55403
**LALONDE** Timothy Gilber 86 BUS ... 866-6245
6008 Fremont Ave So Mpls 55419
**LAM** Boon Yue 89 GC
6137 Creekview Trail Mtka 55345
**LAM** Chhoeung 87 CLA ... 823-7017
408 W 36th St #4 Mpls 55408
**LAM** Chui Nei 89 HE ... 854-7782
8533 10th Ave S Bloomington 55420
**LAM** Danh Quang 89 IT
**LAM** David Sze 89 GC ... 631-2972
115 14th Ave Sw New Brighton 55112
**LAM** Ha Thanh 87 CLA ... 375-9728
1615 4th St So #m601 Mpls 55454
**LAM** Hien T 89 CLA ... 371-0362
1600 S 6th St M518 Mpls 55454
**LAM** Hong 87 CLA ... 823-7017
8811 S Blaisdell #7 Bloomington 55420
**LAM** Hung Thanh 87 CLA
**LAM** Kheng 89 GC ... 823-7017
410 W 36th St #3 Minneapolis 55408
**LAM** Kwi Peng 89 CLA
400 6th Ave Se #13 Mpls 55414
**LAM** Laura Thu GRAD ... 823-3803
5437 10th Ave S Mpls 55417
**LAM** Ngoc Khoi 87 DENHY ... 340-0666
1515 S 4th St E802 Mpls 55454
**LAM** Phi Thanh 89 GC ... 644-6186
1247 St Anthony Ave #1918 St Paul 55104
**LAM** Si Thanh 89 GC
1247 St Anthony Av #1918 St Paul 55104
**LAM** Su Van 89 GC ... 227-2449
654 Holly Ave St Paul 55104
**LAM** Thuy N 89 CLA ... 331-7503
517 15th Ave Se,Rm #6 Minneapolis 55414
**LAM** Thuy Thanh 86 IT ... 375-9728
1615 So. 4th St. #m601 Minneapolis 55454
**LAM** Yinsze Ignatius 86 IT ... 331-8341
Box 13171 Dinkytown PO Mpls 55414
**LAMARRE** Martha Elise GRAD ... 376-6421
412 22nd Av S 401U/M Mpls 55455
**LAMASNEY** Bonita Ellen 86 IT ... 623-0286
514 8th St Apt 7 Minneapolis 55414
**LAMATSCH** Christopher B 87 CLA ... 825-3691
4632 Lyndale Ave S Minneapolis 55409
**LAMAY** William Delmar 88 GC ... 241-5985
11 Village Green Ln Madison WI 53704
**LAMB** David Leonard 89 CLA
R R 1 Box 33 Horace ND 58047
**LAMB** Elizabeth Jeanne 89 GC
507 N Vanburen Terr Hopkins 55343
**LAMB** Elizabeth Margare GRAD
293 Coffey Hall/Ron Young St Paul 55108
**LAMB** Matthew James 89 CLA ... 373-7033
#456 Frontier Hall, U/M Minneapolis 55455
**LAMB** Michael Gregory 87 IT ... 545-3349
8273 Westwood Hills Curve Minneapolis 55426
**LAMB** Philip Michael GRAD ... 483-6279
4705 No Victoria Shoreview 55126
**LAMB** Thomas John 89 CLA ... 483-1212
57 E Pleasant Lk Rd North Oaks 55110
**LAMBERT** Christine Mari 87 GC ... 788-3910
2816 Silver Ln Ne #205 St Anthony 55421
**LAMBERT** David Alan 87 CLA ... 379-1031
1011 4th St Se Minneapolis 55414
**LAMBERT** Joseph Edmond 89 CLA
3317 Aquila Ln St Louis Park 55426
**LAMBERT** Joseph Edward 87 IT ... 623-4827
223sl 8th Ave Se Mpls 55414
**LAMBERT** Karl Richard 88 LAW
2870 Holmes Ave S #203 Mpls 55408
**LAMBERT** Kenneth Marvin 89 CLA
4406 Cavell Ave N New Hope 55428
**LAMBERT** Neal Curtis 87 CLA ... 378-0990
707 University Av Se #303 Minneapolis 54414
**LAMBERT** Robert Joseph 88 GC
800 University Ave Se Minneapolis 55454
**LAMBERT** Sean 86 CLA ... 331-2683
1027 Univ Ave Se Mpls 55414
**LAMBERT** Terese Ann 87 HE
2954 Oliver Ave N Mpls 55411
**LAMBERT** Wendy A 89 GC ... 922-0728
5021 Xerxes Ave S Mpls 55410
**LAMBERTA** Sherri Lynn 87 CLA ... 777-1446
2739 Chippewa Ave No St Paul 55109
**LAMBERTON** Abigail 86 CLA ... 871-9245
2546 11th Ave So Mpls 55404
**LAMBERTS** William J GRAD ... 729-3931
1810 E 28th St Mpls 55407
**LAMBERTY** Kelli Jo 86 CLA ... 623-4164
320 Ne 6th Ave #2 Mpls 55413
**LAMBIE** Paul Benson AS MED
3140 Chowen Ave S #413 Mpls 55416
**LAMBRECHT** Ann Therese 88 HE ... 871-8862
2119 Pillsbury Ave S Mpls 55404

**LAMBRECHT** Christopher 89 CLA ... 890-3475
12413 Skyline Dr Burnsville 55337
**LAMBRECHT** Kris John GRAD ... 541-0901
7305 Stewart Dr Eden Prairie 55344
**LAMBRECHT** Susan Marie 86 ED ... 890-3475
12413 Skyline Dr Burnsville 55337
**LAMBRECHT** William Albie 87 IT ... 771-1631
1979 E Orange St Paul 55119
**LAMBRIDES** Joan Marie 87 NURS ... 484-8862
1108 1/2 Beltrami Ave Bemidji 56601
**LAMERE** Gerald William 89 CLA
1375 Pierce Ter Columbia Hts 55421
**LAMERE** Gregory Michael AS IT
16308 Fernando Way Rosemount 55068
**LAMERE** Jeanne Deborah 87 CLA ... 788-2637
4022 2nd St N.E. Minneapolis 55421
**LAMERE** Jeanpaul Allen 89 CLA
1235 N Oakview Ln Plymouth 55441
**LAMERE** Kenneth James 89 CLA ... 537-8567
4639 Zane Ave N Crystal 55422
**LAMIRANDE** Denise Rae AS ED ... 644-7798
1425 W Jessamine Apt #312 St Paul 55108
**LAMM** Melissa Jeane 87 CLA ... 379-2993
1115 6th St Ne Mpls 55413
**LAMMERS** Mark John GRAD ... 690-3820
1330 St Clair Ave #8 St Paul 55105
**LAMMI** Beth Elaine GRAD ... 926-5599
3560 Minikahda Court #14 St Louis Park 55416
**LAMMINEN** James Allan 86 GC ... 925-0220
2913 Georgia Ave S St Louis Park 55426
**LAMON** Elizabeth Prior 88 CLA ... 545-0317
1701 Hampshire Ln Mpls 55427
**LAMON** Leah Mary GRAD ... 330-8266
4108 Toledo Ave S St Louis Park 55416
**LAMONS** Roberta Carol GRAD ... 644-2345
2119 Dudley Ave St Paul 55108
**LAMOORE** Louis Charles 86 CLA ... 884-6779
4108 Overlook Dr Bloomington 55437
**LAMOTHE** Gregory Steven 86 CLA ... 378-1719
1103 5th St Se Mpls. 55414
**LAMOTT** Laurie Lynn 89 CLA ... 866-4633
7738 Vincent Ave S Richfield 55423
**LAMP** Leslie Alice 86 BUS ... 447-5954
18736 Fairlawn A Prior Lake 55372
**LAMPE** Johanna Wyss GRAD ... 646-3466
1231 Raymond Ave St Paul 55108
**LAMPE** John Karl 87 LAW ... 378-1290
138 Orlin Ave Se Mpls 55414
**LAMPEN** Joseph Edward GRAD ... 377-3151
4521 Cedar Lake Rd St Louis Park 55416
**LAMPERT** Iric Elliot 86 CLA ... 929-2962
2570 Xenwood S St Louis Park 55416
**LAMPPA** Lorena Marie 89 CLA ... 934-6876
1010 15th Ave Se #203 Mpls 55414
**LAMPRECHT** Kristin Eliz 88 CLA ... 484-7451
431 Minnesota Ave St Paul 55113
**LAMUSGA** Kathleen Marie 89 GC
4870 Zachary Ln Plymouth 55442
**LANAGHAN** Kevin Mark 86 CLA ... 379-8701
528 14th Ave Se Mpls 55414
**LANASA** Mara Eileen 86 CLA
3153 Shoreline Ln St Paul 55112
**LANCELLO** Rich Jr 88 VET M ... 644-4554
300 Woodland Dr Burnsville 55337
**LANCMAN** Mitchell Alan 87 CLA ... 698-5391
2026 Magoffin St Paul 55116
**LANCRETE** Christopher C 87 CLA ... 866-1288
6410 Irving Ave So Richfield 55423
**LANDA** Kristen Kay 89 GC ... 331-7896
815 6th St Se Mpls. 55414
**LANDA** Rich John 87 BUS ... 378-1302
809 11th Ave So Minneapolis 55414
**LANDAUER** Kevin GRAD ... 698-4191
1776 St Clair Ave #401 St Paul 55105
**LANDBERG** Michael Antho 89 CLA ... 825-8942
3408 Dupont Ave #4 Mpls 55405
**LANDE** Lynne Janelle 86 CLA ... 484-1319
431 Rose Pl St Paul 55113
**LANDER** Jeffrey Keith 89 CLA ... 941-2316
6721 Gleason Rd Edina 55435
**LANDERHOLM** Kent D GRAD ... 861-5999
6414 Logan Ave So Richfield 55423
**LANDERS** Jill Annette 86 ED ... 529-0567
1802 Bryant Ave N Minneapolis 55411
**LANDGREBE** Mary Elaine GRAD ... 731-4041
2484B Cobblehill Alcove Woodbury 55125
**LANDHERR** Patrick Geral 88 PHARM ... 331-4594
1024 4th St S E Mpls 55414
**LANDIN** Donald Timothy GRAD ... 722-9093
3605 E 26th St Minneapolis 55406
**LANDIN** Jay Micheal 89 GC
6109 Olinger Boulevard Edina 55436
**LANDIN** Mark Alan 86 IT ... 888-5201
8721 Sheridan Ave S Bloomington 55431
**LANDIS** John Ralph 88 LAW ... 824-9293
4840 Bloomington Ave Mpls 55417
**LANDIS** Mary K 86 ED ... 488-3821
844 W California A St Paul 55117
**LANDKAMER** Jodeen Patri 89 CLA
887 E Hyacinth St Paul 55106
**LANDMAN** James Neill Ro GRAD ... 933-3223
16644 Bywood Ln Minnetonka 55345
**LANDMARK** Lisa A 88 CLA
919 Heritage Ct West Vadnais Hts 55110
**LANDMARK** Nancy Kae 87 CLA ... 373-0659
PO Box 14178 Minneapolis 55414
**LANDON** Dawn Marie 87 CLA ... 566-6436
4124 78th Ave No Brooklyn Park 55443
**LANDON** Robin Grace 87 HE ... 729-8598
3136 32nd Ave S Mpls 55406
**LANDON** Todd Anthony 86 HE ... 870-0616
2700 Harriet Ave So #302 Minneapolis 55408
**LANDOWSKI** Karen Marie 89 CLA
8615 2nd Ave S Bloomington 55420
**LANDRUS** Yvonne Annette 86 IT ... 373-7389
503W Comstock Hall Minneapolis 55455

