# Exhibit 19

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | Case Type: Civil Other / Misc. |
| Mark Lanterman and Computer Forensic Services, Inc., | Civil File No. 27-CV-16-10860 |
| | Hon. Nancy Brasel |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF ERIC V. BROWN** |
| Scott Stillman, Stillman Cyber Forensic Investigations, LLC, Minnesota Department of Human Services, | |
| Defendants. | |

STATE OF MINNESOTA   )
                                         )  ss.
COUNTY OF RAMSEY     )

ERIC V. BROWN, being first duly sworn upon oath, deposes and states:

1. I am an Assistant Attorney General with the Minnesota Attorney General's Office representing the Minnesota Department of Human Services ("DHS") and Scott Stillman in the above entitled action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Mark Lanterman.

3. Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Scott Stillman.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiffs' Answers to the Interrogatories of DHS and Scott Stillman.

5. Attached as Exhibit 4 is a true and correct copy of a page printed from Computer Forensic Services' website on May 18, 2017.

6. Attached as Exhibit 5 is a true and correct copy of correspondence between Assistant Attorney General Eric V. Brown and Counsel for Plaintiffs, Cassandra Merrick, between May 3, 2017 and May 5, 2017.

7. Attached as Exhibit 6 is a true and correct copy of the following unpublished cases:

*Strong Const. Co., Inc. v. Atlantis Developer*, 2006 WL 1529361 (Minn. App., June 6, 2006).

*Griffis v. Luban*, No. CX-01-1350, 2002 WL 338139 (Minn. App. Mar. 5, 2002)

*Royal Oaks Holding Co. v. Ready*, No. C4-02-267, 2002 WL 31302015 (Minn. App. Oct. 7, 2002)

FURTHER YOUR AFFIANT SAYETH NOT.

/s/ Eric V. Brown
ERIC V BROWN

Subscribed and sworn to before me
this 19th day of May, 2017.

/s/ Rea J. Bastian
Notary Public-Minnesota
My commission expires January 31, 2020

2

# In The Matter Of:

*Mark Lanterman, et al vs.*
*Scott Stillman, et al*

---

*Mark Lanterman*
*May 2, 2017*

---

Shaddix & Associates
9100 West Bloomington Freeway
Suite 122
Bloomington, MN 55431

**Min-U-Script® with Word Index**

Exhibit 1
Eric Brown Aff Support Mtn Part SJ
27-CV-16-10860

Mark Lanterman, et al vs.
Scott Stillman, et al
Mark Lanterman
May 2, 2017

**Page 1**

STATE OF MINNESOTA          DISTRICT COURT
COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

Mark Lanterman and Computer Forensic Services, Inc.,
    Plaintiff,
v.                  Court File No. 27-CV-16-10860
Scott Stillman, Stillman Cyber Forensic Investigations, LLC, Minnesota Department of Human Services,
    Defendant.

Deposition and Exhibits of MARK LANTERMAN, taken in the above-entitled matter, pursuant to Notice, before Lisa M. Hutton, court reporter and notary public, at 445 Minnesota Street, in the City of St. Paul, State of Minnesota on the 2nd day of May, 2017, commencing at approximately 9:30 a.m.

\* \* \*

**Page 2**

APPEARANCES:

  ERIC V. BROWN, Assistant Attorney General, Bremer Tower, Suite 1100, 445 Minnesota Street, St. Paul, MN 55101-2128, appeared for and on behalf of Scott Stillman and Minnesota Department of Human Services,
    e-mail: eric.brown@ag.state.mn.us

  CASSANDRA B. MERRICK, Attorney at Law, MADEL PA, 700 Pence Building, 800 Hennepin Avenue, Minneapolis, MN 55403, appeared for and on behalf of Mark Lanterman.
    e-mail: cmerrick@madellaw.com

  BRIAN M. HANSEN, Attorney at Law, Thompson Coe, 408 St. Peter Street, Suite 510, St. Paul, MN 55102, appeared for and on behalf of Stillman Cyber Forensic Investigations, LLC.
    e-mail: bhansen@thompsoncoe.com

    WHEREUPON, the following proceedings were duly had and entered of record, to wit:

**Page 3**

              I N D E X
WITNESS                                      PAGE
MARK LANTERMAN
    Examination by Mr. Brown                 4
    Examination by Mr. Hansen           144, 204
    Examination by Ms. Merrick              196

LANTERMAN EXHIBITS
1 - Summons, 12
2 - DHS0074-0100, 2-18-2015 Memorandum, 138
3 - SCFI0724-725, MN HTCIA Chapter Minutes, 149
4 - SCFI1156-1160, e-mail string, 150
5 - SCFI1186, Application for individual membership, 154
6 - SCFI2141, Application for individual membership, 154
7 - SCFI2144-2145, e-mail string, 1656
8 - DHS00001158-1161, e-mail string, 164
9 - DHS00001176-1178, e-mail string, 166
10- MNSCU24-28, e-mail string, 171
11- MNSCU229, 5-5-14 e-mail, 180
12- MNSCU75-76, Scoring spreadsheet, 182
13- MNSCU29-62, 12-29-14 e-mail, 184
14- HC75-79, e-mail string, 189

