# Exhibit 21

| | |
|---|---|
| **From:** | Mike Pitkow |
| **To:** | Watnick, David (POR) |
| **Subject:** | RE: Thank you |
| **Date:** | Friday, February 28, 2025 2:44:10 PM |

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Sent:** Friday, February 28, 2025 12:32 PM
**To:** Mike Pitkow <mpitkow@Springfieldpd.org>
**Subject:** Re: Thank you

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Hi Mike. This fell off my radar. So sorry. I will get this back in the near future.


Mark Lanterman
Chief Technology Officer
**Computer**Forensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

**From:** Mike Pitkow <mpitkow@Springfieldpd.org>
**Sent:** Thursday, February 27, 2025 2:26:29 PM
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Subject:** RE: Thank you

Mark,

Just following up, will you be shipping your file back to me?

Thank you.

Mike

**Michael E. Pitkow** | Chief of Police
Springfield Township Police Department | Montgomery County
1510 Paper Mill Road | Wyndmoor, PA 19038
Phone: 215-836-1601 x1201 | Fax: 215-233-5018