UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY SYSTEMS, LLC,

    Plaintiff,

v.

TRUDY ADAMS, JOHN "CLAY" WILLIAMS
and AUTARKIC HOLDINGS INC.
   d/b/a LAUNDRYLUX,

    Defendants.

-------------------------------------------------------------   Case No. 3:23-cv-22130 (MCR)

TRUDY ADAMS, and
JOHN "CLAY" WILLIAMS,

    Counter Plaintiffs/Third Party Plaintiffs

v.

ALLIANCE LAUNDRY SYSTEMS LLC,

    Counter Defendant
And

MIKE HAND, SAMANTHA BAKER and
GREG REESE,

    Third-Party Defendants

**DEFENDANTS/COUNTER-PLAINTIFFS/THIRD PARTY-PLAINTIFFS,
TRUDY ADAMS AND JOHN "CLAY" WILLIAMS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, Trudy Adams ("Adams") and John "Clay" Williams ("Williams") (collectively "Counter-Plaintiffs"), move for summary judgment on all claims brought against them by Alliance Laundry Systems LLC ("Alliance"). Adams further moves for summary judgment on the breach of contract claim brought solely against her by Alliance. Counter-Plaintiffs also move for summary judgment on their respective breach of contract claims against Alliance. Counter-Plaintiffs' Motion for Summary Judgment is based on the Memorandum of Law attached hereto.

Dated:       March 14, 2025

                                  Respectfully Submitted,

                              **WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By:   *s/Amaris C. Gyebi*
      Jura C. Zibas
      Florida Bar No:  124571
      2063 Main Street - Suite 100
      Sarasota, FL 34237
      Telephone:   941-866-8561
      Facsimile:    941-210-5979
      Jura.Zibas@wilsonelser.com
      Cheryl.Kujawski@wilsonelser.com

      Amaris C. Gyebi, Esq.
      Florida Bar No:  1019361
      2063 Main Street - Suite 100

Sarasota, FL 34237
Telephone: 941-210-5961
Facsimile: 941-210-5979
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

***Attorneys for Defendants/Counter-Plaintiffs/Third Party Plaintiffs Trudy Adams and John "Clay" Williams***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, that Adams' and Williams' Motion for Summary Judgment was served on all counsel of record via email, with a hard copy of the same scheduled to be delivered to the Court.

/s/ *Amaris C. Gyebi*
Amaris C. Gyebi, Esq.