UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRUDY ADAMS, et al.,<br><br>    Defendants<br>---------------------------------------------------<br>TRUDY ADAMS, JOHN "CLAY" WILLIAMS,<br><br>    Defendant/Counterclaim Plaintiffs,<br><br>v.<br><br>ALLIANCE LAUNDRY SYSTEMS LLC, GREG REESE, MIKE HAND and SAMANTHA BAKER,<br><br>    Plaintiff/Counterclaim Defendants and Third-Party Defendants | Case No.: 23-cv-22130-MCR-ZCB |

**DECLARATION OF MELINDA S. GIFTOS IN SUPPORT OF ALLIANCE'S MOTION FOR SUMMARY JUDGMENT**

I, Melinda S. Giftos, hereby declare and state as follows:

HB: 4907-2456-9382.1

1. I am attorney at Husch Blackwell LLP. I represent Alliance Laundry Systems LLC ("Plaintiff") and Greg Reese, Mike Hand, and Samantha Baker (the "Third-Party Defendants") in this lawsuit. I make this Declaration based on personal knowledge and in support of Alliance's Motions for Summary Judgment.

2. Attached hereto as **Exhibit 001** is a true and correct copy of Ex. 3 to the January 14, 2025 Deposition of Trudy Adams at Tr. 72:11-73:5.

3. Attached hereto as **Exhibit 002** is a true and correct copy Ex. 4 to the January 14, 2025 Deposition of Trudy Adams and at Tr. 72:11-73:5.

4. Attached hereto as **Exhibit 003** is a true and correct copy of Ex. 19 to the January 14, 2025 Deposition of Trudy Adams at Tr. 196:25-198:2.

5. Attached hereto as **Exhibit 004** is a true and correct copy of Ex. 20 to the January 14, 2025 Deposition of Trudy Adams at Tr. 201:4-14.

6. Attached hereto as **Exhibit 005** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp Nos. JOINTD0030568-69

7. Attached hereto as **Exhibit 006** is a true and correct copy of Ex. 22 to the January 14, 2025 Deposition of Trudy Adams at Tr. 213:10-11.

8. Attached hereto as **Exhibit 007** is a true and correct copy of Ex. 25 to the January 14, 2025 Deposition of Trudy Adams at Tr. 224:6-10.

9. Attached hereto as **Exhibit 008** is a true and correct copy of Ex. 6 to the January 14, 2025 Deposition of Trudy Adams at Tr. 95:16-96:12.

10. Attached hereto as **Exhibit 009** is a true and correct copy of Ex. 4 to the January 17, 2025 Deposition of Jason Fleck at Tr. 67:18-21.

11. Attached hereto as **Exhibit 010** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp Nos. JOINTD0030552-61.

12. Attached hereto as **Exhibit 011** is a true and correct copy of Ex. 23 to the January 14, 2025 Deposition of Trudy Adams at Tr. 221: 1-5.

13. Attached hereto as **Exhibit 012** is a true and correct copy of Ex. 18 to the January 10, 2025 Deposition of Craig Dakauskas at Tr. 339:24-340:3.

14. Attached hereto as **Exhibit 013** is a true and correct copy Ex. 27 to the January 14, 2025 Deposition of Trudy Adams at Tr. 229:24 – 230:2.

15. Attached hereto as **Exhibit 014** is a true and correct copy Ex. 29 to the January 14, 2025 Deposition of Trudy Adams at Tr. 244:9-12.

16. Attached hereto as **Exhibit 015** is a true and correct copy of Ex. 8 to the January 14, 2025 Deposition of Trudy Adams at Tr. 111:8-11.

17. Attached hereto as **Exhibit 016** is a true and correct copy of Ex. 57 to the January 17, 2025 Deposition of Jason Fleck at Tr. 215:14-18.

18. Attached hereto as **Exhibit 017** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. JOINTD0019292.

19. Attached hereto as **Exhibit 018** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. JOINTD0024555.

20. Attached hereto as **Exhibit 019** is a true and correct copy of Ex. 30 to the January 14, 2025 Deposition of Trudy Adams at Tr. 246:5-6.

21. Attached hereto as **Exhibit 020** is a true and correct copy of Ex. 32 to the January 14, 2025 Deposition of Trudy Adams at Tr. 255:8-9.

22. Attached hereto as **Exhibit 021** is a true and correct copy of Ex. 33 to the January 14, 2025 Deposition of Trudy Adams at Tr. 257:12-13.

23. Attached hereto as **Exhibit 022** is a true and correct copy of Ex. 17 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 174:5-9.

24. Attached hereto as **Exhibit 023** is a true and correct copy of Ex. 14 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 167:19-23.

25. Attached hereto as **Exhibit 024** is a true and correct copy of Ex. 18 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 176:23

– 24.

26. Attached hereto as **Exhibit 025** is a true and correct copy of Ex. 19 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 178:11-12.

27. Attached hereto as **Exhibit 026** is a true and correct copy of Ex. 20 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 180:18-19.

28. Attached hereto as **Exhibit 027** is a true and correct copy of Ex. 52 to the January 17, 2025 Deposition of Jason Fleck at Tr. 205:21-25.

29. Attached hereto as **Exhibit 028** is a true and correct copy of Ex. 24 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 198: 11-24.

30. Attached hereto as **Exhibit 029** is a true and correct copy of Ex. 31 to the January 14, 2025 Deposition of Trudy Adams at Tr. 253:4-6.

31. Attached hereto as **Exhibit 030** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. TA000290 and DEF050705.

32. Attached hereto as **Exhibit 031** are true and correct copies of select portions of the December 20, 2024 Deposition Testimony of John "Clay"

Williams.

