UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY SYSTEMS LLC,

        Plaintiff,

    v.

TRUDY ADAMS, JOHN "CLAY" WILLIAMS and
AUTARKIC HOLDINGS, INC. D/B/A
LAUNDRYLUX,

        Defendants.

Case No. 23-cv-22130
(MCR-ZCB)

---

TRUDY ADAMS, JOHN "CLAY" WILLIAMS,

        Defendants/Counterclaim
        Plaintiffs,

    v.

ALLIANCE LAUNDRY SYSTEMS LLC, GREG
REESE, MIKE HAND, and SAMANTHA BAKER,

        Plaintiff/Counterclaim
        Defendants/ Third Party
        Defendants.

## ALLIANCE LAUNDRY SYSTEMS LLC'S MOTION TO SEAL ALLIANCE'S UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND SUPPORTING EXHIBITS

    Plaintiff Alliance Laundry Systems LLC ("Alliance"), pursuant to Fed. R.

Civ. P. 5.2(d) and (e), Local Rules 5.5(C), hereby moves this Court to file under

seal Alliance's Response to Defendants' Motion to Strike the Expert Declaration

of Mark Lanterman and Exclude Lanterman's Testimony ("Motion to Strike") and supporting documents filed concurrently herewith.

The grounds for this Motion are as follows:

1.      Alliance's Response in Opposition to Defendants' Motion to Strike ("Response") contains sensitive information that should be maintained confidential and out of the public record, as will be explained in further detail in the cover email accompanying the service of the sealed documents.

2.      Further, the allegations raised by Defendants in the Motion to Strike, ECF No. 155, are unsubstantiated and extremely personal in nature.  Mr. Lanterman is an individual non-party to this case and not a public figure, warranting sequestration of the information in the Response from public view. *Rossbach v. Rundle*, 128 F.Supp.2d 1348, 1352 (S.D. Fla. 2000) ("When the sensitive information pertains to non-parties who are not public figures, the balancing of interests in favor of protecting the privacy of the non-parties and against uninhibited access to the records is strengthened.").

3.      Because only a portion of the Response contains the passages which Alliance is requesting this Court seal, it has filed a redacted version of the Response on the public docket.  The redactions obscure only the portions of the Response which Alliance requests this Court to seal.

4.      Alliance further requests that the unredacted version of the Declaration of Melinda Giftos and exhibits 4 and 16 through 19 thereto be permitted to be filed under seal for the same reasons.

WHEREFORE, Alliance respectfully requests that this Court allow the unredacted version of Alliance's Response to Defendants' Motion to Strike the Expert Declaration of Mark Lanterman and Exclude Lanterman's Testimony and the supporting exhibits discussed above to be filed under seal.

Dated: March 28, 2025

/s/ Melinda S. Giftos
Melinda S. Giftos, Florida Bar No. 0302960
Laura K. Higbee (admitted pro hac vice)
Angela B. Hardin (admitted pro hac vice)
Brendan R. Zee-Cheng (admitted pro hac vice)
Delia Maria Berrigan (admitted pro hac vice)
Gabrielle B. Adams (admitted pro hac vice)
Jason K. Smathers (admitted pro hac vice)
Paul D. Smith (admitted pro hac vice)
**HUSCH BLACKWELL LLP**
33 E. Main Street, Suite 300
Madison, Wisconsin 53703
Telephone: 608.234.6076
mindi.giftos@huschblackwell.com
laura.higbee@huschblackwell.com
angela.harden@huschblackwell.com
brendan.zee-cheng@huschblackwell.com
delia.berrigan@huschblackwell.com
gabrielle.adams@huschblackwell.com
jason.smathers@huschblackwell.com
paul.smith@huschblackwell.com

HB: 4916-6070-0207.1

*Attorneys for Plaintiff, Alliance Laundry Systems LLC and Third-Party Defendants, Greg Reese, Mike Hand and Samantha Baker*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I certify that this motion and memorandum has 334 words, excluding the case caption, signature block, and certificate of service, as calculated by the word processing system used to create this document.

*/s/ Melinda S. Giftos*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2025, a true and correct copy of the foregoing was submitted to the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Melinda S. Giftos*

HB: 4916-6070-0207.1