UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRUDY ADAMS, et al.,<br><br>    Defendants<br>---------------------------------------------------<br>TRUDY ADAMS, JOHN "CLAY" WILLIAMS,<br><br>    Defendant/Counterclaim Plaintiffs,<br><br>v.<br><br>ALLIANCE LAUNDRY SYSTEMS LLC, GREG REESE, MIKE HAND and SAMANTHA BAKER,<br><br>    Plaintiff/Counterclaim Defendants and Third-Party Defendants | Case No.: 23-cv-22130-MCR-ZCB |

## DECLARATION OF SEAN LANTERMAN

I, Sean Lanterman, being first duly sworn and under oath, depose and state as follows:

1. I am an adult resident of the state of Minnesota. I am a licensed

attorney and a full-time employee of Computer Forensic Services.

2. I have been involved in the analysis of digital evidence submitted to my office in connection with this matter since the beginning of Computer Forensic Services' engagement. Primarily, I have acted as a peer reviewer.

3. It is standard procedure at Computer Forensic Services to peer review all of the forensic work we conduct. This occurs in multiple stages.

4. First, on all cases, and in this case, once data is made available for analysis or otherwise preserved (*e.g.,* by the creation of forensic copies of source devices/material), the lead analyst as well as two (2) additional Computer Forensic Services analysts, each conduct their own independent analyses of such data. Once these independent analyses are completed, the results are shared between the assigned personnel for purposes of comparison and discussion about their respective findings.

5. Second, when a report or other dispositional communication is prepared for submission, the other two (2) Computer Forensic Services forensic analysts review its content to ensure that it is complete and factually accurate.

6. In the above-referenced case, I, along with one of my colleagues, Bill Michael, have served as peer reviewers throughout the course of our work, including at the stages described above.

7. It has recently been announced that my father and colleague, Mark Lanterman, is now under investigation regarding his credentials. This has led to significant media coverage.

8. As a result, I made the difficult decision to request that Mark Lanterman to step down from his position at Computer Forensic Services during the pendency of the investigation so that it does not distract from the company's work and to reduce harm to other employees of the company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated March 28, 2025.

Signed by:
000DA20EF1A7471...

Sean Lanterman