# Exhibit 13

# FULLY REDACTED