UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRUDY ADAMS, et al.,<br><br>    Defendants.<br>-------------------------------------------------------<br>TRUDY ADAMS, JOHN "CLAY" WILLIAMS,<br><br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>ALLIANCE LAUNDRY SYSTEMS LLC,<br>GREG REESE, MIKE HAND, and<br>SAMANTHA BAKER,<br><br>    Plaintiff/Counterclaim Defendants/<br>    Third-Party Defendants. | Case No.: 23-cv-22130-MCR-ZCB |

**MOTION TO SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5.5(C), Alliance Laundry Systems LLC, Greg Reese, Mike Hand, and Samantha Baker (collectively, the "Counterclaim and Third-Party Defendants") hereby move the Court to file certain materials under seal regarding their Notice of Correction and Exhibits 1 and 2, filed concurrently herewith.

In support of this Motion, the Counterclaim and Third-Party Defendants state:

1. On March 14, 2025, the Counterclaim and Third-Party Defendants moved to seal certain exhibits filed in connection with their Motion for Summary Judgment on Defendants' and Counterclaim Plaintiffs' Counterclaims and Third-Party Claims and Plaintiff's Motion for Summary Judgment on Counts 1-5 of the Amended Complaint. *See* ECF No. 159.

2. It recently came to Counterclaim and Third-Party Defendants' attention that an exhibit with the incorrect deposition excerpts was inadvertently filed in connection with their Memorandum in Support of Counterclaim and Third-Party Defendants' Motion for Summary Judgment.

3. Pursuant to the Clerk's instructions, the Counterclaim and Third-Party Defendants are filing concurrently herewith a Notice of Correction and Exhibits 1 and 2 to correct the issue.

4. The corrected exhibit (i.e., Exhibit 1 to the Notice of Correction), the corresponding portion of the Memorandum in Support that cited the previous exhibit (i.e., Exhibit 2 to the Notice of Correction), and the updated citation (i.e., pp. 2-3 of the Notice of Correction) reflect or contain the same or similar confidential information at issue in the Counterclaim and Third-Party Defendants Motion to Seal filed at ECF No. 159.

5.      For the same reasons set forth in the Counterclaim and Third-Party Defendants' prior Motion to Seal, ECF No. 159, which is incorporated by reference, the Notice of Correction and supporting Exhibits 1 and 2 should be filed under seal to maintain the confidentiality of the information and prevent other third parties from utilizing the information to their competitive benefit, causing further irreparable damage to Alliance.

6.      This threat of irreparable harm outweighs the public's interest in the information, as this information is not a topic of public concern.

7.      Accordingly, good cause exists to file under seal the Notice of Correction and supporting Exhibits 1 and 2.

8.      Pursuant to the Protective Order at p. 11, an unredacted copy of the proposed sealed materials will be sent to the Clerk's Office, marked "NOT FOR DOCKETING – COURTESY COPY – SEALED FILING."

WHEREFORE, Alliance Laundry Systems LLC, Greg Reese, Mike Hand, and Samantha Baker respectfully request that this Court enter an Order allowing Alliance to file under seal the information and documents filed in connection with the Notice of Correction.

Dated:  April 3, 2025

                                   */s/ Gabrielle B. Adams*
Melinda S. Giftos, Florida Bar No. 0302960
Gabrielle B. Adams (admitted pro hac vice)
Angela B. Harden (admitted pro hac vice)
Brendan R. Zee-Cheng (admitted pro hac vice)
Jason K. Smathers (admitted pro hac vice)
Delia Maria Berrigan (admitted pro hac vice)
Laura K. Higbee (admitted pro hac vice)
Paul D. Smith (admitted pro hac vice)

**HUSCH BLACKWELL LLP**
33 E. Main Street, Suite 300
Madison, Wisconsin 53703
Telephone: 608.234.6076
mindi.giftos@huschblackwell.com
gabrielle.adams@huschblackwell.com
angela.harden@huschblackwell.com
brendan.zee-cheng@huschblackwell.com
jason.smathers@huschblackwell.com
delia.berrigan@huschblackwell.com
laura.higbee@huschblackwell.com
paul.smith@huschblackwell.com


*Attorneys for Plaintiff/Counterclaim Defendant,*
*Alliance Laundry Systems LLC, and*
*Third-Party Defendants,*
*Greg Reese, Mike Hand and Samantha Baker*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I certify that this motion and memorandum has 426 words, excluding the case caption, signature block, and certificate of service, as calculated by the word processing system used to create this document.

*/s/ Gabrielle B. Adams*

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2025, a true and correct copy of the foregoing was submitted to the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gabrielle B. Adams*