UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY
SYSTEMS LLC

v.  Case No.: 3:23cv22130/MCR/ZCB

TRUDY ADAMS, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on   April 4, 2025

Type of Motion/Pleading: Motions to Seal

Filed by:  Plaintiff   on 4/3/25   Docs.   174, 178, 183

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 4th day of April 2025:

In addition to an earlier motion to seal (Doc. 159), Plaintiff has since filed three additional motions to seal. (Docs. 174, 178, 183). It does not appear that Defendants have responded to the three additional motions. Defendants will be required to file an expedited response. Accordingly, Defendants must respond to Plaintiff's motions to seal (Docs. 174, 178, 183) **on or before Friday, April 11, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1