UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY
SYSTEMS LLC

v.                                                  Case No.: 3:23cv22130/MCR/ZCB

TRUDY ADAMS, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on     April 7, 2025
Type of Motion/Pleading: Motions to Seal
Filed by:   Plaintiff              on 4/4/25       Docs.     187

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 7th day of April 2025:

In addition to four earlier motions to seal (Docs. 159, 174, 178, 183), Plaintiff has since filed a fifth motion to seal. (Doc. 187). Because Defendants do not appear to have responded to the latter four motions, Defendants will be required to file an expedited response. Accordingly, Defendants must respond to Plaintiff's motions to seal (Docs. 174, 178, 183, 187) **on or before Friday, April 11, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1