UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIANCE LAUNDRY
SYSTEMS, LLC

v.                                                      Case No.: 3:23cv22130-MCR-ZCB

TRUDY ADAMS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  July 6, 2026
Type of Motion/Pleading: Motion for Attorney's Fees
Filed by:  Laundrylux          on 5/20/2026    Doc.          302

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 6th day of July 2026:

The parties notified the Court that they have reached an agreement regarding the fee amount at issue in Laundrylux's motion for attorney's fees. (Doc. 304). Because the issues raised in the motion have been resolved, the Clerk of Court is directed to **TERMINATE** as moot Laundrylux's motion for attorney's fees (Doc. 302).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1