**LANDRY** Lisa Yvonne GRAD ... 529-0899
1400 Washburn Ave N Minneapolis 55411
**LANDSMAN** Julie Guyton GRAD ... 729-1411
2801 43rd Ave So Minneapolis 55406
**LANDSMAN** Rhona Helene 87 CLA ... 546-5234
5940 St Croix Ave Golden Valley 55422
**LANDUCCI** Ann Marie 88 CLA
**LANDUCCI** Ronald Eugene 87 IT ... 646-4867
2002 Iglehart St Paul 55104
**LANDWEHR** Paul David 89 CLA ... 291-0830
1121 Portland Ave St Paul 55104
**LANE** Ann Williams 86 PH ... 824-9012
5348 15th Ave So Mpls 55417
**LANE** Craig Carl 89 AG
Star Route Box 23 Brainerd 56401
**LANE** Glenn Hunter AS ED
**LANE** John F GRAD ... 475-4057
360 Central Ave So Wayzata 55391
**LANE** Jon Allan 87 MORSC
**LANE** Karen Ann 89 GC ... 722-7796
3000 W River Rd Pkwy Mpls 55404
**LANE** Kimberly Ann AS MED ... 224-6611
4819 Girard Ave Minneapolis 55409
**LANE** Michael A GRAD ... 789-3412
3038 Arthur St Ne Minneapolis 55418
**LANE** Nancy Ellen 88 CLA
100 W Diamond Lk Rd #215 Mpls 55419
**LANE** Patricia Lynn 89 CLA ... 937-2199
8325 Mitchell Rd Eden Prairie 55455
**LANE** Rebecca Jo 87 HE ... 722-3417
3035 46th Ave So Mpls 55406
**LANE** Thomas Cassel GRAD ... 331-4558
1090 15th Ave Se Mpls 55414
**LANE** Virginia Kathryn GRAD ... 825-7733
4652 Colfax Av S Minneapolis 55409
**LANEY** David Lee GRAD ... 623-9721
575 Sierra Dr.,#8 Freeport IL 61032
**LANG** Anita L AS ED
8164 W 103rd St Bloomington 55443
**LANG** Anthony Arnold 88 CLA ... 698-1241
2068 Randolph St Paul 55105
**LANG** Berdetta Jean 87 CLA ... 929-9369
2729 Edgewood Ave S St Louis Park 55426
**LANG** Brian Joseph GRAD ... 373-0889
411 Borlaug Hall St Paul 55108
**LANG** Carol Voss 86 BUS ... 588-5987
2627 Thomas Ave Mpls 55411
**LANG** Daniel Edward 88 CLA ... 738-6615
6081 Upper Afton Rd Woodbury 55125
**LANG** Daniel James 89 AG
Rr1 Glenville 56036
**LANG** David John 88 CLA ... 484-4748
303 Bankers Dr St Paul 55092
**LANG** Deborah Ann 89 CLA ... 235-2025
1575 Sand Pit Rd Oshkosh WI 54904
**LANG** Eva Marie 88 CLA
5000 Madison St Ne Columbia Hts 55421
**LANG** Gregory Robert 87 BIOSC ... 770-3013
2480 E Shryer Ave No St Paul 55109
**LANG** John Emmet 86 CLA ... 874-9135
210 26th St So Mpls 55408
**LANG** Kristina Lynne 88 CLA ... 770-3013
2480 Shryer Ave North St Paul 55109
**LANG** Lanse Charles 87 MED ... 724-7789
825 Partridge St #110 Duluth 55811
**LANG** Martha Jane 86 ED ... 545-6658
8008 W 18th St St Louis Park 55426
**LANG** Michael David 86 CLA ... 378-2418
1908 Como Ave S Mpls 55414
**LANG** Monica L 89 GC
1152 University Mpls 55331
**LANG** Sarah Ffolliott AS ED ... 822-2249
2883 Holmes Ave S #12 Minneapolis 55408
**LANG** Teresa L 86 HE ... 341-2085
421 Cedar Ave #23 Minneapolis 55454
**LANG** Thomas Anton AS MED ... 935-9606
2224 Fremont Ave So Mpls 55405
**LANGAN** Loren Weeks GRAD ... 690-0881
45 S Albert St St Paul 55105
**LANGAN** Terry G GRAD ... 690-0881
45 Albert St So #5 St Paul 55105
**LANGANKI** Danney Joseph 86 BIOSC ... 489-0019
1831 Onacrest Cv Maplewood 55117
**LANGBEHN** David John 89 CLA
5205 So Timber Schofield WI 54476
**LANGDON** Rochelle Denis 87 NURS ... 461-2407
8671 E 234th St Lakeville 55044
**LANGE** Amy S 88 NURS ... 823-7484
4717 Wentworth Ave So Minneapolis 55409
**LANGE** Bruce Sheldon 89 IT
1456 Fremont Ave St Paul 55106
**LANGE** Danny Burton AS MED ... 483-2679
885 Dawn Ave Shoreview 55112
**LANGE** Debra Ann 89 GC ... 373-6082
1415 8th St Se Minneapolis 55455
**LANGE** Dennis Virgil 89 VET M
11 North 12th St 27C Fargo 58201
**LANGE** Gary L 88 GC ... 925-0181
6324 Falcon Ct Edina 55436
**LANGE** Joel Donald 89 CLA ... 469-3168
9250 267th St West Lakeville 55044
**LANGE** Julie Margaret 86 MED
2457 Lyndale Ave So Mpls 55405
**LANGE** Kristine Marie 89 AG
4701 104th Ln Ne Circle Pines 55014
**LANGE** Lisa Christine 86 HE ... 645-0859
2208 Hendon Ave St Paul 55108
**LANGE** Lori Ann 88 GC ... 332-6210
2515 S 9th St #1011 Mpls 55406
**LANGE** Nancy Lee 87 ED ... 423-3340
3390 Lower 147th St W Rosemount 55068
**LANGE** Richard Alan GRAD ... 536-8019
5509 Yates Ave N Crystal 55429
**LANGE** Susan Dorothy 86 CLA
2575 Dellwood Ave St Paul 55113
**LANGE** Thomas Harvey GRAD ... 588-5430
3601 Beard Av N Robbinsdale 55422

Case 3:23-cv-22130-MCR-ZCB Document 155-19 Filed 03/14/25 Page 6 of 9

LANGE Wendy 86 HE ........ 831-7584
9936 Alabama Rd Bloomington 55438
LANGEFELS Dale Brian 88 IT ........ 941-2247
5721 Brook Dr Edina 55435
LANGEHOUGH Andrew Fred 87 MORSC ...... 533-3001
6000 Brooklyn Blvd Mpls. 55429
LANGEMO Christine E 87 MED
232 Marshall St Paul 55102
LANGEMO Diane Kay GRAD ........ 772-5339
3003 Chestnut St Grand Forks ND 58201
LANGEN Dennis William 87 MORSC ........ 778-9323
1174 Payne Ave St Paul 55101
LANGEN Patricia Ann 89 CLA
315 So 1st Lacrescent 55947
LANGENBERG Christiana GRAD ........ 825-1757
3336 Stevens Ave So Minneapolis 55408
LANGENBERGER James Gre 88 IT ........ 777-8033
2903 Bartelmy Ln Maplewood 55109
LANGER Carol Lynn GRAD ........ 844-7609
6721 West 82nd St. Bloomington 55438
LANGER Charlotte Helen 89 GC
R 1 Dresser WI 54009
LANGER Dennis Eugene GRAD ........ 420-7133
9136 Lanewood Ct Maple Grove 55369
LANGER Donna Jean 87 BUS ........ 729-2601
R 2 Box 126 Ellsworth WI 54011
LANGER Douglas L 89 VET M ........ 646-3765
2117 Gordon Ave St Paul 55108
LANGER Gregory Michael 89 CLA ........ 488-0419
1127 Karyl Pl Roseville 55113
LANGER Jane Ann 87 CLA ........ 474-8378
235 Woodpecker Rd Tonka Bay 55331
LANGER Kayla Michaele 88 CLA ........ 546-9669
7905 W 22nd St St Louis Park 55426
LANGER Susan Patricia 89 CLA
805 4th St South Virginia 55792
LANGESLAY Michael John 88 CLA ........ 521-7900
7142 Doane Trail E. Inver Grove 55075
LANGEVIN Mary Catherin 86 ED
15201 Co Rd 5 Burnsville 55337
LANGEVIN Nancy Lee 89 CLA
25 Sidney Pl Se #1 Minneapolis 55414
LANGFIELD Janet Carol 86 CLA ........ 777-5216
1675 E Cty Rd B St Paul 55109
LANGFIELD Jeffrey Scot 88 CLA ........ 457-6206
460 Ruby Dr W St Paul 55118
LANGFORD Amy Joy 87 CLA ........ 378-1058
600 Univ Ave Se #501 Mpls 55414
LANGFORD Julie Ann 88 LAW ........ 644-9883
178 N Finn #1 St Paul 55104
LANGFORD Paul Wayne GRAD ........ 721-5009
2439 15th Ave. S. Mpls 55404
LANGHOLZ Ann Claire GRAD ........ 944-0840
5531 Oak Glen Rd Edina 55435
LANGLE Gernot GRAD
LANGLIE John C 89 CLA
587 Como Av St Paul 55105
LANGLOIS Denis Joseph 86 IT ........ 425-0254
1041 State St River Fls WI 54022
LANGLOIS Jon Christoph 89 GC
3736 17th Ave So Mpls 55407
LANGMACK John Owen 86 IT ........ 483-5513
#331 2345 Woodbridge Roseville 55113
LANGMADE Todd Gaylord 87 CLA ........ 644-9969
1372 W Larpenteur St Paul 55113
LANGNER Mary Anne 87 NURS ........ 529-4593
5214 Aldrich Ave N Minneapolis 55430
LANGR Kenneth Francis 86 IT ........ 331-8078
521 12th Ave Se Mpls 55414
LANGSETH Mark Norman 86 CLA ........ 378-9261
520 5st Se Minneapolis 55414
LANGSETMO Ingrid 89 CLA ........ 378-2412
902 22nd Ave Se Mpls 55414
LANGSETMO Knut GRAD ........ 378-2859
524 Huron St Se #6 Minneapolis 55414
LANGSJOEN Janine Elain 88 CLA ........ 331-6818
215 5th St Ne #3G Mpls 55413
LANGTON Philip Gerald 88 CLA ........ 633-6012
1858 Beckman Ave Arden Hills 55112
LANGTON Teri Jo Kintzl AS BUS ........ 431-2842
14630 Garret Ave #406 Apple Valley 55124
LANGWORTHY Michael Fra 88 CLA ........ 377-4340
4624 So Cedar Lake Rd #4 Mpls(C/O S By 55416
LANIER Henry Jr 86 GC ........ 721-7724
3139 28th Ave S Mpls 55406
LANINGHAM Marcia Kay 86 CLA ........ 331-9327
626 Ontario St. S.E. Minneapolis 55414
LANNERS Alan James 87 LAW ........ 378-2953
520 Huron St Se Mpls 55414
LANNERS Kathleen Ann 87 BUS ........ 454-5808
1775 Lexington Ave #22 St Paul 55118
LANNERS Nicholas Geral AS IT
4990 71st Av Loretto 55357
LANNING Dale Eric 89 CLA ........ 724-8629
4439 Cedar Ave S Mpls 55407
LANNON Daniel James 88 PHARM ........ 645-1179
1710 W Larpenteur Ave 2-J Falcon Height 55113
LANNUE Lawrence Evans 88 GC ........ 631-0893
1385 W Eldridge Av Roseville 55113
LANO Charles Matthew 86 BUS ........ 331-7590
929 5th St Se Mpls 55414
LANO Lori Ann 87 CLA ........ 448-2351
111 W 2nd St Chaska 55318
LANPHEAR Robert Freder 86 IT ........ 823-2239
3239 1st Ave So Mpls 55408
LANPHER Amy Michele 89 GC ........ 331-7601
1301 7th St Se Minneapolis 55414
LANQUIST Heather Lyn 89 CLA
6819 Auto Club Dr Bloomington 55420
LANS Jared Michael 87 LAW ........ 340-1601
1403 Riverview Tower Minneapolis 55454
LANT Pauline Anne 88 VET M ........ 389-1756
1280 Gibbs Av St Paul 55108
LANTERMAN Mark T 89 CLA ........ 331-8574
924 15th Ave Se Mpls 55414
LANTTO Samuel Ernest 87 IT
3955 Dakota Ave S St Louis Pk 55416

LANY James A GRAD
LANZ Joseph James 89 GC ........ 489-2911
642 Simon Ave St Paul 55117
LANZO Gina Caroline 86 CLA ........ 831-7438
10201 Rich Rd Bloomington 55437
LAO Norman Yungpei GRAD ........ 647-9408
1147 N Hamline St Paul 55108
LAPADAT James Stephen 88 CLA ........ 483-1056
4300 Brigadoon Dr Shoreview 55112
LAPAKKO David Victor GRAD ........ 824-8714
4149 Grand Ave S Mpls 55409
LAPAKKO Mark Avery 88 GC ........ 474-2368
4265 Jefferson Excelsior 55331
LAPEAN Georganne Jane 88 CLA
6011 W 105th St Bloomington 55438
LAPHAM Beverly Jean GRAD ........ 623-3511
425 13th Ave Se 1402 Mpls 55414
LAPHAM Judith Margaret 88 VET M
LAPHAM Sandra Lee GRAD
LAPIDUS Randi Michelle 87 BIOSC ........ 373-4343
641 Willow Ridge Dr Marietta GA 30057
LAPLACE Richard Jason 89 CLA
4600 Nine Mile Creek Pkwy Bloomington 55437
LAPLANT Lisa Ann 89 CLA ........ 376-6442
1129 8th St Se Mpls 55414
LAPLANT Steven Joseph 89 CLA ........ 336-1955
322 Longview Ave Green Bay WI 54301
LAPLANTE Patricia Mari GRAD ........ 870-4284
902 W Franklin Ave #19 Mpls 55405
LAPOLE Luwanna Marie 89 CLA
526 11th Ave. Se Apt. 302 Mpls. 55414
LAPORTE Lawrence Rober 88 LAW ........ 633-3760
2080 Long Lake Rd New Brighton 55112
LAPP Cheryl Ann GRAD ........ 933-2610
6879 Langford Dr Edina 55436
LAPPEN Shannon Renee 87 ED ........ 378-1824
409 Univ Ave Se #9 Mpls 55414
LAPPEN Shawn Michael 88 GC ........ 633-5620
1631 21st Ave Nw New Brighton 55112
LAPPI Paulette Marie GRAD ........ 436-6348
1102 Nightingale Blvd Stillwater 55082
LAQUA Debra Louise GRAD ........ 871-3720
319 E 24 St F31 Mpls 55404
LARACH Lucia Ines 89 CLA ........ 373-7117
210 Delaware St Se Minneapolis 55455
LARBISIAW Richard Otu GRAD
1615 4th St Mpls 55454
LARGAESPADA David Andr 86 BIOSC ........ 376-6904
2302 Standish A. St.Paul 55108
LARGET Bret Robert 89 IT ........ 259-0643
2045 Church St Wauwatosa WI 53213
LARHRAFI Mhammed GRAD ........ 376-6157
614 Delaware St Se Minneapolis 55455
LARI Richard Lawrence AS MED ........ 690-1804
78 S Albert St Paul 55105
LARINAJAFI M Hossein GRAD ........ 623-1039
PO Box 14312 Dinkytown St Mpls 55414
LARKEY Theresa Marie 87 DENHY ........ 224-1008
R 1 Box 106 Avon 56310
LARKIN Eileen Marie GRAD ........ 641-0802
1510 W Larpenteur #2 Falcon Height 55108
LARKIN Kevin Charles GRAD ........ 338-6868
1414 S 3rd St #416 Mpls 55454
LARKIN Maria Annette 86 CLA ........ 699-7322
2099 Village Ln Apt C-6 St Paul 55116
LARKINS Clarence R 89 GC ........ 893-1135
2640 Blaisdell Mpls 55408
LARNEY Barbara Elden GRAD
1675 Valerie Ln New Brighton 55112
LAROCHE Roger Renan 88 MED
LAROCK Gregory Joseph 87 GC ........ 484-3272
3009 Edgerton St Little Canada 55117
LAROCK Richard Donald GRAD ........ 454-5567
2073 Bluestone Dr Eagan 55122
LAROCQUE Briget Rose 89 GC ........ 545-0716
1108 Somnter Ave Golden Valley 55427
LAROM Eric David 89 FOR ........ 427-1079
1012 Oakwood Terr Champlin 55316
LAROQUE William Richa 86 PH ........ 874-8715
C/O 215 Oak Grove Apt 180 Mpls 55403
LAROWE Elizabeth Louis 89 CLA
R 5 Box 424 Cambridge 55008
LAROWE Judd Lane 89 MED
801 University Ave Se #10 Mpls 55414
LARRABEE Greg D GRAD ........ 934-7932
6524 Kurtz Ln Eden Praine 55344
LARRAGA Jesse Emmanuel 88 CLA ........ 376-6645
911 22nd Av S #372 Mpls 55404
LARSEN Andrea Susan GRAD ........ 823-8918
4809 15th Ave S Mpls 55417
LARSEN Barbara Ann 86 CLA ........ 292-9912
77 No Lexington Ave #5 So St Paul 55104
LARSEN Craig Paul 87 CLA ........ 566-1871
4525 81st Ln N Brooklyn Park 55443
LARSEN David Allan 86 BUS ........ 373-5754
2306 Pierce St Ne Mpls 55418
LARSEN David C 89 CLA
4019 Quentin St Louis Park 55416
LARSEN Denise Ann 88 CLA ........ 825-7508
4821 Chicago Ave S Minneapolis 55417
LARSEN Erik Jon 89 CLA ........ 866-8329
7205 Lyndale Ave So Richfield 55423
LARSEN Erik Vincent Wa 89 CLA
7401 Conventry Way Edina 55455
LARSEN Genevieve Kathr 89 CLA ........ 588-2286
3107 Dupont Ave N Mpls 55411
LARSEN Jane Ann 88 CLA
8901 Granada Ave So Cottage Grove 55016
LARSEN Jay Russell 89 IT ........ 425-5176
7097 Carey Ln Maple Grove 55369
LARSEN Jeffrey David 89 MED ........ 379-0680
40 27th Ave Se #3 Mpls 55414
LARSEN Jeffrey Lawrenc 89 IT ........ 378-3964
1000 8th St Se #6 Mpls 55414
LARSEN Joann Marie 88 HE ........ 822-9976
3311 Elliot Ave So Mpls 55407