**Page 4**

1   (Rule 486.10 complied with.)
2   MARK LANTERMAN,
3 a witness in the above matter, after having
4 been first duly sworn, testified under oath
5 as follows:
6   EXAMINATION
7   BY MR. BROWN:
8 Q. Good morning, Mr. Lanterman.
9 A. Good morning.
10 Q. My name is Eric Brown. I'm an assistant
11 attorney general for the state of Minnesota.
12 And in this matter I am representing Scott
13 Stillman in his individual capacity and
14 official capacity as well as the Minnesota
15 Department of Human Services.
16 A. Okay.
17 Q. Could you please state your name for the
18 record?
19 A. Sure, my name is Mark Lanterman,
20 L-A-N-T-E-R-M-A-N.
21 Q. And have you ever been deposed before?
22 A. Yes.
23 Q. Many times?
24 A. Yes.
25 Q. So although you probably know a lot of this,

Min-U-Script®           Shaddix & Associates - Court Reporters           (1) Pages 1 - 4
              (952)888-7687 - 1(800)952-0163 - reporters@janetshaddix.com

Exhibit 1
Eric Brown Aff Support Mtn Part SJ
27-CV-16-10860

| Mark Lanterman, et al vs. | Mark Lanterman |
| Scott Stillman, et al | May 2, 2017 |

**Page 5**

1  I'll just go over some of the ground rules for
2  today.  Please give verbal, audible answers,
3  and try to avoid nodding, nonverbal cues to
4  your answers so that everything can show up in
5  the record.  If we could speak one at a time,
6  I will do my very best to not interrupt your
7  answers, and I would expect the same, to not
8  interrupt my questions so we can make the
9  court reporter's job a little easier today.
10 Let's try not to talk, both of us, at the same
11 time.  If you don't understand one of my
12 questions, will you agree to let me know or
13 ask me to rephrase it?
14 A.  Yes.
15 Q.  And if you don't tell me that you don't
16 understand, I will assume that you understood
17 the question; is that fair?
18 A.  Yes.
19 Q.  Great.  And if at any time you want
20 clarification or want to clarify an answer or
21 add to or change an answer, you'll tell me?
22 A.  Yes.
23 Q.  Great.  Are you under any medications today
24 that would impair your ability to answer
25 truthfully or understand the questions?

**Page 6**

1  A.  No.
2  Q.  And is there any other reason why today you
3  would be unable to answer truthfully or to
4  understand questions?
5  A.  No.
6  Q.  Great.  As for breaks today, if you ever need
7  a break, just let me know.  I will ask that
8  you finish answering the question asked before
9  the break.  And I will also just note that in
10 about an hour I will need to take a morning
11 break for a prescheduled call, which I
12 apologize for, but which should only take 15
13 to 20 minutes.  So there could be a good
14 morning break there too.
15    All right.  Moving to today's
16 deposition.  Without telling me any,
17 obviously, details of your conversations with
18 your attorney, what have you done to prepare
19 for today's deposition.
20 A.  I met with Ms. Merrick yesterday for maybe
21 half an hour.
22 Q.  Have you reviewed any documents in preparation
23 for today's deposition?
24 A.  No.
25 Q.  Did you review the complaint in this lawsuit

**Page 7**

1  in preparation?
2  A.  No.
3  Q.  Okay.  And did you bring any documents with
4  you today to the deposition?
5  A.  No.
6  Q.  Other than your attorneys, did you talk to
7  anyone else about today's deposition?
8  A.  I told my wife that I was coming to a
9  deposition today, but I have not discussed the
10 deposition with anyone.
11 Q.  Great.  Thank you.  Just to get going into
12 some of your background information about you,
13 not necessarily related specifically to the
14 allegations in this case.  What is your date
15 of birth?
16 A.  January 1st, 1965.
17 Q.  And your current address?
18 A.  6936 Oakridge Road in Hamel, H-A-M-E-L,
19 Minnesota 55340.
20 Q.  And how long have you lived there, to the best
21 of your recollection?
22 A.  Yeah, it's almost four years.
23 Q.  And who lives with you at that address?
24 A.  My wife and my children.
25 Q.  And how many children do you have?

**Page 8**

1  A.  I have nine children.
2  Q.  Full house?
3  A.  Very full house.  I would have it no other
4  way.
5  Q.  Absolutely.  If we could talk just briefly
6  about your educational background starting
7  with your high school, any college or higher
8  education that you have?
9  A.  Sure.  I attended high school in Philadelphia.
10 I went to the University of Minnesota for
11 about a year and a half, but I could not
12 afford the out-of-state -- I think they call
13 it tuition, so I moved back, back to the East
14 Coast, and I finished my college education in
15 northern -- scenic Northern New Jersey.
16 Q.  And have you completed any education after
17 college, formal education for a degree?
18 A.  Certifications, but not any additional
19 degrees.
20 Q.  And what certifications do you have?
21 A.  I'm certified by the Department of Homeland
22 Security as a seized computer evidence
23 recovery specialist, and the acronym is SCERS,
24 S-C-E-R-S.  I also received a certification
25 from the National White Collar Crime Center.

Min-U-Script®   Shaddix & Associates - Court Reporters   (2) Pages 5 - 8
(952)888-7687 - 1(800)952-0163 - reporters@janetshaddix.com

Exhibit 1
Eric Brown Aff Support Mtn Part SJ
27-CV-16-10860