33. Attached hereto as **Exhibit 032** is a true and correct copy of Ex. 19 from to the January 17, 2025 Deposition of Jason Fleck at Tr. 112:4-8.

34. Attached hereto as **Exhibit 033** is a true and correct copy of Ex. 29 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 211:14-212:19.

35. Defendants did not retain an expert to rebut Alliance's expert, Mark Lanterman.

36. Attached hereto as **Exhibit 034** are true and correct copies of select portions of the January 10, 2025 Deposition Testimony of Craig Dakauskas.

37. Attached hereto as **Exhibit 035** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp Nos. DEF026381—03, DEF026388.

38. Attached hereto as **Exhibit 036** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. JOINTD0017875.

39. Attached hereto as **Exhibit 037** are true and correct copies of select portions of the January 14, 2025 Deposition Testimony of Trudy Adams.

HB: 4907-2456-9382.1

40. Attached hereto as **Exhibit 038** is a true and correct copy of Ex. 14 to the January 14, 2025 Deposition of Trudy Adams at Tr. 161:16-24.

41. Attached hereto as **Exhibit 039** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF047342.

42. Attached hereto as **Exhibit 040** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF046739.

43. Attached hereto as **Exhibit 041** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF047343.

44. Attached hereto as **Exhibit 042** is a true and correct copy of Ex. 31 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 220:19-23.

45. Attached hereto as **Exhibit 043** is a true and correct copy of Ex. 40 to the December 20, 2024 Deposition of John "Clay" Williams at Tr. 236:16-20.

46. Attached hereto as **Exhibit 044** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp Nos. DEF028965, DEF108312,

and DEF029023.

47. Attached hereto as **Exhibit 045** are true and correct copies of select portions of the January 31, 2025 Deposition Testimony of Trey Stein.

48. Attached hereto as **Exhibit 046** are true and correct copies of select portions of the January 17, 2025 Deposition Testimony of Jason Fleck.

49. – Attached hereto as **Exhibit 047** are true and correct copies of select portions of the February 6, 2025 Deposition Testimony of Greg Reese.

50. Attached hereto as **Exhibit 048** are true and correct copies of select portions of the January 7, 2025 Deposition Testimony of Samantha Baker.

51. Attached hereto as **Exhibit 049** are true and correct copies of select portions of the January 8, 2025 Deposition Testimony of Mike Hand.

52. Attached hereto as **Exhibit 050** is a true and correct copy of Ex. 12 to the January 14, 2025 Deposition of Trudy Adams at 144:9-15.

53. Attached hereto as **Exhibit 051** is a true and correct copy of Ex. 15 to the January 14, 2025 Deposition of Trudy Adams at176:14-22.

54. Attached hereto as **Exhibit 052** is a true and correct copy of Ex. 18 to the January 14, 2025 Deposition of Trudy Adams at181:23 -182:7.

55. Attached hereto as **Exhibit 053** is a true and correct copy of Ex. 6 to the December 20, 2024 Deposition of John "Clay" Williams at 125:25-

126:10.

56. Attached hereto as **Exhibit 054** is a true and correct copy of Ex. 9 to the December 20, 2024 Deposition of John "Clay" Williams at 152:1-8.

57. Attached hereto as **Exhibit 055** is a true and correct copy of Ex. 10 to the December 20, 2024 Deposition of John "Clay" Williams at 153:12-154:21.

58. Attached hereto as **Exhibit 056** is a true and correct copy of Ex. 11 to the December 20, 2024 Deposition of John "Clay" Williams at 153:17-154:21.

59. Attached hereto as **Exhibit 057** is a true and correct copy of Ex. 16 to the January 17, 2025 Deposition of Jason Fleck at 100:15 – 101:1.

60. Attached hereto as **Exhibit 058** is a true and correct copy of Ex. 5 to the January 7, 2025 Deposition of Samantha Baker at 124:3-21.

61. Attached hereto as **Exhibit 059** is a true and correct copy of Ex. 6 to the January 7, 2025 Deposition of Samantha Baker at 130:7-22.

62. Attached hereto as **Exhibit 060** is a true and correct copy of Ex. 38 to the January 7, 2025 Deposition of Greg Reese at 273:5-20.

63. Attached hereto as **Exhibit 061** is a true and correct copy of Greg Reese's Answers to Counterclaim Plaintiffs' First Combined Set of Interrogatories and Document Requests dated April 3, 2024.

64. Attached hereto as **Exhibit 062** is a true and correct copy of Samantha Baker's Answers to Counterclaim Plaintiffs' First Combined Set of Interrogatories and Document Requests dated April 3, 2024.

65. Attached hereto as **Exhibit 063** is a true and correct copy of Mike Hand's Answers to Counterclaim Plaintiffs' First Combined Set of Interrogatories and Document Requests dated April 3, 2024.

66. Attached hereto as **Exhibit 064** is a true and correct copy of Mike Hand's Supplemental Answer to Interrogatory No. 17 dated May 24, 2024.

67. Attached hereto as **Exhibit 065** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF162418.

68. Attached hereto as **Exhibit 066** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No.DEF162629.

69. Attached hereto as **Exhibit 067** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. LL00009966.

70. Attached hereto as **Exhibit 068** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance

HB: 4907-2456-9382.1

discovery requests, bearing Bates Stamp No. JOINTD0024047.

71. Attached hereto as **Exhibit 069** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. JOINTD0011149.

72. Attached hereto as **Exhibit 070** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. JOINTD0017503.

73. Attached hereto as **Exhibit 071** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF106219.

74. Attached hereto as **Exhibit 072** is a true and correct copy of Laundrylux business records produced by Defendants in response to Alliance discovery requests, bearing Bates Stamp No. DEF106224.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on: March 14, 2025 in Leon County, Florida.

/s/   Melinda S. Giftos

Melinda S. Giftos