LARSEN Joel Myron AS ED ........ 873-4503
9360 Union Hill Blvd Belle Plaine 56011
LARSEN Kathleen Marie 88 CLA ........ 822-2779
5345 14th Ave S. Mpls 55417
LARSEN Kristine Marie 89 IT
904 Duke St Rice Lk WI 54868
LARSEN Laura Mae 86 CLA ........ 869-8202
819 E 71st St Richfield 55423
LARSEN Lynn Patrice 88 PHARM
1614 So 14th St Moorhead 56560
LARSEN Melinda Sue 88 CLA ........ 537-8808
7917 Noid Dr N Brooklyn Park 55428
LARSEN Noelle Marie 89 GC ........ 373-6564
615 Fulton Pioneer Hall Mpls 55455
LARSEN Rick Michael 87 CLA ........ 722-1893
3913 30th Ave S Mpls 55406
LARSEN Steven Miles GRAD ........ 699-6296
98 Cambridge St St Paul 55105
LARSEN Tamara Lynne 87 IT ........ 379-0973
17830 2nd Ave N Plymouth 55447
LARSEN Tor Jermund GRAD ........ 631-0029
393 Old Highwy 8 #204 New Brighton 55112
LARSEN Virginia C AS CLA ........ 437-6161
506 14th St Nw Austin 55912
LARSEN Wendy Lynn 89 CLA ........ 331-3281
314 10th Ave Se Mpls 55414
LARSON A Jeanne GRAD ........ 721-2559
3140 34th Ave S Mpls 55406
LARSON Aaron R GRAD ........ 482-0719
3551 Owasso St #212 Shoreview 55412
LARSON Amy Jo 86 NURS ........ 935-9769
15880 Tonkawood Dr Mtka 55343
LARSON Andy Fredrick 88 CLA
6332 Falcon Ct Edina 55436
LARSON Angela Mary GRAD ........ 721-1521
4255 Longfellow Ave So Minneapolis 55407
LARSON Ann Louise 86 ED ........ 724-5319
5640 Standish Ave Mpls 55417
LARSON Ann Marie 86 BIOSC ........ 421-6526
11240 109th Ave N Osseo 55369
LARSON Annette Marie 87 CLA ........ 872-9118
2733 2nd Ave S Mpls 55408
LARSON Annette Mary 86 BUS ........ 421-8370
1808 Cressy Ave Anoka 55303
LARSON Barbara Ann 86 IT
1227 4th St Se #205 Minneapolis 55414
LARSON Barbara Ann 86 OT ........ 645-1307
2114 Marshall Ave St Paul 55104
LARSON Barbara Ann 89 CLA ........ 388-7110
110 Stony Creek Cir Mankato 56001
LARSON Barbara Ann Bom 88 LAW ........ 869-4931
7610 Penn Ave So #245 Richfield 55423
LARSON Barbara Smith GRAD ........ 483-7416
28640 Jocelyn Ave N Chisago City 55013
LARSON Barry James AS MED
LARSON Bert Warner AS MED
LARSON Brace R 86 BUS ........ 935-6275
5007 West Mill Rd Minnetonka 55345
LARSON Bradley Douglas 88 CLA
8301 Red Rock Rd Eden Prairie 55344
LARSON Bradley Jerome 89 CLA
624 11th Ave Se Waseca 56093
LARSON Breton Conrad 89 CLA ........ 427-2455
161 Yoho Dr Anoka 55303
LARSON Brett Alan 86 IT ........ 544-4756
8932 Northwood Pkwy New Hope 55427
LARSON Brian Eric 86 BUS
3901 W 82nd St Bloomington 55437
LARSON Brian Keith 89 IT
1215 Khyber Ln Ne Columbia Hts 55421
LARSON Brian Lewis 89 CLA ........ 339-4706
2300 Franklin Ave E. 208A Mpls 55406
LARSON Brian Paul 86 CLA ........ 937-9373
15520 Morraine Way Eden Prairie 55344
LARSON Brian Royce GRAD ........ 561-9586
5930 York Av N Brooklyn Cent 55429
LARSON Carin Jean 86 CLA ........ 546-9488
2116 Indian Rd W Mtka 55343
LARSON Carla M 88 CLA ........ 378-1669
1535 6th St Ne Mpls 55413
LARSON Carolyn Sue 89 HE ........ 872-0193
2300 Pleasant Ave #110 Mpls 55404
LARSON Christine Helen 89 CLA ........ 484-1988
930 W Co Rd I St Paul 55112
LARSON Christopher Joh 86 IT ........ 922-6925
2712 Burnswick Ave So St Louis Park 55416
LARSON Cindy Joan 87 CLA ........ 871-1681
4448 Upton Ave So Mpls 55410
LARSON Craig Brian 86 IT ........ 935-9943
137 18th Ave No Hopkins 55343
LARSON Curtis Mel 87 IT ........ 871-8484
2829 Park Ave #104 Minneapolis 55407
LARSON Daniel Lynn 88 CLA
2501 Lawndale Rd Grand Forks ND 58201
LARSON Daniel Wilmer 88 CLA ........ 338-9051
1506 Laurel Ave #36 Mpls 55403
LARSON David Allen 87 AG ........ 729-8069
5412 28th Ave So Mpls 55417
LARSON David Gregory 86 IT ........ 822-0627
3246 Girard Ave S #b-1 Mpls 55408
LARSON David Jerome 86 ED ........ 866-5649
7720 Penn Ave So #221 Richfield 55423
LARSON David John 86 AG ........ 646-8638
2355 Gordon Ave St Paul 55108
LARSON David Kingston 86 CLA ........ 339-0439
1530 S 6th St #c401 Minneapolis 55454
LARSON David Knight 89 AG
16562 Edison St Ne Anoka 55304
LARSON David Patrick 88 GC ........ 920-6654
4412 W 70th St Edina 55435
LARSON David Theodore 87 CLA
LARSON Dean Scott GRAD ........ 871-6440
1818 14th Ave S #17 Mpls 55404
LARSON Dean Thomas 88 CLA
Box 92A Sargeant 55973
LARSON Deborah Jean 89 CLA ........ 644-7146
1423 No Pascal St St Paul 55108

LARSON Diane L Kusler GRAD ........ 334-5469
Rt 6 Box 200 Faribault 55021
LARSON Disa Lynn 86 HE ........ 474-7952
7380 Minnewashta Pkwy Excelsior 55331
LARSON Donna Jean 89 CLA ........ 780-2065
650 Osborne Rd. #310 Fridley 55432
LARSON Elizabeth Clair 86 ED ........ 377-7925
2006 Penn Ave S Mpls 55405
LARSON Eric Christian 89 CLA
955 Lombard St Paul 55105
LARSON Eric Edwin AS ED ........ 331-6690
319 Garfield Ne #205 Minneapolis 55413
LARSON Eric Howard GRAD ........ 927-5699
5228 James Ave So Minneapolis 55419
LARSON Erik David 88 AG
1230 N Church St St Peter 56082
LARSON Glen James 86 IT ........ 869-2691
6301 Pleasant S #1 Richfield 55423
LARSON Gregory Michael 88 CLA
7433 Colfax Ave South Richfield 55423
LARSON Ian Timothy 88 CLA ........ 376-6847
Sanford Hall #231 Mpls 55455
LARSON James Anthony 89 IT ........ 934-3726
5208 Birch Rd Mtka 55345
LARSON James Carl 86 CLA ........ 542-1024
2207 Kings Valley Rd Golden Valley 55427
LARSON James E Jr 87 GC ........ 487-2097
1105 Galtier St St Paul 55117
LARSON James Erling GRAD ........ 545-7407
8101 Wayzata Boulevard Golden Valley 55426
LARSON Janet Beth GRAD ........ 920-5870
3957 Drew Ave S Minneapolis 55410
LARSON Janet Lynn 88 CLA
2000 Dixon Dr Bloomington 55431
LARSON Janice Louise 86 CLA ........ 941-1763
6405 Tingdale Edina 55435
LARSON Jay Arnold 89 CLA ........ 890-2315
1008 Aspen Dr Burnsville 55337
LARSON Jay Edward 88 CLA ........ 253-2128
108 Greenock Rd St Cloud 56301
LARSON Jay Michael 89 CLA ........ 473-7674
2175 W Watertown Long Lake 55356
LARSON Jean Rae 87 HE ........ 442-4742
164 Carver Sq Waconia 55387
LARSON Jeanne Therese 88 AG ........ 771-6212
913 E Sixth St St Paul 55106
LARSON Jeannie Therese AS MED ........ 482-7866
784 W County Rd I St Paul 55112
LARSON Jeffrey Carl AS ED
LARSON Jeffrey Louis 89 IT
1515 University Av Se Minneapolis 55414
LARSON Jeffrey R 87 GC ........ 429-3113
3677 Dennis Ln White Bear La 55110
LARSON Jeffrey Ross 88 IT ........ 376-6052
1307 Centennial Hall Minneapolis 55455
LARSON Jennifer A 87 VET M ........ 644-4203
1604 Charles Ave Apt 12 St Paul 55104
LARSON Jennifer Ann 86 ED ........ 890-2315
1008 Aspen Dr Burnsville 55337
LARSON Jennifer Mary 88 CLA ........ 471-9628
2119 Huntington Pt Rd E Wayzata 55391
LARSON Jody Lynn 88 AG ........ 376-7826
Rr 1 Box 231 New Prague 56071
LARSON Joel Andrew 89 GC ........ 331-5102
320 13th Av Se #4 Mpls 55414
LARSON Joel Edward AS ED ........ 864-6642
1613 Knight Ave Apt B Glencoe 55336
LARSON John Andrew 86 IT ........ 529-8072
2820 Victory Mem Dr Mpls 55412
LARSON John Elwood 87 BUS
4624 Overlook Dr Bloomington 55437
LARSON John Robert 86 BUS ........ 647-1048
2360 Como Ave St Paul 55108
LARSON Karen Rose 86 AG ........ 645-6563
1381 N Cleveland St Paul 55108
LARSON Karen V 88 CLA ........ 421-3021
13371 Linwood Forest Cir Champlin 55316
LARSON Kari Merietta GRAD ........ 722-4632
3320 Longfellow Ave #204 Mpls 55407
LARSON Karin Elizabeth 86 ED ........ 874-7841
2413 11th Ave So Mpls 55404
LARSON Karl Andrew 87 CLA ........ 452-3545
4116 Strawberry Ln Eagan 55123
LARSON Kathryn Elizabe GRAD ........ 447-2735
14950 Pixie Pt Cir Se Prior Lake 55372
LARSON Kathy Lynn 87 ED ........ 544-5009
10100 29th Ave No Plymouth 55441
LARSON Kenneth Leroy 88 CLA
LARSON Kent Rolin 86 CLA ........ 332-4851
2526 6th St S #1 Mpls 55454
LARSON Kevin E 89 CLA ........ 633-6649
1267 Pike Lake Dr New Brighton 55112
LARSON Kevin Jon 86 BUS ........ 545-1070
13511 Jeffery Way Minnetonka 55343
LARSON Kevin Richard 89 GC
201 Union Northfield 55057
LARSON Kitri Lee AS ED ........ 644-3284
793 No Albert St St Paul 55104
LARSON Kristina Mary 89 AG
Rr 1 Box 116 Claremont 55924
LARSON Kurt H 87 CLA
40 St. Albans St. Paul 55113
LARSON Laura Astri 88 ED ........ 777-3019
2338 E 15th Ave N St Paul 55109
LARSON Leland Glenn 3 86 BUS ........ 869-1713
6905 Portland Ave Richfield 55423
LARSON Lezlie Thelma 86 BIOSC
LARSON Linda Kay GRAD ........ 452-4178
1017 Marie Av Mendota Heigh 55118
LARSON Linda Mae AS ED ........ 871-3889
2506 12th Ave South Minneapolis 55404
LARSON Linda Sue 88 LAW ........ 379-4081
1405 Como Ave Se Apt 11 Minneapolis 55414
LARSON Lisa Sue 89 CLA ........ 447-5324
16181 Creekwood Cir Prior Lake 55372
LARSON Luann Elaine GRAD ........ 553-9067
15716 27th Ave No Plymouth 55447

**LARSON** Marcia Lynn 86 CLA ........ 447-5398
3210 Kent St Sw Prior Lake 55372

**LARSON** Margaret Camill GRAD ........ 929-4045
3554 Minikahda Ct. #14 Mpls 55416

**LARSON** Margaret Irene 89 AG
1381 N Cleveland Ave St Paul 55108

**LARSON** Marion H GRAD ........ 623-0686
1020 E 27th Ave Se Minneapolis 55414

**LARSON** Mark Edward 86 BIOSC ........ 341-0031
1600 S 6th St B434 Mpls 55454

**LARSON** Mark Edward 86 CLA ........ 872-8688
208 E 26th St #a Minneapolis 55404

**LARSON** Mark Leonard GRAD ........ 331-7858
727 15th Ave Se Mpls 55414

**LARSON** Mark Richard 88 IT
528 Janesville St Fridley 55432

**LARSON** Mark Robert 89 CLA ........ 623-4046
3126 Northview Rd Wayzata 55391

**LARSON** Martin Paul GRAD ........ 372-2478
3656 44th Ave So Mpls 55406

**LARSON** Mary Catherine 89 CLA ........ 784-7425
8680 Tyler St Ne Blaine 55434

**LARSON** Mary Catherine 88 CLA ........ 633-3295
3074 Lydia Ct Roseville 55113

**LARSON** Mary Jo Hoffman 87 CLA ........ 874-9100
501 W Franklin Av #10 Mpls 55405

**LARSON** Melissa Katheri 89 CLA ........ 373-6771
1122 University Av Se Mpls 55455

**LARSON** Michael Dean 87 CLA ........ 542-9254
11210 12th Ave N #7 Plymouth 55441

**LARSON** Michael James 89 CLA ........ 373-7056
791 Fulton St Se Rm.481 Mpls 55455

**LARSON** Michael John 86 IT ........ 338-2738
1929 Riverside Ave Minneapolis 55454

**LARSON** Michael Kent 86 CLA ........ 593-5584
1641 Oregon Av S St Louis Park 55426

**LARSON** Michelle Ann 89 CLA ........ 789-7890
2959 Ulysses St Ne Mpls 55418

**LARSON** Michelle Marie 89 CLA ........ 454-5862
3665 Serpentine Cir Eagan 55122

**LARSON** Mike Louis 88 IT ........ 373-0655
Centennial Hall #8111 Minneapolis 55455

**LARSON** Muree Lyn 86 CLA ........ 642-1063
2203 Blake Av #1 Mpls 55108

**LARSON** Nancy Ann 87 CLA ........ 633-5056
2165 Draper Ave Roseville 55113

**LARSON** Nathaniel Edwin 88 IT ........ 289-8086
2429 Viking Ct Nw Rochester 55901

**LARSON** Norma Kay GRAD
203 N 12th St Moorhead 56560

**LARSON** Pamela Rae GRAD ........ 377-8800
2950 Highcrest Rd #3 Roseville 55113

**LARSON** Patricia Ann 86 UCOL ........ 633-5491
1927 19th Terrace Nw New Brighton 55112

**LARSON** Patricia Ann 89 CLA ........ 479-3270
7914 Cty Rd 6 Maple Plain 55359

**LARSON** Patricia Jo 86 IT ........ 771-7732
1665 Nebraska Ave E St Paul 55106

**LARSON** Paul L 88 CLA ........ 642-9227
1878 Roblyn Ave St Paul 55104

**LARSON** Paul Robert 88 CLA ........ 339-8330
221A(F) 8th Ave Se Minneapolis 55414

**LARSON** Paula Louise 86 BUS ........ 521-1177
2335 Sheridan Ave N Mpls 55411

**LARSON** Paula Suzanne AS FOR ........ 724-7609
2900 Highcrest Rd #8 Roseville 55113

**LARSON** Rachel Dawn 87 IT ........ 544-4756
8932 Northwood Pkwy New Hope 55427

**LARSON** Renee Rae 89 CLA ........ 537-8367
5325 Lakeside Ave N Crystal 55429

**LARSON** Richard Alan 86 VET M ........ 647-1098
1438 N Simpson St St Paul 55108

**LARSON** Richard Benjami 88 CLA ........ 286-2661
PO Box 296 Cokato 55321

**LARSON** Robin R 87 NURS
2707 Cherry Blossom Ln Menomonie WI 54751

**LARSON** Roger Byron 86 CLA

**LARSON** Ronald Arthur 86 ED ........ 888-8385
3008 W 102nd St Bloomington 55431

**LARSON** Samuel Alan 86 CLA ........ 827-3024
3236 Columbus Ave So Minneapolis 55407

**LARSON** Sandra Marie 86 HE ........ 755-3902
1204 133rd Ln Ne Anoka 55303

**LARSON** Sandra Marie 89 CLA ........ 373-7382
534-E Comstock Hall U Of Mn 55455

**LARSON** Sharon Denise 87 PHARM ........ 338-8237
1901 Minnehaha Ave S #204 Mpls 55404

**LARSON** Sharyl Ann GRAD ........ 784-8413
2503 County Rd H St Paul 55112

**LARSON** Stephanie J 87 DENT ........ 699-1552
2260 Priscilla St #8 St Paul 55108

**LARSON** Stephanie Kay 88 CLA ........ 373-7180
10168 Uplander St Coon Rapids 55433

**LARSON** Stephen Scott 87 IT ........ 835-0504
5220 W 102nd St #305 Bloomington 55437

**LARSON** Steven Nels 86 CLA ........ 729-7031
3601 39th Ave Mpls 55406

**LARSON** Steven Wade 86 IT
13827 Favorite Ln Minnetonka 55343

**LARSON** Susan L GRAD ........ 459-2808
8155 Hearthside Rd Cottage Grove 55016

**LARSON** Teri L 89 HE ........ 421-5733
13315 Lily St Nw Coon Rapids 55433

**LARSON** Terrence Lee 87 CLA ........ 944-8358
9649 Yukon Av Bloomington 55438

**LARSON** Theodore Joseph 89 CLA ........ 378-2276
623 3rd Ave Se Mpls 55414

**LARSON** Thomas Andrew 86 CLA ........ 476-4077
219 Glenbrook Rd Wayzata 55391

**LARSON** Thomas Andrew 89 CLA ........ 572-1109
4430 Jefferson St Ne Columbia Hts 55421

**LARSON** Thomas Edward 87 IT ........ 934-3726
5208 Birch Rd Minnetonka 55343

**LARSON** Thomas James GRAD ........ 935-3488
13252 Dahlgren Rd South Minnetonka 55343

**LARSON** Thomas Robert GRAD ........ 373-3341
1412 29th St Nw Rochester 55901

**LARSON** Timothy Dana GRAD ........ 642-9448
1196 Ray Pl St Paul 55108

**LARSON** Timothy Gerald 86 CLA ........ 823-3160
4524 Bryant A S Mpls 55409

**LARSON** Timothy Leigh AS MED ........ 464-5605
4971 Scandia Tr No PO 36 Forest Lake 55025

**LARSON** Troy A 89 CLA
121 E Flynn St Redwood Falls 56283

**LARSON** William Loren 86 CLA ........ 572-0287
6540 E River Rd #337 Fridley 55432

**LARSON** William Richard 89 DENT
1558 E Clear Ave St Paul 55106

**LARTSON** Vassey Amonoo 87 CLA ........ 872-7576
2312 1st Ave S #307 Mpls 55404

**LASCHKEWITSCH** James No 87 CLA
1000 8th St Se #11 Mpls 55414

**LASDAY** Frederic Ian 88 LAW ........ 331-1575
1126 5th St Se Minneapolis 55455

**LASELL** Angela Monique 88 IT ........ 789-5548
623 3rd St Kenyon 55946

**LASHGARITAFRESHI** Majid AS CLA
2344 Hampden Ave #304 St Paul 55114

**LASHINSKI** Jarid James 89 IT ........ 533-0333
5534 Toledo Ave Crystal 55429

**LASHINSKI** Robert D 87 IT ........ 636-8838
1438 Rose Pl #1 Roseville 55113

**LASHOMB** Patricia 87 HE ........ 739-8117
1133 Cedarwood Dr Woodbury 55125

**LASICA** Richard Scott 89 CLA
3827 Tonkawood Rd Mtka 55345

**LASKA** Steven David 88 IT
5708 Garfield Ave S Mpls 55419

**LASKA** Timothy Eaton 86 IT ........ 861-5989
5708 Garfield S Mpls 55419

**LASKE** Andrew Ross 89 CLA ........ 376-8462
412 22nd Ave S Mpls 55455

**LASKEY** David Edward 88 CLA ........ 471-8680
2405 Woodwinds Ln Wayzata 55391

**LASKOW** James Allen 89 GC ........ 934-3793
6729 Hallmark Dr Eden Prairie 55344

**LASKOWSKE** Noreen Eliza 88 ED ........ 944-2121
6820 Auto Club Rd Bloomington 55438

**LASLEY** Dedra Lavonne 89 CLA
3214 Queen Mpls 55412

**LASLEY** Lisa Marie 89 CLA
3954 3rd Ave S Mpls 55409

**LASLEY** Martin Clay 88 IT ........ 944-3568
11505 Kensington Dr. Eden Prairie 55344

**LASLEY** Roger Alan GRAD ........ 721-1354
3336 Cedar Ave S Mpls 55407

**LASSEGARD** Edith Louise 86 CLA ........ 735-5076
2236 Delridge Ave St Paul 55119

**LASSEK** Elizabeth Dawn 89 CLA ........ 331-6544
310 8th St Se #104 Minneapolis 55414

**LASSELL** Julie Lynn 87 BUS ........ 544-4502
3015 Quaker Ln Plymouth 55427

**LASSER** Michael John 89 CLA ........ 788-4298
3906 Cleveland Col Hts 55421

**LASSIG** Craig Duane 87 CLA
Rt 6 Lassig Rd Rhinelander WI 54501

**LASTAVICH** Michael D 87 GC ........ 475-2129
2805 Kimberly Ln Plymouth 55447

**LASTAVICH** Steven D 89 CLA
2805 Kimberly Ln Plymouth 55447

**LASWELL** Cynthia Kay 87 CLA ........ 546-8647
3426 Pilgrim Ln Plymouth 55441

**LATENDRESSE** Constance 86 ED ........ 420-5502
14749 80th Pl No Maple Grove 55369

**LATHAM** Karen Lee AS MEDTC ........ 437-5571
11203 St Croix Tr So Hastings 55033

**LATHROP** Brian Wesley 87 IT
1641 Wood St Lacrosse WI 54603

**LATIEF** Roberta Ann 88 CLA ........ 332-2865
513 E 15th St #22 Mpls 55404

**LATIMER** Debra GRAD ........ 870-7005
3209 Girard Ave S Mpls 55408

**LATIMER** George Albert 86 CLA ........ 690-2507
1893 St Clair Ave St Paul 55105

**LATIMER** Robin Renee 86 CLA ........ 293-9122
77 N Milton St #104 St Paul 55114

**LATSCH** Douglas Eric 89 IT
Centennial Hall/U Of M Mpls 55455

**LATT** Joseph Nathan 89 CLA
R 1 Box 100 Dassel 55325

**LATTERELL** Mary Jane 89 CLA
3887 Hill Ave White Bear Lk 55110

**LATTERY** Becky Ann 87 ED ........ 331-7462
309 6th St Se #101 Mpls 55414

**LATTIN** Mary Anne 89 CLA
3949 Peters Pl #205 Columbia Hts 55421

**LATTS** Elizabeth Lee Ke GRAD ........ 698-8378
1917 Bohland Ave St Paul 55116

**LATURNUS** Michael Marti 89 CLA ........ 521-2101
2315 Golden Valley Rd Mpls 55411

**LATVALA** Brenda Jean 88 CLA ........ 781-5160
1926 Ne Johnson St Mpls 55418

**LATVALA** Carrie Jean 89 CLA

**LATZIG** Laurie Ann 86 AG
Rt 1 Box 286 Howard Lake 55349

**LATZKA** Patricia Lynn AS GC ........ 933-5659
5418 Smetana Dr Minnetonka 55343

**LATZKO** Lynda Lee 89 CLA ........ 331-8027
407 7th St Se #306 Mpls 55414

**LAU** Anthony Benjamin 89 IT ........ 938-9189
13240 Dahlgren Rd Minnetonka 55343

**LAU** Hoong Chuin 87 IT ........ 376-6015
PO 13442 Dinkytown Mpls 55414

**LAU** Jeffrey Grier 89 CLA
5636 Colfax Ave S Mpls 55419

**LAU** Kei Shun GRAD

**LAU** Manhot GRAD
815 13th Ave Se Apt #205 Minneapolis 55414

**LAU** Mary Margaret A 87 NURS

**LAU** Yuk Ki 89 GC
4632 Drew Ave So Mpls 55410

**LAUB** Ethan Adam 86 CLA ........ 545-3390
11405 Park Ridge Dr Minnetonka 55343

**LAUBE** Sara Jane 89 CLA
6743 Garfield Richfield 55423

**LAUBY** Mark Gerald GRAD ........ 375-1567
2211 S 9th St #133 Mpls 55404

**LAUCK** Laurie Lynn 89 CLA
4296 145 Ln Nw Andover 55304

**LAUDENBACH** Lisa Lynn 88 ED ........ 872-1120
440 Ridgewood Av #303 Minneapolis 55403

**LAUDERT** Bradley James 86 CLA ........ 722-9940
4420 Nokomis Av S Mpls 55406

**LAUDON** Carolan Mary GRAD ........ 647-9875
1160 Fifield Av #n-4 St Paul 55108

**LAUDON** Dennis Arthur 89 MED
PO 1935 2115 Summit Ave St Paul 55105

**LAUE** Richard Roy GRAD ........ 377-0331
1204 Cedar Lake Rd Mpls 55416

**LAUER** Daniel Andrew 89 GC ........ 935-3042
3532 Quebec Ave S St Louis Park 55426

**LAUER** Joel Richard 87 IT ........ 379-1512
600 10th Ave Se Apt 301 Mpls 55455

**LAUER** John Edward GRAD ........ 690-5472
1322 Fairmount Av St Paul 55105

**LAUER** Maureen Carey 88 HE ........ 871-7808
2215 3rd Ave S Mpls 55404

**LAUER** Paul Christian 89 CLA ........ 645-1634
1736 Tatum St Falcon Height 55113

**LAUER** Paul Francis 86 IT
814-8th St Se Mpls 55414

**LAUER** Sandra Kathleen 89 GC ........ 776-4030
285 N Point Douglas Rd St Paul 55106

**LAUER** William David 86 AG ........ 642-9713
2026 Brewster Apt 8 St Paul 55108

**LAUFENBERG** Wright Chri 89 CLA ........ 373-0450
Centennialhall-Rm3313 Mpls 55455

**LAUGHLIN** Charles A 86 CLA ........ 871-6855
2119 Aldrich Ave So Mpls 55405

**LAUGHLIN** David Edward GRAD ........ 835-8087
3529 Jerry St White Bear La 55110

**LAUGHLIN** James Michael 89 IT
3529 Jerry St White Bear Lk 55110

**LAUGHLIN** Kathleen Mari AS MED
785 Cedar St N #3 St Paul 55103

**LAUGHLIN** Michael Thoma 88 CLA ........ 698-0482
1918 Wellesley St Paul 55105

**LAUMANN** Curt William GRAD ........ 378-2206
200 5th St Se #302 Minneapolis 55414

**LAUMANN** Laura Ann 86 CLA ........ 888-1217
10332 Humboldt A S Bloomington 55431

**LAUNDERGAN** Jeffrey War 89 CLA ........ 724-3126
1956 Woodhaven Ln Duluth 55803

**LAUR** Bernard Paul 87 CLA ........ 631-9564
2558 N Hershel St Roseville 55113

**LAURENCE** Gregg Alan 87 VET M ........ 644-9448
Rt #5 Box 61A Belleville IL 62221

**LAURENTS** Luanne Parker GRAD

**LAURITSENSMITH** Brian A GRAD ........ 370-0560
2628 22nd St E Mpls 55406

**LAURSEN** Brett GRAD ........ 872-0543
712 W Franklin #9 Mpls 55403

**LAURSEN** Jeffrey Richar GRAD ........ 488-1427
984 N Lexington Pkwy St Paul 55103

**LAURSEN** Scott Olaf 89 CLA
15101 Peteler Ln Minnetonka 55345

**LAURVICK** Marion Hanson GRAD ........ 342-3741
1212 Yale Pl #263 Minneapolis 55403

**LAUSCHE** Deon Lee 89 IT ........ 788-1081
2200 40th Ave Ne Columbia Hts 55421

**LAUSEN** Wendy Ann 88 CLA ........ 881-0209
11041 Goodrich Circle Bloomington 55437

**LAUTERBACH** Michael Ala 86 CLA ........ 874-7769
14 E Franklin Ave #2 Minneapolis 55404

**LAUTH** Jeffrey Patrick 89 CLA ........ 690-2036
1447 Palace St Paul 55105

**LAUTH** Joseph Lewis 89 GC
1447 Palace St Paul 55105

**LAVALLEURRANDALL** June 88 MED
521 5th St S.E. Minneapolis 55414

**LAVALLEY** Michael Todd 89 IT ........ 439-7584
719 W Churchill Stillwater 55082

**LAVAQUE** Jacquelyn Jean 89 CLA ........ 227-5064
646 Hague Ave St Paul 55104

**LAVEE** Yoav GRAD ........ 645-2718
1247 Ray Pl St Paul 55108

**LAVELL** Catherine Marie 88 CLA
1207 19th Ave Ne Mpls 55418

**LAVELLE** Elizabeth Ann GRAD ........ 432-5924
Yes Hopewell Ln Apple Valley 55124

**LAVELLE** Mark Thomas 86 BUS ........ 926-8535
6137 Birchcrest Dr Edina 55436

**LAVELLE** Nancy Lee 89 CLA ........ 533-7625
8409 50th Ave N New Hope 55428

**LAVERTY** Bruce R 88 MED

**LAVIANLIVI** Hersele 87 IT

**LAVICK** Gregory Peter 87 CLA ........ 871-1580
2718 Hennepin Ave.No13 Mpls. 55408

**LAVIERI** Laurel Laraine 87 CLA ........ 277-7196
2809 Fremont Ave S #314 Minneapolis 55408

**LAVIGNE** Christene Ann AS MED ........ 432-7406
7632 W 157th St 306 Apple Valley 55124

**LAVIN** Daniel Patrick GRAD ........ 871-1304
1826 Columbus Ave #203 Minneapolis 55404

**LAVINE** Joseph 87 LAW ........ 333-1097
1400 2nd St S Mpls 55454

**LAVINE** Michael Lee GRAD ........ 871-6876
2101 Garfield Ave.So.#204 Minneapolis, 55405

**LAVINE** Shari Lynn 87 CLA ........ 645-6595
1897 W Larpenteur St Paul 55113

**LAVINTMAN** Jane W 88 GC ........ 374-4373
316 Natchez Ave So Golden Valley 55416

**LAVOIE** Matthew Paul 86 CLA ........ 566-3249
1201 57th Ave N Apt#3 Brooklyn Ctr 55430

**LAW** Cheleung GRAD ........ 646-3818
2001 Asbury St Roseville 55113

**LAW** Kathryn Raths 88 PHARM ........ 489-1842
21 Maywood Pl St Paul 55117

**LAW** Lisa Louise 87 DENHY
Rt 1 Box 1J Chetek WI 54728

**LAW** Susan K 87 ED ........ 938-9557
145 Harrison Ave S Hopkins 55343

**LAW** Yuk Wa 86 PHARM ........ 373-7347
210 Delaware St Se #420W Minneapolis U 55455

**LAWAL** Adewale 88 GC ........ 871-7351
PO Box 1004 Mpls 55440

**LAWAL** Mohammed 89 CLA
6456 84th Ct Brooklyn Park 55445

**LAWIN** Phillip Bruce GRAD ........ 646-7146
1731 Dayton Ave St. Paul 55104

**LAWLER** Gregory Jon GRAD ........ 425-3532
8434 Sumter Circle N Brooklyn Park 55445

**LAWLER** Julie Anne 88 LAW ........ 227-7056
93 S Lexington Pkwy #301 St Paul 55105

**LAWLER** Mary Patricia 86 NURS ........ 698-8118
2078 Lincoln Ave. St. Paul 55105

**LAWLER** Mave L AS CLA ........ 331-2872
707 5th St Se #102B Mpls 55414

**LAWLER** Patricia Marie 89 CLA ........ 574-0243
5050 Pennine Pass Columbia Hts 55421

**LAWLER** Rose M 87 CLA
3701 26th Ave N Golden Valley 55422

**LAWLER** Thomas Patrick 86 IT ........ 574-0243
5050 Pennine Pass Columbia Hts 55421

**LAWLERLOUGHLIN** Mollie GRAD ........ 373-3621
Middlebrook Hall Mpls 55455

**LAWRENCE** Carol Ann 89 GC ........ 588-0100
2114 Dupont Ave N Minneapolis 55411

**LAWRENCE** Daniel Scott 89 CLA ........ 459-2110
8426 Kimbro Ave S Cottage Grv 55016

**LAWRENCE** David Joseph 86 ED ........ 427-0102
11425 Ivywood St Nw Coon Rapids 55433

**LAWRENCE** David Matthew 88 CLA ........ 339-6709
527 21st Ave So Mpls 55454

**LAWRENCE** Geoffrey Fran GRAD

**LAWRENCE** Heather Lynn 88 IT ........ 331-7872
1050 Se 13th Sve Minneapolis 55414

**LAWRENCE** Jody 88 CLA ........ 729-3913
1615 E 40th St Mpls 55407

**LAWRENCE** Rebecca Sheer 86 CLA ........ 698-2223
1788 Wellesley St Paul 55105

**LAWRENCE** Stephanie Lyn 89 CLA
3244 Lexington Ave N Shoreview 55112

**LAWRENCE** Wendy Lynn 89 CLA ........ 726-7436
3361 Library Ln St Louis Prk 55426

**LAWRENCE** William Denni 86 ED ........ 483-4037
3515 Owasso St. #113 Shoreview 55126

**LAWRENZ** Dietrich Rober 89 CLA ........ 437-2251
2517 Betty Ct Green Bay WI 54301

**LAWROSKI** Nancy Ann GRAD

**LAWSON** Cynthia Marie 89 GC ........ 824-1152
701 W Lake St #1 Minneapolis 55408

**LAWSON** David Mark 88 LAW ........ 824-1250
4928 Harriet Ave S Mpls 55409

**LAWSON** Fredric Douglas 86 CLA

**LAWSON** Gene Edward 89 MED
218 Adams Av Ne Madelia 56062

**LAWSON** John Anthony 86 BUS ........ 331-5417
425 University #305 Minneapolis 55414

**LAWSON** Julie Beth 86 CLA ........ 870-7299
907 West Franklin #22 Mpls 55405

**LAWSON** Loralie GRAD ........ 721-8039
2409 30th Ave So Minneapolis 55406

**LAWSON** Lynn Marie 89 GC
4148 38 Ave S Mpls 55406

**LAWSON** Marian Belan De GRAD ........ 375-0709
2425 E Franklin #213 Mpls 55406

**LAWSON** Mary Margaret 88 CLA ........ 824-1250
4928 Harriet Ave Mpls 55409

**LAWSON** Robert Paul 89 CLA ........ 378-9336
617 Main St Ne Minneapolis 55413

**LAWSON** Tammi Ann 88 CLA
820 Fulton St Se Mpls 55414

**LAWSON** Thomas John 89 MED
1818 Dayton Ave. St. Paul, 55104

**LAWSTUEN** David Arndt GRAD ........ 467-2376
Rr Lanesboro 55949

**LAWTON** John Carr 88 GC ........ 331-5151
1112 6th St Se Mpls 55414

**LAWTON** Peter Douglas 89 CLA
1009 W 5th St Marshfield WI 54449

**LAWTONABERY** Cynthia M GRAD ........ 789-8009
1415 19th Ave Ne 1st Fl Mpls 55418

**LAX** Daniela AS MED ........ 874-9546
400 Groveland #810 Mpls 55403

**LAXSON** David Douglas AS MED
5053 Queen Ave So Mpls 55410

**LAYER** Timothy James 87 IT ........ 866-1228
6945 Columbus Av S Richfield 55423

**LAYMAN** Anne Marie GRAD
1630 S 6th St #d616 Mpls 55454

**LAYMAN** Elizabeth Allen 88 GC ........ 822-1483
404 W 31st St #2 Mpls 55408

**LAYMAN** Jodie Morrison 86 AG ........ 645-5084
1619 Carl St #12A St Paul 55108

**LAYMON** John Howard 89 CLA ........ 888-3165
8241 5th Ave S Bloomington 55420

**LAYMON** Mary Louise GRAD ........ 871-6057
2221 Blaisdell Ave So #4 Mpls 55404

**LAZARON** Lisbeth M AS MED
3225 Chicago Ave South Mpls 55407

**LAZARUS** Sharon Gayle 86 CLA ........ 452-1330
1753 Lansford Ln St Paul 55118

**LAZER** Ronda L 87 CLA

**LAZERINE** Jamie Beth 89 GC ........ 373-7134
Comstock Hall W113 Minneapolis 55455

**LAZINSKI** Jannell Marie 86 CLA ........ 332-0106
3745 Orchard Ave Mpls 55404

**LAZOR** Ann Marie 88 CLA
2751 Russell Ave N Minneapolis 55411

**LAZOR** Beth Esther 87 CLA ........ 432-6770
6256 134th St W Apple Valley 55124

**LAZOR** Linda Rose 89 CLA ........ 522-0310
2751 Russell Ave N Mpls 55411

**LAZOR** Mary Elizabeth 86 FOR ........ 522-0310
2751 Russell Ave N Mpls 55411

**LAZOWSKI** Tim Jerome GRAD........475-3319
1411 Oakland Rd Wayzata 55391
**LAZZARI** Sonia Maria No GRAD
1225 Fifield Ave St Paul 55108
**LE** Anh Tuyet 87 MEDTC........340-1524
1615 S 4th St M909 Mpls 55454
**LE** Banh Van AS IT........285-9413
836 41st Nw #b105 Rochester 55901
**LE** Chien Xuan 89 GC........944-8331
11315 Westwind Dr #b Eden Prairie 55344
**LE** Dinh Bao 89 GC........338-4088
1601 S 4th St #f1203 Mpls 55454
**LE** Duc Minh 89 GC........338-8397
801 N. Oliver Ave. Mpls 55411
**LE** Dung Quoc 87 IT........343-0071
1615 S 4th St #m1009 Minneapolis 55454
**LE** Dung Tu 89 GC........375-0266
1601 So 4th St #f1105 Mpls 55454
**LE** Felix David GRAD........770-0456
1826 Radatz Ave Maplewood 55109
**LE** Ha Thanh 89 CLA
2520 Silver Ln #102 St Anthony 55421
**LE** Hai V 86 IT........379-4237
1615 4th. St. Apt. M2211 Minneapolis 55454
**LE** Hieu Van 89 IT........739-2756
728 W Summit Ave Fergus Falls 56537
**LE** Hoa Nhu 88 CLA
**LE** Hung Quang 88 IT........527-8030
809 49-1/2 Ave Ne Columbia Heig 55421
**LE** Hung Quoc 86 IT........636-7485
2837 N Ashbury St Roseville 55113
**LE** Huong Kim 89 CLA........340-1524
1615 S 4th St #m909 Mpls 55454
**LE** Huy Phu 86 IT........332-0211
1601 4th St #f305 Minneapolis 55454
**LE** Khanh Quang 89 IT........452-8830
1965 Silverbell #313 Eagan 55122
**LE** Lien Thi 87 CLA
**LE** Loan Minhthi 87 IT........333-8277
1601 S 4th St #f414 Mpls 55454
**LE** Minh Canh 87 IT
475 Lafond St Paul 55103
**LE** Minhha Thi 89 GC........333-8277
1601 S 4th St #f414 Mpls 55454
**LE** Nga Van 88 GC........571-5764
110 61st Ave Ne #6 Fridley 55432
**LE** Nghia Trung 88 IT........770-0456
1826 Radatz Ave Maplewood 55109
**LE** Ngoc Hong 87 BUS........224-1253
622 Humboldt Ave St Paul 55107
**LE** Phuong Thithu 86 IT........488-9781
475 Lafond St Paul 55103
**LE** Phuonglan Thi 88 IT........343-0071
1615 S 4th St #m1009 Mpls 55454
**LE** Qua Van 87 IT........645-6271
1247 St Anthony #2011 St Paul 55104
**LE** Quan Trung GRAD........770-0456
1826 Radatz Av Maplewood 55109
**LE** Quang Canh GRAD........488-9781
475 Lafond Ave St Paul 55103
**LE** Quy Van 88 CLA........571-5769
110 61st Ave Ne #6 Fridley 55432
**LE** Son Hoang 89 GC........339-9678
1601 S 4th St #f303 Mpls 55454
**LE** Tan Minh 88 IT
**LE** Thang Minh 87 IT........757-9424
11850 Foley Blvd Coon Rapids 55433
**LE** Thanh Quang 89 IT
1247 St Anthony #1115 St Paul 55104
**LE** Thanhloan Thi 89 CLA........529-5105
801 Oliver Ave Minneapolis 55411
**LE** Trang Thiminh 88 GC........333-8277
1601 So 4th St #f414 Mpls 55454
**LE** Trang Thuy 89 IT
622 Humboldt St Paul 55107
**LE** Tri Gia 88 CLA........644-4277
1247 St Anthony Av #1116 St Paul 55104
**LE** Tri Quang 86 IT........340-1524
1615 S 4th St #m909 Mpls 55454
**LE** Tu Dinh 87 GC........780-4787
3200 39th Ave Ne St Anthony 55421
**LE** William Minh 86 IT........642-9003
1247 St Anthony Av #304 St Paul 55104
**LEACH** Paul Michael 88 IT........338-1187
1515 11th Ave S Apt #2 Minneapolis 55404
**LEACH** Timothy Kevin 86 CLA
**LEAF** Gary Dean 86 CLA........545-5306
2205 Vernon Dr Mtka 55343
**LEAF** Karl Eric 87 IT........927-8527
5833 Irving Ave S Mpls 55419
**LEAF** Kristofer Jon 86 IT........378-0347
611 6th St Se Mpls 55414
**LEAF** Ronald Bruce 88 IT........623-0123
1408 7th St Se Mpls 55414
**LEAFBLAD** Joel Dewane 86 AG........646-2000
2060 Carter Ave St Paul 55108
**LEAHY** Anne 88 CLA........338-3179
14002nd St S B616 Mpls 55454
**LEAHY** Patrick Francis 87 CLA........698-6652
1875 Beechwood Ave St Paul 55116
**LEAKE** Ann Falarski GRAD........425-7538
523 Birchcrest River Falls WI 54022
**LEALI** Anthony Francis 87 IT
400 Dewey St. St. Paul 55104
**LEARN** Chunho 87 BUS........881-8829
8115 Clinton Ave S Bloomington 55420
**LEARY** Anne Marie 86 CLA
**LEARY** Barbara Ann Buck GRAD........646-8732
1382 W Iowa Ave St Paul 55108
**LEARY** Timothy John 88 CLA........379-8424
715 8th Ave Se Mpls 55414
**LEARY** Timothy Joseph 88 CLA........378-9223
1125 5th St Se Mpls 55414
**LEASE** David Edward 89 FOR........874-7187
2736 Blaisdell Ave S #208 Mpls 55408
**LEASE** Steven Donald 89 GC
9113 122nd St Hugo 55038
**LEASK** Ian Graham GRAD
**LEAVELL** Keith J 89 MED........645-6356
2222 Marshall Ave #3 St Paul 55104
**LEAVELL** Sheila Jo Leek GRAD........645-6356
2222 Marshall Ave #3 St Paul 55104
**LEAVENWORTH** Nancy Muir AS MED........922-9332
4815 Irving Ave S Minneapolis 55409
**LEAVER** Sarah Frances GRAD
127 West Lake # 302 Mpls 55408
**LEAVITT** Catherine Clar 89 CLA........724-3766
628 Mulberry Ct Bayside WI 53217
**LEAVITT** Cristine Patri 87 AG........645-8231
1475 Cleveland Ave N St Paul 55108
**LEAVITT** Paul Joseph 88 IT........483-9222
4389 Hodgson Rd St Paul 55126
**LEAVITT** Shannon M 86 CLA........445-2538
R 2 Shakopee 55379
**LEBBI** Ikbel 86 IT
700 10th Ave Se #12 Mpls 55414
**LEBEAU** Gerald John 89 IT........868-3136
1900 Lost Lake Rd Egg Harbor WI 54209
**LEBENS** Joseph Paul AS ED........699-9903
1430 Hartford St Paul 55116
**LEBERT** Anita Elizabeth 88 HE........822-8761
4326 Fremont Ave So Mpls 55409
**LEBERT** Juan M GRAD........646-0132
1235 Fifield St Paul 55108
**LEBEWITZ** Jodi Sue 88 CLA
8139 W 18th St Mpls 55426
**LEBLANC** Basil Charles AS MED
1272 Laurel Av Saint Paul 55104
**LEBLANC** Dennis Keith 87 CLA........429-2993
3709 St Regis Dr White Bear Lk 55110
**LEBLOND** John Knight 86 PH........784-3853
7865 4th Ave Lino Lakes 55014
**LEBO** Debra Beth 89 MED
632 Erie St Se #1 Minneapolis 55414
**LEBOWSKI** Jeffrey F 88 LAW........938-5231
3350 Decator Ln Mpls 55426
**LEBOWSKY** Trissa Paulen 88 HE........935-8201
327 Sanford Hall Uofm Mpls 55455
**LEBRE** Steven Robert 89 GC........822-6128
3412 Park Av So Minneapolis 55407
**LEBRECK** Carol Lee Korb GRAD
**LEBRECK** Maurice Franci AS ED
**LECHEVALIER** Mark Antho 86 CLA........777-9788
3400 Glen Oaks Ave Wht Bear Lk 55110
**LECHNER** John Thomas 89 CLA
8521 Ironwood Tr N Lake Elmo 55042
**LECHNER** Julie Kay GRAD........933-8615
3012 Boone Av S St Louis Park 55426
**LECHTENBERG** Scott A 87 IT........623-3667
516 5th St Se Mpls 55414
**LECKEY** David Allen GRAD........642-1354
1226 Gibbs Ave St. Paul 55108
**LECKEY** William Boardma 86 CLA........378-0055
613 Oak St Se Mpls 55414
**LECKNER** Christopher Jo 88 CLA........869-7896
7525 Colfax Ave S Richfield 55423
**LECLAIRE** David Jon 88 GC........699-0706
1751 St Clair Ave St Paul 55015
**LECLAIRE** Jean Marie 89 GC
615 Fulton St Se Rm 443 Minneapolis 55455
**LECOCQ** James H AS IT
605 2 Ave Nw Waseca 56093
**LEDBETTER** Jacquelyn Ef AS HE
2153 E Elm Springfield MO 65802
**LEDER** Richard Owen GRAD........623-9609
18 Arthur Av Se #13 Minneapolis 55414
**LEDERER** Amy Susan 87 CLA........473-2682
3132 Hwy 101 Wayzata 55391
**LEDESMA** Debora Molina GRAD
**LEDGER** Darrell Jay 87 LAW........378-1267
1630 S 6th Minneapolis 55454
**LEDIN** Kristin M 87 CLA........379-9566
1108 8th St Se #202 Mpls 55414
**LEDIN** Sandra Kay 88 CLA........379-9566
1108 8th St Se Mpls 55414
**LEDOUX** Dean Allen 87 LAW........623-4133
801 University Ave Minneapolis 55414
**LEDUC** Annette Louise 86 AG........379-4959
1762 Eustis Lauderdale 55113
**LEE** Andrew Rueunpuu GRAD........379-1839
507 15th Ave Se #4 Mpls 55414
**LEE** Anna Maysun 87 HE........721-4565
4209 28th Ave S Mpls 55406
**LEE** Barbara Ann 89 IT........894-1485
919 Ne 8th St Staples 56479
**LEE** Beth Luiseplund GRAD........874-0460
2443 3rd Ave S #c18 Mpls 55404
**LEE** Beth Suzanne Morle GRAD........494-0319
1671 College Av Palo Alto CA 94306
**LEE** Bill 89 CLA........824-9515
3929 Grand Ave S Minneapolis 55409
**LEE** Blong 88 GC........293-0853
300 Dayton Ave #17 St Paul 55102
**LEE** Bong Soo GRAD........644-5000
1203 Fifield Ave St Paul 55108
**LEE** Boniface Kaihey GRAD........339-7840
1530 S 6th St #c1109 Mpls 55454
**LEE** Brett Alexander 89 GC
205 Arbor Ln Burnsville 55337
**LEE** Brett Edward 89 AG........641-1264
1720 Larpenteur Ave #2H Falcon Height 55113
**LEE** Brian William GRAD........937-2429
5348 Holiday Rd Minnetonka 55345
**LEE** Byung Ae 88 CLA........341-0630
1515 S. 4th St. E1807 Mpls 55454
**LEE** Byung Hwa 88 CLA........341-0630
1515 S 4th St #e-1807 Mpls 55454
**LEE** Changjin GRAD........339-8394
1400 2nd St S #c402 Minneapolis 55454
**LEE** Chi Fung 89 CLA
1600 S 6th #m416 Mpls 55454
**LEE** Chiapyng GRAD........373-5688
1051A 29th Ave Se Minneapolis 55414
**LEE** Chihjen Jennifer GRAD........338-2275
1505 S 4th St #8 Mpls 55454
**LEE** Choon Heng GRAD
1048 - E 27th Ave Se Mpls 55414
**LEE** Christina Teresa 89 IT........835-4287
171 Norman Ridge Dr Bloomington 55437
**LEE** Christopher Jason 89 FOR
4508 N Larkin St Shorewood WI 53211
**LEE** Christopher John 87 VET M........646-4033
1191 Thomas Av St Paul 55104
**LEE** Dana Marie 89 MED
1400 2nd St So B114 Minneapolis 55454
**LEE** Darrin John 89 IT........784-2832
598 79th Ave Ne Spring Lk Pk 55432
**LEE** David Adams 89 MED........647-9229
772 Curfew St St Paul 55114
**LEE** David Jonathon 86 CLA........871-6205
1918 15th Ave So Mpls 55404
**LEE** Debra Metzger GRAD........645-0236
1845 W Larpenteur Apt 10 St Paul 55113
**LEE** Donghun GRAD........379-7855
425 Erie St #302 Mpls 55414
**LEE** Dongsoo GRAD........339-5084
1400 S 2nd St #b406 Mpls 55454
**LEE** Dungming GRAD
1100 5th St Se Mpls 55414
**LEE** Edmond Thomas 88 GC........938-1965
1318 Preston Ln Hopkins 55343
**LEE** Elizabeth Anne 87 AG........646-3970
2067 Carter Av St Paul 55108
**LEE** Eric J 89 AG
Rr 2 Dexter 55926
**LEE** Eric Lapwai GRAD........379-1887
912 Essex St Se Mpls 55414
**LEE** Eun Kook GRAD........333-0981
1515 S 4th St #1101 Mpls 55454
**LEE** Fangchen GRAD........379-2392
1010 Essex St Se #201 Mpls 55414
**LEE** Gary Cou 86 CLA........827-4105
5415 Girard Ave S Mpls 55419
**LEE** Gary Yuen 86 CLA........451-0697
55 E Imperial Dr W St Paul 55118
**LEE** Gaynelle R AS ED........269-7398
401 S 13th St Montevideo 55719
**LEE** Georgia Robyn 87 CLA
**LEE** Grace K 86 ED........333-8950
210 W. Grant St # 506 Mpls 55403
**LEE** Gregory Allen 89 IT........757-1371
313 Territorial Blaine 55434
**LEE** Gregory Matthew 87 CLA........476-1831
1285 Willow Dr N Long Lk 55356
**LEE** Hochoon 89 CLA........339-5452
1515 S 4th St # E 603 Mpls 55454
**LEE** Houghton GRAD........623-9166
1415 5th St Se #2 Minneapolis 55414
**LEE** Huanchih GRAD........647-1258
1977 Knapp Ave E-4 St Paul 55108
**LEE** Hunjoo 89 IT........559-9290
5360 Norwood Ln Plymouth 55442
**LEE** Hye Sung GRAD........642-1513
1266 Fifield Av St Paul 55108
**LEE** Hyo Sok 86 CLA
**LEE** Hyon Mi 88 CLA........535-6830
5630 Welcome Ave No Crystal 55429
**LEE** Hyun Kyu 88 CLA........333-3918
1515 S 4th St #e601 Minneapolis 55454
**LEE** Ignatius Kaiyan GRAD........646-6867
1710 W. Larpenteur #31 St. Paul 55113
**LEE** Il Yong GRAD........379-1901
1038 27th Av Se #c Mpls 55414
**LEE** Ilhyun 87 CLA........340-0177
1724 Rollins Ave Se Minneapolis 55414
**LEE** In Sung GRAD........373-4137
Pillsbury H Geology Dept Mnpls 55455
**LEE** Intae GRAD
**LEE** Jaejin GRAD........379-1320
500 Erie St Se #4 Minneapolis 55414
**LEE** James Duane 87 CLA........827-1195
3833 Nicollet Ave So Minneapolis 55409
**LEE** Janice Elizabeth 86 CLA........473-9154
1050 Zanzibar Ln Plymouth 55447
**LEE** Jeffrey Alan GRAD........822-0937
3229 Oakland Ave S Mpls 55407
**LEE** Jeffrey David 87 GC........454-9767
3410 Surrey Hghts Sr #212 St Paul 55122
**LEE** Jennifer Kay 86 BUS........822-6571
4436 Bloomington Ave S Mpls 55407
**LEE** Jin Kyu 87 IT........333-3918
1515 S 4th St #e601 Mpls 55454
**LEE** Jin Soo 88 CLA........633-5163
1101 Highview Dr New Brighton 55112
**LEE** Jin Won 88 IT........371-9033
1601 4th St So #f323 Minneapolis 55454
**LEE** Joe Yee AS MED........222-8961
6948 Stratford Woodbury 55125
**LEE** John 86 IT........824-9515
3929 Grand Ave S Mpls 55409
**LEE** John Charles 89 GC
501 3rd Ave Se Minneapolis 55414
**LEE** John Patrick 87 CLA
11970 45th Ave North Plymouth 55442
**LEE** John Patrick 86 CLA........757-3144
9900 Bluebird St #310 Coon Rapids 55433
**LEE** Jon Andrew 86 CLA........938-2315
405 Adams Ave S Hopkins 55343
**LEE** Jong Chang GRAD........642-1061
2000 Knapp Ave St. Paul 55108
**LEE** Jong Hang 86 GC........338-5213
1615 4th St S #m3003 Mpls 55454
**LEE** Jong Ye GRAD........339-2590
1615 S 4th St #m1607 Mpls 55454
**LEE** Joohee GRAD........644-4222
1985 Knapp Ave Apt W-4 St Paul 55108
**LEE** Julie Ann Bray 88 GC........645-6522
574 Sanford Hall U/M Mpls 55455
**LEE** Jung Sook GRAD........379-4051
628 4th St Se Mpls 55414
**LEE** Kangneung GRAD........331-6405
1012 D 27th Ave. S.E. Minneapolis 55414
**LEE** Katherine Sue Yen 86 BUS........483-6291
128 W Pleasant Lk Rd North Oaks 55110
**LEE** Kin Phing 89 CLA........560-5460
870 66th Ave N Mpls 55430
**LEE** Kit Ching 88 CLA........373-6597
Territorial Hall 9-429 Mpls 55455
**LEE** Kunho GRAD........339-2473
1515 S. 4th St. #e1112 Minneapolis 55454
**LEE** Kunyong GRAD........339-5727
1530 6th St S #c-1203 Mpls 55454
**LEE** Kyunghee GRAD........331-2046
330 8th St Se #13 Minneapolis 55414
**LEE** Lisa 86 CLA........332-1146
1515 S 4th St #e613 Mpls 55454
**LEE** Lori Jane 88 CLA........429-8805
1747 Eugene St White Bear La 55110
**LEE** Lung AS IT
1771 Chatham Ave Arden Hills 55112
**LEE** Margaret Wing Sheu 86 HE........339-7840
1530 S 6th St #c1109 Mpls 55454
**LEE** Mee 89 GC........293-0623
722 Capitol Hts St Paul 55103
**LEE** Melissa Ann 88 NURS........623-0432
333 8th St Se#319 Mpls 55414
**LEE** Melissa Eun 87 BIOSC........881-0915
8710 Sheridan Ave S Bloomington 55431
**LEE** Michael GRAD........645-0236
1845 Larpenteur Ave #10 St Paul 55113
**LEE** Michael Allen 88 CLA........426-9591
9895 Justen Trail White Bear 55110
**LEE** Michael Byungnam GRAD........644-2900
1230 Gibbs Ave St Paul 55108
**LEE** Michael David 86 IT........331-7696
809 6th St Se Minneapolis 55414
**LEE** Michael Francis 88 CLA
4836 Townes Rd Edina 55424
**LEE** Michael Kurt 89 IT........373-6500
417 Walnut Se Mpls 55455
**LEE** Michael Roy GRAD........540-8187
6710 Vernon Ave So #311 Edina 55436
**LEE** Mitchell Allen 89 GC........874-7211
1800 Stevens Apt 30 Minneapolis 55403
**LEE** Patrick Joseph 86 IT........854-3985
9101 16th Ave S Bloomington 55420
**LEE** Peter Poon Chun 87 IT
3929 Grand Ave S Mpls 55409
**LEE** Peter Waiman GRAD........373-0419
Centennial Hall #3120 Mpls 55455
**LEE** Sakyun GRAD........647-0407
2082 Como Ave Apt 6 St.Paul 55108
**LEE** Sang Youb GRAD........331-6128
425 13th Ave. S.E. #1508 Mpls 55455
**LEE** Sangdong 86 CLA........376-8919
Bailey Hall St Paul 55108
**LEE** Seng Cheong 86 CLA........379-8785
801 14th Ave Se Mpls 55414
**LEE** Seokyoung GRAD........647-1524
2051 Knapp Ave. W-2 St. Paul, 55108
**LEE** Seung Ho 89 IT
7352 James Ave No Brooklyn Park 55444
**LEE** Seungyoung GRAD........642-1487
1300 Gibbs Av St Paul 55108
**LEE** Shereen Joyce 89 IT........376-7984
Pioneer Hall Rm 545 Minneapolis 55455
**LEE** Soo Jin AS ED........449-7990
16315 28th Ave No Plymouth 55447
**LEE** Sook Won 88 IT
**LEE** Sook Young GRAD........642-1295
1159 Fifield Av N-4 St Paul 55108
**LEE** Soua 88 IT........373-0643
6317 Centennial Hall Mpls 55455
**LEE** Steven Joseph 88 GC
3440 Sumter Ave S St Louis Pk 55426
**LEE** Sungcheol GRAD........379-3104
1060 27th Ave Se #c Mpls 55414
**LEE** Sungkyu GRAD........373-6921
Frontier Hall Mpls 55455
**LEE** Susan Ann 88 DENT
**LEE** Susan Haejung 89 AG........333-6096
1515 S 4th St #1902 Mpls 55454
**LEE** Suzanne Marie 89 CLA........373-7078
G44 Comstock Hall 210 Mpls 55455
**LEE** Terri Jean 86 IT........927-9123
4422W 36th St St Louis Park 55416
**LEE** Theodore E 86 AG........645-1676
2024 Commonwealth Ave A31 St Paul 55108
**LEE** Thomas M 86 IT........331-8077
1110 Pinehill Dr Albert Lea 56007
**LEE** Threang Kim 89 GC........339-3518
1615 So 4th St #m1212 Mpls 55454
**LEE** Tienyu Tom GRAD........623-7846
1229 7th St Se Mpls 55414
**LEE** Timothy Scott 89 IT........373-4083
2408 W Main Albert Lea 56007
**LEE** Tony Seung 89 CLA
10630 Fillmore St Blaine 55434
**LEE** Travis Randolf 86 CLA........378-0966
414 7th St Se Mpls 55414
**LEE** Vang 88 GC........774-0874
629 E Minnehaha Ave St Paul 55101
**LEE** Vivian Waifong GRAD........376-6247
9466 Centennial Hall U/M Mpls 55455
**LEE** Wanki GRAD........645-4909
408 North Cleveland #102 St Paul 55104
**LEE** Wen Cheng 86 BUS........375-9441
1615 S 4th St #m-504 Minneapolis 55454
**LEE** Yang V 89 GC........774-9747
604 Bates Ave St Paul 55106
**LEE** Yong Tae GRAD........642-1513
1266 Fifield Ave St Paul 55108
**LEE** Yonggoo GRAD........379-1957
1047-A 29th Av Se Minneapolis 55414
**LEE** Yongkil GRAD........379-7416
1038 B 27 Ave Se Minneapolis 55414

**LEE** Young Heun AS IT 331-7502
1024 27th Ave Se #1034B Mpls 55414
**LEE** Yunwoo GRAD 373-7127
Comstock Hall U/M Mpls 55455
**LEECE** Thomas Dean 87 CLA 642-1173
2008 Brewster St #303 St. Paul 55108
**LEECH** Brenda J AS MED
217 West Franklin #2 Mpls 55404
**LEECH** Georgia Gale 86 UCOL
**LEECH** Michael Anthony GRAD 888-5448
4824 W 111th St Bloomington 55437
**LEEFELDT** Mark Charles 86 CLA 623-4658
19 Arthur Ave So Mpls 55414
**LEEK** Carolyn P 87 CLA
1618 Vermillion Rd Duluth 55812
**LEEKLEY** Charles F 88 CLA 473-8448
2670 Marshland Rd Wayzata 55391
**LEEMAY** Stephen 88 MED 823-1968
5531 12th Ave S Minneapolis 55417
**LEEPER** Eric Michael GRAD 339-5570
1615 S 4th St #m3002 Minneapolis 55454
**LEERSSEN** Alison Jeri 88 HE 755-5943
2302 115th Ave Nw Coon Rapids 55433
**LEERVIG** Steven Andrew 89 CLA
721 Adams St Anoka 55303
**LEES** Mason Rick 87 CLA 455-2522
7 Ponds Edge Rd South St Paul 55075
**LEESON** Clark Alfred GRAD 386-5280
416-So 7th St Hudson WI 54016
**LEETE** Jeanette Helen GRAD 483-8208
962 S Monterey Ct Shoreview 55112
**LEFAVOR** Lauren Renaye 89 IT
12227 Cartway Crv Eden Prairie 55344
**LEFEBER** Susan J M 89 CLA
1492 Red Cedar Rd Eagan 55121
**LEFEBVRE** Paul Douglas 87 CLA 522-1890
2910 Sheridan Ave N Mpls 55411
**LEFEBVRE** Peter Donald 86 AG 623-9820
954 15th Ave Se Mpls 55414
**LEFEVER** Mark Ray 89 CLA
R 1 Box 359 Rush City 55069
**LEFFERT** Nancy Hecht AS ED 925-3108
4517 Casco Ave Edina 55424
**LEFFLER** Scott Lawrence 88 GC 861-1554
7221 Stevens Ave S Richfield 55423
**LEFFLER** Todd Jay 87 BUS 571-0671
5798 Jefferson St Fridley 55432
**LEFKO** Stefana Lee 89 CLA 645-4944
1528 Grantham St St Paul 55108
**LEFROIS** Holly Anne 87 CLA 338-4456
2012 30th Ave S Mpls 55406
**LEFTO** Edward Roy 88 CLA 698-3173
1331 Murray St St Paul 55116
**LEFTO** Harry C AS CLA 698-3173
1331 Murray St St Paul 55116
**LEGATOR** Howard William 88 CLA
800 University Ave #2 Mpls 55414
**LEGEAULT** Tammy Sue 87 MEDTC 331-7698
1015 Se 20th Ave Mpls 55414
**LEGEL** Valerie Ann 87 CLA
**LEGER** Daniel Robert 86 IT 560-1857
8220 West River Rd Brooklyn Park 55444
**LEGEROS** Doria Louise 88 NURS 929-7792
5020 Edinbrook Ln Edina 55436
**LEGEROS** Elena Christin 86 ED 544-4299
2201 Quebec Dr St Louis Park 55426
**LEGG** Thomas Deveney GRAD 755-6567
10110 Olive St Nw Coon Rapids 55433
**LEGLER** Jane Alison 88 LAW 336-8036
1414 South 3rd St #302 Minneapolis 55454
**LEGLER** Quintin Bradley 86 FOR 454-1810
510 Lone Oak Rd Eagan 55121
**LEGRIED** Chlene Leslie GRAD 642-1815
1707 Tatum Ave Apt 3 St Paul 55113
**LEGUS** Carrie J GRAD 426-9307
4185 McKnight White Bear La 55110
**LEHFELDT** Lynnae 89 CLA
312 S Stevenson Olathe KS 66061
**LEHMAN** Alice Cecelia GRAD 825-9713
3305 Hennepin Ave #204 Mpls 55408
**LEHMAN** Cynthia Lea AS ED
1723 W 140th Burnsville 55337
**LEHMAN** Gaye Kathleen GRAD 647-9742
1608 Eustis #302 St Paul 55108
**LEHMAN** Heather Lael 89 CLA 546-7588
3660 Saratoga Ln Plymouth 55441
**LEHMAN** Howard Porter GRAD 721-4252
2414 24th Ave S #2 Minneapolis 55406
**LEHMAN** John Anthony AS IT 825-5132
3700 Grand Av S #6 Mpls 55409
**LEHMAN** Kevin Roger 88 CLA 483-0830
15 Spring Farm Ln North Oaks 55110
**LEHMAN** Linda Lee GRAD 894-9359
5168 W 141st St Savage 55378
**LEHMAN** Michael Joseph 89 CLA
1116 Maple St Alexandria 56308
**LEHMAN** Peter Erwin 86 IT 338-5213
1615 S 4th St #m3003 Minneapolis 55454
**LEHMANN** Kenneth Campbe 89 GC
4016 Heathcote Rd Deephaven 55391
**LEHMANN** Lorene Janet 88 CLA
**LEHMANN** Martha Anne GRAD 227-6366
971 Goodrich Ave #2 St Paul 55105
**LEHMANN** Sandy AS ED 535-2683
4018 Hubbard Ave N Robbinsdale 55422
**LEHN** Jack Lawrence GRAD 484-5842
2261 Coon Rapids Blvd Coon Rapids 55433
**LEHN** Jeffrey Mark GRAD 587-3626
965 Harrington St Hutchinson 55350
**LEHN** Rodney Paul 89 GC 378-1415
1109 14th Ave Se Mpls 55414
**LEHNEN** Frank Aloys 87 GC 537-5340
3933 Edgewood Crystal 55427
**LEHRKE** Eric Robert 87 CLA 623-4703
924 17th Ave Se Minneapolis 55414
**LEHRKE** Joann Elaine 88 CLA 645-4839
1376 Coach Rd #205 St Paul 55108
**LEHTO** Stuart Duane 88 CLA 378-2126
318 8th St Se/Upper Mpls 55407
**LEI** Sizheng GRAD
Millard Hall U/M Minneapolis 55455
**LEIBEL** Lisa Kay 88 ED 774-2976
1327 Clarence St Paul 55106
**LEIBEL** Patricia Jo 88 HE
605 W 5th Ave Pine City 55063
**LEIBEL** Thomas Robert 89 GC 774-2976
1327 Clarence St Paul 55106
**LEIER** John Joseph 86 IT 735-3035
55 Nelson St St Paul 55119
**LEIFERMAN** Margrit Loui 87 NURS 827-1960
5151 Belmont Ave S Mpls 55419
**LEIGH** Staci Joann 86 CLA 623-7605
1512 Brook Ave Se Mpls. 55414
**LEIGHTON** Daniel Franci 88 LAW 227-2350
16 Benhill Rd St Paul 55105
**LEIGHTON** John David GRAD 544-9706
10830 40th Ave No Plymouth 55441
**LEIGHTON** Kimberly Ann 89 GC 431-7519
1400 E 131st St Burnsville 55337
**LEIGHTON** Margaret Mary 86 LAW 457-0326
435 E Arion #203 W St Paul 55118
**LEIGHTON** Patricia Lou 87 MED
**LEIGHTON** Robert Joseph 88 CLA 433-7806
100 22nd St Sw Austin 55912
**LEIGHTY** Leann 87 IT
2750 121st Ln Nw Coon Rapids 55433
**LEIK** Barbara K Galush AS ED*
**LEIN** Todd Michael 86 CLA 379-1598
400 Se 5th St Minneapolis 55414
**LEINBERGER** William Joh AS IT 881-4413
9110 Lyndale Ave S 6 Bloomington 55420
**LEINER** Greg Alan 89 CLA
3956 Crystal Lk Robbinsdale 55422
**LEINER** Lori Lea 89 GC
866 Hall Ave St Paul 55107
**LEINES** Christopher Tod 88 CLA 588-8885
4944 Sorell Ave Mpls 55422
**LEINGANG** Timothy Franc 86 BUS 373-6805
1504 9th Ave Nw Mandan ND 58554
**LEININGER** Anna Maria 86 BIOSC 298-0876
705 Hague St Paul 55104
**LEININGER** Dannette M 86 ED 881-6654
10833 Oxborough Ave Bloomington 55437
**LEININGER** John Michael 89 CLA 484-2553
457 Sextant Ave W St Paul 55113
**LEININGER** Larry Allan 86 FOR 378-0000
11317 S Oakdale Rd Minnetonka 55343
**LEINO** Stanley James 86 CLA 780-4039
7397 Memory Ln Fridley 55432
**LEINOCAREY** Carol Marie AS ED
635 Bates Ave St Paul 55106
**LEIR** Mary Ann 89 IT 373-6567
8-391 Territorial Hall Minneapolis 55455
**LEISER** Christine Beth 89 CLA 482-1795
1004 Glen Paul Ct Shoreview 55112
**LEISER** Jennifer Paul 88 MED
1004 Glen Paul Ct Shoreview 55112
**LEISHMAN** Ivan M 87 ED 338-5701
2300 Franklin Av E 405A Minneapolis 55406
**LEISING** Lynnette June 87 BUS
16756 Whittington Walk Eden Prairie 55344
**LEISTER** Timothy Cecil GRAD 722-5047
3115 33rd Ave So Minneapolis 55406
**LEISZ** James Terry 86 CLA 774-3804
1705 E Ivy St St Paul 55106
**LEITE** Melanie Ann 89 CLA
R 2 Volga SD 57071
**LEITHEISER** Agnes Teres 86 PH 593-5710
3443 Pilgrim Ln N Plymouth 55441
**LEITHER** Thomas William AS MED 633-9297
2770 Forest Dale Rd New Brighton 55112
**LEITNER** Lori Lee 88 CLA 282-5530
2614 11th Ave Nw Rochester 55901
**LEITSCHUH** Barbara Jean 87 ED
8308 Sheridan N Brooklyn Pk 55444
**LEIVISKA** John Rein GRAD 881-7183
9224 16th Ave S Bloomington 55420
**LEJA** Denise Nicole 87 CLA 227-0150
35 S Lexington Pkwy #36 St. Paul 55105
**LEKANDER** Eric John 87 AG
1458 Cleveland Ave N St Paul 55108
**LEKANDER** Kristine Grac 86 AG 647-0151
1404 Raymond Ave. #8 St Paul 55108
**LELAND** Dennis Gordon 86 MED
925 W Willow St Detroit Lakes 56501
**LELAND** Hal Michael 86 MED
1707 North Fry Falcon Hghts 55113
**LELAND** Jane Valorie GRAD 376-4794
1334 Eckles Ave St Paul 55108
**LELAND** Nancy Lee GRAD 224-4050
964 Goodrich Ave. St Paul 55105
**LELAND** Paul Iver 86 BUS 331-5887
1821 University Se G5 Mpls 55455
**LELAND** Sheryl A Jonas 86 ED 331-6538
1035F 29th Ave Se Minneapolis 55414
**LEMAHIEU** Edward W AS IT
3840 Granada Way Oakdale 55109
**LEMAIRE** Gregory Allan GRAD
**LEMAY** Douglas Gerard 87 VET M 488-7926
1159 Autumn St Roseville 55113
**LEMAY** Gregory Alan 88 CLA
2233 Gilbert Ln S St Paul 55075
**LEMAY** Jean GRAD 699-9507
1484 Summit Ave St Paul 55105
**LEMAY** Lawrence Theodor 87 IT 331-2135
1100 4th St Se Minneapolis 55414
**LEMAY** Martin Joseph 88 CLA 378-3893
2854 Churchhill St Roseville 55113
**LEMBCKE** Daniel Lee AS MED 560-2002
8232 Douglas Circle Brooklyn Park 55443
**LEMENSE** Robert Martin 87 BUS 379-8609
815 13th Ave Se #116 Minneapolis 55414
**LEMEREDESONIER** Carla C 89 GC 374-9428
1770 Hennepin Minneapolis 55403
**LEMIEUX** Lori Ann 86 HE 822-7057
3828 Bloomington Ave So Mpls 55407
**LEMIEUX** Paul George 87 IT 379-7580
1717 University Ave Se Minneapolis 55414
**LEMIEUX** Sam James 88 GC 425-0775
114 W Eagle Lake Dr Maple Grove 55369
**LEMINH** Tam Thanh 87 IT
**LEMINH** Tan Thanh 86 IT
**LEMIRE** Cynthia Jeanne 88 CLA 292-9329
168 E. Wyoming St. St Paul 55107
**LEMIRE** James Alan 87 CLA 537-0497
4416 Abbott Ave No Robbinsdale 55422
**LEMIRE** Lisa Marie 88 CLA 482-9141
4705 Kevin Ln Shoreview 55112
**LEMIRE** Nancy Ellen 87 CLA 331-6193
225A 8th Ave Se Minneapolis 55414
**LEMKE** Diane Lorraine GRAD
**LEMKE** Jacqueline Marie 88 CLA 623-7707
425 13th Ave Se #605 Mpls 55414
**LEMKE** James Patrick 89 IT
2417 E 53rd St Inver Grv Hts 55075
**LEMKE** Joel Robert 89 IT 373-6371
Territorial Hall #1E-146 Mpls 55455
**LEMKE** Kirsten Lucile 89 CLA 373-7279
324W Comstock Hall U/M Minneapolis 55455
**LEMKE** Paul Jeffrey 89 IT 373-6353
Territorial Hall U Of M Mpls. 55455
**LEMKE** Susan Elizabeth 89 GC 645-1136
2177 Carroll St Paul 55104
**LEMKE** Thomas Dean 88 CLA 645-1136
2177 Carroll Ave St Paul 55104
**LEMKE** Tracy Steven 89 IT 839-4753
2640 Bluebird Ln Cottage Grove WI 53507
**LEMLEY** James Bradford 87 BUS 831-3945
3316 Shepherd Hills Dr Bloomington 55431
**LEMM** Patricia Brook 86 ED 646-8525
1280 Raymond Ave #4 St Paul 55108
**LEMMON** Denise Durene 86 CLA 441-2459
11369 Brook Rd Elk River 55330
**LEMMON** Marcia Jan GRAD
Comstock Hall U Of M Minneapolis 55455
**LEMMONS** Beth Marie 87 ED 735-4347
1914 Ebertz Ct St Paul 55119
**LEMMONS** Bruce Andrew 89 CLA 735-4347
1914 Ebertz Ct St Paul 55119
**LEMON** Eric Scott 89 CLA
4976 Georgia Ln White Bear Lk 55110
**LEMOS** Jose GRAD 332-7172
2220 E Franklin Av #116 Minneapolis 55404
**LEMPE** Eric Joel 87 GC 623-0064
1401 6th St Se Minneapolis 55414
**LEMTOUNI** Tarik 88 CLA 378-9402
700 5th Ave Se Minneapolis 55414
**LENABURG** Susan Diane 86 CLA 871-0499
1912 3rd Ave S #26 Mpls 55404
**LENARD** Scott Jason 89 CLA 484-9102
485 Lovell Ave Roseville 55113
**LENARZ** Amy Ann 89 CLA 553-1677
4210 Trenton Ln Plymouth 55441
**LENARZ** Gayle Marie 87 HE 553-1677
4210 Trenton Ln Plymouth 55441
**LENARZ** Joseph Patrick 87 ED 537-3452
6257 Sunny Ln Brooklyn Park 55428
**LENCOWSKI** Julie Theres 86 ED 451-2930
5770 Babcock Tr Inver Grv Hts 55075
**LENCZEWSKI** Ann Therese GRAD 888-1842
10606 Yosemite Rd Bloomington 55437
**LENCZEWSKI** John Paul 88 LAW 888-1842
10606 Yosemite Rd Bloomington 55437
**LENDWAY** James David 86 ED 690-0053
2111 Lincoln Av St Paul 55105
**LENDWAY** Thomas Robert 89 IT 484-3498
5699 Turtle Lk Rd Shoreview 55126
**LENERTZ** Jeanne Marie GRAD 881-5887
8837 Xerxes Cir So Bloomington 55431
**LENERTZ** Karen Lee GRAD 451-3698
250 Dessa Ln S St Paul 55075
**LENERTZ** Patrick John 86 BUS 890-5073
3102 Keating Ct Burnsville 55337
**LENGSFELD** Gregory Walt 87 CLA 724-3201
4239 Minnehaha Ave S Mpls 55406
**LENGYEL** Jeffrey Matthe 86 IT 824-2524
327 S 71st Ave W Duluth 55807
**LENGYEL** Monica Andrea 89 CLA 373-6602
10-417 Territorial Hall U Of M Mpls 55455
**LENHARDT** Mary L AS ED
5552 Blaisdell Ave S Mpls 55419
**LENHART** Carol L GRAD 474-5641
6575 Pleasant View Way Chanhassen 55317
**LENHART** Kevin Michael 88 CLA 890-2832
13025 Welcome Ln Burnsville 55337
**LENIUS** David Albert 89 IT
2101 So Irving Av Minneapolis 55405
**LENN** Duane Edward GRAD 724-9528
2221 26th Ave So Minneapolis 55406
**LENNANDER** Margaret C 88 IT 824-7765
3909 Bryant A S 1st Fl Mpls 55409
**LENNANDER** Paul Joseph 87 CLA 872-1760
220 East 19th St #307 Minneapolis 55403
**LENNEMAN** Annette Joann 87 LAW 481-0693
2670 N Oxford #221 Roseville 55113
**LENNINGTON** James Carl GRAD 644-8449
1186 Ray Pl St Paul 55108
**LENNON** Delores Rae AS LAW
1867 Princeton Ave St Paul 55105
**LENNON** James Jason 89 CLA
1015 Overlook St Paul 55118
**LENNON** John Edward 87 IT
1706 Bayard St Paul 55116
**LENNON** Kevin Lynn 87 IT 544-3321
25 Union Terr Ln Plymouth 55441
**LENNOX** Christopher Dav 89 IT
7547 Lakeside Rd Fridley 55432
**LENNSTROM** Heidi Annett GRAD 376-9022
504 Sheperd Labs Minneapolis 55455
**LENO** Christina Joy 88 CLA 373-6644
Sanford Hall U/M Mpls 55455
**LENO** Darren Scott 87 CLA 236-9173
118 37th Ave S Moorhead 56560
**LENORT** Dean Lamont 87 IT 378-1659
800 University Ave Apt 24 Minneapolis 55414
**LENOX** Kathleen Rae GRAD 566-8097
3800 Brookdale Cirle Brooklyn Park 55443
**LENSS** James Albert 86 BUS 929-3854
3430 List Pl #1103 Minneapolis 55416
**LENT** Sandra Myhre GRAD 546-7301
1902 Independence Ave N. Golden Valley 55427
**LENTNER** Gloria 87 NURS 759-9533
2300 Stinson Blvd Minneapolis 55415
**LENTNER** Joan Denise 88 CLA 529-2673
4533 Irving Av N Mpls 55412
**LENTNER** Joanie M GRAD 347-8141
One West Lake St #405 Mpls 55408
**LENTSCH** Barbara Ann 89 CLA 722-0192
5506 28th Ave So Minneapolis 55417
**LENTSCH** Cheryl Elizabe 89 CLA 455-6917
298 Betty Ln West St Paul 55118
**LENTSCH** Richard John 89 CLA 722-0192
5506 28th Ave So Mpls 55417
**LENTSCH** Rosemary Helen 86 ED 489-1901
1319 Woodbridge St Paul 55117
**LENTSCH** William Patric 86 IT 455-6917
298 Betty Ln W St Paul 55118
**LENTZ** Jennifer Marie 88 HE 781-4565
3200 Townview Ave St Anthony 55421
**LENTZ** Kevin Lawrence 87 AG 645-5620
2415 Carter Ave St Paul 55108
**LENTZ** Randall Hansen 87 CLA 721-3101
3636 Minnehaha Ave Mpls 55406
**LENTZ** Rodrick David GRAD
**LENTZ** Teresa Mae 88 CLA 278-3385
R 2 Box 181 Good Thunder 56037
**LENVIK** Todd Richard 87 BIOSC
**LENZ** Andrea Denise 89 CLA
5224 37th Ave S Mpls 55417
**LENZ** Eric Richard 87 CLA 925-3545
3031 Ewing Ave So #347 Minneapolis 55416
**LENZ** Howard Thomas Jr 86 DENT 729-5433
5147 34th Ave S Mpls 55417
**LENZ** Jay Oliver 87 MED 757-1098
1161 98th Ln N W Coon Rapids 55433
**LENZ** Joseph M 89 CLA 777-2052
9492 Stillwater Blvd Lake Elmo 55042
**LENZ** Kathryn Elizabeth GRAD 788-2916
2812 Silver Ln Ne #209 St Anthony 55413
**LENZ** Timothy Othmar GRAD 391-2955
1210 Nw 13th Street, #104 Boca Raton FL 33432
**LENZ** William Leroy 87 BUS 774-6383
1637 Birmingham St Paul 55106
**LENZMEIER** Lois Ann 87 CLA 623-9767
526 11th Ave So #304 Minneapolis 55414
**LENZMEIER** Mary Margare 88 CLA 331-5585
514 Huron St Se #4 Minneapolis 55414
**LEO** Michael Andrea 87 IT 331-5962
417 Walnut St Se Minneapolis 55455
**LEON** Bruce AS CLA 935-2420
8301 W 30 1/2 Minneapolis 55426
**LEON** Harmon Rakita 87 CLA 933-5746
9701 Oakridge Trls Mtka 55343
**LEON** Hubert Gregory 86 CLA 721-7067
2937 29th Ave So Mpls 55406
**LEON** Lawrence Micheal 87 BIOSC
111 N Lincoln St Aberdeen SD 57401
**LEON** Theodore D 88 CLA 623-0891
1000 Univ Ave Se #14-2 Minneapolis 55414
**LEONARD** Cynthia Lynn 88 MED 377-4647
2637 Humboldt Ave. So. #1 Minneapolis 55408
**LEONARD** Deborah Susan 89 CLA 373-6592
417 Walnut St Rm 424 Minneapolis 55455
**LEONARD** Laura Jean GRAD
**LEONARD** Linda Kay GRAD 722-0918
2534 18th Ave S Minneapolis 55404
**LEONARD** Linzee William 89 CLA 633-9584
1795 Chatham Ave Arden Hills 55112
**LEONARD** Patrick James 88 CLA 533-9862
3913 Burquest Ln Brooklyn Cntr 55429
**LEONARD** Paul Nicholas 86 AG 588-6691
2111 Indiana Ave N Golden Valley 55422
**LEONARD** Timothy John 89 CLA 376-6526
Middlebrook Hall Rm 712 Mpls 55455
**LEONARD** Warren Bueford GRAD 425-6984
386 West Church River Falls WI 54022
**LEONARDO** Rolanda 86 CLA
326 West 3rd St Lewes DE 19958
**LEONE** Barbara A AS MED
1012 Laurel Ave St Paul 55104
**LEONE** Richard James 86 PHARM 378-1009
924 17th Av Se #204 Minneapolis 55414
**LEONE** Todd Anthony 87 IT
6012 Vincent Ave S Mpls 55410
**LEONG** Alison M 87 BUS 376-6667
Middlebrook Hall 1111 Minneapolis 55455
**LEONG** Larry James 88 CLA 633-7587
1995 Sioux Blvd New Brighton 55112
**LEONG** Meiee Juliana 86 IT 379-7546
986 15th Ave Se #12 Mpls 55414
**LEONG** Michael David 88 CLA 633-7587
1995 Sioux Blvd New Brighton 55112
**LEONG** Patrick 89 IT 379-8762
801 14th Ave Se #4 Mpls 55414
**LEONHARDT** Bret Kelly 87 IT 780-3398
9280 University Av #340 Coon Rapids 55433
**LEONHARDT** Michelle Ann 89 CLA 941-7068
7708 W 84 St Circle Bloomington 55438
**LEOPOLD** Patrick J 88 GC 633-4528
2747 Fernwood Roseville 55113
**LEOPOLD** Steven Edward 89 GC 633-4528
2747 Fernwood St Roseville 55113
**LEPAGE** Corinne Ann GRAD 698-0431
1796 Beechwood Ave St Paul 55116
**LEPAGE** Peggy Lee GRAD 757-1702
126 104th Ln Nw Coon Rapids 55433
**LEPAGE** Scott Michael 89 CLA
126 104th Ln Nw Coon Rapids 55433